Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
Email: ecf@randazza.com

Attorneys for Defendant
Mitchell Taylor Button

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| SAGE HUMPHRIES and GINA MENICHINO, <br><br> Plaintiffs, <br><br> v. <br><br> MITCHELL TAYLOR BUTTON, <br><br> Defendant. | Case No. 2:21-cv-01412-APG-VCF <br><br> **STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT** <br><br> **[First Request]** |

Pursuant to LR IA 6-2 and LR 7-1, Plaintiffs Sage Humphries and Gina Menichino ("Plaintiffs"), and Defendant Mitchell Taylor Button ("Defendant"), by and through their respective counsel of record, hereby stipulate and request that this Court extend the date by which Defendant may respond to Plaintiffs' Complaint (ECF No. 1) until September 9, 2021.

In support of this Stipulation, the Parties state as follows:

1. Plaintiffs filed this action on July 28, 2021. *See* ECF No. 1.

2. Defendant was served with process in this suit on July 29, 2021, making his due date to respond to the complaint August 19, 2021. *See* ECF No. 8; Fed. R. Civ. P. 12(a)(1)(A)(i).

3. Counsel for the Parties met and conferred on August 19, 2021, and agreed to extend the date by which Defendant must file his response to Plaintiffs' Complaint by 21 days from August 19, 2021 until September 9, 2021.

4.  Good cause exists to extend the time by which Defendant may respond to Plaintiffs' Complaint because Defendant's counsel was only recently retained and require additional time to examine the facts and circumstances of the case before preparing and filing a responsive pleading.

Accordingly, the Parties hereto stipulate and agree that the date by which Defendant shall file his response to Plaintiffs' Complaint is extended by 21 days from August 19, 2021 until September 9, 2021.

IT IS SO STIPULATED.

Dated: August 19, 2021.

Respectfully Submitted,

/s/ Alex J. Shepard
Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117

Attorneys for Defendant

Respectfully Submitted,

/s/ Richard J. Pocker
RICHARD J. POCKER (NV Bar No. 3568)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: 702.382.7300
Facsimile: 702.382.2755
rpocker@bsfllp.com

SIGRID S. MCCAWLEY (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: 954.356.0011
smccawley@bsfllp.com

SABINA MARIELLA (*pro hac vice*)
LINDSEY RUFF (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: 212.446.2300
smariella@bsfllp.com
lruff@bsfllp.com

Attorneys for Plaintiffs

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  8-24-2021

Case No. 2:21-cv-01412-APG-VCF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/ Alex J. Shepard
Alex J. Shepard