BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: 702.382.7300
Facsimile: 702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
SIGRID S. MCCAWLEY (admitted *pro hac vice*)
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: 954.356.0011
smccawley@bsfllp.com

BOIES SCHILLER FLEXNER LLP
SABINA MARIELLA (admitted *pro hac vice*)
LINDSEY RUFF (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: 212.446.2300
smariella@bsfllp.com
lruff@bsfllp.com

*Attorneys for Plaintiffs Sage Humphries, Gina Menichino, RoseMarie DeAngelo, Danielle Gutierrez, and Jane Doe 100*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ and JANE DOE 100, <br><br> Plaintiffs, <br><br> vs. <br><br> MITCHELL TAYLOR BUTTON and DUSTY BUTTON, <br><br> Defendants. | Case Number: 2:21-cv-01412-APG-VCF <br><br> **DECLARATION OF LINDSEY RUFF IN SUPPORT OF PLAINTIFF'S MOTION TO PROCEED ANONYMOUSLY AND FOR A PROTECTIVE ORDER** |

I, LINDSEY RUFF, declare as follows:

1. I am an attorney for the law firm Boies Schiller Flexner LLP, counsel of record for Plaintiffs in the above-captioned action. I have personal knowledge of the facts set forth herein, and, if called upon, could and would competently testify thereto under oath.

2. I make this declaration in support of Plaintiffs' Motion to Proceed Anonymously and for a Protective Order.

3. On October 7, 2021, I emailed counsel of record for Defendants Mitchell Taylor Button and Dusty Button stating, "Plaintiff Jane Doe 100 will agree to provide her name to Defendants subject to a protective order preventing Defendants from disclosing her name publicly, and requiring Defendants to use only her pseudonym in all filings, including all exhibits where her name appears. Please advise whether you are amenable to this agreement, and we will draft a protective order for your review. Relatedly, please advise whether you consent to Jane Doe 100's motion to proceed anonymously pursuant to the proposed protective order."

4. On October 12, 2021, Ronald D. Green, counsel for Defendants Mitchel Taylor Button and Dusty Button, responded saying, "We do not consent."

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 13, 2021

/s/ Lindsey Ruff
Lindsey Ruff (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: 212.446.2300
lruff@bsfllp.com