Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
Email: ecf@randazza.com

Attorneys for Defendants
Mitchell Taylor Button and Dusty Button

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, and JANE DOE 100,<br><br>Plaintiffs,<br><br>v.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON<br><br>Defendants. | Case No. 2:21-cv-01412-APG-VCF<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO AMENDED COMPLAINT AND TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE A RESPONSE**<br><br>**[First Request]** |

Pursuant to LR IA 6-2 and LR 7-1, Plaintiffs Sage Humphries, Gina Menichino, RoseMarie DeAngelo, and Danielle Gutierrez ("Plaintiffs"), and Defendants Mitchell Taylor Button and Dusty Button ("Defendants"), by and through their respective counsel of record, hereby stipulate and request that this Court extend the date by which Defendants may respond to Plaintiffs' First Amended Complaint (ECF No. 18) until November 16, 2021.

In support of this Stipulation, the Parties state as follows:

1. Plaintiffs filed this action on July 29, 2021.  *See* ECF No. 1.

2. Defendant Mitchell Taylor Button was served with process in this suit on July 29, 2021.  *See* ECF No. 8; Fed. R. Civ. P. 12(a)(1)(A)(i).

3. Defendant Mitchell Taylor Button filed a Motion to Dismiss on September 9, 2021. *See* ECF No. 17.

4. Plaintiffs then filed their First Amended Complaint on September 23, 2021. *See* ECF No. 18. This mooted Mr. Button's Motion to Dismiss. *See* ECF No. 22.

5. RoseMarie DeAngelo and Danielle Gutierrez are parties added as Plaintiffs in the First Amended Complaint (ECF No. 18).

6. Dusty Button is a party added as Defendant in the First Amended Complaint (ECF No. 18).

7. Counsel for the Parties met and conferred and agreed to extend the date by which Defendants must file their response to Plaintiffs' First Amended Complaint by 60 days, from October 7, 2021, until December 6, 2021.

8. In exchange, should Defendants file a motion in response to the First Amended Complaint, Counsel for the Parties agreed to extend the date by which Plaintiffs must file their opposition to that motion by 60 days, until February 4, 2022.

9. Good cause exists to extend the time by which Defendant may respond to Plaintiffs' Complaint because additional Defendant Dusty Button has only recently retained counsel and requires additional time to examine the facts and circumstances of the case before preparing and filing a responsive pleading.

10. Additionally, the First Amended Complaint is 53 pages long with 509 paragraphs and 37 Claims for Relief, necessitating extra time for the parties to prepare necessary responses.

Accordingly, the Parties hereto stipulate and agree that the date by which Defendants shall file their response to Plaintiffs' Complaint is extended by 60 days until December 6, 2021, and the Parties hereto stipulate and agree that the date by which Plaintiffs shall file their response to Defendants' Response to Plaintiffs' First Amended Complaint is extended by 60 days until February 4, 2022.

IT IS SO STIPULATED.

Dated: October 6, 2021.

Respectfully Submitted,                                  Respectfully Submitted,

/s/ Ronald D. Green                                      /s/ Sigrid McCawley
Marc J. Randazza, NV Bar No. 12265                       RICHARD J. POCKER (NV Bar No. 3568)
Ronald D. Green, NV Bar No. 7360                         BOIES SCHILLER FLEXNER LLP
Alex J. Shepard, NV Bar No. 13582                        300 South Fourth Street, Suite 800
RANDAZZA LEGAL GROUP, PLLC                               Las Vegas, NV 89101
2764 Lake Sahara Drive, Suite 109                        Telephone: 702.382.7300
Las Vegas, Nevada 89117                                  Facsimile: 702.382.2755
                                                         rpocker@bsfllp.com
Attorneys for Defendant

SIGRID S. MCCAWLEY (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: 954.356.0011
smccawley@bsfllp.com

SABINA MARIELLA (*pro hac vice*)
LINDSEY RUFF (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: 212.446.2300
smariella@bsfllp.com
lruff@bsfllp.com

Attorneys for Plaintiffs

IT IS SO ORDERED:                                        UNITED STATES MAGISTRATE JUDGE

                                           DATED:        10-13-2021

Case No. 2:21-cv-01412-APG-VCF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 6th, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza