Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
Email: ecf@randazza.com

Attorneys for Defendants
Mitchell Taylor Button and Dusty Button

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 100, JULIET DOHERTY, and JANE DOE 200<br><br>Plaintiffs,<br><br>v.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON<br><br>Defendants. | Case No. 2:21-cv-01412-APG-EJY<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF THE MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>**[First Request]** |

Pursuant to LR IA 6-2 and LR 7-1, Plaintiffs Sage Humphries, Gina Menichino, RoseMarie DeAngelo, Danielle Gutierrez, Jane Doe 100, Juliet Doherty, Jane Doe. 200 ("Plaintiffs"), and Defendants Mitchell Taylor Button and Dusty Button ("Defendants"), by and through their respective counsel of record, hereby stipulate and request that this Court extend the date by which Defendants may reply in support of their Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF No. 35) from March 21, 2022, to April 4, 2022.

In support of this Stipulation, the Parties state as follows:

1.  Plaintiffs filed their Second Amended Complaint on December 13, 2021. *See* ECF No. 35.

2.     Defendants filed their Motion to Dismiss Plaintiffs Second Amended Complaint on January 27, 2022. *See* ECF No. 38.

3.     Plaintiffs filed their response in Opposition to Defendants Motion to Dismiss Plaintiffs Second Amended Complaint on March 14, 2022. *See* ECF No. 40.

4.     Counsel for both parties met and conferred and agreed to extend the date by which Defendants must file their reply in support of their Motion to Dismiss Plaintiffs Second Amended Complaint by two weeks, until April 4, 2022.

5.     Good cause exists to extend the time by which Defendant may reply in support to their Motion to Dismiss Plaintiffs Second Amended Complaint because Defendants' counsel requires additional time to evaluate the legal arguments raised by Plaintiffs in their Opposition to Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint.

1  Accordingly, the Parties hereto stipulate and agree that the date by which Defendants shall
2  file their reply in support of their Motion to Dismiss Plaintiffs Second Amended Complaint is
3  extended by two weeks until April 4, 2022.

4  IT IS SO STIPULATED.

5  Dated: March 17, 2022

Respectfully Submitted,

/s/ Ronald D. Green
Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117

Attorneys for Defendant

Respectfully Submitted,

/s/ Sigrid S. McCawley
RICHARD J. POCKER (NV Bar No. 3568)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: 702.382.7300
Facsimile: 702.382.2755
rpocker@bsfllp.com

SIGRID S. MCCAWLEY (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: 954.356.0011
smccawley@bsfllp.com

SABINA MARIELLA (*pro hac vice*)
LINDSEY RUFF (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: 212.446.2300
smariella@bsfllp.com
lruff@bsfllp.com

Attorneys for Plaintiffs

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 17, 2022

Case No. 2:21-cv-01412-APG-EJY

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

 Ronald D. Green
Employee,
Randazza Legal Group, PLLC