Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
Email: ecf@randazza.com

Attorneys for Defendants
Mitchell Taylor Button and Dusty Button

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, and JANE DOE 100, JULIET DOHERTY, and JANE DOE 200<br><br>    Plaintiffs/Counterclaim-Defendants,<br><br>  v.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON<br><br>    Defendants/<br>    Counterclaim Plaintiffs /<br>    Third Party Plaintiffs,<br><br>  v.<br><br>MICHAEL S. HUMPHRIES, MICAH L. HUMPHRIES, ANTHONY GIOVANNI DEANE, DARYL ALLAN KATZ, and CHASE FINLAY,<br><br>    Third Party Defendants. | Case No. 2:21-cv-01412-ART-EJY<br><br>**INDEX OF EXHIBITS** |

# INDEX OF EXHIBITS

| Exh | Description |
| --- | --- |
| 1 | Screenshots of Video Taken of Sage, Dusty, and Mitchell |
| 2 | Photos of Sage with the Buttons |
| 3 | Card Written by Sage to Dusty |
| 4 | Messages from Sage Humphries to the Buttons |
| 5 | Photograph |
| 6 | Sage Humphries Texts with Daryl Katz |
| 7 | Messages from Sage Humphries to the Buttons |
| 8 | Messages from Sage Humphries to the Buttons |
| 9 | Messages from Sage Humphries to the Buttons |
| 10 | Messages from Sage Humphries to the Buttons |
| 11 | Messages from Sage Humphries to the Buttons |
| 12 | Messages from Sage Humphries to the Buttons |
| 13 | Messages from Sage Humphries to the Buttons |
| 14 | Snapchat Photo from Sage |
| 15 | Message from Sage Humphries to Dusty and Mitchell |
| 16 | Message from Sage to the Buttons |
| 17 | Message from Sage to Deane |
| 18 | Lyrical Transcription of "Don't Ever Leave Me" |
| 19 | Lyrical Transcription of Mr. Ferrari" |
| 20 | Messages from Sage Humphries to Mitchell |
| 21 | Photos Taken with Juliet Doherty |
| 22 | Declaration of Dusty Button |
| 23 | Declaration of Mitchell Taylor Button |