# EXHIBIT 1

Screenshots of Video Taken of
Sage, Dusty, and Mitchell





