# **EXHIBIT 2**

Photos of Sage with the Buttons

















