# EXHIBIT 3

Card Written by Sage to Dusty

Case 2:21-cv-01412-ART-EJY   Document 54-4   Filed 07/08/22   Page 2 of 2



I was thinking of you today and just had to tell you how much you mean to me. This in no way makes up for all I have done. But I hope you know how deep my love for you is. You deserve so much more, I hope I can show you how truly I cherish you. I love you Dusty. Forever. I'm sorry.
~ Sagey ♡