# **EXHIBIT 4**

Messages from Sage Humphries to the Buttons

+1 (562) ▮▮▮ ▮▮▮▮

To the loves of my life,
I'm finally in bed. I cleaned up all of everything and am ready for her to come in now.
I just want you both to know, that leaving this morning felt like torture.
I know with all of my heart where I'm supposed to be, and it's with you. I want to show you how dedicated I am, and I want to show you that I can be trusted. You have given me so much, and have selflessly poured your hearts into me. I am forever grateful for that love, for the time, and for your two amazing people. I am lucky, and I want you both to feel how much I value this relationship. I won't leave you, I won't compromise. I am yours.

For you two ***

Thank you for everything. Your patience, graciousness, and sacrifice is not unnoticed. I won't let you down anymore

 I love you taylor, and I love you Dusty







**Sage Nicole Humphries**

🟥 Tap to view

Dusty; my beautiful girl... good morning

**SAGE**

When you arise this morning in a new place, a foreign and beautiful place... I hope you think of me, and know that I am truly thinking of you. Last night was a big mess, and so completely unfair to you. You have been patient, you have understood my feelings, and been there for me... and now it's time for me to step up as a girlfriend and be there for you. Regardless of those around me, my focus should and always will be on you and making you happy. I know when we are together all of the trials and pains will dissipate and disappear. Hearing your voice lightens the burdens of everything in general. We all need each other, and I especially need to be there for you.
There is nothing that should be able to compromise our love, regardless of work. I see that now, and I should have been more sensitive to your schedule and the times that you have to talk. You shouldn't always be hearing things second hand I should be communicating with

Send a chat



Sage Nicole Humphries

...making you happy... ...now... ...will be to get... all of the trials and pains will dissipate and disappear. Hearing your voice lightens the burdens of everything in general. We all need each other, and I especially need to be there for you.
There is nothing that should be able to compromise our love, regardless of work. I see that now, and I should have been more sensitive to your schedule and the times that you have to talk. You shouldn't always be hearing things second hand I should be communicating with you. I don't want this to cause space between us, because there is already enough miles separating your hand and mine. But I am here now, I am here for you. I am sorry, and I am yours.
Good morning... I hope today offers new hope and a better picture of how bright our future is together.
I love you dusty
I hope you are sleeping well still right now
I hope your dreams are of us being together
And me kissing your lips

SAGE TRIED TO CALL YOU

SAGE
Send a chat

