# **EXHIBIT 5**

Photograph

