# **EXHIBIT 6**

Sage Humphries Texts with Daryl Katz



●●●●● AT&T  LTE            4:27 PM              🌙 12% 🔋

‹ Messages (2)          D K              Details

with me has checked out ok ;)
I try to keep myself as busy as
possible. If you ever want to come to
the ballet please let me know!

You're perfect Sage. That's what
scares me.

Don't be scared. Nobody's perfect 😉

Today 4:26 PM



Your acct is open at UBS. The guys
wil put 25K in. I also told them to get
you debit card and put some cash on
it OR you won't buy yourself
anything....which I want you to do.



●●●●○ AT&T  LTE                1:22 PM               🌙 63% ▮

‹ Messages                    D K                    Details

If my guys send u funds will u spend it on/keep it for yourself?

> of course I would keep it for myself. I listened to all of the advice you gave me the last time and I don't take anything for granted.

And just between us? Even though u r wise beyond your years given our respective ages it would be taken the wrong way.

> Yes .. Just between us

OK will have one of my guys email u. He will send you 50K.

> I'm completely speechless, thank you so much..

> We still meeting up in ny in a couple weeks??

Will let u know when I figure out schedule. Likely the week of 19th. When r u off?

> I have most weekends off unless we are doing shows

 Text Message                    Send



●●●○○ AT&T   LTE                    6:11 PM                    ⚡ 2% 🔋

‹ All Contacts                                              Edit

**D K**
Daryl Katz

home
(780) 498-████                                        📞

home
dkatz

work
diatz

Notes

Send Message

Share Contact

Add to Favorites

Block this Caller

 Favorites     Recents     Contacts     Keypad     Voicemail  123