# **EXHIBIT 7**

Messages from Sage Humphries to the Buttons







