# **<u>EXHIBIT 8</u>**

Messages from Sage Humphries to the Buttons



●○○○○ Optus AU   7:06 PM   63%

**Sage Nicole Humphries**

And when you need us we are here baby
I love you so much
ill play your songs every night and day, ill sleep to dream u

SAGE
I just need you closer

ME
Ill be closer
Its not if
I will be

SAGE
Come get me
Save me

ME

Send a chat

You   We