# EXHIBIT 9

Messages from Sage Humphries to the Buttons



