# <u>EXHIBIT 10</u>

Messages from Sage Humphries to the Buttons

