# EXHIBIT 11

Messages from Sage Humphries to the Buttons

