# EXHIBIT 12

Messages from Sage Humphries to the Buttons

