# EXHIBIT 13

Messages from Sage Humphries to the Buttons

