# **EXHIBIT 14**

Snapchat Photo from Sage

