# **EXHIBIT 15**

Message from Sage Humphries
to Dusty and Mitchell



●●●●○ Optus AU 🔶  9:49 AM  94%

☰  **Sage Nicole Humphries**  ❯

Don't worry - If you don't get to talk for any time - no matter how long love, we understand and will pick up where we left off

Will the chill for you again?

It's a song, songs use metaphors - it doesn't have to mean anything literal

SAGE

I know they pressured me though
Wouldn't let me leave to work
Give me the keys
Or my phone for music
I was so upset

●

Send a chat

🖼️  📞  ⬤  🎥  ☺

| You | | We |

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫
123 ☺