# EXHIBIT 16

Message from Sage to the Buttons



7:32 AM
●●ooo Optus AU

**Sage Nicole Humphries**

SAGE

Tay, my parents are freaking out. They heard my song and immediately jumped to the conclusion we have been communicating. They want to take away everything from me again. I am distraught. They cannot take away my feelings for you and dusty, so just always know that. They don't know I have been using Snapchat, so at least I still have a slight edge. This is the worst day, after the best day of my life. Somehow my parents know exactly how to crush anything I build up. I am not a child, and ultimately I will do what I want. I just need to know that it might be a while, and that I

Send a chat



**Sage Nicole Humphries** — 7:32 AM

dusty, so just always know that. They don't know I have been using Snapchat, so at least I still have a slight edge. This is the worst day, after the best day of my life. Somehow my parents know exactly how to crush anything I build up. I am not a child, and ultimately I will do what I want. I just need to know that it might be a while, and that I need you right now. Please call when you can, I love you and dusty forever.

I will have this phone at least for the hour

So try to respond

Please

I know it's so early