# **EXHIBIT 17**

Message from Sage to Deane



●●○○○ AT&T LTE                7:39 AM                ⚡ 1% ▭

‹ Messages   **Anthony Giovanni Deane**        Details

Yesterday 2:01 PM

I want you to know, that I look back on these last six months and am filled to the brink with happiness. You are the most incredible man I have ever met in my life, and feel encouraged that some of our best times may be ahead. My mom did say that she loves you, and she loves that you care about me so much.
She said that if I still like you this much in two years that then maybe we can consider it 😂
I hope that you and I can continue to feel this same love for a long time. Because it's the best love. It's not selfish, and not for either one of our own agendas. I feel genuinely completed when we are together. Thank you for being the person you are to me, and for holding my hand through this crazy thing called life ❤️

And you should post that picture, we're pretty hot

I will!!!

Haha

We do

  iMessage  

●●○○○ AT&T   LTE            7:39 AM              ☀ 1% ▭

‹ Messages   **Anthony Giovanni Deane**        Details

we're pretty hot

I will!!!

Haha

We do

And you are the most incredible HUMAN I have ever met.

Did you show your mom the date on Marisa's tag? Probably waiting for the right time I'm guessing

Oh I showed her

And yes, our love is pure and true because you are

Haha

What she say?

She was like, well that's good..

#MicahStalkovitch

Tell her I called her that!!!

Can I text her that pic with the hashtag???

🎦  iMessage                              🎤



