# EXHIBIT 18

Lyrical Transcription of "Don't Ever Leave Me"

# Song Transcription for
# "Don't ever leave me." Written by Sage for Dusty
# Sent by Sage to Dusty on 06/06/2017

"Look away from the sun it's too bright now.  It's too light now.  It won't shine another day.
A little girl is on the run, she'll be too close now, like a ghost now… I remember she would say.
Don't ever leave me baby I think I would die.  Don't ever leave me baby.
Pointe shoe on the floor is still burning, we're still turning, like the darkest pirouette.
Can't glue anymore, bodies broken… body's frozen, in a dancer silhouette.
Don't ever leave me baby I think I would die.  Don't ever leave me baby I think I would die.
In this house I'm getting out with all the tears I've cried…
Don't ever leave me baby.
Missing you is a storm, wind scream trust me, wind screams Dusty…howling in the night.
Watching you take form in dreams are lucid, dreams of music make me feel alright.
Don't ever leave me baby I think I would die.  Don't ever leave me baby I think I would die.
In this house I'm getting out with all the tears I've cried.
Don't ever leave me baby I think I would die.
Don't ever leave me baby I think I would die.
Well in this house I am getting out with all the tears I've cried.
Don't ever leave me baby."