# **EXHIBIT 19**

Lyrical Transcription of Mr. Ferrari"

# Song transcription for "Mr. Ferrari"
## Written by Sage for Taylor
## Sent to Dusty on 06/11/2017

"There once was a boy who played with toy cars all his life.
Ripped jeans and shiny things gave him a reason to fight.
He left his home on his own his momma was never around.
From the pain he was to gain a future outside of that Carolina town.
The engines they caught his attention they grew and he flew and he never did ever go back.
Mr. Ferrari you changed your name you never would look at the world the same.
You've got your money, a drink in your hand… You were a boy but now you're a man.
He soon met a girl who swept him right off of his feet.
No amount of gasoline could ever taste that sweet.
Just one call would end it all and fuse both their hearts into one.
But no white dress could suppress the feeling of living your life on the run.
The choir was lifting him higher and fueling desire till he could never come down.
Mr. Ferrari you changed your name, you never would look at the world the same.
Now you've got your money, a drink in your hand.  You were a boy but now you're a man.
Some say he settled down quietly on the east cost.
Some say he's turned away from those he's cared for the most.
Some say he's dangerous, addicted to power and speed.
I say he's beautiful coz that's all he was to me.
The headlights are so bright and blinding and shining they bring us together, we're not alone.
Mr. Ferrari you changed your name, you never would look at the world the same.
But you've got your money, a drink in your hand.  You were a boy but now you're a man.
Mr. Ferrari it's time to start, rev up your motors and ignite your heart.
You've got your demons I understand…You were a boy but now you're a man."