# **EXHIBIT 20**

Messages from Sage Humphries to Mitchell


