# **EXHIBIT 21**

Photos Taken with Juliet Doherty







