# EXHIBIT 22

Declaration of Dusty Button

Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
Email: ecf@randazza.com

Attorneys for Defendants
Mitchell Taylor Button and Dusty Button

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, and JANE DOE 100, JULIET DOHERTY, and JANE DOE 200,<br><br>    Plaintiffs/Counterclaim-Defendants,<br><br>    v.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON<br><br>    Defendants/<br>    Counterclaim Plaintiffs /<br>    Third Party Plaintiffs,<br><br>    v.<br><br>MICHAEL S. HUMPHRIES, MICAH L. HUMPHRIES, ANTHONY GIOVANNI DEANE, DARYL ALLAN KATZ, and CHASE FINLAY,<br><br>    Third Party Defendants. | Case No. 2:21-cv-01412-ART-EJY<br><br>**DECLARATION OF DUSTY BUTTON** |

# DECLARATION OF DUSTY BUTTON

I, Dusty Button, declare:

We have become aware that in her campaign to smear our names, Sage Humphries have told journalists the following:

1. <u>Allegation</u>: That Dusty told Sage that Taylor was abused as a child and had a hard time making friends.

<u>Response</u>: No. I never said this to Sage. Taylor was very popular as child, but he was physically and mentally abused by his mother.

2. <u>Allegation</u>: That Taylor told Sage he had romantic feelings for her and that he would do anything to be with her.

<u>Response</u>: Taylor did have feelings for her as we were in a three-way relationship but did not say he would do anything to be with her.

3. <u>Allegation</u>: That after Sage told Taylor she had no interest in him, he pulled out a mattress at the Somerville apartment that night, asked Sage to sleep over, and sexually abused her.

<u>Response</u>: None of this ever happened.

4. <u>Allegation</u>: That when Sage asked Dusty and Taylor abut another dancer they had treated like a pet, they got angry at her.

<u>Response</u>: This never happened. There was never a dancer we treated like a pet.

5. <u>Allegation</u>: That Dusty and Taylor berated waitstaff at restaurants and that Taylor once said he would slit someone's throat and didn't care if he went to prison.

<u>Response</u>: Incorrect, as someone who has worked in service industry, Taylor has the utmost respect for people preparing our food and drink in that industry as well as any other service industry.

6. <u>Allegation</u>: That Dusty and Taylor told Sage to stop taking college classes and attending church.

<u>Response</u>: No. Incorrect. When we knew Sage, she did not go to church. Her brother went to college and she did online college which we did not care about.

7.   <u>Allegation:</u> That when Sage did not follow the orders of Taylor and Dusty (for instance, to style her hair like Dusty's and eat the food they chose) they criticize her with harsh words.

<u>Response:</u> Sage asked to be styled like me, and of course we helped. We never criticized food she ate; we actually encouraged her to eat more because she had an eating disorder before. Eating disorders are a stigma of ballet and should be avoided, and we told her that.

8.   <u>Allegation:</u> That when Sage went out to eat with friends, Taylor sent texts demanding she return to him. When she did, Taylor forced her to give him oral sex as punishment for disobeying him and hanging out with other people.

<u>Response:</u> None of this is true. In fact, many times Taylor requested that Sage stop her sexual advances on him and me.

9.   <u>Allegation:</u> That Dusty and Taylor forced Sage to chug nips of vodka before a flight to California and that during the flight they held her hands and had a conversation about "having" her.

<u>Response:</u> This is incorrect. She begged the flight attendant for a drink even though she was underage, and she got one. We never discussed "having her." The first sexual advance was made by Sage.

10.   <u>Allegation:</u> That while at Sage's parents' home in California, that Dusty and Taylor insisted the three of them share a room; that they jumped in her mother's car uninvited to get pizza; that they ordered Sage around; and that when they went tot heir beach house Dusty kissed Sage.

<u>Response:</u> Incorrect. We were invited to California. We were invited to dinner for Taylor's birthday. Sage wanted to go to the beach house to get away from her parents. Sage kissed me first.

Doc ID: f127eded03b6c3ed24093559f732701433ba974a

11. <u>Allegation</u>: That when they returned to Boston, Dusty and Taylor got in the shower with Sage uninvited and told her that she was their girlfriend now and would be moving in with them.

<u>Response</u>: Incorrect. Taylor and I were showering, and Sage got in the shower with us. She asked, "Can I be your girlfriend?" Her mother and Sage asked about her moving into our apartment to save money.

12. <u>Allegation</u>: That Taylor made Sage wear a spandex outfit, tied her up on a table in a room lined with guns, sexual assaulted her, and then had sex with Dusty right next to Sage.

<u>Response</u>: Incorrect. We have never owned anything made of spandex nor ever had guns or a table that could be used as such.

