# EXHIBIT 2

Redacted LexisNexis Report

# Table of Contents

**Subject Summary** .................................................................................................................2
**Others Using SSN - 0 records found** ....................................................................................2
**Address Summary - 1 records found** ...................................................................................2
**Voter Registrations - 0 records found** ..................................................................................2
**Driver Licenses - 0 records found** ........................................................................................2
**Professional Licenses - 0 records found** ..............................................................................2
**Health Care Providers - 0 records found** .............................................................................3
**Health Care Sanctions - 0 records found** .............................................................................3
**Pilot Licenses - 0 records found** ...........................................................................................3
**Sport Licenses - 0 records found** .........................................................................................3
**Weapon Permits - 0 records found** ......................................................................................3
**Real Property - 0 records found** ...........................................................................................3
**Motor Vehicle Registrations - 0 records found** ....................................................................3
**Boats - 0 records found** ........................................................................................................3
**Aircraft - 0 records found** .....................................................................................................3
**Bankruptcy Information - 0 records found** .........................................................................3
**Judgments/Liens - 0 records found** .....................................................................................3
**UCC Liens - 0 records found** ................................................................................................3
**Fictitious Businesses - 0 records found** ...............................................................................3
**Notice Of Defaults - 0 records found** ...................................................................................3
**Potential Relatives - 0 records found** ..................................................................................3
**Business Associates - 0 records found** ................................................................................3
**Person Associates - 0 records found** ...................................................................................3
**Neighbors - 0 records found** ................................................................................................3
**Employment Locator - 0 records found** ..............................................................................3
**Criminal Filings - 0 records found** .......................................................................................3
**Sexual Offenders - 0 records found** .....................................................................................3
**Cellular & Alternate Phones - 0 records found** ...................................................................3
**Utility Information - 0 records found** ..................................................................................3
**Possible Education - 0 records found** .................................................................................3
**Sources - 0 records found** ....................................................................................................3



# 1 OF 1 RECORD(S)

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2022 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

Date: 8/2/2022
Report processed by:
Randazza Legal Group

| Full Name | Address | County | Phone |
|---|---|---|---|
| HUMPHRIES, SAGE | MELROSE, MA<br>MIDDLESEX COUNTY | MIDDLESEX | None Listed |

## ADDITIONAL PERSONAL INFORMATION

| SSN | DOB | Gender | LexID(sm) | Email |
|---|---|---|---|---|
|  | 10/1998<br>(Age:23) |  |  | None Listed |

**Subject Summary**

**Name Variations**
1:    HUMPHRIES, SAGE

**DOBs**
**Reported DOBs:**
10/1998

**Others Using SSN - 0 records found**
**Address Summary - 1 records found**

| No. | Address |
|---|---|
| 1: | MELROSE, MA<br>MIDDLESEX COUNTY |

**Address Details**
1:           MELROSE, MA

| Address | Dates | Phone |
|---|---|---|
| MELROSE, MA<br>MIDDLESEX COUNTY |  |  |

**Census Data for Geographical Region**
Median Head of Household Age: 41
Median Income: $73,732
Median Home Value: $348,634
Median Education: 15 years

**Household Members**
None Listed

**Other Associates**
None Listed

**Voter Registrations - 0 records found**
**Driver Licenses - 0 records found**
**Professional Licenses - 0 records found**

**Health Care Providers - 0 records found**
**Health Care Sanctions - 0 records found**
**Pilot Licenses - 0 records found**
**Sport Licenses - 0 records found**
**Weapon Permits - 0 records found**
**Real Property - 0 records found**
**Motor Vehicle Registrations - 0 records found**
**Boats - 0 records found**
**Aircraft - 0 records found**
**Bankruptcy Information - 0 records found**
**Judgments/Liens - 0 records found**
**UCC Liens - 0 records found**
**Fictitious Businesses - 0 records found**
**Notice Of Defaults - 0 records found**
**Potential Relatives - 0 records found**
**Business Associates - 0 records found**
**Person Associates - 0 records found**
**Neighbors - 0 records found**
**Employment Locator - 0 records found**
**Criminal Filings - 0 records found**
**Sexual Offenders - 0 records found**
**Cellular & Alternate Phones - 0 records found**
**Utility Information - 0 records found**
**Possible Education - 0 records found**
**Sources - 0 records found**
**All Sources**                                                                                          0 Source Document(s)

Key

🛆 High Risk Indicator. These symbols may prompt you to investigate further.

⚑ Moderate Risk Indicator. These symbols may prompt you to investigate further.

⚑ General Information Indicator. These symbols inform you that additional information is provided.

✓ The most recent telephone listing as reported by the EDA source.

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your GLBA Permissible Use: I have no permissible use
Your DMF Permissible Use: I have no permissible use
Copyright© 2022 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**