# **EXHIBIT 4**

Google Search Results

# sage humphries age

- All
- News
- Images
- Shopping
- Videos
- More
- Tools

About 400,000 results (0.42 seconds)

Sage Humphries / Age

## 23 years

October 3, 1998

### People also search for

**Dusty Button** — 33 years

**Daryl Katz** — 61 years

Feedback

---

https://en.wikipedia.org › wiki › Sage_Humphries
### Sage Humphries - Wikipedia
**Sage Humphries** (born October 3, 1997) is an American model, singer-songwriter, and dancer with the Boston Ballet. Contents. 1 Ballet; 2 Modeling ...

https://thesportsgrail.com › ballerina-sage-humphries-bi...
### Ballerina Sage Humphries Biography, Age, Height ...
Jul 22, 2022 — **Sage Humphries**, an American model, singer, and dancer with the Boston Ballet, was born on October 3, 1998 and is currently **aged** 23 while her ...

https://latestinbollywood.com › sage-humphries
### Sage Humphries Wiki, Biography, Age, Parents, Husband ...
Jul 23, 2022 — **Sage Humphries's** birth took on 3 October 1998 in Orange County, California, United States. **Humphries** current **age** is 24 years as of 2022. **Sage** ...

https://18livenews.com › sage-humphries-wiki
### Sage Humphries Wiki, Biography, Age, Parents, Ethnicity, ...
Jul 23, 2022 — Her **age** is 24 years old and her height is 5 feet 9 inches approx and her weight is not known. Her body measurement is not known. She has ...

https://biographydaily.com › 2022/07/21 › sage-humph...
### Who is Sage Humphries? Wiki, Biography, Net Worth, Age ...
Jul 21, 2022 — Name. **Sage Humphries** ; DOB. October 3, 1998 ; **Age**. 23 years old ; Boyfriend. NA ; Net Worth. $200K USD ...

https://www.tvguidetime.com › PEOPLE
### Sage Humphries Age, Birthday, Wikipedia, Who ... - TG Time
**Sage Humphries**' genuine **age** is 23 years of **age** starting at 2021. She was born in the year 1998 in the United States. Nonetheless, her **birthday** has not been ...

https://www.bostonballet.org › Artists-of-the-Company
### The Company | Sage Humphries - Boston Ballet
**Sage Humphries** started dancing at **age** 4 in Orange County, California. She was coached by Terri and Anthony Sellars, and Michael and Kristine Houston.

📷 Images for sage humphries age



## Sage Humphries

Model

Sage Humphries is an American model, singer-songwriter, and dancer with the Boston Ballet.

Wikipedia

**Born:** October 3, 1998 (age 23 years)

**Education:** American Ballet Theatre School

### Profiles

Twitter    Instagram

☑ Claim this knowledge panel

Feedback

edmonton oilers    dusty button    daryl katz    ballet dancer    

*Feedback*

View all →

https://champaknews.com › sage-humphries-wiki

### Sage Humphries Wiki, Biography, Career, Net Worth ...

Q2) What is the **age** of **Sage** – **Humphries**? — Ans) **Sage** – **Humphries** was 3 October 1998 in Orange County, California, United States. She is 24 ...

https://thewikibiography.com › sage-humphries-age-bir...

### Sage Humphries Age, Birthday, Wikipedia, Who, Nationality ...

Sep 30, 2021 — **Sage Humphries**' real **age** is 23 years of **age** beginning at 2021. She was born within the yr 1998 in the USA. Nonetheless, her **birthday** has not ...

## Related searches

| | |
|---|---|
| sage humphries **height** | sage humphries **ballerina** |
| sage humphries **pictures** | sage humphries **daryl katz** |
| sage humphries **images** | sage humphries **cosmopolitan** |
| **gma** sage humphries | **chisako oga** age |

1  2  3  4  5  6  7  8  9  10    Next