1  Marc J. Randazza, NV Bar No. 12265
2  Ronald D. Green, NV Bar No. 7360
   Alex J. Shepard, NV Bar No. 13582
3  RANDAZZA LEGAL GROUP, PLLC
   2764 Lake Sahara Drive, Suite 109
4  Las Vegas, Nevada 89117
   Telephone: 702-420-2001
5  Email: ecf@randazza.com

6  Attorneys for Defendants
   Mitchell Taylor Button and Dusty Button

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, and JANE DOE 100, JULIET DOHERTY, and JANE DOE 200<br><br>Plaintiffs/<br>Counterclaim Defendants,<br><br>v.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON<br><br>Defendants/<br>Counterclaim Plaintiffs /<br>Third Party Plaintiffs,<br><br>v.<br><br>MICHAEL S. HUMPHRIES, MICAH L. HUMPHRIES, ANTHONY GIOVANNI DEANE, DARYL ALLAN KATZ, and CHASE FINLAY,<br><br>Third Party Defendants. | Case No. 2:21-cv-01412-ART-EJY<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO DARYL ALLAN KATZ WITHOUT PREJUDICE** |

# NOTICE OF VOLUNTARY DISMISSAL

# AS TO DARYL ALLAN KATZ WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Third Party Plaintiffs Mitchell Taylor Button and Dusty Button hereby voluntarily dismiss their claims against Daryl Allan Katz, as pleaded in their Third Party Complaint (ECF No. 54), without prejudice.

Dated: August 3, 2022.                Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117

Attorneys for Defendants
Mitchell Taylor Button and Dusty Button

Case No. 2:21-cv-01412-APG-VCF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Marc J. Randazza
Employee,
Randazza Legal Group, PLLC