BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: 702.382.7300
Facsimile: 702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
SIGRID S. MCCAWLEY (admitted *pro hac vice*)
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: 954.356.0011
smccawley@bsfllp.com

BOIES SCHILLER FLEXNER LLP
SABINA MARIELLA (admitted *pro hac vice*)
LINDSEY RUFF (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: 212.446.2300
smariella@bsfllp.com
lruff@bsfllp.com

*Attorneys for Plaintiffs Sage Humphries, Gina Menichino, RoseMarie DeAngelo, Danielle Gutierrez, Jane Doe 100, Juliet Doherty, and Jane Doe 200, and Third-Party Defendants Michael Humphries and Micah Humphries*

RANDAZZA LEGAL GROUP, PLLC
MARC J. RANDAZZA (NV Bar No. 12265)
RONALD D. GREEN (NV Bar No. 7360)
ALEX J. SHEPARD (NV Bar. No. 13582)
2764 Lake Sahara Drive
Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Defendants Mitchell Taylor Button and Dusty Button*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 100, JULIET DOHERTY, and JANE DOE 200,<br><br>Plaintiffs,<br><br>vs.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON,<br><br>Defendants. | Case No.: 2:21-cv-01412-ART-EJY<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES AND [PROPOSED] AMENDED SCHEDULING ORDER**<br><br>**FIRST REQUESTED EXTENSION** |

Plaintiffs Sage Humphries, Gina Menichino, RoseMarie ("Rosie") DeAngelo, Danielle Gutierrez, Jane Doe 100, Juliet Doherty, and Jane Doe 200 (together, "Plaintiffs"), Third-Party Defendants Michael and Micah Humphries (together, the "Humphries"), and Defendants Mitchell Taylor Button and Dusty Button (together, "Defendants"), jointly submit this Stipulation and Proposed Amended Scheduling Order.

Under Fed. R. Civ. P. 26(f) and Local Rule 26-1, Plaintiffs and Defendants conducted a discovery-planning conference on May 3, 2022, and submitted a proposed Discovery Plan and Scheduling Order, which the Court so-ordered on May 17, 2022.  ECF No. 46.  Since that date, the parties have exchanged Rule 26 disclosures, agreed upon a Protective Order and ESI Protocol, served and responded to initial sets of requests for production, and served and responded to initial sets of interrogatories and requests for admission.  Plaintiffs have additionally served 13 document subpoenas on third parties pursuant to Fed. R. Civ. P. 45.  The following discovery remains to be completed: party and non-party depositions, exchange of additional documents responsive to the parties' requests for production, production of documents responsive to Plaintiffs' third-party subpoenas, and expert discovery.

Good cause exists to extend the remaining discovery deadlines in this matter.  There are seven Plaintiffs in this matter, and Plaintiffs assert 53 causes of action against Defendants.  Defendants filed a motion to dismiss certain of Plaintiffs' claims, which was fully briefed on April 4, 2022, and remains pending.  ECF No. 38.  Further, since the parties submitted their proposed Discovery Plan and Scheduling Order, on July 8, 2022, Defendants filed a Third-Party Complaint and Counterclaims, which raised counterclaims against each of the seven Plaintiffs and joined five individuals as third-party defendants.  ECF No. 54.  Certain of those third-party defendants have not yet been served or entered an appearance in this matter.  On July 29, 2022, Plaintiffs moved to dismiss the counterclaims against them, the Humphries moved to dismiss the claims against them, and Plaintiffs moved to sever certain of the third-party claims from Plaintiffs' claims in this matter.  ECF Nos. 61, 62.  Those motions have not yet been fully

briefed, and thus have not yet been resolved. Resolution of the pending motions in this matter may significantly narrow the scope of discovery.

Accordingly, Plaintiffs, Defendants, and the Humphries request that the Scheduling Order is amended as follows:

|  | **Current Deadline** | ~~**Proposed**~~ **New Deadline** |
|---|---|---|
| Expert Designations | September 1, 2022 | November 21, 2022 |
| Rebuttal Expert Designations | October 3, 2022 | December 21, 2022 |
| Discovery Cut-Off | October 31, 2022 | January 27, 2023 |
| Expert Discovery Cut-Off | November 2, 2022 | January 31, 2023 |
| Dispositive Motion Deadline | December 15, 2022 | March 15, 2023 |
| Joint Proposed Pre-Trial Order | 30 days from ruling on dispositive motions or January 15, 2023 (if no dispositive motions) | 30 days from ruling on dispositive motions or April 14, 2023 (if no dispositive motions) |

This is Plaintiffs, Defendants, and the Humphries's first request for an extension of any discovery deadline.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 11, 2022

Dated: August 10, 2022

Respectfully Submitted,

| BOIES SCHILLER FLEXNER LLP | RANDAZZA LEGAL GROUP, PLLC |
|---|---|
| /s/ Sigrid S. McCawley<br>SIGRID S. MCCAWLEY (admitted *pro hac vice*)<br>401 E. Las Olas Blvd., Suite 1200<br>Ft. Lauderdale, FL 33301<br>Telephone: 954.356.0011<br>smccawley@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: 702.382.7300<br>Facsimile: 702.382.2755<br>rpocker@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>SABINA MARIELLA (admitted *pro hac vice*)<br>LINDSEY RUFF (admitted *pro hac vice*)<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: 212.446.2300<br>smariella@bsfllp.com<br>lruff@bsfllp.com<br><br>*Attorneys for Plaintiffs Sage Humphries, Gina Menichino, RoseMarie DeAngelo, Danielle Gutierrez, Jane Doe 100, Juliet Doherty, and Jane Doe 200, and Third-Party Defendants Michael Humphries and Micah Humphries* | /s/ Ronald D. Green<br>RONALD D. GREEN (NV Bar No. 7360)<br>MARC J. RANDAZZA (NV Bar No. 12265)<br>ALEX J. SHEPARD (NV Bar. No. 13582)<br>2764 Lake Sahara Drive<br>Suite 109<br>Las Vegas, NV 89117<br>Telephone: 702-420-2001<br>ecf@randazza.com<br><br>*Attorneys for Defendants Mitchell Taylor Button and Dusty Button* |

4
JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES AND [PROPOSED] AMENDED SCHEDULING ORDER