UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 100, JULIET DOHERTY, and JANE DOE 200<br><br>Plaintiffs,<br><br>v.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON,<br><br>Defendants. | Case No. 2:21-cv-01412-ART-EJY<br><br>**ORDER** |

Pending before the Court is the Motion to Sever filed on behalf of Sage Humphries, Gina Menichino, RoseMarie DeAngelo, Danielle Gutierrez, Jane Doe 100, Juliet Doherty, and Jane Doe 200, and Third-Party Defendants Michael Humphries and Micah Humphries. ECF No. 62. The Motion to Sever seeks to sever a Third-Party Complaint filed on July 8, 2022 by Defendants Mitchell Taylor Button and Dusty Button against all Plaintiffs and several Third-Party Defendants. ECF No. 54. No opposition to the pending Motion to Sever was filed.

On August 3, 2022, Defendants filed a Motion to Strike their Third-Party Complaint filed at ECF No. 54 (*see* ECF No. 63). That Motion to Strike went unopposed. On August 18, 2022, the Court granted Defendants' Motion to Strike (ECF No. 63). *See* ECF No. 68. The docket reflects that ECF No. 54 is struck from the record. On August 12, 2022, Defendants filed a new Third-Party Complaint (ECF No. 67) removing certain Third-Party Defendants. ECF No. 67.

The Motion to Sever at ECF No. 62, addressing the now-struck Third-Party Complaint at ECF No. 54 is moot. There is nothing to address as the Third-Party Complaint at issue is no longer the operative Third-Party Complaint on file with the Court. *Compare* ECF Nos. 54 *and* 67.

1

Accordingly, IT IS HEREBY ORDERED that the Motion to Sever (ECF No. 62) is DENIED as moot.

DATED this 20th day of September, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE