UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 100, JULIET DOHERTY, and JANE DOE 200<br><br>Plaintiffs,<br><br>v.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON,<br><br>Defendants. | Case No. 2:21-cv-01412-ART-EJY<br><br>**ORDER** |

On September 30, 2022, the Court set a hearing for October 14, 2022, 14 days after the date upon which the Court received a Motion to Withdraw as Counsel filed by Marc Randazza on September 29, 2022. ECF Nos. 81, 82. On Monday, October 10, 2022, ten days after the Court promptly set the hearing, the parties filed a Joint Motion to Appear Remotely at Hearing on Motion to Withdraw as Counsel or, In the Alternative, to Grant the Motion on the Papers Without a Hearing. ECF No. 86. The Motion states Mr. Randazza is unavailable on October 14, because he supposedly "has a scheduling conflict that prevents him from attending the hearing in person (attending a wedding in Massachusetts the following day)." The Court finds it hard to fathom Mr. Randazza did not discover a wedding scheduled in Massachusetts for October 15 until October 10, 2022; and, Mr. Randazza does not explain why he failed to seek an alternate date for the hearing on his Motion to Withdraw sometime before October 10, 2022. That "Attorney Green, another partner in the firm, has a previous commitment to be out of the office as well" is also not compelling. Finally, that the Motion to Withdraw is unopposed is not the end of the Court's inquiry regarding how this case will proceed. Indeed, numerous motions are pending that may have substantial impact on this action.

Despite the suggestion made by defense counsel on October 10, 2022 that the Court hold the hearing on a date before October 14, the Court has matters scheduled for each of the days this week including an evidentiary hearing set for October 11, settlement conference set for October 12, and a

1

quarterly judges meeting set for October 13, 2022.  The hearing set for October 14, 2022 will not be moved.  The Court, however, will allow counsel for the parties and the parties to appear via Zoom for the hearing.  This accommodation is offered solely because the Court understands the Motion to Withdraw must be promptly resolved.

Accordingly, IT IS HEREBY ORDERED that the Joint Motion to Appear Remotely at Hearing on Motion to Withdraw as Counsel or, In the Alternative, to Grant the Motion on the Papers Without a Hearing (ECF No. 86) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that the hearing scheduled for October 14, 2022 at 1:00 p.m. shall be conducted via the Zoom video conference platform.  The parties **must** contact Elvia Garcia, Courtroom Deputy for the undersigned Magistrate Judge, **by 12:00 p.m. on October 12, 2022**, at Elvia_Garcia@nvd.uscourts.gov, and provide the email addresses of their respective participants.  The courtroom deputy shall email all participants with the Zoom link.

IT IS FURTHER ORDERED that **no exceptions to attendance by counsel will be made**.

DATED this 11th day of October, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE