UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 100, JULIET DOHERTY, and JANE DOE 200<br><br>Plaintiffs,<br><br>v.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON,<br><br>Defendants. | Case No. 2:21-cv-01412-ART-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiffs' Motion to Extend Discovery Deadlines and Proposed Amended Scheduling Order (the "Motion"). ECF No. 110. This Motion was filed on December 30, 2022. Under United States District Court for the District of Nevada Local Rule LR 7-2(d) the Court may treat a failure by the non-moving party to respond or oppose a motion as consent to grant the motion. Here, Defendants failed to respond to Plaintiffs' Motion. The Court reviewed Plaintiffs' proposed extension of certain deadlines and agrees that they are appropriate.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motion to Extend Discovery Deadlines and Proposed Amended Scheduling Order (ECF No. 110) is GRANTED.

IT IS FURTHER ORDERED that initial expert disclosures are due **April 28, 2023**. Rebuttal expert disclosures are due **May 29, 2023**. The expert discovery cut-off date is **June 28, 2023**. The proposed joint pretrial order is due **July 14, 2023** if no dispositive motions are pending on that date. If dispositive motions are pending, the due date for the joint pretrial order is thirty days after the Court issues its decision on such motions.

DATED this 17th day of January, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1