UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 100, JULIET DOHERTY, and JANE DOE 200<br><br>Plaintiffs,<br><br>v.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON,<br><br>Defendants. | Case No. 2:21-cv-01412-ART-EJY<br><br>**ORDER** |

Pending before the Court is Defendants' Motion Requesting Continuance of a Hearing Date. ECF No. 150. In their Motion, Defendants state that Randazza Legal Group, which recently filed a Motion to Quash, has no objection to moving the hearing set for March 22, 2023 to a later date. While Defendants further state all parties agree to the proposed continuance, Defendants do not indicate whether they spoke with Plaintiffs' counsel.

Accordingly, IT IS HEREBY ORDERED that counsel for Plaintiffs **must** file a notice with the Court no later than **5 p.m., Friday, March 17, 2023**, stating whether they consent to Plaintiffs' request to continue the March 22, 2023 hearing date.

DATED this 16th day of March, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1