Mitchell Taylor Button
5664 Deer Creek Falls Ct. Las Vegas, NV 89118
Telephone: 310.499.8702
Desmodynamica@gmail.com

Dusty Button
5664 Deer Creek Falls Ct.
Las Vegas, NV 89118
Telephone: 310.499.8930
Worldofdusty@gmail.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DEANGELO, DANIELLE GUITIERREZ, JANE DOE 1 AND JANE DOE 2<br><br>Plaintiffs,<br><br>vs.<br><br>MITCHELL TAYLOR BUTTON AND DUSTY BUTTON,<br><br>Defendants | Case No.: 2:21-cv-01412-ART-EJY<br><br>DEFENDANTS' REQUEST FOR ZOOM HEARING APRIL 5th, 2023 |

  Defendants are respectfully requesting the ability to attend the newly scheduled hearing with Honorable Judge Youchah on April 5th, 2023 via Zoom.

  Although Defendants are currently still residents in Nevada, Defendants have unfortunately lost their home due to this ongoing lawsuit and are currently representing

DEFENDANTS' REQUEST FOR ZOOM HEARING APRIL 5TH, 2023 - 1

themselves to the best of their ability as *pro se* Defendants. Defendants have been unable to afford their home any longer and have been evicted due to their inability to fulfill the lease.

Due to this circumstance, as well as the health of Defendant Dusty Button's father (recovery from throat cancer and chemotherapy), as previously stated to Ms. Katie Sutherland (Deputy Clerk to Honorable Judge Traum), Defendants are currently staying with family on the east coast. Defendant's family is supporting them as they have not been able to work in two years due to the media coverage of this lawsuit and currently unable to afford the cost of travel to Nevada for the hearing on April 5th with Honorable Judge Youchah.

Defendants understand and appreciate the time of the Court with such unusual circumstances surrounding this case but kindly ask the Court to please consider Defendants being allowed to attend this hearing via Zoom as Defendants are doing everything, they can to assure they are abiding by Court standard (though they are now *pro se*) and will continue to do so. Defendants did not choose to be left in this position but unfortunately this is the hand they have been dealt.

Defendants kindly ask the Court that they be allowed to attend this hearing on April 5th via Zoom or any other online platform that would be provided by the Court.

Dated this 29th day of March

Respectfully submitted,

_____
Mitchell Taylor Button and Dusty Button

DEFENDANTS' REQUEST FOR ZOOM HEARING APRIL 5TH, 2023 - 2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 29th, 2023, I emailed the foregoing document with the Clerk of the Court using LV_Public_Docketing@nvd.uscourts.gov.

Dated this 29th day of March,

_____

Dusty Button and Mitchell Taylor Button

DEFENDANTS' REQUEST FOR ZOOM HEARING APRIL 5TH, 2023 - 3