BOIES SCHILLER FLEXNER LLP
SIGRID S. MCCAWLEY (admitted *pro hac vice*)
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: 954.356.0011
smccawley@bsfllp.com

BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: 702.382.7300
Facsimile: 702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
SABINA MARIELLA (admitted *pro hac vice*)
LINDSEY RUFF (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: 212.446.2300
smariella@bsfllp.com
lruff@bsfllp.com

*Attorneys for Plaintiffs Sage Humphries,*
*Gina Menichino, RoseMarie DeAngelo,*
*Danielle Gutierrez, Jane Doe 1,*
*and Jane Doe 2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 1, and JANE DOE 2,<br><br>     Plaintiffs,<br><br>  vs.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON,<br><br>    Defendants. | Case Number: 2:21-cv-01412-ART-EJY<br><br>**PLAINTIFFS' NON-OPPOSITION TO DEFENDANTS' MOTION FOR ZOOM HEARING APRIL 5th, 2023 (ECF NO. 158)** |

Plaintiffs Sage Humphries, Gina Menichino, RoseMarie DeAngelo, Danielle Gutierrez, Jane Doe 1, and Jane Doe 2 (together, "Plaintiffs"), by and through their undersigned attorneys, hereby file their Notice of Non-Opposition to Defendants' Motion Request for Zoom Hearing April 5th, 2023 (ECF NO. 158).

On the evening of March 29, 2023, Plaintiffs' counsel, Sabina Mariella, and Defendant Dusty Button conferred about Defendants' request to appear via Zoom.

Accordingly, Plaintiffs have no opposition to Defendants' request to appear via Zoom at the April 5, 2023, hearing. Counsel for Plaintiffs still intends to appear in person at the hearing scheduled before this Court in Las Vegas.

Dated: March 30, 2023                    Respectfully Submitted,

                                         BOIES SCHILLER FLEXNER LLP


                                         /s/ Sigrid S. McCawley
                                         SIGRID S. MCCAWLEY (*pro hac vice*)
                                         BOIES SCHILLER FLEXNER LLP
                                         401 E. Las Olas Blvd., Suite 1200
                                         Ft. Lauderdale, FL 33301
                                         Telephone: 954.356.0011
                                         smccawley@bsfllp.com

                                         SABINA MARIELLA (*pro hac vice*)
                                         LINDSEY RUFF (*pro hac vice*)
                                         BOIES SCHILLER FLEXNER LLP
                                         55 Hudson Yards
                                         New York, NY 10001
                                         Telephone: 212.446.2300
                                         smariella@bsfllp.com
                                         lruff@bsfllp.com

                                         RICHARD J. POCKER (NV Bar No. 3568)
                                         300 South Fourth Street, Suite 800
                                         Las Vegas, NV 89101
                                         Telephone: 702.382.7300
                                         Facsimile: 702.382.2755
                                         rpocker@bsfllp.com

                                         *Attorneys for Plaintiffs Sage Humphries,*
                                         *Gina Menichino, RoseMarie DeAngelo,*
                                         *Danielle Gutierrez, Jane Doe 1,*
                                         *and Jane Doe 2*

PLAINTIFFS' NON-OPPOSITION TO DEFENDANTS' MOTION FOR
ZOOM HEARING APRIL 5th, 2023

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing Plaintiffs' Non-Opposition to Defendants' Request for Zoom Hearing April 5th, 2023 was served on March 30, 2023 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ Shilah Wisniewski
Shilah Wisniewski, an Employee of
Boies Schiller Flexner LLP

PLAINTIFFS' NON-OPPOSITION TO DEFENDANTS' MOTION FOR
ZOOM HEARING APRIL 5th, 2023