BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: 702.382.7300
Facsimile: 702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
SIGRID S. MCCAWLEY (admitted *pro hac vice*)
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: 954.356.0011
smccawley@bsfllp.com

BOIES SCHILLER FLEXNER LLP
SABINA MARIELLA (admitted *pro hac vice*)
LINDSEY RUFF (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: 212.446.2300
smariella@bsfllp.com
lruff@bsfllp.com

*Attorneys for Plaintiffs Sage Humphries,
Gina Menichino, RoseMarie DeAngelo,
Danielle Gutierrez, Jane Doe 1,
and Jane Doe 2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 1, and JANE DOE 2,<br><br>        Plaintiffs,<br><br>    vs.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON,<br><br>        Defendants. | Case Number: 2:21-cv-01412-ART-EJY<br><br>**JANE DOE 1 AND BOIES SCHILLER FLEXNER LLP'S MOTION TO SEAL** |

**NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Jane Doe 1 and Boies Schiller Flexner LLP will move this Court for an order sealing certain exhibits to Jane Doe 1 and Boies Schiller Flexner LLP's opposition to Defendants' motion for Rule 11 sanctions, pursuant to the Protective Orders entered in this case at ECF Nos. 53 and 166.

Dated: July 3, 2023

BOIES SCHILLER FLEXNER LLP

/s/ Sigrid S. McCawley
SIGRID S. MCCAWLEY (*pro hac vice*)
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: 954.356.0011
smccawley@bsfllp.com

LINDSEY RUFF (*pro hac vice*)
SABINA MARIELLA (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: 212.446.2300
smariella@bsfllp.com
lruff@bsfllp.com

RICHARD J. POCKER (NV Bar No. 3568)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: 702.382.7300
Facsimile: 702.382.2755
rpocker@bsfllp.com

*Attorneys for Plaintiffs Sage Humphries, Gina Menichino, RoseMarie DeAngelo, Danielle Gutierrez, Jane Doe 1, and Jane Doe 2*

1
JANE DOE 1 AND BOIES SCHILLER FLEXNER LLP'S MOTION TO SEAL

## MEMORANDUM OF LAW

On March 11, 2022, the Court granted Jane Doe 1's motion to proceed anonymously, noting that her allegations "portray events of the most intimate nature". ECF No. 39 at 5. On June 13, 2022, the Court entered a protective order again protecting Jane Doe 1's identity, which states in pertinent part,

> This protective order does not alter the requirements of District of Nevada Local Rule 10-5, which requires that papers filed with the court under seal be accompanied by a motion for leave to file those documents under seal. **If any party wishes to use any document containing Plaintiff's identity, or other personally identifying information that would lead to the discovery of Plaintiff's identity, in a court filing or proceeding in this action, they shall either (a) redact Plaintiff's name and other personally identifying information or (b) file a motion to seal pursuant to District of Nevada Local Rule 10-5**.

ECF No. 53 ¶ 4 (emphasis added). Accordingly, Jane Doe 1 and Boies Schiller Flexner LLP (together, "Movants") respectfully request to file **Exhibit A** under seal, which is excerpts from Jane Doe 1's deposition transcript. For the reasons outlined in Jane Doe 1's motion to proceed anonymously, public disclosure of Jane Doe 1's identity would cause her extreme and irreparable damage. *See* ECF No. 27.

Movants also respectfully request to file **Exhibit L** under seal, which is excerpts from the deposition transcript of a third-party witness (designated as confidential under the protective order) who has not publicly disclosed her identity in this litigation and who was sexually abused by Defendant Taylor Button as a minor child. *See* ECF No. 166 ¶ 5(d) (permitting designation of the "names of alleged minor victims of sexual abuse, other than those plaintiffs who have chosen to use their names in this action"); *see also e.g.*, *Jordan v. Gardner*, 986 F.2d 1521, 1525 n.4 (9th Cir. 1990) (noting the "tradition of not revealing names of the victims of sexual assault"); *Doe No. 2 v. Kolko*, 242 F.R.D. 193, 195 (E.D.N.Y. 2006) ("[S]exual assault victims are a paradigmatic example of those entitled to a grant of anonymity").

Finally, **Exhibits E, F, G, and H** were produced by third-party Urbanity Dance and were marked confidential. Today, Plaintiffs' counsel contacted counsel for Urbanity Dance to

obtain its position on whether these materials can be filed on the public docket, but Urbanity Dance has not yet indicated its position on sealing. Movants therefore respectfully request that the Court provisionally permit the filing of Exhibits E through H under seal until such a time as Urbanity Dance can either make an application for permanent sealing or confirm whether it objects to these materials being filed on the docket without redaction. *See* ECF No. 166 ¶ 12 ("[I]n filing Confidential Discovery Material with this Court . . . The Parties shall file an unredacted copy of the Confidential Court Submission under seal with the Clerk of this Court.").

## CONCLUSION

For the reasons set forth above, Jane Doe 1 and Boies Schiller Flexner LLP request that the Court grant the foregoing Motion to Seal.

Dated: July 3, 2023

Respectfully Submitted,

/s/ Sigrid S. McCawley
SIGRID S. MCCAWLEY (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: 954.356.0011
smccawley@bsfllp.com

LINDSEY RUFF (*pro hac vice*)
SABINA MARIELLA (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: 212.446.2300
smariella@bsfllp.com
lruff@bsfllp.com

RICHARD J. POCKER (NV Bar No. 3568)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: 702.382.7300
Facsimile: 702.382.2755
rpocker@bsfllp.com

*Attorneys for Plaintiffs Sage Humphries, Gina Menichino, RoseMarie DeAngelo,*

3
JANE DOE 1 AND BOIES SCHILLER FLEXNER LLP'S MOTION TO SEAL

*Danielle Gutierrez, Jane Doe 1, and Jane Doe 2*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Motion to Seal was served on July 3, 2023 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

          /s/ *Shari Ginsberg*
Shari Ginsberg, an employee of
Boies Schiller Flexner LLP