UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 100, JULIET DOHERTY, and JANE DOE 200,<br><br>Plaintiffs,<br><br>v.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON,<br><br>Defendants. | Case No. 2:21-cv-01412-ART-EJY<br><br>**ORDER** |

Pending before the Court is Defendants' Application to Proceed *in forma pauperis* ("IFP") and Motion to Seal the IFP Application. ECF Nos. 223, 224. A review of the Application demonstrates Defendants meet the requirements for IFP status. The Court further notes Defendants demonstrated during the August 1, 2023 Court hearing before the undersigned U.S. Magistrate Judge that they are unable to pay the fees associated with use of a PACER account. Specifically, the Court finds Defendants' employment status and financial resources are extremely limited. The Court further finds the nature and complexity of this case renders continued proceeding without Defendants' access to PACER will interfere with the Court's ability to manage this dispute in accordance with the Federal Rules of Civil Procedure and fundamental principle of fairness.

The Court also concludes the Motion to Seal demonstrates personal information is included in the IFP Application and, therefore, the Application is properly sealed.

Accordingly, IT IS HEREBY ORDERED that Defendants' Application to Proceed *in forma pauperis* (ECF No. 223) is GRANTED.

IT IS FURTHER ORDERED that Defendants' Motion to Seal (ECF No. 224) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court must seal Defendants' Application to Proceed *in forma pauperis* (ECF No. 223).

1    IT IS FURTHER ORDERED that Defendants have shown that PACER fees are properly waived through the conclusion of this case.

IT IS FURTHER ORDERED that Defendants' access to PACER must be reinstated. Defendants may use a copy of this Order for purposes of contacting PACER to effect reinstatement of their account. PACER may be contacted through the PACER Service Center (800-676-6856) or by email at pacer@pacer.uscourts.gov.

IT IS FURTHER ORDERED that the Clerk of Court must mail a copy of this Order to Defendants as they presently have no access to PACER.

DATED this 4th day of August, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE