UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 100, JULIET DOHERTY, and JANE DOE 200 | Case No. 2:21-cv-01412-ART-EJY |
| Plaintiffs, | **ORDER** |
| v. | |
| MITCHELL TAYLOR BUTTON and DUSTY BUTTON, | |
| Defendants. | |

On August 1, 2023, the Court awarded to Plaintiffs costs arising from subpoenas issued to three internet-based entities as well as travel costs related to a hearing regarding Defendants' averred failure to comply with a prior Order of the Court. The Motion for Costs was filed on August 18, 2023. No response to the Motion was filed.

Accordingly, IT IS HEREBY ORDERED that the Motion for Costs (ECF No. 230) is GRANTED.

IT IS FURTHER ORDERED that the costs of $2,240.10 must be paid by Defendants to Plaintiffs.

IT IS FURTHER ORDERED that the sanctions awarded by this Order are stayed until the completion of the litigation.

DATED this 25th day of September, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1