UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 100, JULIET DOHERTY, and JANE DOE 200<br><br>Plaintiffs,<br><br>v.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON,<br><br>Defendants. | Case No. 2:21-cv-01412-ART-EJY<br><br>**ORDER** |

Pending before the Court is Defendants' Emergency Motion to Extend Time for Production of Documents for Boston PD Keeper of Records and Robin Melone. ECF No. 262. The Motion states that Defendants served subpoenas on the Boston Police Department and Robin Melone on September 15, 2023. The Motion further explains Ms. Melone and the Boston Police Department have requested extensions of time to respond to the subpoenas. Ms. Melone specifically requested an extension to October 13, 2023. The Boston Police Department has not identified a date by which the documents it is gathering will be produced.

Without expressing any opinion on the relevance or admissibility of documents gathered from these sources, the Court extends the time for responses to the subpoenas. This extension does not apply to any other discovery issues that are pending or to discovery generally.

Accordingly, IT IS HEREBY ORDERED that Defendants' Emergency Motion to Extend Time for Production of Documents for Boston PD Keeper of Records and Robin Melone (ECF No. 262) is GRANTED.

IT IS FURTHER ORDERED that the due date for responses to Defendants' subpoenas to the Boston Police Department and Robin Melone is extended to **October 13, 2023**.

IT IS FURTHER ORDERED that upon receipt of the subpoena responses Defendants **must** provide copies of **all** documents received from Ms. Melone and the Boston Police Department to

Plaintiffs' counsel. This may be accomplished by an agreed upon method (such as scanning and emailing the documents or copying and mailing the documents). If Plaintiffs seek to receive copies of the documents Defendants receive in response to the subpoenas more quickly than Defendants are able to provide them, Plaintiffs may arrange for a copying service to retrieve the entirety of the subpoena responses, copy the same, and return the documents to Defendants. Defendants **must fully** cooperate in that process.

DATED this 29th day of September, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE