UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 100, JULIET DOHERTY, and JANE DOE 200<br><br>Plaintiffs,<br><br>v.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON,<br><br>Defendants. | Case No. 2:21-cv-01412-ART-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiffs' Motion to Seal (ECF No. 287). Plaintiffs understand the burden that must be met to seal a document filed with the Court. *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006). Here a review of Exhibit A (ECF No. 288) to the Declaration of Lindsey Ruff, filed in support of Plaintiffs' Opposition to Defendants' Motion to Quash, does not support the sealing request. If there are particular names or particular lines that Plaintiffs believe should be sealed, Plaintiffs may file a renewed motion seeking to seal an unredacted version of ECF No. 288. However, the entirety of ECF No. 288 is not properly sealed.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motion to Seal (ECF No. 287) is DENIED without prejudice.

IT IS FURTHER ORDERED that Exhibit A (ECF No. 288) shall remain temporarily sealed pending Plaintiffs' review and potential future motion to seal an unredacted version of the Exhibit.

IT IS FURTHER ORDERED that if Plaintiffs choose to file a motion to seal an unredacted version of Exhibit A, they must do so no later than **November 3, 2023** while simultaneously filing a redacted version of the Exhibit on the publicly available docket.

1

IT IS FURTHER ORDERED that if Plaintiffs do not file a motion to seal an unredacted version of Exhibit A on or before **November 3, 2023**, the Exhibit will be unsealed in its entirety.

DATED this 24th day of October, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE