UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 100, JULIET DOHERTY, and JANE DOE 200 | Case No. 2:21-cv-01412-ART-EJY |
| Plaintiffs, | **ORDER** |
| v. | |
| MITCHELL TAYLOR BUTTON and DUSTY BUTTON, | |
| Defendants. | |

Pending before the Court is Plaintiffs' Motion to Seal (ECF No. 293) filed in response to the Court's Order at ECF No. 289 finding the entirety of a document Plaintiffs sought to seal was not properly sealed.  Since that date Plaintiffs filed a redacted version of the document on publicly available docket.  ECF No. 292.  Plaintiff have also refiled an unredacted version of the document under seal.  ECF No. 294.  The redactions Plaintiffs seek meet the applicable good cause requirement established in *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006).

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motion to Seal (ECF No. 293) is GRANTED.

IT IS FURTHER ORDERED that Exhibit A filed at ECF No. 294 is and shall remain sealed.

DATED this 3rd day of November, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE