UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 100, JULIET DOHERTY, and JANE DOE 200<br><br>Plaintiffs,<br><br>v.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON,<br><br>Defendants. | Case No. 2:21-cv-01412-ART-EJY<br><br>**ORDER** |

The Court previously referred this case to the Pro Bono Program for appointment of counsel for the limited purpose of the settlement conference. ECF No. 284. The Court understands there pro bono counsel is willing to represent Defendants during the settlement conference. However, the Court received notice from the Pro Bono Liaison that Defendants have not completed paperwork required to participate in the Pro Bono Program despite the Pro Bono Coordinator's repeated attempts to reach out to them. The Court directed the Pro Bono Program to send the forms in question to Defendants once again. The Court advises Defendants **must**, no later than 30 days after he date of this order, complete this paperwork if they want an attorney to represent them pro bono for purposes of settlement.

DATED this 20th day of November, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1