1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SAGE HUMPHRIES, et al.,

     Plaintiff(s),

v.

MITCHELL TAYLOR BUTTON, et al.,

     Defendant(s).

Case No. 2:21-cv-01412-ART-EJY

**Order**

12
13
14
15
16
17
18
19

     On November 8, 2023, the Court set a settlement conference for February 1, 2024.  Docket No. 296.  Today, January 30, 2024, defense counsel filed a stipulation to continue the settlement conference in light of a conflict with an unidentified "family obligation."  Docket No. 299 at 1.[1] The Court hereby **SETS** this stipulation for a telephonic hearing at 9:00 a.m. on January 31, 2024. Counsel must appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing.  The conference code is 6791056.  In order to ensure a clear recording of the hearing, the call must be made using a land line phone.  Cell phone calls, as well as the use of a speaker phone, are prohibited.

20
     IT IS SO ORDERED.

21
     Dated: January 30, 2024

22
23

_____
Nancy J. Koppe
United States Magistrate Judge

24
25
26
27
28

[1] This stipulation is untimely and fails to provide the number of alternative dates required by the Court's order.  *See* Docket No. 296 at 1.  The two alternative dates that are provided fall during the undersigned's criminal duty week.  Moreover, while the Court remains available on the date already set aside for the settlement conference in this case, the Court has very limited availability in the coming months to hold the settlement conference otherwise.  *See, e.g.*, *Underwood v. O'Reilly Auto Parts*, No. 2:21-cv-1766-GMN-NJK, Docket Nos. 393-407 (D. Nev. December 7, 2023) (setting 15 settlement conferences in the coming weeks).