# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SAGE HUMPHRIES, et al.,

    Plaintiff(s),

v.

MITCHELL TAYLOR BUTTON, et al.,

    Defendant(s).

Case No. 2:21-cv-01412-ART-EJY

**Order**

    A settlement conference is currently set for May 20, 2024. *See* Docket No. 303. The Court finds that a settlement conference would be futile and, therefore, **VACATES** the settlement conference. The Clerk's Office is **INSTRUCTED** to remove the undersigned from the docket as the settlement judge on the case.

    IT IS SO ORDERED.

    Dated: March 19, 2024

                                                    Nancy J. Koppe
                                                    United States Magistrate Judge