Mitchell Taylor Button
101 Ocean Sands Ct
Myrtle Beach, SC 29579
Telephone: 310.499.8702
Desmodynamica@gmail.com

Dusty Button
101 Ocean Sands Ct
Myrtle Beach, SC 29579
Telephone: 310.499.8930
Worldofdusty@gmail.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DEANGELO, DANIELLE GUTIERREZ, JANE DOE 1 AND JANE DOE 2<br><br>Plaintiffs,<br><br>vs.<br><br>MITCHELL TAYLOR BUTTON AND DUSTY BUTTON,<br><br>**Defendants** | Case No. 2:21-cv-01412-ART-EJY<br><br>DEFENDANTS' NOTICE OF MANUALLY FILED EXHIBITS<br><br>(AUDIO AND VIDEO RECORDINGS) |

    Defendants file their notice of manually filed exhibits which correspond with Defendants' Reply to ECF No. 352, including audio and video recordings that were mailed to the Clerk of Court via USPS on a thumb drive.

DEFENDANTS NOTICE OF MANUALLY FILED EXHIBITS (AUDIO AND VIDEO RECORDINGS) - 1

Dated this 26th day of April, 2024

_____

Mitchell Taylor Button and Dusty Button

(Pro Se)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed on April 26th, 2024 with LV_public_docketing@nvd.uscourts.gov and served to all parties.

Respectfully,

_____

Mitchell Taylor Button and Dusty Button

(*Pro Se*)

DEFENDANTS NOTICE OF MANUALLY FILED EXHIBITS (AUDIO AND VIDEO RECORDINGS) - 2