DUSTY BUTTON
MITCHELL TAYLOR BUTTON
101 Ocean Sands Court
Myrtle Beach, SC 29579
Telephone: 310-499-8930
worldofdusty@gmail.com

*Pro Se Defendants Mitchell Taylor Button
and Dusty Button*

BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: 702.382.7300
Facsimile: 702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
SIGRID S. MCCAWLEY (admitted *pro hac
vice*)
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: 954.356.0011
smccawley@bsfllp.com

BOIES SCHILLER FLEXNER LLP
SABINA MARIELLA (admitted *pro hac
vice*)
LINDSEY RUFF (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: 212.446.2300
smariella@bsfllp.com
lruff@bsfllp.com

*Attorneys for Plaintiffs Sage Humphries,
Gina Menichino, RoseMarie DeAngelo,
Danielle Gutierrez, Jane Doe 1,
and Jane Doe 2*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 1, and JANE DOE 2,<br><br>Plaintiffs,<br><br>vs.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON,<br><br>Defendants. | Case No.: 2:21-cv-01412-ART-EJY<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO DEPOSE JANE DOE 1 AND [PROPOSED] ORDER** |

The Court granted Defendants an additional ninety minutes to depose Jane Doe 1 within thirty days of the Court's June 17, 2024, Order (i.e., until July 17, 2024).  *See* ECF No. 362.  The Parties respectfully submit this stipulation to request an extension of Defendants' time to depose Jane Doe 1.

Defendants' position is as follows:  Defendants Taylor and Dusty Button respectfully request that the Court extend the thirty-day deadline due to the birth of Defendants' first child, who is due anytime from the last week of July through the second week in August.  Defendants additionally request that the Court provide dates on which it will be available during Jane Doe 1's deposition, as the Court stated, "*…the deposition can be set on a date the Court is available to respond to any concerns raised during questioning*".

Plaintiffs' position is as follows:  Plaintiffs consent to a brief extension of Defendants' time to depose Jane Doe 1 to accommodate Ms. Button's pregnancy.  To avoid undue delay, Plaintiffs consent only to an extension through the end of September 2024.

Defendants' deadline to depose Jane Doe 1 is extended to September 30, 2024.

**IT IS SO ORDERED.**

_____

DATED: July 13, 2024

JOINT STIPULATION FOR EXTENSION OF TIME TO DEPOSE JANE DOE 1

Dated: July 10, 2024

Respectfully Submitted,

PRO SE DEFENDANTS

/s/

DUSTY BUTTON
MITCHELL TAYLOR BUTTON
101 Ocean Sands Ct.
Myrtle Beach, SC 29579
Telephone: 310-499-8930
worldofdusty@gmail.com

*Pro Se Defendants Mitchell Taylor Button*
*and Dusty Button*

BOIES SCHILLER FLEXNER LLP

/s/ Sigrid S. McCawley
SIGRID S. MCCAWLEY (admitted *pro hac*
*vice*)
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: 954.356.0011
smccawley@bsfllp.com

BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: 702.382.7300
Facsimile: 702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
SABINA MARIELLA (admitted *pro hac*
*vice*)
LINDSEY RUFF (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: 212.446.2300
smariella@bsfllp.com
lruff@bsfllp.com

*Attorneys for Plaintiffs Sage Humphries,*
*Gina Menichino, RoseMarie DeAngelo,*
*Danielle Gutierrez, Jane Doe 1,*
*and Jane Doe 2*

JOINT STIPULATION FOR EXTENSION OF TIME TO DEPOSE JANE DOE 1