UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 1, and JANE DOE 2,<br><br>Plaintiffs,<br><br>v.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON,<br><br>Defendants. | Case No. 2:21-cv-01412-ART-EJY<br><br>**ORDER** |

Pending before the Court is Defendants' Motion for Permission to Provide Deposition Transcripts. ECF No. 411. The Court reviewed the Motion and denies the same. First, if law enforcement or a prosecutor's office seeks the evidence Defendants want to disclose, the investigating or law enforcement entity is free to subpoena the same from Plaintiffs or Defendants. Second, Plaintiffs' counsel's request (1) to be copied on correspondence transmitting the documents, and (2) for assurance that Defendants will transmit true and correct copies of all six Plaintiffs' deposition transcripts in their entirety, rather than select transcripts or excerpts, is neither outrageous nor unethical. Plaintiffs do not demand to be copied on all communication with law enforcement; rather, as represented by Defendants, who pasted email exchanges into their moving papers on page 6, Plaintiffs seek only to be copied on the transmittal correspondence. There is no privilege between Defendants and law enforcement of which the Court is aware that would apply to transmittal of the documents at issue, and Defendants identify none.

Accordingly, IT IS HEREBY ORDERED that Defendants' Motion for Permission to Provide Deposition Transcripts (ECF No. 411) is DENIED. If they so choose, Defendants may stipulate to

a modification to the protective order or otherwise find a basis for agreement that will allow disclosure of the documents as desired.

Dated this 22nd day of October, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE