X FILED ENTERED RECEIVED SERVED ON
10/25/2024
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY DEPUTY

DUSTY BUTTON
MITCHELL TAYLOR BUTTON
101 Ocean Sands Court
Myrtle Beach, SC 29579
Telephone: 310-499-8930
worldofdusty@gmail.com

*Pro Se Defendants Mitchell Taylor Button and Dusty Button*

BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: 702.382.7300
Facsimile: 702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
SIGRID S. MCCAWLEY (admitted *pro hac vice*)
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: 954.356.0011
smccawley@bsfllp.com

BOIES SCHILLER FLEXNER LLP
SABINA MARIELLA (admitted *pro hac vice*)
LINDSEY RUFF (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: 212.446.2300
smariella@bsfllp.com
lruff@bsfllp.com

*Attorneys for Plaintiffs Sage Humphries, Gina Menichino, RoseMarie DeAngelo, Danielle Gutierrez, Jane Doe 1, and Jane Doe 2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 1, and JANE DOE 2,

Plaintiffs,

vs.

MITCHELL TAYLOR BUTTON and DUSTY BUTTON,

Defendants.

Case No.: 2:21-cv-01412-ART-EJY

**JOINT STIPULATION TO MODIFY THE PROTECTIVE ORDER AND [PROPOSED] ORDER**

Pursuant to the Court's Order at ECF No. 412, the Parties seek to modify the Protective Orders, (ECF Nos. 51, 166), solely to allow Defendants to transmit Plaintiffs' deposition transcripts to law enforcement subject to the following conditions:

1. Defendants must copy Plaintiffs' counsel on correspondence to law enforcement transmitting the transcripts;
2. Defendants must transmit true and correct copies of all six Plaintiffs' deposition transcripts in their entirety, rather than select transcripts or excerpts.

**IT IS SO ORDERED.**

____________________________________

DATED: ___________________________

Date: October 25, 2024

Respectfully Submitted,

PRO SE DEFENDANTS

/s/
DUSTY BUTTON
MITCHELL TAYLOR BUTTON
101 Ocean Sands Ct.
Myrtle Beach, SC 29579
Telephone: 310-499-8930
worldofdusty@gmail.com

*Pro Se Defendants Mitchell Taylor Button and Dusty Button*

BOIES SCHILLER FLEXNER LLP

/s/ *Lindsey Ruff*
SIGRID S. MCCAWLEY (admitted *pro hac vice*)
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: 954.356.0011
smccawley@bsfllp.com

RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: 702.382.7300
Facsimile: 702.382.2755
rpocker@bsfllp.com

SABINA MARIELLA (admitted *pro hac vice*)
LINDSEY RUFF (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: 212.446.2300
smariella@bsfllp.com
lruff@bsfllp.com

*Attorneys for Plaintiffs Sage Humphries, Gina Menichino, RoseMarie DeAngelo, Danielle Gutierrez, Jane Doe 1, and Jane Doe 2*