UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 1, and JANE DOE 2,<br><br>Plaintiffs,<br><br>v.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON,<br><br>Defendants. | Case No. 2:21-cv-01412-ART-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiffs' Motion for an Order Modifying the Meet and Confer Requirement. ECF No. 384. Plaintiffs were granted through and including September 12, 2024 to respond to this Motion (ECF No. 395). The Court could locate no response filed by Defendants.

Be that as it may, given the recent flurry of motions and contentions regarding difficult communications between the parties, the Court finds a modification of the meet and confer requirements will serve all parties and may help to reduce tensions. The parties are permitted to meet and confer by email; provided, however, that any email addressing meet and confer requests must provide the opposing parties 48 hours (two days) to respond. Emails must be sent between the hours of 8 a.m. and 6 p.m. Eastern Standard Time.[1] The parties are cautioned to keep their email contents to matters relating to this case and not comment on, accuse or otherwise raise issues unrelated to this litigation. There are to be no comments regarding a person's signature block, personal beliefs or preferences, religious beliefs or practice, or political leanings or beliefs.

---

[1] The Court uses Eastern Standard Time because Plaintiffs' counsel and Defendants are located in that time zone.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motion for an Order Modifying the Meet and Confer Requirement (ECF No. 384) is GRANTED as stated above.

Dated this 21st day of November, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE