1  BOIES SCHILLER FLEXNER LLP
   RICHARD J. POCKER (NV Bar No. 3568)
2  300 South Fourth Street, Suite 800
   Las Vegas, NV 89101
3  Telephone: 702.382.7300
   Facsimile: 702.382.2755
4  rpocker@bsfllp.com

5  BOIES SCHILLER FLEXNER LLP
   SIGRID S. MCCAWLEY (admitted *pro hac vice*)
6  401 E. Las Olas Blvd., Suite 1200
   Ft. Lauderdale, FL 33301
7  Telephone: 954.356.0011
   smccawley@bsfllp.com
8
   BOIES SCHILLER FLEXNER LLP
9  SABINA MARIELLA (admitted *pro hac vice*)
   LINDSEY RUFF (admitted *pro hac vice*)
10 55 Hudson Yards
   New York, NY 10001
11 Telephone: 212.446.2300
   smariella@bsfllp.com
12 lruff@bsfllp.com

13 *Attorneys for Plaintiffs Sage Humphries,*
   *Gina Menichino, RoseMarie DeAngelo,*
14 *Danielle Gutierrez, Jane Doe 1, and*
   *Jane Doe 2*
15

16                       **UNITED STATES DISTRICT COURT**

17                              **DISTRICT OF NEVADA**

18 SAGE HUMPHRIES, GINA MENICHINO,
   ROSEMARIE DeANGELO, DANIELLE
19 GUTIERREZ, JANE DOE 1,
   and JANE DOE 2                              Case Number: 2:21-cv-01412-ART-EJY
20
          Plaintiffs,                          **DECLARATION OF SIGRID S.**
21                                             **MCCAWLEY IN SUPPORT OF**
      vs.                                      **PLAINTIFFS' MOTION FOR**
22                                             **SUMMARY JUDGMENT**
   MITCHELL TAYLOR BUTTON and
23 DUSTY BUTTON,

24        Defendants.

25

26

27

28

   DECLARATION OF SIGRID S. MCCAWLEY IN SUPPORT OF PLAINTIFFS' MOTION
                      FOR SUMMARY JUDGMENT

I, Sigrid S. McCawley, declare as follows:

1. I am an attorney and managing partner for the law firm Boies Schiller Flexner LLP, counsel of record for Plaintiffs in the above-captioned action. I submit this declaration in support of Plaintiffs' Motion for Summary Judgment. I have personal knowledge of the facts set forth herein, and if called upon, could and would competently testify thereto under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of the deposition of Defendant Dusty Button.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the transcript of the deposition of Defendant Mitchell Taylor Button.

4. Attached hereto as **Exhibit C** is a true and correct copy of the November 6, 2009, Ballet News article entitled *Cupcakes and Conversation with Dusty Button, Artist, Birmingham Ballet*.

5. Attached hereto as **Exhibit D** is a true and correct copy of the February 28, 2011, Dance Spirit article entitled *The Dirt: Dusty Button*.

6. Attached hereto as **Exhibit E** is a true and correct copy of the September 14, 2013, Boston Globe article written by Joel brown entitled *Dusty Button, a Dancer Just Hitting Her Stride*.

7. Attached hereto as **Exhibit F** is a true and correct copy of the August 13, 2014, Glamour article written by Leah Melby Clinton entitled *Girls of Summer: Meet 9 Ballerinas Who's Off Stage Style is Right on Pointe*.

8. Attached hereto as **Exhibit G** is a true and correct copy of the November 5, 2014, Dance Life article written by Amy Omernik entitled *Principal Dusty Button Talks Inspiration, Motivation, and Her Passions Outside of the Dance World*.

9. Attached hereto as **Exhibit H** is a true and correct copy of the February 1, 2015, Pointe Magazine article written by Candice Thompson entitled *The Road Less Traveled: Boston Ballet's Dusty Button Plays by Her Own Rules*.

10. Attached hereto as **Exhibit I** is a true and correct copy of the June 30, 2015, Dance Magazine article written by Candice Thompson entitled *Trending Now: #Competitions*.

DECLARATION OF SIGRID S. MCCAWLEY IN SUPPORT OF PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT

11. Attached hereto as **Exhibit J** is a true and correct copy of the April 25, 2016, Dance Magazine article written by Jennifer Heimlich entitled *Before They Were Stars, They Won YGAP*.

12. Attached hereto as **Exhibit K** is a true and correct copy of a December 6, 2017, Red Bull Instagram Post featuring Dusty Button.

13. Attached hereto as **Exhibit L** is a true and correct copy of the December 28, 2017, Dance Magazine article written by Lauren Wingenroth entitled *The Definitive Ranking of All of Dusty Button's Craziest Turning Videos*.

14. Attached hereto as **Exhibit M** is a true and correct copy of the June 16, 2021, WBTW article written by Braley Dodson entitled *15 Pro Athletes from the Myrtle Beach Area*.

15. Attached hereto as **Exhibit N** is a true and correct copy of the Dance Informa article written by Allison Grupton entitled *What I've Learned from Formula 1 Racers: Ballerina Dusty Button*.

16. Attached hereto as **Exhibit O** is a true and correct copy of the Dance Informa article entitled *10 Dancers to Follow on Social Media*.

