1   BOIES SCHILLER FLEXNER LLP
    RICHARD J. POCKER (NV Bar No. 3568)
2   300 South Fourth Street, Suite 800
    Las Vegas, NV 89101
3   Telephone: 702.382.7300
    Facsimile: 702.382.2755
4   rpocker@bsfllp.com

5   BOIES SCHILLER FLEXNER LLP
    SIGRID S. MCCAWLEY (admitted *pro hac vice*)
6   401 E. Las Olas Blvd., Suite 1200
    Ft. Lauderdale, FL 33301
7   Telephone: 954.356.0011
    smccawley@bsfllp.com
8
    BOIES SCHILLER FLEXNER LLP
9   SABINA MARIELLA (admitted *pro hac vice*)
    LINDSEY RUFF (admitted *pro hac vice*)
10  55 Hudson Yards
    New York, NY 10001
11  Telephone: 212.446.2300
    smariella@bsfllp.com
12  lruff@bsfllp.com

13  *Attorneys for Plaintiffs Sage Humphries,*
    *Gina Menichino, RoseMarie DeAngelo,*
14  *Danielle Gutierrez, Jane Doe 1, and*
    *Jane Doe 2*
15

16              **UNITED STATES DISTRICT COURT**

17                    **DISTRICT OF NEVADA**

18  SAGE HUMPHRIES, GINA MENICHINO,
    ROSEMARIE DeANGELO, DANIELLE
19  GUTIERREZ, JANE DOE 1,
    and JANE DOE 2
20
                                            Case Number: 2:21-cv-01412-ART-EJY
              Plaintiffs,
21                                          **DECLARATION OF ROSEMARIE**
                                            **DEANGELO IN SUPPORT**
         vs.                                **OF PLAINTIFFS' MOTION FOR**
22                                          **SUMMARY JUDGMENT**
    MITCHELL TAYLOR BUTTON and
23  DUSTY BUTTON,

24            Defendants.

25

26

27

28

              DECLARATION OF ROSEMARIE DEANGELO IN SUPPORT OF
                   PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

1  I, RoseMarie (Rosie) DeAngelo, declare as follows:

2       1.      I am Rosie DeAngelo, a Plaintiff in the above-captioned action.

3       2.      Defendants have filed a defamation counterclaim against me for the following

4  statement, which was published in Cosmopolitan:

> Rosie wanted them to like her, so she decided to go with the flow. Even if it meant downplaying his unsettling attention. Like how he would insist on taking her out to lunch. And how he slid sexual innuendos into their conversations. Later, after he cornered her along, he manipulated her into believing that nothing bad was happening to her. He claimed it wasn't illegal because he wasn't that much older . . . He was her mentor; he told her it was okay.

9       3.      This statement is true.

10       4.      I subjectively believe this statement is true.

11       5.      To the best of my knowledge and belief, I did not provide any information to

12  Cosmopolitan beyond information that was already accessible in my complaint against

13  Defendants.

14       I declare under penalty of perjury that the foregoing is true and correct to the best of my

15  knowledge and belief.

16  Dated: January 6, 2025

17                                        /s/ Rosemarie DeAngelo
                                          Rosemarie DeAngelo
18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ROSEMARIE DEANGELO IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT