```
 1  BOIES SCHILLER FLEXNER LLP
    RICHARD J. POCKER (NV Bar No. 3568)
 2  300 South Fourth Street, Suite 800
    Las Vegas, NV 89101
 3  Telephone: 702.382.7300
    Facsimile: 702.382.2755
 4  rpocker@bsfllp.com

 5  BOIES SCHILLER FLEXNER LLP
    SIGRID S. MCCAWLEY (admitted pro hac vice)
 6  401 E. Las Olas Blvd., Suite 1200
    Ft. Lauderdale, FL 33301
 7  Telephone: 954.356.0011
    smccawley@bsfllp.com
 8
    BOIES SCHILLER FLEXNER LLP
 9  SABINA MARIELLA (admitted pro hac vice)
    LINDSEY RUFF (admitted pro hac vice)
10  55 Hudson Yards
    New York, NY 10001
11  Telephone: 212.446.2300
    smariella@bsfllp.com
12  lruff@bsfllp.com
```

*Attorneys for Plaintiffs Sage Humphries, Gina Menichino, RoseMarie DeAngelo, Danielle Gutierrez, Jane Doe 1, and Jane Doe 2*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 1, and JANE DOE 2,<br><br>Plaintiffs,<br><br>vs.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON,<br><br>Defendants. | Case Number: 2:21-cv-01412-ART-EJY<br><br>**DECLARATION OF DANIELLE GUTIERREZ IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

DECLARATION OF DANIELLE GUTIERREZ IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, Danielle Gutierrez, declare as follows:

1. I am Danielle Gutierrez, a Plaintiff in the above-captioned action.

2. Defendants have filed a defamation counterclaim against me for the following statements, which were published in Cosmopolitan:

> First, he was her teacher who told her she was like his 'little sister.'

> Their [Taylor and Danielle's] relationship affected everything: her mental health, her sense of safety. Even where she went to college – he convinced her to stay local. And because he didn't want her partnering with other men in classes there, she paused on studying dance. He yelled, berated her in public. If someone attempted to intervene, he scared them off by becoming belligerent. She started believing no one could help her. In the worst moments, she was afraid for her life.

3. These statements are true.

4. I subjectively believe these statements are true.

5. To the best of my knowledge and belief, I did not provide any information to Cosmopolitan beyond information that was already accessible in my complaint against Defendants.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 6, 2025

                                                     /s/ Danielle Gutierrez
                                                   Danielle Gutierrez

DECLARATION OF DANIELLE GUTIERREZ IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT