1  BOIES SCHILLER FLEXNER LLP
   RICHARD J. POCKER (NV Bar No. 3568)
2  300 South Fourth Street, Suite 800
   Las Vegas, NV 89101
3  Telephone: 702.382.7300
   Facsimile: 702.382.2755
4  rpocker@bsfllp.com

5  BOIES SCHILLER FLEXNER LLP
   SIGRID S. MCCAWLEY (admitted *pro hac vice*)
6  401 E. Las Olas Blvd., Suite 1200
   Ft. Lauderdale, FL 33301
7  Telephone: 954.356.0011
   smccawley@bsfllp.com
8
   BOIES SCHILLER FLEXNER LLP
9  SABINA MARIELLA (admitted *pro hac vice*)
   LINDSEY RUFF (admitted *pro hac vice*)
10 55 Hudson Yards
   New York, NY 10001
11 Telephone: 212.446.2300
   smariella@bsfllp.com
12 lruff@bsfllp.com

13 *Attorneys for Plaintiffs Sage Humphries,
   Gina Menichino, RoseMarie DeAngelo,*
14 *Danielle Gutierrez, Jane Doe 1, and
   Jane Doe 2*
15

16                    **UNITED STATES DISTRICT COURT**

17                           **DISTRICT OF NEVADA**

18 SAGE HUMPHRIES, GINA MENICHINO,
   ROSEMARIE DeANGELO, DANIELLE
19 GUTIERREZ, JANE DOE 1,
   and JANE DOE 2
20                                              Case Number: 2:21-cv-01412-ART-EJY
            Plaintiffs,
21                                              **DECLARATION OF SAGE**
       vs.                                      **HUMPHRIES IN SUPPORT**
22                                              **OF PLAINTIFFS' MOTION FOR**
                                                **SUMMARY JUDGMENT**
23 MITCHELL TAYLOR BUTTON and
   DUSTY BUTTON,
24
            Defendants.
25

26

27

28
                   DECLARATION OF SAGE HUMPHRIES IN SUPPORT OF
                    PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, Sage Humphries, declare as follows:

1. I am Sage Humphries, a Plaintiff in the above-captioned action.

2. Defendants have filed a defamation counterclaim against me for the following statements:

> They had complete control over me. If I wanted to do anything, I had to ask them first.

> They had control over my phone and passwords to my Instagram, my email.

> One day it was just us hanging out and the next I had no control over the activities that I did, even if it was just doing laundry or going to the grocery store.

> By the time that it got really bad I was completely trapped.

> I had a friend ask me if I was okay, and I was hyper-defensive because I was told by my abusers to shut down any criticism of them.

> This was calculated. These people are predators. This is a pattern.

> Their friendship began in the studio. Then Dusty invited Sage to come to her apartment. The walls were painted black. In one room, a collection of guns was displayed. That's when Sage met Taylor.

> Later, when he offered to manage her social media, it made sense to say yes.

> Taylor got the passwords to Sage's phone, email and accounts. That's when he started monitoring her communication. Infiltrating everything.

> Now it's interesting to me how the most evil people hid in plain sight, where no one would suspect.

> [Taylor] suggested that we all watch a movie together. [The Buttons] thought we should all have one big group sleepover and bring the mattress out into the living room. I thought again that that was uncomfortable, so we just hung out we watched a movie and Dusty had fallen asleep. I was falling asleep and when I was falling asleep that was the first time that [Mitchell] violated me. And, you think that you're going to know to scream or to get up or to make a loud noise or do anything to stop it from happening, but I just froze and my body just tightened and I just waited for it to be over.

> When they were all back in Boston, the couple barged in on her while she was showering and told her she was now their girlfriend. It was not posed as a question.

> the pair had sex with Sage whenever they wanted, with[out] her consent.

DECLARATION OF SAGE HUMPHRIES IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

…she had grabbed someone's phone to message Taylor via Snapchat, who, along with Dusty, was in Australia. According to the lawsuit, Taylor responded that he wanted to throw Sage in his van, tie her hands and feet, blindfold her, rent a warehouse, hang her from the ceiling, rape her, and leave her to die.

3. These statements are true.

4. I subjectively believe these statements are true.

5. To the best of my knowledge and belief, I did not provide any information to reporters beyond information that was already accessible in my complaint against Defendants.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 6, 2025

/s/ Sage Humphries
Sage Humphries

DECLARATION OF SAGE HUMPHRIES IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT