| | |
|---|---|
| 1 | BOIES SCHILLER FLEXNER LLP |
| 2 | RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 |
| 3 | Telephone: 702.382.7300<br>Facsimile: 702.382.2755 |
| 4 | rpocker@bsfllp.com |
| 5 | BOIES SCHILLER FLEXNER LLP<br>SIGRID S. MCCAWLEY (admitted *pro hac vice*) |
| 6 | 401 E. Las Olas Blvd., Suite 1200<br>Ft. Lauderdale, FL 33301 |
| 7 | Telephone: 954.356.0011<br>smccawley@bsfllp.com |
| 8 | |
| 9 | BOIES SCHILLER FLEXNER LLP<br>SABINA MARIELLA (admitted *pro hac vice*)<br>LINDSEY RUFF (admitted *pro hac vice*) |
| 10 | 55 Hudson Yards<br>New York, NY 10001 |
| 11 | Telephone: 212.446.2300<br>smariella@bsfllp.com |
| 12 | lruff@bsfllp.com |
| 13 | *Attorneys for Plaintiffs Sage Humphries,*<br>*Gina Menichino, RoseMarie DeAngelo,* |
| 14 | *Danielle Gutierrez, Jane Doe 1, and*<br>*Jane Doe 2* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 1, and JANE DOE 2,<br><br>Plaintiffs,<br><br>vs.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON,<br><br>Defendants. | Case Number: 2:21-cv-01412-ART-EJY<br><br>**DECLARATION OF JANE DOE 1 IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

DECLARATION OF JANE DOE 1 IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, Jane Doe 1, declare as follows:

1. I am Jane Doe 1, a Plaintiff in the above-captioned action.

2. Defendants have filed a defamation counterclaim against me for the following statement:

> I am grateful to my fellow dancers for bravely bringing this action and for giving me the courage to come forward and speak out about the abuse I endured... Together we can stop the accused – our abusers – from ever damaging another young, vulnerable dancer.

3. This statement is true.

4. I subjectively believe these statements are true.

5. To the best of my knowledge and belief, I did not provide any information to reporters beyond information that was already accessible in my complaint against Defendants.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 6, 2025

                                              /s/ Jane Doe 1
                                              Jane Doe 1

DECLARATION OF JANE DOE 1 IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT