```
1    BOIES SCHILLER FLEXNER LLP
     RICHARD J. POCKER (NV Bar No. 3568)
2    300 South Fourth Street, Suite 800
     Las Vegas, NV 89101
3    Telephone: 702.382.7300
     Facsimile: 702.382.2755
4    rpocker@bsfllp.com

5    BOIES SCHILLER FLEXNER LLP
     SIGRID S. MCCAWLEY (admitted pro hac vice)
6    401 E. Las Olas Blvd., Suite 1200
     Ft. Lauderdale, FL 33301
7    Telephone: 954.356.0011
     smccawley@bsfllp.com
8
     BOIES SCHILLER FLEXNER LLP
9    SABINA MARIELLA (admitted pro hac vice)
     LINDSEY RUFF (admitted pro hac vice)
10   55 Hudson Yards
     New York, NY 10001
11   Telephone: 212.446.2300
     smariella@bsfllp.com
12   lruff@bsfllp.com

13   Attorneys for Plaintiffs Sage Humphries,
     Gina Menichino, RoseMarie DeAngelo,
14   Danielle Gutierrez, Jane Doe 1, and
     Jane Doe 2
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 1, and JANE DOE 2<br><br>Plaintiffs,<br><br>vs.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON,<br><br>Defendants. | Case Number: 2:21-cv-01412-ART-EJY<br><br>**DECLARATION OF GINA MENICHINO IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

I, Gina Menichino, declare as follows:

1. I am Gina Menichino, a Plaintiff in the above-captioned action.

2. Defendants have filed a defamation counterclaim against me for the following statement:

> The whole game was to keep him happy. Don't get him angry, or I was unworthy and I would lose my dance career.

> It's the first memory of when the grooming began.'…that Counterclaimant Mitchell Taylor Button gave her a teddy bear sprayed with his cologne, so she could feel like she was 'sleeping' with him…

> [H]e devised reasons for them to be alone together and it went on for a year and a half.

> He [Counterclaimant Mitchell Taylor Button] made her believe that telling anyone about 'them' would ruin her career.

3. These statements are true.

4. I subjectively believe these statements are true.

5. To the best of my knowledge and belief, I did not provide any information to reporters beyond information that was already accessible in my complaint against Defendants.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 6, 2025

/s/ Gina Menichino
Gina Menichino

DECLARATION OF GINA MENICHINO IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT