BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: 702.382.7300
Facsimile: 702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
SIGRID S. MCCAWLEY (admitted *pro hac vice*)
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: 954.356.0011
smccawley@bsfllp.com

BOIES SCHILLER FLEXNER LLP
SABINA MARIELLA (admitted *pro hac vice*)
LINDSEY RUFF (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: 212.446.2300
smariella@bsfllp.com
lruff@bsfllp.com

*Attorneys for Plaintiffs Sage Humphries, Gina Menichino, RoseMarie DeAngelo, Danielle Gutierrez, Jane Doe 1, and Jane Doe 2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 1, and JANE DOE 2,<br><br>          Plaintiffs,<br><br>     vs.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON,<br><br>          Defendants. | Case Number: 2:21-cv-01412-ART-EJY<br><br>**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

PLAINTIFFS' INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT

Pursuant to Local Rule IA 10-3(d), Plaintiffs, by and through their undersigned attorneys, submit this Index of Exhibits in support of their Motion for Summary Judgment. The Exhibits are attached to the Declaration of Sigrid S. McCawley in Support of Plaintiffs' Motion for Summary Judgment.

| Exhibit | Description | Date |
|---|---|---|
| A | 2023.09.29 Deposition of Dusty Button (Filed Under Seal) | 9/29/2023 |
| B | 2023.09.26 Deposition of Taylor Button (Filed Under Seal) | 9/26/2023 |
| C | 2009.11.06 Ballet News Article | 11/6/2009 |
| D | 2011.02.28 Dance Spirit Article | 2/28/2011 |
| E | 2013.09.14 Boston Globe Article | 9/14/2013 |
| F | 2014.08.13 Glamour Article | 8/14/2014 |
| G | 2014.11.05 Dance Life Article | 11/5/2014 |
| H | 2015.02.01 Pointe Magazine Article | 2/1/2015 |
| I | 2015.06.30 Dance Magazine Article | 6/30/2015 |
| J | 2016.04.25 Dance Magazine Article | 4/25/2016 |
| K | 2017.12.06 Red Bull Instagram Post | 12/06/2017 |
| L | 2017.12.28 Dance Magazine Article | 12/28/2017 |
| M | 2021.06.16 WBTW Article | 6/16/2021 |
| N | Dance Informa Article | |
| O | Dance Informa Article | |
| P | Dance Informa Article | |
| Q | 2021.07.29 New York Times Article | 7/29/2021 |
| R | 2021.09.28 Daily Mail Article | 9/28/2021 |
| S | 2021.09.30 CNN Article | 9/30/2021 |
| T | 2021.12.01 Pointe Magazine Article | 12/01/2021 |
| U | 2022.04.05 Cosmopolitan Article | 4/5/2022 |
| V | 2022.05.27 Good Morning America Interview | 5/27/2022 |
| W | 2022.08.02 Boston Magazine Article | 8/02/2022 |
| X | *Button et al. v. McCawley* Amended Complaint | 7/12/2024 |
| Y | *Button et al. v. The New York Times Co. et al.* Complaint | 7/29/24 |
| Z | *Button et al. v. Breshears* Amended Complaint | 8/4/2024 |
| AA | *Button et al. v. Humphries et al.* Complaint | 8/7/2024 |
| BB | *Button et al. v. Roe et al.* Amended Complaint (Filed Under Seal) | 9/18/2024 |
| CC | *Button et al. v. Doherty et al.* Amended Complaint | 11/06/2024 |
| DD | Expert Report of Dr. Chitra Raghavan Regarding Gina Menichino (Filed Under Seal) | 8/26/2023 |
| EE | Expert Report of Dr. Chitra Raghavan Regarding Danielle Gutierrez (Filed Under Seal) | 8/26/2023 |
| FF | Expert Report of Dr. Chitra Raghavan Regarding Rosie DeAngelo (Filed Under Seal) | 8/26/2023 |

PLAINTIFFS' INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

| | | | |
|---|---|---|---|
| GG | Expert Report of Dr. Chitra Raghavan Regarding Sage Humphries (Filed Under Seal) | 8/26/2023 |
| HH | Expert Report of Dr. Chitra Raghavan Regarding Jane Doe 1 (Filed Under Seal) | 8/26/2023 |
| II | 2012.06.19 Police Report filed with the Hillsborough County Sheriff's Office | 6/19/2012 |
| JJ | 2018.05.15 Police Report filed with the Hillsborough County Sheriff's Office | 5/15/2018 |
| KK | 2018.08.23 Incident Report filed with the Somerville Police Department | 8/23/2018 |

Dated: January 6, 2025

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

/s/ Sigrid S. McCawley
SIGRID S. MCCAWLEY (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: 954.356.0011
smccawley@bsfllp.com

SABINA MARIELLA (*pro hac vice*)
LINDSEY RUFF (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: 212.446.2300
smariella@bsfllp.com
lruff@bsfllp.com

RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: 702.382.7300
Facsimile: 702.382.2755
rpocker@bsfllp.com

*Attorneys for Plaintiffs Sage Humphries, Gina Menichino, RoseMarie DeAngelo, Danielle Gutierrez, Jane Doe 1, and Jane Doe 2*

PLAINTIFFS' INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Index of Exhibits was served on January 6, 2025 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ Sigrid S. McCawley
Sigrid S. McCawley