# EXHIBIT A

Filed Under Seal

2023.09.29 Deposition of Dusty Button