# EXHIBIT B

Filed Under Seal

2023.09.26 Deposition of Taylor Button