# EXHIBIT C

2009.11.06 Ballet News Article

TRENDING: THE 12 DAYS OF STRICTLY COME DANCING CHRISTMAS CELEBRIT...

BALLET NEWS    BALLET NEWS INTERVIEWS    BALLET BUSINESS    STRICTLY COME DANCING    BALLET NEWS REVIEWS    CONTACT

# CUPCAKES & CONVERSATION WITH DUSTY BUTTON, ARTIST, BIRMINGHAM ROYAL BALLET

Posted by Ballet News | Nov 6, 2009 | Cupcakes & Conversation | 17

Case 2:21-cv-01412-ART-EJY    Document 437-10    Filed 01/06/25    Page 5 of 12



Primrose Bakery supports Ballet News

# CUPCAKES & CONVERSATION WITH DUSTY BUTTON, ARTIST, BIRMINGHAM ROYAL BALLET

Birmingham Royal Ballet are performing in London from 10th November 2009 and Button can be seen in *The Centre and its Opposite,* part of the *Quantum Leaps* triple bill.



Dusty Button by Andy Ross

**What motivates you at 8am on a Monday morning?**
To be honest, most mornings at 8am I'm still in bed! Sometimes it takes me a while to get motivated but coffee is always a start!

**What are you looking forward to dancing this season?**

I was really looking forward to starting *The Centre and its Opposite* this season, I love that. I'm such a Christmassy girl, I always look forward to *Nutcracker*! I can't wait!

**Who would you most like to dance with?**
There are so many people I'd love to dance with for so many different reasons but I think I would be beside myself if I got the chance to dance with Sylvie Guillem. I'm not even sure I would dance if I was on stage with her, I would probably just end up watching!

**How do you prepare your pointe shoes?**
I don't do much really. I usually just sew them and break them in a bit. Nothing out of the ordinary.



Dusty Button and Aaron Robison in *The Centre and its Opposite*

Photo: Bill Cooper

**What is your daily routine at the moment?**

At the moment I usually wake up with enough time for a good warm-up before class and maybe a work out in the middle of the day. Depending on our work load my routine varies.

**You can ask six famous people to dinner – who would you invite?**

That is super hard but now I think it would have to be: Beyonce, Liza Minnelli, Chita Rivera, Michael Bublé, Kate Hudson and Matthew McConaughey.

**What would surprise people about you?**

I don't know if surprise is the right word but a lot of people don't know that I'm a Christian. But I am ��

**Who inspired you to dance?**

I don't really have one person who inspired me to dance but I did grow up watching all the classic dance movies. My favourite film was *White Christmas* with Vera Ellen, Danny Kaye and Bing Crosby. I remember watching a dance scene with Vera Ellen and thinking she was brilliant in her rhinestoned heels! I watch it every Christmas!

**How would someone else describe you?**

Loud! Haha! Um I don't know really, I guess I'm pretty outgoing and up for a challenge, I love smiling so anything that goes with that!



Dusty Button and Aaron Robison in *The Centre and its Opposite*

Photo: Bill Cooper

**What is your best piece of advice?**
In any situation try and find the positive and just don't be afraid to fight for what you want! You always have more willpower than you think ��

**Which role has tested you the most and how?**
I think one of the hardest things I've done in the company is *Serenade*. I absolutely loved dancing it but sometimes the music was so inspiring it was hard not to go off in my own world and keep dancing! With a piece like *Serenade*, it only looks great if everyone is in perfect lines and musically together. I think that was very hard but a lovely piece and great inspiration around me!

**What is the funniest thing that's ever happened to you?**
Oh my gosh, funny things happen to me on and off stage all the time! I think one of the funniest things that has ever happened to me was when I was about 13 years old. I was in a singing/drama class at school in South Carolina and we were putting on a production of *A Christmas Carol*. There weren't very many boys in our class and I had been put in the Alto group for singing. So after the auditions my teacher came up to me and asked if I would mind playing Scrooge in the play! Of course without thinking, I said, 'Yes!' Scrooge was the star! But then I realized Scrooge was a grumpy old man. Nevertheless, Christmas came around and there I was, blonde and perky.. playing Scrooge!

**If you designed your own stage costume, what would you create?**
That's really hard. I think I've already had the costume I would've designed! I had an amazing costume that my mom made when I was about 14. I did a solo to the song *'Roxie'* from the musical *Chicago*. It was a lycra short fitted dress with the back out and silver beads at the bottom. I remember counting something over 6,000 rhinestones on it!! It was incredible. I'd dance in that any day!

**What are you most proud of?**
Wow! That's a hard one. I think there are a few. I am so proud to have the parents I have, I couldn't ask for better! The friendships I've created since joining Birmingham Royal Ballet. And maybe most importantly I'm proud of my faith.

**Who would play you in the film of your life?**
I would love Kate Hudson to play me in a film! That would be brilliant!

**What is your favourite quote?**
"If you wanna limit yourself that's fine, but don't let other people do it for you."

**Do you have a 'signature step' – one that comes naturally to you?**
Hm. I don't know, I guess kicking my legs is something I do a lot! But don't we all!

**A phrase I use far too often is…?**
Before I start a sentence it usually begins with, 'I'm not gonna lie'. (Which is probably a good thing!)

**What's been your best on-stage moment so far?**
When I was 16 I performed at a gala in New York City. I was completely overwhelmed on stage and while I was finishing my solo I started crying! It is the best memory and I had never been so happy!

**Do you have a secret skill which no-one knows about?**
I'm not sure it's a secret but I do sing and still taking lessons now! I love it and hopefully one day I'll put it to good use!

SHARE:

Ballet News Reviews | Ballet Theatre UK – The Nutcracker

Cupcakes & Conversation with Callie Roberts, Artist, Birmingham Royal Ballet

### RELATED POSTS