# EXHIBIT D
2011.02.28 Dance Spirit Article

DANCE MAGAZINE | POINTE MAGAZINE | DANCE TEACHER | THE DANCE EDIT | EVENTS CALENDAR | COLLEGE GUIDE | NEWSLETTERS



Search...



NEWS

# The Dirt: Dusty Button

 Dance Spirit

    

February 28, 2011

Sure, Dusty Button looks like your typical pretty ballerina: She's got a lovely face with big doe eyes, and she has a cute name to match. But when the South Carolina native slips into her pointe shoes and hits the stage, she proves she's one to watch. Dusty has long, lean legs, sky-high extensions and a lithe yet super-strong upper body. Her pirouettes are solid, her jetés high. She's a captivating, engaging performer.

Currently a member of the Birmingham Royal Ballet, Dusty grew up attending both ballet and jazz competitions. She trained at the Jacqueline Kennedy Onassis School at American Ballet Theatre, and though she was offered a position in the ABT studio company (now called ABT II), she opted to go to London to train at the Royal Ballet School instead. She joined BRB in 2008. Read on for Dusty's Dirt!  —Alison Feller

**Performer you would drop everything to see:**
*Sylvie Guille*

**If you could work with any performer, past or present, who would it be?**
*Gene Kelly*

**Most-played song on your iPod:**
*"Quiet" by Natalie Weiss*

**Must-see TV show:**
*I'm totally into "Gilmore Girls"—I have all the box sets.*

**What's your biggest guilty pleasure?**
*Cleaning! I love it.*

**If you weren't a dancer, what would you be?**
*A writer*

**Who would play you in a movie?**
*Kate Hudson*

**What's the strangest thing in your dance bag?**

*A golf ball*

*In 2006, Dusty won the bronze medal at the Youth America Grand Prix. This year's YAGP finals begin on March 17 in NYC.*

BIRMINGHAM ROYAL BALLET    DUSTY BUTTON