# EXHIBIT E

2013.09.14 Boston Globe Article

11/20/24, 12:19 PM
Dusty Button, a dancer just hitting her stride - The Boston Globe
Case 2:21-cv-01412-ART-EJY   Document 437-12   Filed 01/06/25   Page 2 of 5

RISE

# Dusty Button, a dancer just hitting her stride

By Joel Brown Globe Correspondent, September 14, 2013, 6:00 p.m.



Dusty Button (center) working with other dancers on a performance she choreographed. PAT GREENHOUSE/GLOBE STAFF/GLOBE STAFF

**Age:** 24

**Hometown:** Myrtle Beach, S.C.

**Think of:** People say she looks like Hannah Montana (Miley Cyrus), but she's not sure that's a good thing anymore after the young star's controversial performance at the MTV Video Music Awards.

**What caught our eye:** Thriving since joining Boston Ballet's corps in 2012, she's also taking strides as a choreographer.

**Lightbulb moment:** At 18, she realized a career in ballet was truly possible when she was offered a job dancing with the Birmingham Royal Ballet in England.

**Biggest thrill:** "Queen of the Dryads in 'Don Quixote' was the first thing I did after I joined Boston Ballet. It was a bigger part, and it was also a part that I enjoyed doing."

**Biggest surprise:** "I'd only been here a little over nine months, and Mikko [Nissinen, the Ballet's artistic director] actually approached me and said I was being promoted to soloist."

**Inspired by:** Her fiance, Taylor Moore. "He used to be a dancer as well as a choreographer. Now he's a watchmaker. Artistically I was inspired by him a lot because his style was so different from mine."

**Aspires to:** "I definitely want to stay performing and be a principal in the company and do all that. I also would love to carry on with choreography, too. I love creating on people and watching them take to it in a different way."

**For good luck:** She sends a text to Moore, who answers with an encouraging message.

**What people should know:** That's her real name. Her parents wanted to give her a biblical name, but not one of the usual ones. "'God made man from the dust of the earth,' so they called me Dusty."

**Coming soon:** "Timeless," her 17-minute piece for nine dancers, set to music from Paramore and the "Shutter Island" soundtrack, among other sources, will have its world

premiere as part of the BB@Home program Oct. 3-4, in Boston Ballet's black-box theater in its headquarters at 19 Clarendon St.

**Links:** www.bostonballet.org/bb-at-home, www.bostonballet.org/Company_Dancers/Dancers/Dusty_Button.html

Joel Brown can be reached at jbnbpt@gmail.com.

Show comments

©2024 Boston Globe Media Partners, LLC