# EXHIBIT F

2014.08.13 Glamour Article

11/20/24, 12:21 PM
Stylish Ballerinas to Follow on Instagram: Misty Copeland, Isabella Boylston, and Others | Glamour
Case 2:21-cv-01412-ART-EJY    Document 437-13    Filed 01/06/25    Page 2 of 8

DRESSED

# Girls of Summer: Meet 9 Ballerinas Whose Off-Stage Style Is Right On Pointe

Nothing beats a brand-new fashion discovery, especially when fresh style stars get on your radar. All summer we've been bringing you chic ladies worth getting to know because, honestly, you can never have too much outfit inspiration. We've already talked royals, future Victoria's Secret bombshells, Hollywood's newest crop of PYTs, and British street-style stars. Now, meet the ballerinas who are chic off the stage too. In case you haven't noticed, ballet is having a moment. There are ad campaigns (AG Jeans and Under Armour come to mind), and it feels like every chic celeb and model has been spotted slipping out of a dance-based fitness class. As a former serious ballet student, I'm loving it—my grown-up professional life is intersecting with the job I'd dreamed about as a little girl (ballerina, duh). Try as we might to appropriate some of their grace, there's a whole cast of actual ballet stars out there who have sick style to boot. 1. Misty Copeland She made history as the first female African American soloist with the American Ballet Theatre, just wrote an autobiography, and is no stranger to glossy photo shoots (with pointe shoes swapped in for heels, obviously). You're looking at a

BY LEAH MELBY CLINTON

August 13, 2014

*Nothing beats a brand-new fashion discovery, especially when fresh style stars get on your radar. All summer we've been bringing you chic ladies worth getting to know because, honestly, you can never have too much outfit inspiration. We've already talked royals, future Victoria's Secret bombshells, Hollywood's newest crop of PYTs, and British street-style stars. Now, meet the ballerinas who are chic off the stage too.*In case you haven't noticed, ballet is having a moment. There are ad campaigns (AG Jeans and

11/20/24, 12:21 PM
Stylish Ballerinas to Follow on Instagram: Misty Copeland, Isabella Boylston, and Others | Glamour
Case 2:21-cv-01412-ART-EJY   Document 437-13   Filed 01/06/25   Page 3 of 8

Under Armour come to mind), and it feels like every chic celeb and model has been spotted slipping out of a dance-based fitness class. As a former serious ballet student, I'm *loving* it—my grown-up professional life is intersecting with the job I'd dreamed about as a little girl (ballerina, duh). Try as we might to appropriate some of their grace, there's a whole cast of actual ballet stars out there who have sick style to boot.

## 1. Misty Copeland__

11/20/24, 12:21 PM
Stylish Ballerinas to Follow on Instagram: Misty Copeland, Isabella Boylston, and Others | Glamour
Case 2:21-cv-01412-ART-EJY    Document 437-13    Filed 01/06/25    Page 4 of 8



She made history as the first female African American soloist with the American Ballet Theatre, just wrote an autobiography, and is no stranger to glossy photo shoots (with pointe shoes swapped in for heels, obviously). You're looking at a power ballerina, guys. **2. Isabella Boylston**

Fashion and ballet have always gone hand in hand, and this American Ballet Theatre principal dancer knows it firsthand: Cushnie et Ochs made her custom wedding dress.
**3. Dusty Button**



Being a ballerina doesn't mean all crystal-encrusted costumes and tutus. This Boston Ballet star has a funky style that includes doughnut leggings for dance class. She's a designer too, with her own line of dance clothes. 4. Kelsey Ivana Hellebuyck

With the busy schedules professional dancers have, it's impressive if one can document their fashion choices, much less organize them into trippy themed collages. Dear Pennsylvania Ballet, you have one very stylish dancer.

5. Keenan Kampa

11/20/24, 12:21 PM
Stylish Ballerinas to Follow on Instagram: Misty Copeland, Isabella Boylston, and Others | Glamour
Case 2:21-cv-01412-ART-EJY    Document 437-13    Filed 01/06/25    Page 6 of 8



A G-Star Raw campaign, magazine pages, and killer model-off-duty style might convince you that this Mariinsky Ballet dancer is actually a catwalker. But then you see her in pointe shoes and it's all ballerina. **6. Lauren Cuthbertson**

Shoe selfies are pretty standard these days, but shots of cardboard boxes filled to the brim with new pointe shoes or ballet slippers with holes worn in them? Not so much. This Royal Ballet principal likes sharing her abused dancing slippers but also rehearsal selfies where thin sweaters and silky skirts will inspire you to rock a ballet look, stat.

## 7. Diana Vishneva



She's sat courtside next to Beyonce, owns a sweet set of monogrammed Louis Vuitton luggage, and has graced the pages of *Vogue* Italia. Need I say more? **8. Devon Teuscher**

Expect to see gorgeous dresses picked for galas and opening-night benefits, plus plenty shots of this American Ballet Theatre dancer's adorable pups peppered in.

## 9. Lauren Lovette

Proving that the ballet world also knows that classic jean jackets make the perfect topper for most outfits? This New York City Ballet soloist.

\_\_Any former (or current) dancers out there? Kind of enamored with all things ballerina?

TOPICS   BALLERINAS   BALLET