# EXHIBIT K

2017.12.06 Red Bull Instagram Post

11/20/24, 12:26 PM
Red Bull | Dusty Button gets straight to the pointe. 🩰: @dusty_button #pointe #dance #epic | Instagram
Case 2:21-cv-01412-ART-EJY    Document 437-18    Filed 01/06/25    Page 2 of 2

# Instagram

Sign Up    Log In



**redbull** ✓ • Follow

**redbull** ✓ Dusty Button gets straight to the pointe.
🩰: @dusty_button
#pointe #dance #epic

362w

**lyf0rd** Is this a Redbull sponsored athlete?
163w   Reply

**1 view**
December 6, 2017

Log in to like or comment.

More posts from redbull





Sign up for Instagram
See what your friends are up to and connect with the things you love.

https://www.instagram.com/redbull/p/BcYJJ9VD5Hb/    1/2