# EXHIBIT L

2017.12.28 Dance Magazine Article



DANCE
SPIRIT |

DANCE
TEACHER |

POINTE
MAGAZINE |

THE DANCE
EDIT |

EVENTS
CALENDAR |

COLLEGE
GUIDE |

NEWSLETTERS







### DANCER SPOTLIGHT

# The Definitive Ranking of All of Dusty Button's Craziest Turning Videos

 Lauren Wingenroth

    

December 28, 2017

If you've ever scrolled through former Boston Ballet principal Dusty Button's Instagram, you've probably experienced the mixture of utter disbelief and total envy that comes with watching videos of her turning. She's ridiculously aerodynamic, endlessly daring, and every time you think she's done, she fits in another revolution.

We rounded up her most mind-blowing turning videos, ranked by how far they made our jaws drop:

6. Here's a polite sampling of some of the tricks Button has up her sleeve. They're super impressive, but, trust us, you ain't seen nothin' yet.

11/20/24, 12:29 PM
Case 2:21-cv-01412-ART-EJY
The Definitive Ranking of All of Dusty Button's Craziest Turning Videos
Document 437-19
Filed 01/06/25
Page 4 of 7

The link to this photo or video may be broken, or the post may have been removed.

[Visit Instagram](#)

5. Coming in at #5 are these tornadic pirouettes, which have us reeling from their sheer speed.

4. Yes, Button can whip out rounds of fast, fancy turns. But she can also cont and float for a few lengthy seconds. That's why this one makes the list.

The link to this photo or video may be broken, or the post may have been removed.

[Visit Instagram](#)

3. She's turning on concrete. Enough said. Don't try this at home, kids.

The link to this photo or video may be broken, or the post may have been removed.

[Visit Instagram](#)

2. And there you have it, people. Ten pirouettes. Ten casual pirouettes.

The link to this photo or video may be broken, or the post may have been removed.

[Visit Instagram](#)

1. This series of superhuman feats takes the cake. We have a lot of questions: What's even going on in that first turn? How does she completely stop her momentum for that arabesque? Most importantly, how do we learn how to turn like Dusty?!