# EXHIBIT M

2021.06.16 WBTW Article



| WEATHER ALERT |
|---|



**GRAND STRAND**

# 15 pro athletes from the Myrtle Beach area

by: Braley Dodson
Posted: Jun 16, 2021 / 01:10 PM EDT
Updated: Jun 16, 2021 / 01:10 PM EDT

SHARE

MYRTLE BEACH, S.C. (WBTW) — Fore!

**READ NEXT >**

**WATCH: Susan Smith asks parole board for freedom after serving 30 years for drowning her children**

**READ NEXT >**

Next
Story
Cance

Sport: Football

Leonard, who attended Lake View High School, is now a linebacker for the Indianapolis Colts. In March, he and his wife, Kayla, created the Maniac Foundation to help improve children's health and get them involved in math. The foundation targets families in Indianapolis and Lake View.

**Former Lake View High grad, Colts linebacker Darius Leonard launches foundation to help children's health, get them involved in math ›**

Leonard also played for South Carolina State University. He was named the MEAC defensive player of the year in 2016 and 2017, received a First-Team All-Pro selection in 2018 and 2020 and was a Second-Team All-Pro selection in 2019.

2. **Jordan Lyles**

Sport: Baseball

The Hartsville High School graduate is currently is a pitcher for the Texas Rangers. He previously played for the Houston Astros, Colorado Rockies, San Diego Padres, Pittsburgh Pirates and the Milwaukee Brewers.

3. **Dusty Button**

Sport: Ballet

Button was born in Myrtle Beach before moving to New York City at the age of 16 to train at the Jacqueline Kennedy Onassis School of American Ballet Theatre. She went on to train at the Royal Ballet School in London and join the Birmingham Royal Ballet. She became Red Bull's first ballet athlete and has performed with groups such as the American Ballet Theatre, The Mongolian National Ballet and Broadway Underground.

4. **Hunter Renfrow**

Sport: Football

The Socastee High School graduate played for Clemson University before going on to become a wide receiver for the Las Vegas Raiders. He was a two-time national champion at Clemson and played for the Oakland Raiders. He's held youth football camps at Socastee High School.

5. **Ramon Sessions**

Sport: Basketball

Sessions was born in Myrtle Beach. The former professional basketball player has played for teams such as the Milwaukee Bucks, Washington Wizards, New York Knicks and Sacramento Kings.

He's spent more than a decade holding an annual basketball camp in the Grand Strand. He was first drafted in 2007 and remained in the NBA for more than a decade.

6. **Cam Richards**

Sport: Surfing

Richards, a pro surfer, is from Pawleys Island. Videos of him riding waves can be seen on his Instagram, which has more than 37,000 followers.

7. **Bryan Edwards**

Sport: Football

The Conway High School graduate recently began his career as a wide receiver with the Las Vegas Raiders. He was selected by the team in the third round of the 2020 NFL Draft.

8. **Levon Kirkland**

Sport: Football

The retired NFL player was born in Lamar. Kirkland played for Clemson University before continuing as a linebacker for the Pittsburgh Steelers, the Seattle Seahawks and the Philadelphia Eagles.

9. **Kristy McPherson**

Sport: Golf

McPherson, who is from Conway, currently plays on the LPGA Tour. She appeared the Golf Channel's "Big Break" in 2006.

10. **John Abraham**

Sport: Football

The retired NFL player graduated from Lamar High School. The defensive end played for teams such as the Atlanta Falcons and the New York Jets.

11. **Clint Newton**

Sport: Rugby

Newton, a retired rugby player, was born in Myrtle Beach. He's played for teams such as the Newcastle Knights, Melbourne Storm and Penrith Panthers. He represented the U.S. in the 2013 Rugby League World Cup campaign. His sister, Kristie Newton, is a professional golfer.

12. **Brandon Frye**

Sport: Football

Frye, a retired offensive tackle, was born in Myrtle Beach. He played for the Houston Texans, the Miami Dolphins and the Seattle Seahawks.

13. **Everett Golson**

Sport: Football

Golson, a former CFL player, was born in Myrtle Beach. He played for Notre Dame before transferring to Florida State.

14. **Tarron Jackson**

Sport: Football

Jackson, who played for Coastal Carolina University, was drafted to the Philadelphia Eagles this year. The defensive end graduated in 2020 with a bachelor's degree in mathematics.

| Eagles select Coastal Carolina's Tarron Jackson at pick No. 191

15. **Dustin Johnson**

Sport: Golf

Johnson, a PGA Tour player, attended Coastal Carolina University. He won $15 million in the FedEx Cup and has chosen not to attempt to qualify for the 2020 Tokyo Olympics.

| Former CCU golfer Dustin Johnson awarded "Order of the Palmetto" at Palmetto Championship

Copyright 2024 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

**SPONSORED CONTENT**

Privacy Policy


**Guests Love Subway®**
Subway
Learn more


**Discover Top Gifts**
Merrell
Shop now

**Seniors Can Now Fly Business Class For the Price Of Economy**
Online Shopping Tools


**Healthy legs never felt so good! Non-invasive vein treatment. Covered by insurance.**
Metro Vein Centers
Learn More


**Click to Slide**
Merrell
Shop now


**Flight Attendant Reveals How To Fly Business Class For The Price of Economy**
Online Shopping Tools


**State-of-the-art vein treatments - covered by insurance!**
Metro Vein Centers
Learn More


**Surgeon Reveals: Don't Lotion Your Dark Spots! (Use This Household Item Instead)**
Miami M.D.


**Look For Any High School Yearbook, It's Free**
Classmates



