# EXHIBIT O

Dance Informa Article

Case 2:21-cv-01412-ART-EJY     Document 437-22     Filed 01/06/25     Page 2 of 20



**FEATURE ARTICLES**

# 10 Ballet Dancers to Follow on Social Media





For as long as the camera has existed, photographers have been drawn to dancers. Like a moth to the flame, they are pulled to the artists' beautiful lines and charming, magnetic allure. What better subjects could a photographer ask for? Dancers know their bodies and are able to shape them and pose them in an endless array of

stunning variations. Combine that with limitless fashion choices, boundless settings and immeasurable thematic elements, and dancers are unsurprisingly featured in many ad campaigns, clothing lines and artistic projects.

In today's high-tech age, dancers have taken matters into their own hands – literally. With the use of their phones, tablets and gadgets, dance professionals have capitalized on their allure by



Maria Kochetkova posted on her Instagram two months ago, "Inspired by @lilbuckdalegend performance tonight #KeithHaring." Photo courtesy @balletrusse.

inviting fans into their worlds via social media. They post selfies, behind-the-scenes shots, peeks at their personal lives, quiet moments in the studio, touring glories and yes, even those professional images that make our jaws drop. In doing so, they've created more devoted fans on a global scale and have built their personal brand, accelerating their renown and taking their careers to new heights.

Here, we've listed some of the ballet dancers who do this best. Whether via Facebook, Instagram or Twitter (or all of the above), these artists have built an impressive following via social media. Their accounts are inspirational to follow, giving aspiring dancers an insider's look. Check them out!

First up is **Maria Kochetkova**, a principal dancer at San Francisco Ballet known for her quirky, fashion-forward style and petite frame. With a background including training at the Bolshoi School in Moscow and performing with The Royal Ballet, English National Ballet, and as a

guest artist with Tokyo Ballet, Bolshoi Ballet and Mikhailovsky Theater, she is a one of the foremost dancers in the world often in high demand. Lucky for us, she likes to share what she's working on – with all 406,000 **Facebook** followers and 88,000 on Instagram **@balletrusse**.



Diana Vishneva posted this sweet backstage moment to her Insta two months ago after performing "The Sleeping Beauty" for ABT with Marcelo Gomes at Segerstrom Center for the Arts. She wrote, "Thanks for waking me up after 100 years…" Photo courtesy of @dianavishneva.

Another Russian dancer with a massive global following is **Diana Vishneva**, a principal at both American Ballet Theatre (ABT) and the Mariinsky Ballet (formerly the Kirov Ballet.) With 326,000 followers on **Facebook** and 45,000 on Instagram **@dianavishneva**, she is a prima ballerina not just onstage, but online.

Fellow ABT Principal **Daniil Simkin** has especially become known for his dance photography and social media presence, with *The New York Times* even writing about it in a **recent article**. He has more than 46,000 **Facebook** followers and 44, 200 Instagram fans for **@danill**. His Insta description reads, "Trying very hard to be artsy, badass and not obnoxious at the same time… Living in and loving NY." He definitely achieves the artsy side of his wish list, as many of his images beautifully capture the energy of his fellow dancers and the frenzy of movement backstage and in rehearsal.

One ballet and pop culture heavyweight is **Misty Copeland**, boasting more than 464,000 followers on Instagram **@mistyonpointe**, 45,000 on Twitter **@mistyonpointe** and 191,000 on **Facebook**. With this ABT soloist recently landing herself on the cover of **TIME Magazine**, her celebrity status is only continuing to build. She uses her social media pages to dually promote herself and the organizations/businesses she works with, from Under Armour, to ABT, to her memoir *Life In Motion*. She might be the best example of using social media to define yourself as a "brand."

Boston Ballet Principal **Dusty Button** contends for attention as well, with 71,900 followers on Instagram



Dusty Button posted an image of her in the studio stretching in March. She said, "We must first stretch the canvas before painting." Photo courtesy of @dusty_button.

**@dusty_button**. Her page provides wonderful snippets of her life, from short videos shot in the studio, to her love of sports cars, to playing video games with her husband, to portraits of her in various poses by leading dance brands.

Independent artist **Wendy Whelan**, known for her long career as a principal at New York City Ballet (NYCB), also uses social media to share about the inner workings of her life. She shares everything from pictures of her dogs to life on tour for her *Restless Creature* with her 17,700 followers on Instagram **@wendyw**.

One account dancers should be sure to follow is

**Benjamin Millepied**'s. Whether you follow his Facebook or Instagram, you'll enjoy his behind-the-scenes images of the Paris Opera Ballet. As the new Artistic Director, he gives us fresh access to these world-class dancers. Often hazy and tinted, his photos offer his 32,000 **Instagram** and 51,000 **Facebook** followers a unique, dreamlike quality.

French dancer **Fabrice Calmels**, on the other hand, posts images that are clear and to the point, often rehearsal shots or season campaign ads for The Joffrey Ballet. However, what makes his page popular is his modeling images and encouraging words. In January, he posted these sentiments alongside an image of him warming up: "Everyday is not always a victory, and sometimes a small event can set you back. Today might be a down day but tomorrow will be great. Keep going forward." Recently featured in a Samsung Mobile ad, he also tutors budding ballet dancers. Follow Fabrice **@FabriceCalmels**.



A fun dancer to follow and glean from is NYCB Principal **Sara Mearns**. With over 22,000 followers on Instagram

Michaela DePrince backstage before performing "Diamonds" in "Jewels" three months ago. Photo courtesy of @michaeladeprince.

**@saramearns** and 4,800 on Twitter **@nycbstar2b**, she gives the public a more intimate look at her life, allowing them to connect to her more personally. Her fans

rejoiced with her at the end of April when she had her Broadway debut in *On The Town*.

Finally, one gorgeous and inspiring dancer you don't want to miss is **Michaela DePrince**, currently performing with the Dutch National Ballet. Known for her moving personal journey that was told in her book *Taking Flight: From War Orphan to Star Ballerina*, this young star is truly a positive force in the world showing everybody that their dreams are possible. Her 62,000 followers on Instagram **@michaeladeprince**, 5,000 on Twitter **@michdeprince** and 20,000 on **Facebook** surely agree.

Now, by no means is this list exhaustive. There are many other dancers to check out – such as Complexions Contemporary Ballet Co-Founder Desmond



Last November, Daniil Simkin posted to his Facebook, "We're about to go onstage on our last show of our tour here in Venice at the most gorgeous theatre Teatro La Fenice…" Photo courtesy of Daniil Simkin.

Richardson (who has nearly 6,000 followers on Instagram **@desmondrich7**), NYCB Principal Ashley Bouder (who has over 12,000 followers on **Instagram** and over 9,000 on **Twitter @ashleybouder**) and ABT corps dancer Stephanie Williams (with 16,000 followers on Instagram **@wheresmytutu**), to name a few.

So we turn the gantlet over to you – who are your favorite ballet dancers to follow? Share below!

By Chelsea Thomas of **Dance Informa**.

Photo (top): Joffrey Ballet dancer Fabrice Calmels in the

studio in Chicago. Photo via Fabrice Calmels.

---

## SHARE THIS:



Tweet

**Save**

☐ Email          ☐ Print

**RELATED ITEMS:** **AMERICAN BALLET THEATRE**, **AMERICAN BALLET THEATRE SOLOIST MISTY COPELAND**, **ASHLEY BOUDER**, **BENJAMIN MILLEPIED**, **BOLSHOI BALLET**, **BOSTON BALLET**, **COMPLEXIONS CONTEMPORARY BALLET**, **DANCE PHOTOGRAPHY**, **DANCE SOCIAL MEDIA**, **DANCE TWITTER**, **DANIIL SIMKIN**, **DESMOND RICHARDSON**, **DIANA VISHNEVA**, **DUSTY BUTTON**, **DUTCH NATIONAL BALLET**, **ENGLISH NATIONAL BALLET**, **FABRICE CALMELS**, **FACEBOOK**, **INSTAGRAM**, **JOFFREY BALLET**, **MARIA KOCHETKOVA**, **MARIINSKY BALLET**, **MICHAELA DEPRINCE**, **MISTY COPELAND**, **NEW YORK CITY BALLET**, **PRINCIPAL DANCER**, **RESTLESS CREATURE**, **SAN FRANCISCO BALLET**, **SARA MEARNS**, **SOCIAL MEDIA**, **STEPHANIE WILLIAMS**, **THE PARIS OPERA BALLET**, **THE ROYAL BALLET**, **TOKYO BALLET**, **TWITTER**, **WENDY WHELAN**

---



## RECOMMENDED FOR YOU







Dancing duality: Boston Ballet's Fall Experience 2024

The arts as part of the conversation in vildwerk.'s inaugural season

Dancers as models: Storytelling through movement

2 COMMENTS

---

**DANCE TEACHER RESOURCES**

# Dance Teacher Web Live Heads to East Coast





The Expo Hall is always buzzing with excitement and amazing offers.

The ever-popular and highly anticipated Dance Teacher Web Live (DTWLive), a four-day event that caters to dance teachers and studio owners, will take place on the east coast for the first time since it was first created in 2009. To be held at Foxwoods Resort and Casino in Mashantucket, Connecticut, August 3-6, DTWLive will include an expo of the world's top dance merchants, movement classes and business seminars. DTWLive anticipates close to 700 attendees this year and is offering an early bird rate for those who register by May 15.

"We are very excited to have a wonderful event planned, and this new location offers some great different options for attendees," says Steve Sirico, co-founder of Dance Teacher Web. "I have been told by our attendees that what makes us unique is that we offer curriculum for all levels. This way, no matter what you teach, from preschool to recreational or advanced, we have classes that will give you great useable material. Plus, you won't find our business seminars anywhere else."

The decision to move the event to the east coast this year, as it's usually held in Las Vegas, stemmed from Sirico and his wife's growing relationships with dance teachers in the area and the location of their own studio in Connecticut for the past 28 years.

Sirico says DTWLive has an amazing lineup of master teachers, including Aaron Turner, Liz Imperio, Simone DePaolo and Wayne Sleep, and business professionals such as Misty Lown, Robert Landau and Joy

Gendusa. Movement sessions will offer fresh content and ideas for dance classes, syllabi for all dance styles and choreography strategies for all levels. Business-centered classes will highlight management and marketing strategies, financial and insurance plans and more. All seminars aim to enhance business, and participants can mix any combination of movement and business classes as they see fit.



Dance Teacher Web Live faculty member Aaron Turner.

Sirico and his wife, Angela D'Valda Sirico, along with Robert Landau, will also present a pre-conference seminar on "The Ultimate Leadership for the Dance Professional", which is only open to 50 participants and is already quickly filling up. For the third year in a row, DTWLive will offer the Dance Teacher University Program, a new and progressive teacher certification.

"Our event is strictly for the dance professional and dance studio staff," Sirico adds. "No students or parents. Our event is about giving back to the busy dance teacher, studio owner and dance studio business staff."

Sirico's favorite aspect of each year's DTWLive event is connecting and reconnecting with the teachers.

"It is great to see everyone network and build a lasting relationship with their peers. We have so much fun hearing about everyone's successes and if they have had issues, as we can all brainstorm on how to make things better!"

This year's location, **Foxwoods Resort and Casino**, is located in scenic Connecticut and is easily accessible by plane, train, bus, ferry or car. The resort also offers many activities aside from the DTWLive classes and seminars. DTWLive offers a special room rate of $139 per night, which can be redeemed by calling the hotel at 1-800-369-9663 and asking for the Dance Teacher Web rate.



Dance Teacher Web Live founders Steve and Angela D'Valda Sirico with NappyTabs.

*For more information on DTWLive and how to register for this year's first-ever east coast event, head to* **www.dtwconference.com**.

By Laura Di Orio of **Dance Informa.**

Photo (top): A Dance Teacher Web Live class for dance teachers and studio owners. Photo courtesy of Steve Sirico.

## SHARE THIS:



Tweet                                    ☐ Email              ☐ Print

**RELATED ITEMS:** AARON TURNER, ANGELA D'VALDA SIRICO, CHOREOGRAPHY STRATEGIES, DANCE BUSINESS, DANCE CLASSES, DANCE TEACHER RESOURCE, DANCE TEACHER UNIVERSITY PROGRAM, DANCE TEACHER WEB LIVE, DTWLIVE, FOXWOODS RESORT AND CASINO, JOY GENDUSA, LIZ IMPERIO, MISTY LOWN, ROBERT LANDAU, SIMONE DEPAOLO, STEVE SIRICO, THE ULTIMATE LEADERSHIP FOR THE DANCE PROFESSIONAL, WAYNE SLEEP

| | | | |
|---|---|---|---|
| 	 | 	 | 	 | 	 |

## RECOMMENDED FOR YOU



Dance Teacher Web Conference & Expo takes you to the top



Keep the dancers dancing: Stagestep tap boards



Dance Teacher Web offers monthly hot topics and tips

1 COMMENT



**TOP STORIES**

# tWitch dishes on his new role as SYTYCD mentor

Case 2:21-cv-01412-ART-EJY     Document 437-22     Filed 01/06/25     Page 12 of 20



Dance Informa caught up with Stephen "tWitch" Boss of *So You Think You Can Dance* fame while he was teaching at 24Seven Dance Convention in Atlanta in late March.

In our interview, tWitch dished on his newly announced role as mentor on *SYTYCD* with Travis Wall, plus his role in the film *Magic Mike XXL*, his recent performance with the First Lady, how him and Allison Holker balance their relationship with work, and a dream he hopes to achieve down the road…

**Congratulations on being named a mentor for *So You Think You Can Dance*! What is it like to have gone from being a contestant to an All-Star to now a mentor?**

"The journey's been incredible! It's come full circle, which is truly amazing! If I hadn't made it into the show the year I competed, I would have gone into the Navy. That was my plan. So now every time I look back on my experience as a competitor and how they invite me back today, I feel blessed. It's incredible!

Being named a mentor is really great because this is something that Travis and myself wish we had had while we were competing. You want to have somebody who's been through it that you can talk to. We would call our friends and get advice, but that was it. So to have someone there that's been appointed, who's been through it, that's been an all-star, a choreographer or a judge, that's incredible. We have so many different points-of-view to bring to a contestant, which is super, super, super helpful."

**It sounds like you will be a major help to this season's competitors! Can you tell us more about the Street**

**component of this season? It's been announced that the new season will feature Stage dancers vs. Street dancers. What's that about?**

"The Street Team is going to basically be comprised of any dance that is found on the street and not necessarily being taught or trained in studios. And that goes for a wide variety of things. Many people have been thinking the new show format is hip-hop vs. contemporary but that's not necessarily it. There are ballroom styles that have a street component to them, like salsa, Argentine Tango and so on. So we very well may have a ballroom dancer on the Street Team."

All-Stars Chelsie Hightower and tWitch performing on 'So You Think You Can Dance' Season 10 Top 8 episode. Photo courtesy of FOX.

**That sounds interesting! So, what stage is the show in now? Have you met the dancers you'll be mentoring?**

"Travis and I will actually be going to the Vegas auditions at the end of April. So that will be the first time we will see everybody that they've brought together from all over in the regional auditions. So that is really exciting!"

**Will you get to dabble in choreography in this role?**

"I myself won't be doing choreography but maybe Travis will. I'll work with the dancers on the choreography that's been set on them and give them notes that the choreographer would like them to focus on… We want to make the contestants look their absolute best.

On top of this, Travis and I are in a race to see which dancer is going to be America's favorite. We both want it to be one of ours!"



Competitor Jessica Richens and all-star tWitch on SYTYCD. Photo courtesy of FOX.

**What would you say to the *SYTYCD* fans who are unsure of the new format? Why do you think people should tune in and give this new setup a chance?**

"Especially the die-hard *SYTYCD* fans, they should be sure to tune in. It's still everything you love about *SYTYCD* and they're still going to see amazing dancers and amazing choreography every single week… There is bound to be something mind-blowing every episode. I think that is incentive enough.

Also, speaking from the Street perspective, this season is exciting because we'll be equally recognizing some phenomenal street dancers. In past seasons we've lost some of the best street performers because they

couldn't pick up some choreography like ballroom and stuff like that. This time in Vegas we're eliminating that component and each group's dancers will be doing all of the things they're more used to – Travis' dancers doing ballet, contemporary and jazz and us doing all street choreography. So they won't be thrown completely out of their comfort zone, but rather just challenged and stretched."

**Let's talk about *Magic Mike XXL*. How did you get the opportunity to star in this film?**

"I got the opportunity because Channing [Tatum], who wrote the story, reached out. The guy I play, my character, is Malik.

In the first *Magic Mike*, the group of guys take a road trip to a stripper convention and on the way they stop by another club because they need an emcee, someone to host them on the mic. In this club there are different performers, which is where I come in. In this film, I'm acting alongside Donald Glover and Michael Strahan. There's a scene where Channing and I dance together. We have a strip off, which is epic in it's own right… [*Laughs.*]"

**Did you choreograph for the film? What was filming like?**

"No, I didn't. Alison Faulk did. She did an incredible job. She did everything to a 'T' and it was amazing, because all the guys felt comfortable.



Even though we were all playing strippers and taking off our clothes, which can be uncomfortable, it wasn't that bad because we basically spent all rehearsal in so much laughter. You would think from the outside perspective that things can get awkward sometimes, but it wasn't because everything was so hilarious. Everybody was so professional. And we all laughed about the fact that if anyone walked into the room and didn't know what they were walking in on, it would be so funny because we'd be caught in the most ridiculous positions. But it was great.

tWitch on the Magic Mike XXL poster.

The guys were fantastic. Channing is one of my favorite guys. While he's an international mega-star, he is so real and sits and talks to you at eye-level. There is no ego there and that spread throughout the whole production. All the guys are very cool. It never got too testosterone-y."

**So there's a lot of dancing?**

"Oh, yeah! There's a lot of dancing and singing!"

**Did you sing?**

"Oh no, no! [ *Laughs.*]"

**Well let's transition from talking about this male stripper movie to talking about your marriage. [*Both laugh*.] How do you and Allison balance your busy schedules with traveling a lot and her coaching on *Dancing With The Stars*?**

"It's a constant work in process, to be quite honest. We are running through every open door that there is right now but we also have to keep our grasp firm on the importance of family first. Family comes first. Period. No matter what. So we constantly juggle that with all the things we're tied into. We know that if there was ever any type of major conflict, if we had to choose, we already know the first choice we'd make.

We always say it takes a village too. We have a babysitter and family friends who help us and it's a constant work in progress. But I think we're doing really well so far!"



tWitch at White House Easter Egg Roll in April. Photo courtesy of The White House.

**While she's been on TV weekly with *DWTS*, you've also been featured quite a few times recently, such as dancing on *The Ellen Show*…**

"*The Ellen Show* is incredible! Ellen DeGeneres is so generous and kind—and hilarious! So it's always a good time!"

**And Michelle Obama was on the show with you too!**

"YEAH! That was incredible! I danced with the First Lady, you know? Wow!"

**Are there any other projects you're working on right now?**

"Yes, Allison and I are both the Creative Directors of Revolution Dancewear… Allison will have some pieces coming out this spring most likely, which is going to be very exciting."

**And one last question – what's something you want to do down the road that you've never had the opportunity to do yet?**

"I want to continue to do acting but without dance attached. I want to have a regular role, whether on a TV series or in a movie."

*See tWitch on Season 12 of SYTYCD, which will premiere June 1. Catch him in Magic Mike XXL when it opens in theatres on July 1. Students can dance with him at 24Seven Dance Convention in Dallas on May 8-10 and Santa Clara on May 15-17. Plus, he'll be teaching at BuildABeast Experience, at DancerPalooza's Pool Party and KaMotion Intensives this summer.*

By Chelsea Thomas of **Dance Informa**.

Photo (top): tWitch. Photo courtesy of Fox Winter TCA.

## SHARE THIS:



Tweet                                    ☐ Email        ☐ Print

**RELATED ITEMS:** 24SEVEN DANCE CONVENTION, ALISON FAULK, ALLISON HOLKER, BUILDABEAST EXPERIENCE, CHANNING TATUM, DANCERPALOOZA, DONALD GLOVER, ELLEN DEGENERES SHOW, MAGIC MIKE XXL, MICHAEL STRAHAN, MICHELLE OBAMA, REVOLUTION DANCEWEAR, SO YOU THINK YOU CAN DANCE, STEPHEN "TWITCH" BOSS, STREET DANCE, SYTYCD, SYTYCD ALL STARS, SYTYCD MENTORS, TRAVIS WALL, TWITCH

## RECOMMENDED FOR YOU



Jakob Karr's 'Ain't Done Bad': Showing its heart the entire time



Theatrical dance experience 'Ain't Done Bad' comes to NYC this summer



52nd Dance on Camera Festival highlights dance innovators

CLICK TO COMMENT



TOP STORIES

# Caitlin Abraham on Being a Swing in 'An American in Paris'



Caitlin Abraham is one of those dancers you notice the minute she walks into the room. Her striking features: a tall, lean physique, dark doe-y eyes, and curly brown hair, are even secondary to her exquisite technique and glowing poise. With beauty, talent, and a heart of gold, it's no wonder Caitlin seems to always, *always* be working. And to top it off, Caitlin's often cast as the most important job in the show: the swing. Now swinging for her third time in *An American in Paris* (previously *La Cage aux Folles* on Broadway and *Chicago* on tour), Caitlin luckily had a free moment to chat with Dance Informa about what it really means to be a swing.

## What was your dance and musical theatre training growing up?

"I was born and raised in New Jersey where I studied ballet, tap, and gymnastics at a small school until my family moved to Detroit. That's when I got serious about ballet. *All* I wanted was ballet. Three hours per week eventually turned into twenty hours per week! I left home at sixteen to go to Interlochen Arts Academy. As for musical theatre, I didn't train much as a kid. I took drama in high school but it was very hard to balance that with my serious ballet training. I mean, I sang with my daddy at church, but I didn't grow up with any real vocal training or anything until I started to think beyond the ballet world. Twyla Tharp's *Movin' Out* made me realize that life 'after' ballet could be Broadway."

## What are some of your favorite credits?



Caitlin Abraham, Swing in 'An American in Paris.'

My very first credit when I moved to New York was *On the Town* at Papermill Playhouse. I remember waking up every morning with the song, "New York, New York" in my head—it just felt so *right*! Later I played Liz in *Chicago* on tour.  *Chicago* was another one of those musicals that really sparked my interest in theatre. The female characters were amazing—so strong, sexy and powerful.

## What was the audition process like for *An American in Paris?*

"I made it to final callbacks for the initial workshop but couldn't attend because it fell on a day when I was actually playing Cassie in *A Chorus Line* out in California. But I really wanted to make up for it. The creative team came to San Francisco as part of the audition tour and, even though it was the day of our invited dress for *A Chorus Line*, I spent the whole day auditioning again. I made it to the final four at the end, but didn't get the gig. When I came back to New York, however, they were auditioning again. Rumor had it that there were hardly any spots open, but of course I went anyway! That audition was incredible. The stakes were so high and it was exciting to be dancing amongst some of the most talented dancers in the city.

One of the most memorable moments of the audition was when I got to partner with a principal dancer from New York City Ballet. Christopher Wheeldon's choreography feels so amazingly lyrical—how you arc through melodic line. I was auditioning right in front of him and nailed a triple pirouette! In my head I was like, 'That was good!' But, there was a whole lot of *good* in that room! Well, I got the call on my birthday. That was pretty much the best present ever!"

## What was it like rehearsing and performing in Paris?

"This is an enormous show with a lot of sets and moving parts. The language barrier was also tough sometimes. Paris is such a different culture, too. We're so inundated with musical theatre here in the US, but in Paris, it was so new and fresh and exciting."

## How did this out-of-town engagement inspire the show before its highly anticipated Broadway run?

"Just living in Paris, walking the streets, visiting the museums, seeing the monuments, talking with people, eating the food, and embracing the lifestyle fostered a sense of groundedness in the show itself. It gave all of us a very rich point of reference. We didn't just research the culture and history of the show—we basically lived it! I feel like it gave us so much flavor and also a real ability to transform the show not into a Broadway stage, but into Paris itself. We got rave reviews in Paris…and that only sparked our desire to really bring something spectacular back to Broadway."

**What makes *An American in Paris* different from some of the other shows on Broadway right now?**

"I have to say that there's something really special about George Gershwin's music. It's magical to sing and dance to such a lush score. And Christopher Wheeldon's choreography has such arc and rhythm to it. As a dancer, it's so rare that you actually get to use all of your skills in a single show. We're doing ballet, pointe, partnering, tap, and jazz! Some numbers are up to fourteen minutes long—so the dancing really tells the story. There's also something very genuine about our show. It's not giving you sass. There are definitely elements of humor, but there's nothing crass or trendy. You know, our show is *elegant*. The characters are beautiful, aspirational and real—and that seems to really resonate with our audiences. Nowadays, I don't think you'll find that in many shows on Broadway."

**You've been a swing before—you must be an expert by now! What is it like to be a swing?**

"Well, you never get bored…because you never know what's coming. I do six different tracks in the show—some are more dancer-tracks while others are more singer-tracks— so I really get to use all of my skills. A swing needs to be really intelligent, organized, reliable, and professional. You're not on stage every night and that takes a lot of discipline to be ready at any moment (hours before, minutes before, or even during Intermission). Two hours before curtain I'm always watching my phone as if I were a surgeon on-call!"

**What do you do during shows when you're not performing?**

"I do paperwork, often, because there are a lot of 'track sheets' that I use to keep track of all the wings, sets, blocking, and choreography. Another cool thing about our show is that we move all of the sets ourselves. There's not a lot of mechanics involved. It's almost as if the transitions are part of the show's choreography. There are nearly four hundred color-coated spike marks that I need to know! I keep both long-form 'track sheets' backstage and also little 'quick books' if I'm thrown on for a



An American in Paris. Photo by Angela Sterling, 2014.

certain track. If I'm not doing paperwork, you'll probably find me in the studio (yes, we have a studio backstage!) where I can review choreography, stretch, or work on my harmonies. Sometimes I'll 'trail' backstage which means I'll literally follow an actor throughout the show (on and off-stage) so I am fully familiar with their entrances, exits, and backstage choreography. There's very, very little room backstage so the backstage choreography (quick changes, prop hand-offs, etc.) are just as important and what goes on on-stage. Another thing swings can do during a show is to watch from the front of the house. This is useful to keep track of spacing and choreography. It's really important to stay 'in-touch' with the show even when you're not on stage."

**How did the rehearsal process go?**

"I would learn the choreography in the back of the room at the same time the dancers were learning it. Then I would go to my notes and make sure to record the choreography in a way that made sense to me. I had to record not just the steps, but also the spacing and traffic patterns. The traffic is probably one of the most important elements for a swing to understand because you want to go in seamlessly and safely. You don't want it to be a day at the rodeo! Therefore, you have to be accurate to remember when you're crossing downstage or upstage, before or after, left or right. I sort of consider myself like a firefighter—as soon as I get the call I just *go* and I know what to do. That's your job as a swing: to make the show run smoothly."

**How do you stay performance-ready all the time?**

"I warm up both physically and vocally before every show. I take care of myself just as I would if I were performing on-stage every night—eat healthy food, get enough sleep, go to the gym, go to ballet class. It's really about keeping yourself in 'tip-top' shape but also stimulated, too. You're not expending that energy for two hours every night so you have to find other ways to express that in order to keep your integrity as a performer."

While you may not get the chance to see Caitlin performing on stage, swings are an integral part of any show. *An American in Paris* is currently playing at The Palace Theatre. Tickets are available at Ticketmaster.com. If I were you, I'd be sure to check out this spectacular production before Tony Awards season (*An American in Paris* is tied with *Fun Home* for the most—twelve—nominations including Best Choreography and Best Musical).

By Mary Callahan of **Dance Informa.**

Photo(top): The company perform An American In Paris. Photo by Angela Sterling 2014.

---

## SHARE THIS:

**Pin it**

**Tweet**

☐ Email        ☐ Print

**RELATED ITEMS:** AN AMERICAN IN PARIS, BROADWAY, BROADWAY SWING, CAITLIN ABRAHAM, CHICAGO, CHRISTOPHER WHEELDON, GEORGE GERSHWIN, INTERLOCHEN ARTS ACADEMY, LA CAGE AUX FOLLES, MOVIN' OUT, TWYLA THARP

## RECOMMENDED FOR YOU