# EXHIBIT V

2022.05.27 Good Morning America Interview

Page 1

```
-------------------------------------------
SAGE HUMPHRIES, et al.

                  Plaintiffs,

           v.

MITCHELL TAYLOR BUTTONS and DUSTY BUTTONS,

                  Defendant.
-------------------------------------------
```

AUDIO TRANSCRIPTION

LENGTH OF AUDIO FILE: 4:10

MAGNA LEGAL SERVICES
320 West 37th Street, 12th Floor
New York, New York 10018
(866)624-6221

Reported by:   Marissa Mignano

Job Number:   855957



```
                                              Page 2
 1              Audio Transcription
 2         NARRATOR:  A GMA exclusive, the
 3    bombshell federal lawsuit.  Seven
 4    dancers alleging sexual abuse by a
 5    former Boston ballet star and her
 6    husband.  One of those dancers, Sage
 7    Humphries, is now sharing her story on
 8    camera for the first time as she sat
 9    down with Amy.
10         AMY ROBACH:  Tell me how you first
11    met Dusty Button and Mitchell Taylor
12    Button.
13         SAGE HUMPHRIES:  Dusty was
14    obviously a staple of the company.  She
15    was the star and everybody sort of
16    looked at her with awe.
17         Dusty had started conversations
18    with me casually in rehearsal.  And one
19    day I remember she said, you should
20    really come over and you should meet my
21    husband.  She said, you will love him.
22    They asked me questions about my family,
23    about my past, where I've lived, things
24    that I've experienced, relationships
25    that I've had.  It escalated fairly
```



```
                                                         Page 3
 1              Audio Transcription
 2      quickly.
 3              Taylor came up to me and presented
 4      the idea of him becoming my manager.  He
 5      was like, I can help you, you know, grow
 6      your Instagram.  But that led to him
 7      acquiring passwords of mine, passwords
 8      for my email, for my lock screen.  It
 9      did eventually start to turn into
10      something that was controlling.
11              NARRATOR:  Humphries alleged in
12      the suit that as time went on, the
13      Buttons manipulated and brutalized her
14      and that they also sexually assaulted
15      and verbally abused her.
16              AMY ROBACH:  At what point do you
17      say that the direction turned sexual?
18              SAGE HUMPHRIES:  It was totally a
19      normal night.  He suggested that we all
20      watch a movie together.  They thought we
21      should all have one big group sleepover
22      and bring the mattress out into the
23      living room.  I thought, again, that
24      that was uncomfortable.  So we just hung
25      out, we watched a movie and Dusty had
```



Page 4

```
 1              Audio Transcription
 2      fallen asleep.  I was falling asleep.
 3      And when I was falling asleep, that was
 4      the first time that he violated me.
 5           And you think that you're going to
 6      know to scream or to get up or to make a
 7      loud noise or do anything to stop it
 8      from happening, but I just froze and my
 9      body just tightened and I just waited
10      for it to be over.
11           NARRATOR:  The lawsuit also
12      alleges the Buttons forced Sage to live
13      with them full-time and she wasn't
14      allowed to speak to her parents without
15      their permission.  Sage's parents
16      eventually intervened and brought her
17      back to California and she began to
18      process what she says happened with the
19      Buttons over the span of about four
20      months.
21           SAGE HUMPHRIES:  They had told me
22      so many lies, even about my family.  And
23      I didn't expect it from a woman.  I
24      didn't expect it from a married couple.
25      I didn't expect it in the ballet world.
```



Page 5

```
 1              Audio Transcription
 2      I thought, I'm safe.  I thought that
 3      they had genuine intentions.  But it can
 4      happen and it does happen.
 5              NARRATOR:  An attorney for the
 6      Buttons tells ABC News the Buttons
 7      unequivocally deny all allegations in
 8      the complaint and seriously question the
 9      public relations campaign that's being
10      waged against them.
11              Humphries' attorney, Sigrid
12      McCawley is also representing the six
13      other plaintiffs.
14              SIGRID MCCAWLEY:  Justice is
15      obviously critical to these women, so
16      we're working very actively to bring
17      this case to trial.
18              NARRATOR:  Humphries eventually
19      returned to the Boston Ballet, where
20      she's now an artist.  The company tells
21      ABC News they terminated Dusty's
22      employment in May of 2017.  Humphries
23      says she hopes to help others by sharing
24      her story.
25              SAGE HUMPHRIES:  Healing is not
```



```
                                                    Page 6
 1              Audio Transcription
 2     linear.  It's a process.  And you'll
 3     always find moments where things come up
 4     and trigger you.  But now I have the joy
 5     of dancing back.
 6            AMY ROBACH:  For Good Morning
 7     America, Amy Robach, ABC News, New York.
 8            NARRATOR:  Good to see her smiling
 9     there.  Thanks to Amy for that story.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
                                                            Page 7
 1              Audio Transcription
 2
 3              C E R T I F I C A T E
 4    STATE OF NEW YORK )
 5                      :  SS
 6    COUNTY OF NEW YORK)
 7
 8              I, Marissa Mignano, a Notary
 9    Public within and for the State of New York,
10    do hereby certify the within is a
11    a true and accurate transcription of the
12    audiotapes recorded.
13              I further certify that I am
14    not related to any of the parties to this
15    action by blood or marriage, and that I am
16    in no way interested in the outcome of this
17    matter.
18              IN WITNESS WHEREOF, I have
19    hereunto set my hand this 26th day of
20    July 2022.
21
22                    _Marissa Mignano_
23                     MARISSA MIGNANO
24
25
```



MAGNA LEGAL SERVICES

**A**

**ABC**
 5:6,21 6:7
**abuse**
 2:4
**abused**
 3:15
**accurate**
 7:11
**acquiring**
 3:7
**action**
 7:15
**actively**
 5:16
**al**
 1:2
**allegations**
 5:7
**alleged**
 3:11
**alleges**
 4:12
**alleging**
 2:4
**allowed**
 4:14
**America**
 6:7
**Amy**
 2:9,10 3:16 6:6,7,9
**artist**
 5:20
**asked**
 2:22
**asleep**
 4:2,2,3
**assaulted**
 3:14
**attorney**
 5:5,11
**Audio**
 1:12,13 2:1 3:1 4:1
    5:1 6:1 7:1
**audiotapes**
 7:12
**awe**
 2:16

**B**

**back**
 4:17 6:5
**ballet**
 2:5 4:25 5:19
**becoming**
 3:4
**began**
 4:17
**big**
 3:21
**blood**
 7:15
**body**
 4:9
**bombshell**
 2:3
**Boston**
 2:5 5:19
**bring**
 3:22 5:16
**brought**
 4:16
**brutalized**
 3:13
**Button**
 2:11,12
**Buttons**
 1:6,6 3:13 4:12,19
    5:6,6

**C**

**C**
 7:3,3
**California**
 4:17
**camera**
 2:8
**campaign**
 5:9
**case**
 5:17
**casually**
 2:18
**certify**
 7:10,13
**come**
 2:20 6:3
**company**
 2:14 5:20
**complaint**
 5:8
**controlling**
 3:10
**conversations**
 2:17
**COUNTY**
 7:6
**couple**
 4:24
**critical**
 5:15

**D**

**dancers**
 2:4,6
**dancing**
 6:5
**day**
 2:19 7:19
**Defendant**
 1:7
**deny**
 5:7
**direction**
 3:17
**Dusty**
 1:6 2:11,13,17 3:25
**Dusty's**
 5:21

**E**

**E**
 7:3,3
**email**
 3:8
**employment**
 5:22
**escalated**
 2:25
**et**
 1:2
**eventually**
 3:9 4:16 5:18
**everybody**
 2:15
**exclusive**
 2:2
**expect**
 4:23,24,25
**experienced**
 2:24

**F**

**F**
 7:3
**fairly**
 2:25
**fallen**
 4:2
**falling**
 4:2,3
**family**
 2:22 4:22
**federal**
 2:3
**FILE**
 1:13
**find**
 6:3
**first**
 2:8,10 4:4
**Floor**
 1:15
**forced**
 4:12
**former**
 2:5
**four**
 4:19
**froze**
 4:8
**full-time**
 4:13



**further**
 7:13

**G**

**genuine**
 5:3
**GMA**
 2:2
**going**
 4:5
**Good**
 6:6,8
**group**
 3:21
**grow**
 3:5

**H**

**hand**
 7:19
**happen**
 5:4,4
**happened**
 4:18
**happening**
 4:8
**Healing**
 5:25
**help**
 3:5 5:23
**hereunto**
 7:19
**hopes**
 5:23
**Humphries**
 1:2 2:7,13 3:11,18
  4:21 5:18,22,25
**Humphries'**
 5:11
**hung**
 3:24
**husband**
 2:6,21

**I**

**idea**
 3:4
**Instagram**
 3:6
**intentions**
 5:3
**interested**
 7:16
**intervened**
 4:16

**J**

**Job**
 1:25
**joy**
 6:4
**July**
 7:20
**Justice**
 5:14

**K**

**know**
 3:5 4:6

**L**

**lawsuit**
 2:3 4:11
**led**
 3:6
**LEGAL**
 1:14
**LENGTH**
 1:13
**lies**
 4:22
**linear**
 6:2
**live**
 4:12
**lived**
 2:23
**living**
 3:23
**lock**
 3:8
**looked**
 2:16
**loud**
 4:7
**love**
 2:21

**M**

**MAGNA**
 1:14
**manager**
 3:4
**manipulated**
 3:13
**Marissa**
 1:24 7:8,23
**marriage**
 7:15
**married**
 4:24
**matter**
 7:17
**mattress**
 3:22
**McCawley**
 5:12,14
**meet**
 2:20
**met**
 2:11
**Mignano**
 1:24 7:8,23
**mine**
 3:7
**Mitchell**
 1:6 2:11
**moments**
 6:3
**months**
 4:20
**Morning**
 6:6
**movie**
 3:20,25

**N**

**NARRATOR**
 2:2 3:11 4:11 5:5,18
  6:8
**New**
 1:15,15 6:7 7:4,6,9
**News**
 5:6,21 6:7
**night**
 3:19
**noise**
 4:7
**normal**
 3:19
**Notary**
 7:8
**Number**
 1:25

**O**

**obviously**
 2:14 5:15
**outcome**
 7:16

**P**

**parents**
 4:14,15
**parties**
 7:14
**passwords**
 3:7,7
**permission**
 4:15
**plaintiffs**
 1:3 5:13
**point**
 3:16
**presented**
 3:3
**process**
 4:18 6:2
**public**
 5:9 7:9

**Q**

**question**
 5:8



questions 2:22
quickly 3:2

**R**

R 7:3
really 2:20
recorded 7:12
rehearsal 2:18
related 7:14
relations 5:9
relationships 2:24
remember 2:19
Reported 1:24
representing 5:12
returned 5:19
Robach 2:10 3:16 6:6,7
room 3:23

**S**

safe 5:2
Sage 1:2 2:6,13 3:18 4:12 4:21 5:25
Sage's 4:15
sat 2:8
says 4:18 5:23
scream

4:6
screen 3:8
see 6:8
seriously 5:8
SERVICES 1:14
set 7:19
Seven 2:3
sexual 2:4 3:17
sexually 3:14
sharing 2:7 5:23
Sigrid 5:11,14
six 5:12
sleepover 3:21
smiling 6:8
sort 2:15
span 4:19
speak 4:14
SS 7:5
staple 2:14
star 2:5,15
start 3:9
started 2:17
State 7:4,9
stop

4:7
story 2:7 5:24 6:9
Street 1:15
suggested 3:19
suit 3:12

**T**

T 7:3,3
Taylor 1:6 2:11 3:3
Tell 2:10
tells 5:6,20
terminated 5:21
Thanks 6:9
things 2:23 6:3
think 4:5
thought 3:20,23 5:2,2
tightened 4:9
time 2:8 3:12 4:4
told 4:21
totally 3:18
transcription 1:12 2:1 3:1 4:1 5:1 6:1 7:1,11
trial 5:17
trigger 6:4
true 7:11

turn 3:9
turned 3:17

**U**

uncomfortable 3:24
unequivocally 5:7

**V**

v 1:5
verbally 3:15
violated 4:4

**W**

waged 5:10
waited 4:9
wasn't 4:13
watch 3:20
watched 3:25
way 7:16
we're 5:16
went 3:12
West 1:15
WHEREOF 7:18
WITNESS 7:18
woman 4:23
women 5:15



| | |
|---|---|
| **working** 5:16 | **866)624-6221** 1:16 |
| **world** 4:25 | |
| **X** | **9** |
| **Y** | |
| **York** 1:15,15 6:7 7:4,6,9 | |
| **Z** | |
| **0** | |
| **1** | |
| **10018** 1:15 | |
| **12th** 1:15 | |
| **2** | |
| **2017** 5:22 | |
| **2022** 7:20 | |
| **26th** 7:19 | |
| **3** | |
| **320** 1:15 | |
| **37th** 1:15 | |
| **4** | |
| **4:10** 1:13 | |
| **5** | |
| **6** | |
| **7** | |
| **8** | |
| **855957** 1:25 | |

