# EXHIBIT BB

Filed Under Seal

*Button et al v. Roe et al*

Amended Complaint