# EXHIBIT DD

Filed Under Seal

Expert Report of Dr. Chitra Raghavan Regarding Gina Menichino