# EXHIBIT EE

Filed Under Seal

Expert Report of Dr. Chitra Raghavan Regarding Danielle Gutierrez