# EXHIBIT FF

Filed Under Seal

Expert Report of Dr. Chitra Raghavan Regarding Rosie DeAngelo