# EXHIBIT GG

Filed Under Seal

Expert Report of Dr. Chitra Raghavan Regarding Sage Humphries