# EXHIBIT HH

Filed Under Seal

Expert Report of Dr. Chitra Raghavan Regarding Jane Doe I