# EXHIBIT II

2012.06.19 Police Report filed with the Hillsborough County Sheriff's office



# Hillsborough County Sheriff's Office
## Confidential / Exemption

**Records are provided in accordance with Florida Statutes and the Public Records Law Description of exempt records and statutory basis for any exemptions are provided below:**

{ }   ACCOUNT NUMBERS – FS § 119.071(5)b

{ }   ACTIVE INVESTIGATION – FS § 119.071(2)(c)1

{ }   AGENCY PERSONNEL INFORMATION – FS § 119.071(4)

{ }   ALARM CALL VIOLATION – FS § 119.071(3)

{ }   ATF FORM – FS § 119.071(2)(b) & 790.335 (1)(A)(2)

{ }   CHILD ABUSE – FS § 119.071(2)(h)1

{ }   CONFIDENTIAL INFORMANTS/SOURCE – FS § 119.071(2)(f)

{ }   CRIMINAL INTELLIGENCE INFORMATION – FS § 119.071(2)(h)2

❌   D.A.V.I.D – FS § 322.142(4)

{ }   EMERGENCY COMMUNICATIONS E911 VOICE RECORDINGS - FS § 365.171(12)

{ }   FCIC/NCIC INFORMATION – FS § 943.053(2) & (3)

{ }   PROHIBITION OF REGISTRATION OF FIREARMS - FS § 790.335(1)(a)(2)

{ }   JUVENILE OFFENDER RECORDS (CONFIDENTIALITY) – FS § 985.04(1)

{ }   MEDICAL – FS § 119.0712(1)

❌   SEXUAL OFFENSE – FS § 119.071(2)(h)1 & FS §794.024

{ }   SOCIAL SECURITY – FS § 119.071(5)5

{ }   UNDERCOVER PERSONNEL – FS §119.071(4)(c)

❌   VICTIM - Pursuant to ARTICLE 1, SECTION 16 of the Constitution of the State of Florida (also known as "Marsy's Law")

{ }   OTHER_____



**HILLSBOROUGH COUNTY SHERIFF**
Case 2:21-cv-01412-ART-EJY   Document 43-42   Filed 04/06/25   Page 3 of 52

GO# HS 2012-315380
CLEARED BY
EXCEPTION

**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
(SEX OFF-1 SEX OFFENSE)

Records are provided in accordance with Florida Statute, Chapter 119 Public Records.



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
## (SEX OFFENSE)
## GO# HS 2012-315380

# Table of Contents

**Related Event GO# HS 2012-315380** ........................................................................ **1**

**Offense(s)** ........................................................................................................................ **1**

**Related Event(s)** ............................................................................................................ **2**

**Related Person(s)** .......................................................................................................... **2**

    **1. Suspect # 1 - MOORE, MITCHELL TAYLOR** ...................................................... **2**

         **MODUS OPERANDI - PERSON OFFENSES** ............................................................... **3**

    **2. Complainant # 1 -** ▮▮▮▮▮▮▮▮▮▮ ........................................................................ **3**

    **3. Complainant # 2 -** ▮▮▮▮▮▮▮▮ ............................................................................... **4**

    **4. VictimJUV # 1 -** ▮▮▮▮▮▮▮▮ .................................................................................. **5**

**Related Narrative(s)** .................................................................................................... **7**

    **1. Heneveld, Craig (Terminated) (5123),  INVESTIGATION** ................................... **7**

    **2. Heneveld, Craig (Terminated) (5123),  INTERVIEW-COMPLAINANT -** ▮▮▮▮▮▮▮▮▮ **8**
▮▮▮▮ ........................................................................................................

    **3. Heneveld, Craig (Terminated) (5123),  INTERVIEW-COMPLAINANT -** ▮▮▮▮▮▮▮ ....... **9**

    **4. Heneveld, Craig (Terminated) (5123),  INTERVIEW-VICTIM -** ▮▮▮▮▮▮▮ ................. **10**

**Related Follow Up(s)** ................................................................................................... **11**

    **1. Follow Up Report # HS 1 - Gross, Hugh** ............................................................ **11**

    **2. Follow Up Report # HS 2 - Gross, Hugh** ............................................................ **16**

**Related Clearance Information** ................................................................................. **22**

**Related Property Report(s)** ....................................................................................... **23**

    **1. PROPERTY REPORT #  201974  (EVIDENCE)** .................................................... **23**

         **ARTICLE (TAG # HS201974 - 001)** ......................................................................... **23**

**Related Attachment(s)** ................................................................................................ **24**

    **1. MRE Attachments - STATEMENT** ....................................................................... **24**

    **2. Property Receipts - SAO CASE CLEARING/ATTY. LETTER/ POLICE SUPPL.** ............................ **32**

**HILLSBOROUGH COUNTY SHERIFF**

GO# HS 2012-315380

**GENERAL OFFENSE HARDCOPY**

CUSTOMER SERVICE

(SEX OFF-1 SEX OFFENSE)

CLEARED BY
EXCEPTION

## General Offense Information

**Operational Status** CLEARED BY EXCEPTION

**Reported On** JUN-19-2012  (TUE.) 1109

**Occurred Between** JUN-15-2007  (FRI.) 1200 AND DEC-15-2010  (WED.) 1200

**Approved On** AUG-22-2012  (WED.)

**Approved By** 2523  -  POWELL, CHRISTOPHER

**Report Submitted By** 5123  -  HENEVELD, CRAIG (TERMINATED)

**Org Unit** D3 DAY A GOLF SQUAD

**Felony/ Misdemeanor** FELONY

**Family Violence** NO

**Cargo Theft** NO

## Offenses (Completed/Attempted)

**Offense #** 1   SEX OFF-1   SEX OFFENSE  -  COMPLETED

**Location** RESIDENCE/HOME (MOBILE HOMES, APARTMENTS, CONDOS, NURSING HOMES)

**Suspected Of Using** NOT APPLICABLE

**Weapon Type** NONE

**Bias** NONE (NO BIAS)



# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (SEX OFF-1 SEX OFFENSE)

## Related Event(s)

**1. CP  HS2012-315380**

## Related Person(s)

**1.  SUSPECT # 1 - MOORE, MITCHELL TAYLOR**

### CASE SPECIFIC INFORMATION

| | | | |
|---|---|---|---|
| **Sex** | MALE | | |
| **Race** | WHITE | | |
| **Date Of Birth** | APR-16-1985 | | |
| **Address** | 3478 ST BART LN | **Apartment** | 303 |
| **Municipality** | TAMPA | | |
| **State** | FLORIDA | | |
| **ZIP Code** | 33614 | | |
| **District** D3 **Beat** G04 **Grid** HS3176 | | | |

### PERSON PARTICULARS

| | | | |
|---|---|---|---|
| **Place Of Birth** | SOUTH CAROLINA | | |
| **Citizenship** | AMERICA - UNITED STATES OF | | |
| **Marital Status** | SINGLE | | |
| **Ethnicity** | NOT OF HISPANIC ORIGIN | | |
| **Language(s) Spoken** | ENGLISH | | |
| **Height** | 6'02 | | |
| **Disability** | NO | | |
| **Build** | THIN | **Complexion** | FAIR |
| **Hair Color** | BROWN | **Hair Style** | STRAIGHT, SHORT |

### MASTER NAME INDEX REFERENCE

| | |
|---|---|
| **Name** | MOORE , MITCHELL  TAYLOR |
| **Sex** | MALE |
| **Race** | WHITE |
| **Date Of Birth** | APR-16-1985 |
| **Ethnicity** | NOT OF HISPANIC ORIGIN |
| **Address** | 7472 SPRINGSIDE DR |
| **Municipality** | MYRTLE BEACH |
| **State** | SOUTH CAROLINA |
| **ZIP Code** | 29588 |

***PHONE NUMBERS***

**Cellular**  (917)  545-7316

---


**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
(SEX OFF-1 SEX OFFENSE)

Other  (843)  945-2692
Other  (843)  650-9329

## LINKAGE FACTORS

**Resident Status**  NON-RESIDENT
**Age Range**  22-29 YEARS
**Access To Firearm**  NO

## MODUS OPERANDI - PERSON OFFENSES

**Done/Attempted**  DONE          **Actions**  SEXUAL ASSAULT
**Location Type**  SINGLE FAMILY RESIDENCE
**Victim Description**  SINGLE
**Apparent Motive**  SEXUAL
**Victim Lives With**  PARENTS

*SUSPECT*
**Action Before**  OTHER
**Method Of Arrival**  AUTO
**Made Victim**  PERFORM SEX ACTS, OTHER
**Demanded**  SEX
**Demeanor**  APOLOGETIC/POLITE

**2. COMPLAINANT # 1 -** ███████████████████



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (SEX OFF-1 SEX OFFENSE)



3.  COMPLAINANT # 2 - ███████████████


**HILLSBOROUGH COUNTY SHERIFF**
GO# HS 2012-315380
CLEARED BY
EXCEPTION
**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
(SEX OFF-1 SEX OFFENSE)



4. **VICTIMJUV # 1 -**

Case 2:21-cv-01412-ART-EJY    Document 497-42    Filed 01/06/25    Page 11 of 52

**HILLSBOROUGH COUNTY SHERIFF**

GO# HS 2012-315380

**GENERAL OFFENSE HARDCOPY**

CLEARED BY
EXCEPTION

CUSTOMER SERVICE
(SEX OFF-1 SEX OFFENSE)



**HILLSBOROUGH COUNTY SHERIFF**

**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
**(SEX OFF-1 SEX OFFENSE)**

## Narrative Text

**Type** INVESTIGATION

**Subject**

**Author** 5123 - Heneveld, Craig (Terminated)

**Related Date** Jun-19-2012 14:30

I responded to ███████████ in reference to a Sexual Battery complaint. Between June 2007 and December 2010 the suspect, Mitchell Moore, had sexually battered the juvenile victim, ████████████, on numerous occasions, by penetrating her vagina with his fingers and his tongue. The Sexual Battery occurred at the above address. In December 2010, Mr. Moore left the local area and traveled to an unknown out of state location.  It was felt he moved to England.  The  victim feels he is in the Boston area at this time.

I met with and interviewed the victim, ████████████, and her parents, ████████████, and ████████████, (see interviews). Due to the time frame of the allegation, I did not process the crime scene.  I was unable to contact the suspect due to his unknown location. I have no further information in reference to this case.

MRE Attachments:  Victim Statement (three pages), Copy of note from Suspect

**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
**(SEX OFF-1 SEX OFFENSE)**

## Narrative Text

**Type** INTERVIEW-COMPLAINANT

**Subject** █████████████████

**Author** 5123 - Heneveld, Craig (Terminated)

**Related Date** Jun-19-2012 14:45

The mother of ████████████, ███████████████, stated under oath her daughter came to her on 6/18/12 and advised her of what had happened during the time Taylor was in town and living at their home.  Around June 2007, she let Taylor move in to the house. He was only to be in the house for two weeks. He ended up there for several months.  During the time Taylor was the dance instructor at the Center Stage Dance Studio, she had a feeling there was something going on but did not know what.  There were rumors that Taylor was having a relation with another student at the studio.  When Taylor left the area she was glad he left.

Note: ███████  stated she found a letter written on a card in ██████ room.  The letter was written by Taylor and talks about ██████ age and some thoughts from Taylor.  She thought it would show what Taylor was thinking at the time of the relationship.


Case 2:21-cv-01412-ART-EJY   Document 491-42   Filed 01/06/25   Page 14 of 52

**HILLSBOROUGH COUNTY SHERIFF**

GO# HS 2012-315380

**GENERAL OFFENSE HARDCOPY**

CUSTOMER SERVICE

(SEX OFF-1 SEX OFFENSE)

CLEARED BY
EXCEPTION

## Narrative Text

**Type** INTERVIEW-COMPLAINANT

**Subject** █████████████

**Author** 5123 - Heneveld, Craig (Terminated)

**Related Date** Jun-19-2012 15:00

The father, ███████████████, stated under oath he came over to his
ex-wife's house to talk to ██████. He was told what had happened between
██████ and Taylor for a period of 3 years. He and ██████ mother
suggested ██████ call the Sheriff's Office to report the incident.

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (SEX OFF-1 SEX OFFENSE)

## Narrative Text

**Type** INTERVIEW-VICTIM

**Subject** ███████████

**Author** 5123 - Heneveld, Craig (Terminated)

**Related Date** Jun-19-2012 14:30

The victim, ███████████, stated under oath she was ███████████ when Taylor (suspect Michael Taylor Moore) moved down from North Carolina to teach at her dance studio. Her mom allowed him to stay at their home and stay in an extra room until he found an apartment (approximately two weeks).  From the beginning, he gave her more attention than anyone else, even at the dance studio.  Things started to be physical slowly.  He would hug her and pick her up off the floor but she would keep her legs straight dangling them.  The first time she moved her legs apart he said he had been waiting for her to to that.  Then one night when everyone was asleep he starting kissing her which caused her to be uncomfortable.  She did not know what to do.  Things progressed by him giving her massages and touching her closer to her private areas.

She stated there were unknown number of sexual encounters between her and Taylor. He talked to her many times about how he wanted to "go down on her".  She did not want that.  She was about ███████ when he brought up the idea again.  She was not comfortable with that again.  He said she could trust him and that he loved her and just let him do it.  He then basically forced her to let him "go down on her".  She remembers starring at the ceiling hating it.  Before this incident, ███████ stated he would finger her, placing his fingers in side of her, pulling them out, look at her and lick his fingers and suggest letting him "go down on her".

She advised Taylor left the area and moved to England in 2010.  He was in love with a ballerina named Dusty Button who was dancing in London. She recently looked up Dusty and found she was dancing in the Boston Ballet. She believes Taylor is also in Boston.

She has been seeing a Psychiatrist for sometime and came out with what had happen to her on 6/16/12.  She then told her parents on 6/18/12.  When they found out what had happened to her during that three to four year period they advised her to call the Sheriff's Office to report what had happened to her.

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (SEX OFF-1 SEX OFFENSE)

## Follow Up Report  # 1

### ASSIGNMENT INFORMATION

| | | | |
|---|---|---|---|
| **Assigned To** | 5751 - GROSS, HUGH | **Rank** | DETECTIVE |
| **Capacity** | INVESTIGATE/CASE MANAGER | **Org Unit** | JUVENILE SECTION |
| **Assigned On** | JUN-20-2012  (WED.) 1010 | **By** | 349 -  HALL PAMLA L (RETIRED/ RETIRED PART TIME) |
| **Report Due On** | JUL-10-2012  (TUE.) | | |

### SUBMISSION INFORMATION

| | | | |
|---|---|---|---|
| **Submitted On** | JUL-21-2012  (SAT.) 0848 | | |
| **Checked By** | 2523 -  POWELL, CHRISTOPHER | | |
| **Approved On** | JUL-27-2012  (FRI.) | **By** | 2523 -  POWELL, CHRISTOPHER |

### FOLLOW UP CONCLUSION

| | |
|---|---|
| **Follow Up Concluded** | YES |


**HILLSBOROUGH COUNTY SHERIFF**

GO# HS 2012-315380

CLEARED BY
EXCEPTION

## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
#### (SEX OFF-1 SEX OFFENSE)

## Narrative Text

**Type** INTERVIEW-VICTIM
**Subject** (Victim #1) █████████████
**Author** 5751 - Gross, Hugh
**Related Date** Jun-25-2012 15:15

The interview with ████████████ was conducted at the Hillsborough County Sheriffs District 1 office on the above listed date and time.

████████ stated that this started when she was ████████████ and that she has never had sexual intercourse with Mitchell Moore. She said that he would put his fingers inside of her and that he only performed oral sex on her one (1) time. She said that he did not force her to do anything with him but she felt pressured into doing the things that she did with him. She said that he had put his fingers into her vagina more than 20 times over the 4 years he was doing this to her. She said that the last time he did anything with her was in December 2010. ████████ stated that these incidents occurred at her house, the dance studio, his apartment and in his car. She said that the only time he performed oral sex on her was in his apartment. ████████ stated that she had given him handjobs no more that 5 times. When she was asked if he forced her to give him a handjob she said that he did not force her but that he would put her hand on his penis. She said that she felt pressured into doing these things but not forced.

████████ said that she received a text from him several months ago but she has no way of contacting him. She said that she is willing to assist in the investigation in any way that she can but that she does not know his phone number (the text came in the from of an AIM) or his email address.


**HILLSBOROUGH COUNTY SHERIFF**

**GENERAL OFFENSE HARDCOPY**

CUSTOMER SERVICE

**(SEX OFF-1 SEX OFFENSE)**

## Narrative Text

**Type** DETECTIVE FOLLOW UP

**Subject**

**Author** 5751 - Gross, Hugh

**Related Date** Jun-24-2012  8:48

On 06/20/12 I was assigned this case for follow up investigation. This case involves the alleged sexual abuse of a female, ███████████████████ by a known person, Mitchell Taylor Moore (W/M 04/16/85). It is alleged that this sexual abuse started to take place when the victim was ███████ and continued until the victim was ███████. The victim is currently ███████ and just reported this abuse to law enforcement. The specific allegations are that the suspect would kiss the victim, "dry hump" her, finger her (put his fingers in her vagina) and that he performed oral sex on her.

On 06/21/12 I went to the residence of the victim in an attempt to conduct an interview with her in regards to this incident. She was not at home and I left my HCSO business card for her and requested that she call me.

On 06/22/12 I received a telephone message from ███████████ in regards to the business card that I left for her. She advised that I could call her back on her cellular phone when I receive her message.

On 06/25/12 I spoke with ███████████ on the telephone. She advised me that she would be able to meet me at the HCSO District 1 office around 3:00 pm today. I told her that I would call her around 3:00 pm to set up the time we would meet at the District 1 office. ███████ came to the District 1 office and an interview was conducted with her in regards to this incident.

On 06/27/12 I obtained the DAVID photograph for the suspect, Mitchell Taylor Moore, for identification purposes. I completed a background investigation on him which included a criminal history check. Mitchell Moore has been arrested in North Carolina in 2003 for the charge of shoplifting. He does not have any other arrests that were able to be located at this time. The DAVID records show that Mitchell Moore changed his forwarding address to 7472 Springside Drive, Myrtle Beach, South Carolina on 03/10/2011. The DAVID photograph and criminal history were placed into the case file for future reference.

On 06/27/12 I conducted a TLO search for Mitchell Moore and the results showed a possible current address for him as, 10020 Woodberry Trail Lane, Apartment 421, Charlotte, North Carolina. The TLO search was placed into the case file for future reference.

GO# HS 2012-315380
HILLSBOROUGH COUNTY SHERIFF
GENERAL OFFENSE HARDCOPY
CUSTOMER SERVICE
(SEX OFF-1 SEX OFFENSE)
CLEARED BY
EXCEPTION

On 06/28/12 I went to the Grande Oasis Apartment complex in an attempt to see when the suspect moved out of his apartment. I learned that the unit the suspect lived in, 3478 Saint Bart Lane #303, is privately owned and that the apartment management did not have any information or access to the records for that apartment. I then went to the homeowners association office and they provided me with the property manager's name and number for unit 303. I was provided with the name, Linda Crawford, and her phone number (813) 920-4186. At 15:04 hours I called Linda Crawford, the property manager, but there was no answer on the telephone. I left her a message and requested that she return my telephone call.

On 06/29/12 I spoke with Linda Crawford on the telephone. She stated that she thinks Mitchell Moore moved out of the apartment in September or October of 2011. She said that she thinks he may have provided a forwarding telephone number but she is not sure. She said that he left the apartment a mess and told her that he is moving to England but she was not sure that she believed him. She said that she is currently out of town and when she returns she will look up his file and email me with the details.

On 07/02/12 I received a telephone message from ████████████ and she stated that she has tried to find a way to contact Mitchell Moore but she has been unable to reach him. She said that she will continue to try and reach him and that she will let me know if she can locate him.

On 07/02/12 I called Linda Crawford to see if she was able to obtain any forwarding information for Mitchell Moore. She did not answer her telephone so I left her a message to return my telephone call. At 15:20 hours I spoke with Linda Crawford on the telephone in regards to this case. She stated that Mitchell Moore did not leave a forwarding telephone number but he moved from the apartment in January 2011.

On 07/10/12 I called ████████████ to discuss this case with her. She did not answer the telephone so I left her a message requesting that she return my telephone call.

On 07/11/12 I called ████████████ again to discuss this case with her. I spoke with her on the telephone and she said that she has not been able to get any contact numbers for Mitchell Moore. I asked her how she wanted to proceed with this case and she said that she still wants to pursue this case.

On 07/11/12 I called the Charlotte-Meckleburg Police Department to see if they would be able to assist me with locating and interviewing the suspect. I was not able to speak with a Detective so I

# HILLSBOROUGH COUNTY SHERIFF

**GENERAL OFFENSE HARDCOPY**

CUSTOMER SERVICE

(SEX OFF-1 SEX OFFENSE)

left a message to have a Detective call me back.

On 07/13/12 I called and spoke with Detective Myhand from the Charlotte-Meckleburg Police Department. I provided him with the information regarding my investigation and requested that they attempt to locate the suspect, Mitchell Moore, who lives within their jurisdiction and conduct an interview with him in regards to these allegations. Detective Myhand requested that I fax him a copy of the incident report and the suspect information and he stated that they will attempt to conduct a suspect interview with Mitchell Moore, if he could be located.

On 07/16/12 I faxed a copy of this incident report to Detective Myhand of the Charlotte-Meckleburg Police Department so he could attempt to interview the suspect, Mitchell Moore.

I request this report be left open and active and reassigned to me until such time as the suspect is interviewed by the Charlotte-Meckleburg Police Department in regards to these allegations.

I will supplement this case at a later date and time.


Case 2:21-cv-01412-ART-EJY   Document 497-42   Filed 01/08/25   Page 21 of 52

**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
(SEX OFF-1 SEX OFFENSE)

GO# HS 2012-315380
CLEARED BY
EXCEPTION

Follow Up Report #  HS  2

## Follow Up Report  # 2

### ASSIGNMENT INFORMATION

| | | | |
|---|---|---|---|
| **Assigned To** | 5751 - GROSS, HUGH | **Rank** | DETECTIVE |
| **Capacity** | CONTINUE INVESTIGATION | **Org Unit** | JUVENILE SECTION |
| **Assigned On** | JUL-21-2012  (SAT.) 0848 | **By** | 5751 -  GROSS, HUGH |
| **Report Due On** | AUG-20-2012  (MON.) | | |

### SUBMISSION INFORMATION

| | | | |
|---|---|---|---|
| **Submitted On** | AUG-22-2012  (WED.) 1412 | | |
| **Checked By** | 2523 -  POWELL, CHRISTOPHER | | |
| **Approved On** | AUG-22-2012  (WED.) | **By** | 2523 -  POWELL, CHRISTOPHER |

### FOLLOW UP CONCLUSION

**Follow Up Concluded**   YES

**HILLSBOROUGH COUNTY SHERIFF**

**GENERAL OFFENSE HARDCOPY**

CUSTOMER SERVICE

(SEX OFF-1 SEX OFFENSE)

## Narrative Text

**Type** INTERVIEW-SUSPECT

**Subject** (Suspect #1) MOORE, MITCHELL T

**Author** 5751 - Gross, Hugh

**Related Date** Aug-21-2012  9:47

An interview with Mitchell Taylor Moore was not conducted due the fact that he retained legal representation and elected not to discuss this incident with me.


**HILLSBOROUGH COUNTY SHERIFF**

GO# HS 2012-315380

CLEARED BY
EXCEPTION

**GENERAL OFFENSE HARDCOPY**
**CUSTOMER SERVICE**
**(SEX OFF-1 SEX OFFENSE)**

## Narrative Text

**Type** DETECTIVE FOLLOW UP

**Subject**

**Author** 5751 - Gross, Hugh

**Related Date** Jul-25-2012 10:29

On 07/24/12 I received an email from Inspector Bradley of the U.S. Postal Inspectors Office. His mail stated that the forwarding address for Mitchell Moore was in Myrtle Beach, South Carolina. The email was placed into the case file for future reference.

On 07/25/12 I called the Myrtle Beach Police Department in regards to locating and interviewing my suspect in this case. I left a message for Detective Adams (843-918-1904) and requested that he call me back.

On 07/30/12 I spoke with Detective Adams of the Myrtle Beach Police Department regarding this case. He advised me that the address I provided him is outside of his jurisdiction and he provided me with the telephone number of (843) 915-5350 and stated that the address falls within the jurisdiction of the Horry County Police Department. At 13:20 hours I called Sgt. C. Squires of the Violent Crimes Division for the Horry County Police and left him a telephone message requesting that he return my telephone call.

On 07/30/12 I called Detective Myhand of the Charlotte Meckleburg Police Department to see if he has had the opportunity to interview my suspect, Mitchell Moore, for this case. He was not in the office and I left him a message requesting that he return my telephone call.

On 07/30/12 I received a phone call from Detective N. Frebowitz of the Horry County Police Department. He advised me that Sgt. Squires provided him with my phone number and stated that he would assist me with the interview of Mitchell Moore. He provided me with his telephone number for me to call him with the case details.

On 07/31/12 I called Detective Frebowitz and he was not available at this time. I left my phone numbers and requested that he return my call so I could explain this case to him.

As of 07/31/12 I have not heard from the victim, █████████, since we last spoke on 07/11/12.

On 08/01/12 I spoke with Detective Myhand of the Charlotte Meckleburg Police Department in

# HILLSBOROUGH COUNTY SHERIFF

### GENERAL OFFENSE HARDCOPY
#### CUSTOMER SERVICE
#### (SEX OFF-1 SEX OFFENSE)

regards to this incident. Detective Myhand stated that he received our incident report and that he will attempt to locate and interview Mitchell Moore on Monday of next week. He said that he would call me next week to let me know if he was able to locate and interview Mitchell Moore.

On 08/01/12 I spoke with Detective Frebowitz of the Horry County Police. He requested that I email him a copy of our incident report so he can review it prior to attempting to make contact with Mitchell Moore. I emailed him a copy of my incident report for him to review.

On 08/02/12 I received an email from Detective Frebowitz in regards to his attempt to interview the suspect. He advised that the residence belonged to the suspects future in-laws and and that the suspect, Mitchell Moore, was currently living somewhere near Boston. He provided me with a phone number for Mitchell Moore and with his supplement. The information received from Detective Frebowitz is attached to this supplement.

On 08/06/12 I called ██████████ to discuss this case with her. We made plans to meet on Wednesday 08/08/12 to attempt a controlled phone call with Mitchell Moore.

On 08/08/12 I met with ██████████ at the District 3 office to give her the telephone recording equipment. I showed her how to operate the digital recorder and left the recorder with her. I told her that after she completes the telephone call she should call me and I will make arrangements to meet her and collect the digital recorder.

On 08/10/12 I received a telephone message from ██████████ and she said that she made the telephone call to Mitchell Moore and that I should return her telephone call so we can schedule a time to meet for me to collect the digital recorder. I called and spoke with █████ on the telephone and she said that she would meet me at the District 3 office to return the digital recorder. I made arrangements to meet with her at 16:15 hours.

On 08/10/12 I received a telephone message from Ken Swartz, an attorney, who advised that he represents Mitchell Moore and he requested that I return his telephone call. He provided me with his telephone number, (305) 579-9090, to return his call.

On 08/11/12 I received an email from Detective Myhand who advised that he went to the listed address in Charlotte and that Mitchell Moore has not lived at that address for the past 10 years. The

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (SEX OFF-1 SEX OFFENSE)

email was printed out and placed into the case file for future reference.

On 08/13/12 I made copies of the controlled telephone call and placed a CD copy of the controlled phone call into HCSO evidence for safekeeping. I placed another copy of the CD into the case file for future reference.

On 08/14/12 I spoke with Attorney Swartz on the telephone regarding this case. He advised me that he is representing Taylor Moore at this point in time and that all correspondence should be directed through him. He advised me that he would send me a letter stating that he is representing Mr. Moore. I received the letter from the Swartz Law Firm on this date and the letter was placed into the case file for future reference.

On 08/20/12 I sent an email to Attorney Swartz asking him if his client would make himself available for an interview or polygraph in regards to this incident. I received a response from Attorney Swartz and he requested to call me the morning of 08/21/12.

On 08/21/12 I spoke with Attorney Swartz on the telephone in regards to this investigation. He advised that his client would not be available for an interview or a polygraph test. He stated that his client has denied these allegations and that his client has told him that these allegations are not true.

On 08/21/12 I reviewed this case with Assistant State Attorney L. Shiflet. After carefully reviewing the facts of this case along with the details of the controlled phone call she elected to sign a case clearing form for this incident. The case clearing form states the following: Law enforcement has determined there is probable cause to arrest the suspect. However, in order to file criminal charges, the State must meet a much higher standard of proof beyond a reasonable doubt. In this case the State has determined it is unable to satisfy that burden. For specific notes from L. Shiflet refer to the case clearing form which is attached to this supplement.

This case is exceptionally cleared with a case clearing form signed by the Hillsborough County State Attorneys Office.

**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
(SEX OFF-1 SEX OFFENSE)

I have no further information regarding this case at this point in time.

MRE attachments:

S.A.O. case clearing form

Letter from Attorney K. Swartz

property receipt

Horry County Police Department Supplement report

GO# HS 2012-315380

**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
(SEX OFF-1 SEX OFFENSE)

CLEARED BY
EXCEPTION

## Clearance Information

| | |
|---|---|
| **Agency** | HILLSBOROUGH COUNTY |
| **Cleared Status** | CLEARED EXCEPTIONALLY-ADULT  - PROSECUTION DECLINED (BY SAO OTHER THAN LACK OF EV |
| **Cleared On** | AUG-22-2012  (WED.) |
| **Cleared By Officer 1** | 5751 -  GROSS, HUGH |
| **Org Unit** | CIJS0 -  JUVENILE SECTION |
| **Complainant/Victim Notified** | NO |

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (SEX OFF-1 SEX OFFENSE)

## Related Property Report(s)

### REPORT INFORMATION

**Property Report #** 201974
**Case Status** EVIDENCE
**Submitted On** AUG-13-2012  (MON.)                **By** GROSS, HUGH
**Disposal Authority** GROSS, HUGH              **Org Unit** JUVENILE SECTION

#### *RELATED EVENTS*

**Offense** GO  HS  2012 - 315380

**General Remarks** LEEDS_HCSO_12009502-001_COMPLETED
**Related Items** 1

### ARTICLES - EVIDENCE

**Status** EVIDENCE
**Tag #** HS201974 - 001
**Article** RCDISC- RADIO, TV, ENTERTAINMENT DEVICES
**Make** NO BRA
**# Of Pieces** 1
**Serial # 1** UNKNOWN
**Value** $0.00
**Description** 1 CD OF CONTROLLED TELEPHONE CALL
**Recovered Value** $0.00
**Flags** X-REFERENCE, EVIDENCE
**Current Location** W1 GEN/04/J/06/D


### GENERAL OFFENSE HARDCOPY
#### CUSTOMER SERVICE
##### (SEX OFF-1 SEX OFFENSE)

## Related Attachment - MRE Attachments

**Description** STATEMENT

**Reference Number**

---

| HILLSBOROUGH COUNTY SHERIFF'S OFFICE<br>**STATEMENT** | ☐ **Confidential**<br>Page _1_ of _4_ | 1. Case No.<br>_12-315380_ |
| --- | --- | --- |

01  It all started when I was ▮ Taylor moved down from North Carolina to
02  teach at my dance studio. My mom allowed him to stay in an extra
03  room we had until he found an apartment (which they thought wouldn't
04  be more than 2 weeks). From the beginning, he gave me more
05  attention then to anyone else, even at the dance studio. He started
06  friendly and told me sad things about his life. During the time he
07  came down, I was also dealing with my parents getting a separation.
08  He's the one that broke it to me that my dad cheated on my mom... It
09  was a very broken & vulnerable time for me (still ▮ Then things
10  started to be physical, slowly. He would hug me & pick me up off
11  the floor but I would keep my legs straight, dangling. Then the
12  first time I moved my legs he said he'd been waiting for me to
13  do that. Then one night when everyone was asleep, he started
14  kissing me and I was uncomfortable and not moving, I didn't
15  know what to do. And after he went to bed, I wrote him a long
16  note saying how it was weird for me and I didn't like it and
17  it was weird because of our age difference and how he's my
18  teacher. And the next day he read it and basically made me
19  feel stupid and like the worst person in the world. And he
20  would continue to make me feel bad by, for example, I asked

| Signed this _19_ Day of _June_ | 20 _12_, at _13:50_ hours |
| --- | --- |
| Subject: ▮ | Witness: _____ |
| Deputy: _C. Heverell_  _5123_ | Witness: _____ |

3200  Rev. 1/05



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
#### (SEX OFF-1 SEX OFFENSE)

HILLSBOROUGH COUNTY SHERIFF
Case 2:21-cv-01412-ART-EJY   Document 497-42   Filed 01/06/25   Page 31 of 52
GO# HS 2012-315380
GENERAL OFFENSE HARDCOPY
CUSTOMER SERVICE
(SEX OFF-1 SEX OFFENSE)
CLEARED BY
EXCEPTION

| HILLSBOROUGH COUNTY SHERIFF'S OFFICE **STATEMENT** | ☐ **Confidential** Page _2_ of _4_ | 1. Case No. 12-315380 |

01 to borrow his chapstick and he would make a remark about
02 how it's touched his lips and just make me feel like a
03 bad person. Then things progressed by him giving me
04 massages and touching closer to my private areas. And
05 the control got worse over time where if I didn't say or
06 do things he wanted, id have to cry and beg and plea
07 until things were better. I had to see him almost
08 everyday because he was my dance teacher. Dance was
09 my passion and at times he would use it against me
10 (such as, "I won't put you in my dance" or "I won't do
11 your solo", etc.). And he brainwashed me into
12 believing no one could love or care about me like
13 he did. That everyone was crazy. He made me
14 promise him constantly that I wouldn't tell anyone.
15 He alienated me from everyone, had me push
16 everyone away except him, and ruined my
17 youth, sisterhood/dance long-term friendships I had,
18 and basically my life.
19
20

Signed this _19_ Day of _June_ 20 _12_, at _13 50_ hours

Subject: ▮▮▮▮▮▮▮▮▮   Witness: _____

Deputy: _C. Howell J #5123_   Witness: _____

3200  Rev. 1/05

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (SEX OFF-1 SEX OFFENSE)



HILLSBOROUGH COUNTY SHERIFF
GO# HS 2012-315380
Case 2:21-cv-01412-ART-EJY   Document 497-42   Filed 01/06/25   Page 33 of 52
CLEARED BY
EXCEPTION
GENERAL OFFENSE HARDCOPY
CUSTOMER SERVICE
(SEX OFF-1 SEX OFFENSE)

| HILLSBOROUGH COUNTY SHERIFF'S OFFICE **STATEMENT** | ☐ **Confidential** Page 3 of 4 | 1. Case No. 12-315380 |
|---|---|---|

01 Some sexual instances are fingering, "dry humping"- so
02 basically sexual motion with clothes on, he talked about
03 multiple times where he wanted to "go down" on me.
04 I did not want that (I was 16 or 17 by now). Then one
05 time he brought up that idea again and I said I
06 wasn't comfortable with that. He said I could trust
07 him and that he loves me and to just let him do it.
08 Then he basically forced me to let him and I just
09 remember staring at the ceiling hating it. I
10 couldn't tell him I hated it bc then I would get
11 the emotional abuse wrath I always got. Before
12 this happened though (the "going down"), he would
13 finger me then look at me and lick the fingers
14 he used and still suggest letting him do it.
15
16 - he has been dating a ballerina named Dusty Button. She was
17 dancing in London which is where he moved as of 2010.
18 I recently looked her up and saw as of 2012, she is
19 with Boston Ballet. So I believe he is most likely in
20 Boston.

Signed this 19 Day of Jun 20 12, at 13:50 hours

Subject: ████████

Witness: _____

Deputy: C. Hanewich #0123

Witness: _____

3200   Rev. 1/05



Case 2:21-cv-01412-ART-EJY   Document 491-42   Filed 01/06/25   Page 34 of 52

GO# HS 2012-315380

**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
**(SEX OFF-1 SEX OFFENSE)**

CLEARED BY
EXCEPTION

GO# HS 2012-315380
CLEARED BY
EXCEPTION

HILLSBOROUGH COUNTY SHERIFF
GENERAL OFFENSE HARDCOPY
CUSTOMER SERVICE
(SEX OFF-1 SEX OFFENSE)

4 of 4

I dont even know where to begin... I have always asked myself "why me?" when it comes to the subject of my family history, I never knew the answer until now... Everything happens for a reason, and God sent you to me to make up for the lack of family. Every night before I sleep I thank god for you, and ask him to keep you safe and on track. At ▓ you are already more of a woman, stronger than my mom could ever be. You have been there more for me in 30 days, than my parents have been in

22 years. I've worked so hard to be where I am now, but I would give it all up in a split second for you.

"I could never love again so much as I love you, where you end + I begin is like a river flowing through. Take my heart take my soul, I need them no more... it never again they fall upon the one I so adore..." -DMB-

You're beautiful inside + out, and are going to be so great as you grow. Never forget that no matter what, I'll never love you less than I do today. Remember that no matter what you do, I'll back you up. I give you my heart so take care of it. Your big bro forever with love,
Tay Bay Bay





**HILLSBOROUGH COUNTY SHERIFF**
GO# HS 2012-315380
**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
(SEX OFF-1 SEX OFFENSE)
CLEARED BY
EXCEPTION

**HILLSBOROUGH COUNTY SHERIFF**

**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
(SEX OFF-1 SEX OFFENSE)

## Related Attachment - Property Receipts

**Description** SAO CASE CLEARING/ATTY. LETTER/ POLICE SUPPL.
**Reference Number**

## Case Clearance Form

Case # _2012-315380_

Writer met with A.S.A. ___L. Shiflet___ and reviewed the facts of
this case. Based upon the information provided to the State Attorney's Office, writer was
advised the S.A.O. would not be filing criminal charges pursuant to:

1) After carefully reviewing the facts and applying the applicable case law, the
   S.A.O. has elected not to file criminal charges at this time.

2) Law Enforcement has determined there is probable cause to arrest the suspect.
   However, in order to file criminal charges, the State must meet a much higher
   standard of proof beyond a reasonable doubt. In this case the State has determined
   it is unable to satisfy that burden.

3) The statute of limitations (when criminal charges must be filed after the
   occurrence of the crime) has expired for the charge.

4) It has been determined that the details of this incident do not conform to the
   elements of Florida State Statute_____.

5) The victim has changed his or her account of the incident and/or has become
   uncooperative and based on that the S.A.O. cannot file charges.

6) Other:

Comments: _Delay of several yrs resting no_
_supporting physical evidence and wit_
_nothing useful on controlled call. D tawyered_
_up._
                Signed A.S.A. _____

Detective _Hugh A. Gross___ PID/ABN _5751___



**HILLSBOROUGH COUNTY SHERIFF**
GO# HS 2012-315380
**GENERAL OFFENSE HARDCOPY**
CLEARED BY
CUSTOMER SERVICE
EXCEPTION
**(SEX OFF-1 SEX OFFENSE)**


GO# HS 2012-315380

Case 2:21-cv-01412-ART-EJY   Document 497-42   Filed 01/06/25   Page 39 of 52

HILLSBOROUGH COUNTY SHERIFF

GENERAL OFFENSE HARDCOPY

CUSTOMER SERVICE

(SEX OFF-1 SEX OFFENSE)

CLEARED BY
EXCEPTION

☐ Confidential

**HILLSBOROUGH COUNTY SHERIFF'S OFFICE**

## PROPERTY RECEIPT

PAGE _____ OF _____

| Case Number | Event Number |
|---|---|
| 2012-315380 | N/A |

| Type of Incident | Type of Property          (Check One) | Evidence Use Only |
|---|---|---|
| Lewd Battery | ☐ Lost/Found/Abandoned Property  ☐ Homicide<br>☑ Evidence/Safekeeping<br>☐ Vehicle Impound   ☐ Seizure/Forfeiture | |

Exact location where property was impounded
2224 Falkenburg Road, Tampa, Florida 33619

| Impound Date | | | Time | Inventory Number |
|---|---|---|---|---|
| 08 | 13 | 12 | | 577618 |

| # | ☐ Reported By  ☐ Discovered By  ☐ Owner  ☑ Other ... | Race | Sex | Age | DOB |
|---|---|---|---|---|---|
| | Moore, Mitchell Taylor | W | M | 27 | 04 16 85 |

Residence
7472 Springside Drive, Myrtle Beach, South Carolina 29588

Residence Phone
(917) 454-7316

| # | ☐ Reported By  ☐ Discovered By  ☐ Owner  ☐ Other ... | Race | Sex | Age | DOB |
|---|---|---|---|---|---|
| | N/A | | | | |

Residence

Residence Phone

| Evidence Use Only | Item # | Qty/Wgt | Description (Make, Model, Serial #, etc.)<br>Complete Reverse For Firearms, Bicycles, and Vehicles |
|---|---|---|---|
| | 1 | 1 | CD of controlled telephone call |
| | | | **** End of List **** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Citizen Use | Int | I hereby acknowledge that the above list represents all the property taken from my possession and that I have received a copy of this receipt. | Print Name | | Date |
|---|---|---|---|---|---|
| | Int | The property turned in by me to the Sheriff is not mine and I claim no interest in it. | Signature | | |

| Detective H. Gross | 5751/560/CID | [signature]  (H) | Aug 13, 2012 |
|---|---|---|---|
| Impounding Officer (Print Name) | PID/SQD/DIST | Signature | Date |

| Item# | Received By | PID | Purpose | Received Date/Time |
|---|---|---|---|---|
| 1 | [signature] | 3865 | ☑ Sealed ☐ Open   ELS | 8/13/12 1010 |
| | | | ☐ Sealed ☐ Open | |
| | | | ☐ Sealed ☐ Open | |

3030  Rev. 01/05



GO# HS 2012-315380
**HILLSBOROUGH COUNTY SHERIFF**
CLEARED BY
**GENERAL OFFENSE HARDCOPY**
EXCEPTION
CUSTOMER SERVICE
(SEX OFF-1 SEX OFFENSE)

**HILLSBOROUGH COUNTY SHERIFF**

GO# HS 2012-315380

CLEARED BY
EXCEPTION

### GENERAL OFFENSE HARDCOPY
#### CUSTOMER SERVICE
#### (SEX OFF-1 SEX OFFENSE)

## The Swartz Law Firm
New World Tower, Suite 3070
100 North Biscayne Boulevard
Miami, Florida 33132-2306
swartzlawyer.com
miamicriminaldefenselaw.com

Tel:  (305) 579-9090
Fax: (786) 425- 2380
Ken@Swartzlawyer.com

Kenneth M. Swartz*

_____

*Board Certified
Criminal Trial Practice

August 11, 2012

Detective Hugh Gross
Criminal Investigations
Hillsborough County Sheriff's Office
P.O. Box 3371
Tampa, FL 33601

     Re: Taylor Moore

Dear Detective Gross,

     I am Mr. Taylor Moore's attorney.  I understand that a detective Neil Frebowitz from Horry County, South Carolina, contacted Mr. Moore about a few weeks ago on behalf of the Hillsborough County Sheriff Department in an attempt to find a telephone number for Mr. Moore.  I also learned that the matter about which Mr. Moore was contacted is being handled by you.  On Friday August 10, 2012, I left a message with your office requesting that you call me regarding this matter.

     Mr. Moore's is certainly willing to cooperate with any investigation that your Department may be conducting.  I am requesting that any attempt to contact him be directed to me.

     Please contact me at your earliest convenience at the above phone number or my cell number 305-951-5648 if there is any pending matter that may involve Mr. Moore.  I look forward to speaking with you.

     Cordially,

     Ken Swartz



GO# HS 2012-315380

**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
(SEX OFF-1 SEX OFFENSE)

CLEARED BY
EXCEPTION

HILLSBOROUGH COUNTY SHERIFF

GO# HS 2012-315380

Case 2:21-cv-01412-ART-EJY   Document 497-42   Filed 01/08/25   Page 43 of 52

CLEARED BY
EXCEPTION

GENERAL OFFENSE HARDCOPY
CUSTOMER SERVICE
(SEX OFF-1 SEX OFFENSE)



## HORRY COUNTY POLICE DEPARTMENT

*Dedicated to Providing Comprehensive, Quality Law Enforcement*

Johnny E. Morgan
*Chief of Police*

2560 North Main Street, Suite 7 – Conway, SC 29526 – Tel: 843-915-5350 – Fax: 843-248-1886

### Report of Investigation

**Investigating Officer: Det. Frebowitz**

| Case No: | None |
|---|---|
| **Offense:** | Assist Other Jurisdiction |
| **Date:** | **July 31, 2012** |
| **Suspect:** | Mitchell Taylor Moore |
| **Location:** | **7472 Springside Drive, Myrtle Beach, SC** |
| **Victim:** | None/Hillsboro Co. SO |

This investigation was initiated upon request by Detective Hugh A. Gross, Hillsborough County Sheriff's Office Juvenile Services Section, (813) 247-8684 Office hgross@hcso.tampa.fl.us. Detective Gross requested an interview be conducted with Mitchell Taylor Moore with a listed address of 7472 Springside Drive, in the Myrtle Beach section of Horry County.

On August 1, 2012, the below signed responded to the home of record, a single family dwelling located in the Socastee area of the County. Upon arrival at 1800 hours, the below signed was greeted by a woman identifying herself as Laura Button. Upon further discussion with Mrs. Button, it was learned she was familiar with the subject (Moore) as her daughter, Dusty Button was his fiancée. Mrs. Button inquired as to the nature of the investigation and was advised another jurisdiction requested the interview due to a "family matter" investigation.

Mrs. Button advised that the subject as well as her daughter, who is a dancer with the Boston Ballet, lived in Boston where they had relocated upon returning from England, where she was a dancer with the Manchester Ballet. Mrs. Button was able to provide a contact number for the subject; 917-545-7316 but declined to provide his mailing address.

Mrs. Button then called the subject and passed the phone to the below signed. Upon speaking with the subject, who stated he was "Taylor", he was advised there was a request for him to be interviewed in regards to his knowledge of a "family matter" that occurred while he was living in the Tampa area. The subject volunteered he had provided testimony in a divorce case concerning individuals he use to live with, but declined to provide any further information stating he didn't want to get dragged back into that situation.

The subject was informed that due to the sensitive nature of the investigation, a telephone interview was not appropriate and requested his physical address. The subject declined stating that if law enforcement wanted to speak with him, they should call him on the number provided.



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (SEX OFF-1 SEX OFFENSE)



GO# HS 2012-315380
CLEARED BY
EXCEPTION

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (SEX OFF-1 SEX OFFENSE)

_____

Investigating Officer/Signature



**HILLSBOROUGH COUNTY SHERIFF**

GO# HS 2012-315380

**GENERAL OFFENSE HARDCOPY**

CLEARED BY
EXCEPTION

CUSTOMER SERVICE

**(SEX OFF-1 SEX OFFENSE)**

**HILLSBOROUGH COUNTY SHERIFF**
GO# HS 2012-315380
**GENERAL OFFENSE HARDCOPY**
CLEARED BY
EXCEPTION
**CUSTOMER SERVICE**
**(SEX OFF-1 SEX OFFENSE)**





# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (SEX OFF-1 SEX OFFENSE)

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (SEX OFF-1 SEX OFFENSE)

CLEARED BY
EXCEPTION





**HILLSBOROUGH COUNTY SHERIFF**
GO# HS 2012-315380
CLEARED BY
EXCEPTION
**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
(SEX OFF-1 SEX OFFENSE)



GO# HS 2012-315380
**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
(SEX OFF-1 SEX OFFENSE)
CLEARED BY
EXCEPTION



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (SEX OFF-1 SEX OFFENSE)

**\*\*\* END OF HARDCOPY \*\*\***