13. <u>Allegation</u>: That Dusty demanded Sage have sex with Taylor in front of her, after which she and Taylor had sex with Sage whenever they pleased. That Taylor raped Sage while she slept, or threw her to the ground and violently penetrated her, or had Dusty restrain her while he assaulted her. They choked and slapped and pulled her hair, invaded her with painful sex toys.

<u>Response</u>: Absolutely incorrect. Until she begged to have sex with Taylor, he had not had sex with her. I cried the first time Sage had sex with Taylor and allowed her to do so because she did not want her to. Sage said she felt "left out" not being able to have sex with Taylor.

14. <u>Allegation</u>: That Dusty told Sage's mom she could no longer speak with Sage and told Sage she needed their permission to speak with her parents.

<u>Response</u>: This never happened. On numerous occasions Sage asked us to write texts to her parents for her because she did not want to talk to them and wanted to get away from them.

15. <u>Allegation</u>: That when Taylor found out Dusty had molested Sage when he wasn't there, he screamed and slapped Dusty across the face.

<u>Response</u>: This is entirely false. My mother was visiting at the time and Sage came into the other bedroom while I was already in bed.

//

//

Doc ID: f127eded03b6c3ed24093559f732701433ba974a

16.     <u>Allegation</u>: That when Sage's parents came to Boston in May of 2017, Dusty and Taylor told Sage not to go with them as they were trying to take her from them; that they texted her while she was spending time with them in the evening, demanding she tell her parents that she was going to Australia with them; that they demanded she return to the their apartment in Somerville that night, at which point they had Sage memorize their phone numbers and talked through plans in case her parents took Sage from them.

<u>Response</u>: We were unaware they would ever take her until she was screaming in the back of a car calling to come get her and to save her. She said she was being kidnapped and that they threw her phone out the window on the way to the airport.

17.     <u>Allegation</u>: That when Sage's father met her at the Opera House in May 2017, that Sage called Taylor and he screamed into the phone. That Taylor and Dusty called and texted Sage as she was headed to the airport. That Taylor said he was coming to the airport to get her.

<u>Response</u>: This never happened.

18.     <u>Allegation</u>: That Taylor told Sage that he would throw her in his van, tie up her hands and feet, blindfold her, rent a warehouse, hang her from the ceiling, rape her, and leave her to die.

<u>Response</u>: This never happened, and the scene she is describing was taken from a VICE News episode that Sage liked about people paying and setting up fake kidnappings of themselves for pleasure. Taylor has never and would never own a van.

19.     <u>Allegation</u>: That Dusty and Taylor isolated Sage from her friends and family, made her dependent on them financially and emotionally,

<u>Response</u>: She was never isolated and chose to spend time with us, asked for help with money to get out from under her parents' rule.

20.     <u>Allegation</u>: That there was another Boston Ballet dancer who had an eerily similar experience with Taylor and Dusty.

<u>Response</u>: Incorrect, and hearsay considering its quoted from an unknown source without verification. However, this is false.

21. <u>Allegation:</u> That Dusty and Sage had a 14-year-old in their bed and talked about in a sexual way.

<u>Response:</u> Absolutely not.

22. <u>Allegation:</u> That Dusty and Taylor spoke to Sage about other young girls and one trainee in particular that they wanted Sage to talk to and invite her to hang out with them.

<u>Response:</u> Entirely false. The only other person that we knew Sage to ever be involved with was Gabby Shief – a girl that she had sex with before and after us, however she was never invited to our house to hang out with us.

23. <u>Allegation:</u> That Dusty molested another dancer at a dance convention Panama.

<u>Response:</u> False. I was molested by another dance in Panama (Juliet Doherty).

24. <u>Allegation:</u> That Taylor sexually abused Gina Menichino 12 years ago, when she was dancing at Centerstage in Florida and was 13-years old. That Taylor isolated her from her family and friends, controlled her texts and social media posts, and instructed her how to dress and style her hair. That Taylor promised to make her a star.

<u>Response:</u> Incorrect, neither of them had social media. Instagram did not exist. All of this is false.

25. <u>Allegation:</u> That Dusty and Taylor took a dancer, who danced for Urbanity Dance, to a party in Boston and forced her to drink, to the point where she felt not just drunk, but drugged. That they brought her back to their gun room, where a mattress was already on the floor, and pushed her onto it. That Dusty began kissing and fondling her, then held her down while Taylor performed oral sex on her. Dusty continued to restrain her, holding up her phone—like she was videoing the scene—as Taylor raped her. Dusty had a gun in her hand

<u>Response:</u> Entirely false. In fact, this story was copied and pasted from Sage's outlandish allegation to get her restraining order. Additionally, we have never met, see, heard of, spoken to,

//
//
//

- 6 -
Declaration of Dusty Button
2:21-cv-01412-ART-EJY

Doc ID: f127eded03b6c3ed24093559f732701433ba974a

spoken about the girl who made this statement and the apartment she claims to have been into physically did not exist until years later.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07 / 08 / 2022     .

_____
Dusty Button