17. Attached hereto as **Exhibit P** is a true and correct copy of the Dance Informa article entitled *BellaMoxi: So Much More than Medals*.

18. Attached hereto as **Exhibit Q** is a true and correct copy of the July 29, 2021, New York Times article written by Julia Jacobs entitled *Former Dance Instructor Accused of Sexual Assault in Lawsuit*.

19. Attached hereto as **Exhibit R** is a true and correct copy of the September 28, 2021, Daily Mail article written by Rachel Sharp entitled *Boston Ballet's Former Star Dancer is Hit by Three New Sex Attack Claims: Lawsuit Says Ballerina Pointed Gun at Underage Girl while Her Husband Raped Her in Weapon Filled Room*.

20. Attached hereto as **Exhibit S** is a true and correct copy of the September 30, 2021, CNN article written by Melissa Alonso entitled *A Former Boston Ballerina and Her Husband Have Been Accused of Sexually Abusing Young Dancers, According to a Federal Lawsuit*.

21. Attached hereto as **Exhibit T** is a true and correct copy of the December 1, 2021, Pointe Magazine article written by Kathleen McGuire entitled *Grooming and Sexual Abuse in Ballet: Why Dancers are Especially Vulnerable*.

22. Attached hereto as **Exhibit U** is a true and correct copy of the April 5, 2022, Cosmopolitan article written by Elizabeth M. Keifer entitled *Rosie. Dani. Gina. Sage*.

23. Attached hereto as **Exhibit V** is a true and correct copy of a transcript of the May 27, 2022, interview of Sage Humphries on Good Morning America entitled *Ballerina Speaks out on Sexual Abuse Allegations against Former Boston Ballet Star*.

24. Attached hereto as **Exhibit W** is a true and correct copy of the August 2, 2022, Boston Magazine article written by Gretchen Voss entitled *The Scandal Rocking Boston's Ballet World*.

25. Attached hereto as **Exhibit X** is a true and correct copy of the July 12, 2024, amended complaint filed in *Dusty Button and Mitchell Button v. Sigrid McCawley* in the United States District Court for the Southern District of Florida, Case No. 0:24-cv-60911-DSL.

26. Attached hereto as **Exbibit Y** is a true and correct copy of the July 29, 2024 complaint filed in *Dusty Button and Mitchell Taylor Button v. The New York Times Co., Julia Jacobs, Lindsey Ruff, Sabina Mariella, Dawn Schneider, Demetri Blaisdell, and Dave McCraw* in the United States District Court for the Southern District of New York, Case No. 1:24-cv-05888-UA.

27. Attached hereto as **Exhibit Z** is a true and correct copy of the August 4, 2024 amended complaint filed in *Dusty Button and Mitchell Taylor Button v. Madison Jane Breshears* in the United States District Court for the Southern District of New York, Case No. 1:24-cv-03757-MKV.

28. Attached hereto as **Exhibit AA** is a true and correct copy of the August 7, 2024 complaint filed in *Dusty Button and Mitchell Taylor Button v. Micah Humphries, Michael Humphries, Katheryne Meyer, and Hannah Stolrow* in the United States District Court for the Central District of California, Case No. 8:24-cv-01730-JVS-DFM.

DECLARATION OF SIGRID S. MCCAWLEY IN SUPPORT OF PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT

29. Attached hereto as **Exhibit BB** is a true and correct copy of the September 18, 2024 amended complaint filed in *Dusty Button and Mitchel Taylor Button v. John Roe, Jane Roe, Robin Melone, and Katherine Thonis* in the United States District Court for the District Court of New Hampshire, Case No. 1:24-cv-00220-SM-AJ.

30. Attached hereto as **Exhibit CC** is a true and correct copy of the November 6, 2024 amended complaint filed in *Dusty Button and Mitchell Taylor Button v. Juliet Doherty, Krista King-Doherty and Luis Pons* in the United States District Court for the Southern District of New York, Case No. 1:24-cv-05026-JPC-KHP.

31. Attached hereto as **Exhibit DD** is a true and correct copy of Dr. Chitra Raghavan's psychological expert report regarding Gina Menichino.

32. Attached hereto as **Exhibit EE** is a true and correct copy of Dr. Chitra Raghavan's psychological expert report regarding Danielle Gutierrez.

33. Attached hereto as **Exhibit FF** is a true and correct copy of Dr. Chitra Raghavan's psychological expert report regarding Rosie DeAngelo.

34. Attached hereto as **Exhibit GG** is a true and correct copy of Dr. Chitra Raghavan's psychological expert report regarding Sage Humphries.

35. Attached hereto as **Exhibit HH** is a true and correct copy of Dr. Chitra Raghavan's psychological expert report regarding Jane Doe 1.

36. Attached hereto as **Exhibit II** is a true and correct copy of a June 19, 2012 police report filed with the Hillsborough County Sheriff's Office.

37. Attached hereto as **Exhibit JJ** is a true and correct copy of a May 15, 2018 police report filed with the Hillsborough County Sheriff's Office.

38. Attached hereto as **Exhibit KK** is a true and correct copy of an August 23, 2018 incident report filed with the Sommerville Police Department.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 6, 2025

/s/Sigrid S. McCawley
Sigrid S. McCawley

DECLARATION OF SIGRID S. MCCAWLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT