# EXHIBIT JJ

2018.05.15 Police Report filed with the
Hillsborough County Sheriff's Office



# Hillsborough County Sheriff's Office
## Confidential / Exemption

**Records are provided in accordance with Florida Statutes and the Public Records Law
Description of exempt records and statutory basis for any exemptions are provided below:**

{  }    ACCOUNT NUMBERS – FS § 119.071(5)b

{  }    ACTIVE INVESTIGATION – FS § 119.071(2)(c)1

{  }    AGENCY PERSONNEL INFORMATION – FS § 119.071(4)

{  }    ALARM CALL VIOLATION – FS § 119.071(3)

{  }    ATF FORM – FS § 119.071(2)(b) & 790.335 (1)(A)(2)

{  }    CHILD ABUSE – FS § 119.071(2)(h)1

{  }    CONFIDENTIAL INFORMANTS/SOURCE – FS § 119.071(2)(f)

{  }    CRIMINAL INTELLIGENCE INFORMATION – FS § 119.071(2)(h)2

{  }    D.A.V.I.D – FS § 322.142(4)

{  }    EMERGENCY COMMUNICATIONS E911 VOICE RECORDINGS - FS § 365.171(12)

{  }    FCIC/NCIC INFORMATION – FS § 943.053(2) & (3)

{  }    PROHIBITION OF REGISTRATION OF FIREARMS - FS § 790.335(1)(a)(2)

{  }    JUVENILE OFFENDER RECORDS (CONFIDENTIALITY) – FS § 985.04(1)

❌    MEDICAL – FS § 119.0712(1)

❌    SEXUAL OFFENSE – FS § 119.071(2)(h)1 & FS §794.024

{  }    SOCIAL SECURITY – FS § 119.071(5)5

{  }    UNDERCOVER PERSONNEL – FS §119.071(4)(c)

{  }    VICTIM - Pursuant to ARTICLE 1, SECTION 16 of the Constitution of the State of Florida (also
        known as "Marsy's Law")

{  }    OTHER_____


Case 2:21-cv-01412-ART-EJY   Document 48v-03   Filed 04/06/25   Page 3 of 41

**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
(FONDLING/FORCIBLE)

GO# HS 2018-336787
CLEARED BY
EXCEPTION

Records are provided in accordance with Florida Statute, Chapter 119 Public Records.



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
## (FONDLING/FORCIBLE)
## GO# HS 2018-336787

# Table of Contents

**Related Event  GO# HS 2018-336787** ........................................................... 1

**Offense(s)** ............................................................................................ 1

**Related Person(s)** ................................................................................ 2

   1. Suspect # 1 - MOORE, MITCHELL TAYLOR ........................................ 2

   2. Subject # 2 - ████████████ ........................................................ 3

   3. Subject # 3 - ████████ ............................................................... 4

   4. VictimJUV # 1 - ████████ ........................................................... 5

   5. SubjectJUV # 1 - GROOMS STEELE, CAITLIN ................................... 6

**Related Business(es)** ........................................................................... 7

   1. Premise # 1 - ████████████ ...................................................... 7

**Related Narrative(s)** ............................................................................ 9

**Related Follow Up(s)** ........................................................................... 8

   1. Follow Up Report # HS 1 - Cortes, Pedro ........................................ 8

   2. Follow Up Report # HS 2 - Cortes, Pedro ........................................ 12

   3. Follow Up Report # HS 3 - Cortes, Pedro ........................................ 20

**Related Clearance Information** .......................................................... 24

**Related Property Report(s)** ................................................................ 25

   1. PROPERTY REPORT #  709677 (EVIDENCE) .................................. 25

      ARTICLE (TAG # HS709677 - 1) ................................................... 25

      ARTICLE (TAG # HS709677 - 2) ................................................... 25

**Related Attachment(s)** ........................................................................ 26

   1. Other Agency Reports - LAPD REPORT .......................................... 26

   2. SAO Letters - CASE CLEARANCE FORM ......................................... 35

**HILLSBOROUGH COUNTY SHERIFF**

**GENERAL OFFENSE HARDCOPY**

CUSTOMER SERVICE

(FONDLING/FORCIBLE)

## General Offense Information

| | |
|---|---|
| **Operational Status** | CLEARED BY EXCEPTION |
| **Reported On** | MAY-15-2018  1333 |
| **Occurred Between** | JAN-01-2010  0 AND DEC-31-2010  2359 |
| **Approved On** | MAY-15-2018  (TUE.) |
| **Approved By** | 4398  -  RASCHKE, LEONARD |
| **Report Submitted By** | 222418  -  CORTES, PEDRO |
| **Address** | 3478 ST BART LN                    **Apartment**  303 |
| **Municipality** | HILLSBOROUGH COUNTY |
| | **District** D3  **Beat** G04  **Grid** HS3176 |
| **Family Violence** | NO |
| **Cargo Theft** | NO |

## Offenses (Completed/Attempted)

| | |
|---|---|
| **Offense #** | 1  SEX ASLT-4  FONDLING/FORCIBLE -  COMPLETED |
| **Location** | RESIDENCE/HOME (RESIDENTIAL DRIVEWAYS/YARDS) |
| **Suspected Of Using** | NOT APPLICABLE |
| **Weapon Type** | PERSONAL WEAPONS (HANDS,FIST,FEET,TEETH, ETC) |
| **Bias** | NONE (NO BIAS) |

APPROVED
By Stefanie Davis at 4:33 pm, Sep 02, 2021

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (FONDLING/FORCIBLE)

---

## Related Person(s)

### 1.  SUSPECT # 1 - MOORE, MITCHELL TAYLOR

#### CASE SPECIFIC INFORMATION

|  |  |
|---|---|
| **Sex** | MALE |
| **Race** | WHITE |
| **Date Of Birth** | APR-16-1985 |
| **Address** | 7472 SPRINGSIDE DR |
| **Municipality** | MYRTLE BEACH |
| **State** | SOUTH CAROLINA |
| **ZIP Code** | 29588 |
| **Cellular** | (917)  545-7316 |
| **Other** | (843)  945-2692 |
| **Other** | (843)  650-9329 |

#### PERSON PARTICULARS

|  |  |  |  |
|---|---|---|---|
| **Place Of Birth** | SOUTH CAROLINA | | |
| **Citizenship** | AMERICA - UNITED STATES OF | | |
| **Marital Status** | SINGLE | | |
| **Ethnicity** | NOT HISPANIC OR LATINO | | |
| **Language(s) Spoken** | ENGLISH | | |
| **Height** | 6'02 | | |
| **Disability** | NO | | |
| **Build** | THIN | **Complexion** | FAIR |
| **Hair Color** | BROWN | **Hair Style** | STRAIGHT, SHORT |

#### MASTER NAME INDEX REFERENCE

|  |  |
|---|---|
| **Name** | MOORE , MITCHELL  TAYLOR |
| **Sex** | MALE |
| **Race** | WHITE |
| **Date Of Birth** | APR-16-1985 |
| **Ethnicity** | NOT HISPANIC OR LATINO |
| **Address** | 7472 SPRINGSIDE DR |
| **Municipality** | MYRTLE BEACH |
| **State** | SOUTH CAROLINA |
| **ZIP Code** | 29588 |

##### *PHONE NUMBERS*

|  |  |
|---|---|
| **Cellular** | (917)  545-7316 |
| **Other** | (843)  945-2692 |
| **Other** | (843)  650-9329 |

---

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (FONDLING/FORCIBLE)

## LINKAGE FACTORS

**Resident Status**  RESIDENT
**Age Range**  22-29 YEARS

**2. SUBJECT # 2 -** ███████████████████







**HILLSBOROUGH COUNTY SHERIFF**
GO# HS 2018-336787
**GENERAL OFFENSE HARDCOPY**
CLEARED BY
CUSTOMER SERVICE
EXCEPTION
(FONDLING/FORCIBLE)



**3. SUBJECT # 3 -** ▃▃▃▃▃▃▃



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (FONDLING/FORCIBLE)



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (FONDLING/FORCIBLE)

## 5.  SUBJECTJUV # 1 - GROOMS STEELE, CAITLIN

### CASE SPECIFIC INFORMATION

| | |
|---|---|
| **Sex** | FEMALE |
| **Race** | WHITE |
| **Date Of Birth** | FEB-13-1992 |
| **Address** | 102 VISTA VERDI CIR UNIT 320 |
| **Municipality** | LAKE MARY |
| **State** | FLORIDA |
| **ZIP Code** | 32746 |
| **Cellular** | (727) 424-2541 |

**Apartment**  320

### PERSON PARTICULARS

| | |
|---|---|
| **Place Of Birth** | FLORIDA |
| **Citizenship** | AMERICA - UNITED STATES OF |
| **Marital Status** | MARRIED |
| **Ethnicity** | NOT HISPANIC OR LATINO |
| **Language(s) Spoken** | ENGLISH |
| **Disability** | NO |

### MASTER NAME INDEX REFERENCE

| | |
|---|---|
| **Name** | GROOMS STEELE , CAITLIN |
| **Sex** | FEMALE |
| **Race** | WHITE |
| **Date Of Birth** | FEB-13-1992 |
| **Ethnicity** | NOT HISPANIC OR LATINO |
| **Address** | 102 VISTA VERDI CIR UNIT 320 |
| **Municipality** | LAKE MARY |
| **State** | FLORIDA |
| **ZIP Code** | 32746 |

**Apartment**  320

#### *PHONE NUMBERS*

| | |
|---|---|
| **Cellular** | (727) 424-2541 |

### LINKAGE FACTORS

| | |
|---|---|
| **Resident Status** | NON-RESIDENT |
| **Age Range** | 16-17 YEARS |

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY

### CUSTOMER SERVICE
### (FONDLING/FORCIBLE)

## Related Business(es)

1. **PREMISE # 1 -**





**HILLSBOROUGH COUNTY SHERIFF**

**GENERAL OFFENSE HARDCOPY**

**CUSTOMER SERVICE**

**(FONDLING/FORCIBLE)**

## Follow Up Report  # 1

### ASSIGNMENT INFORMATION

|  |  |  |  |
|---|---|---|---|
| **Assigned To** | 222418- CORTES, PEDRO | **Rank** | DETECTIVE |
| **Capacity** | INVESTIGATE/CASE MANAGER | **Org Unit** | JUVENILE SECTION |
| **Assigned On** | MAY-15-2018  1507 | **By** | 4398 -  RASCHKE, LEONARD |
| **Report Due On** | JUN-05-2018  (TUE.) | | |

### SUBMISSION INFORMATION

|  |  |  |  |
|---|---|---|---|
| **Submitted On** | JUN-16-2018  1728 | | |
| **Checked By** | 30207 -  CAPITANO, FRANK | | |
| **Approved On** | JUN-17-2018  (SUN.) | **By** | 30207 -  CAPITANO, FRANK |

### FOLLOW UP CONCLUSION

|  |  |
|---|---|
| **Follow Up Concluded** | YES |

# HILLSBOROUGH COUNTY SHERIFF

### GENERAL OFFENSE HARDCOPY
#### CUSTOMER SERVICE
#### (FONDLING/FORCIBLE)

## Narrative Text

**Type** DETECTIVE FOLLOW UP
**Author** 222418 - Cortes, Pedro
**Related Date** Jun-16-2018 17:21

On May 15, 2018, I was assigned this case and upon review I learned the victim, ▮▮▮▮▮▮▮▮ was a dancer at the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The suspect, Mitchell Moore, was her dance teacher. All incidents that occurred between Mitchell Moore and ▮▮▮ ▮▮▮▮▮▮▮ were in the year 2010. On the first incident where Mitchell Moore touched ▮▮▮ they were at his apartment and there were other girls from the dance studio. The other girls were ▮▮▮ Malika, ▮▮▮▮ ▮▮▮ and Christina. Mitchell Moore had recently had a ▮▮▮▮ and was on bed rest. They all decided to watch a movie and she was under a blanket with Mitchell Moore on the couch. ▮▮▮ ▮▮▮▮ was sitting with her legs criss crossed and Mitchell Moore touched her leg. He then touched her inner thigh, and slowly made his way to the outside of her shorts rubbing her vagina. He then went to her underwear and stopped there. Later that night they sent text messages back and forth and he said he wanted to go under her underwear and he loved how he could feel how wet she was.

During the second incident, they were at another dancer's house, Alex Foley, who lives in Clearwater, FL at an unknown address. There were other girls from the dance studio having a bonding day. After spending the day on the boat, they all went inside the house to watch a movie. ▮▮▮ ▮▮▮▮ laid on the floor next to Mitchell Moore with a blanket covering them. Mitchell Moore touched ▮▮▮ ▮▮▮ vagina with his hand making skin-to-skin contact. Mitchell Moore then put one finger inside her vagina. He then grabbed ▮▮▮ ▮▮▮▮▮ hand and made her touch his penis, which was hard. This all happened very quickly because all the other girls were sitting around them.

The first time Mitchell Moore sent ▮▮▮ ▮▮▮▮▮ a photograph of himself was when she was with her friend, Gabby Morey. ▮▮▮▮▮▮▮▮ had a red Envy 3 cell phone at the time. When ▮▮▮ received the photograph, it was of Mitchell Moore with his basketball shorts on and no t-shirt. Mitchell Moore was flexing his muscles in a mirror within a bathroom however; she could not see his face. ▮▮▮ ▮▮▮▮ was surprised and freaked out a little bit but in a happy way because she had a crush on him. She showed the photograph to Gabby Morey and she promised to never tell anyone. ▮▮▮ ▮▮▮▮ was about ▮▮▮▮▮▮ yoa when he received the photograph. The first time they started sexting ▮▮▮ ▮▮▮▮ remembered sending Mitchell Moore a photograph of herself from her belly button down and she was laying in bed with her underwear on. There was a time while ▮▮▮ ▮▮▮▮▮▮ was stretching in dance class that she caught Mitchell Moore looking at her butt. The look Mitchell Moore gave her, made her feel that he wanted to "fuck her". Nothing else happened that day.

Mitchell Moore started to pick ▮▮▮ ▮▮▮▮▮ up from her residence since she lived near the dance studio. When Mitchell Moore picked her up he would touched her left leg and they would hold hands. They kept their relationship extremely private and they did not want other people seeing the connection they had.

The first time they kissed, they were at the dance studio and there was no one else around. Mitchell



# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (FONDLING/FORCIBLE)

Moore closed all the blinds and they started to hug for a long time.  He then kissed ▓▓▓ ▓▓▓▓▓▓  There were times Mitchell Moore sent her text messages stating what sexual things he wanted to do to her but she was too scared to do them.  ▓▓▓ ▓▓▓▓▓ explained how she felt Mitchell Moore was grooming her through the years to have a secret sexual relationship.  Mitchell Moore gave her gifts, gave her solo practices, sent her text messages of himself and telling her what sexual things he wanted to do to her.  He told her to cut and straighten her hair, which she did to please him.  Mitchell Moore had her delete all the text messages every night and she changed his name in her phone to a fake name.  They would send each other videos of themselves masturbating.  Mitchell Moore would always ejaculate in the videos.

Mitchell Moore left suddenly in December 2010, because he wanted to be with his fianc??, Dusty Button, who was in London.  ▓▓▓ ▓▓▓▓▓▓ spoke to her friend, Caitlin Grooms, and disclosed the incident to her.  Caitlin Grooms disclosed to ▓▓▓ ▓▓▓▓▓ that Mitchell Moore had sexual intercourse with Caitlin Grooms.

I conducted a RMS search on Mitchell Moore and discovered an incident with victim, ▓▓▓ ▓▓▓▓▓ which was reported in 2012 see HCSO Case #12-315380.  I reviewed the case which indicated sexual allegations similar to ▓▓▓ ▓▓▓▓▓ allegations.  I learned Mitchell Moore's local residence was 303-3478 Saint Bart Ln. Tampa, FL 33614, however he was no longer living there.  Contact was made with Dusty Button's mother, Laura Button who provided the phone of 917-545-7316 for Mitchell Moore.  Attempts to obtain an address for Mitchell Moore were unsuccessful but it was learned that he was somewhere in Boston since Dusty Button was part of the Manchester Ballet.  Mitchell Moore attained an attorney and refused to provide a statement.  The case was presented to the State Attorney's Office and they cleared it with a case clearance form.  I conducted a criminal history search on Mitchell Moore and discovered one shoplifting arrest in 2003 in South Carolina.

On May 16, 2018, I contacted Criminal Intelligence Analyst, Susan Roscoe, in an attempt to locate a current address and phone number for Mitchell Moore.  She provided the following information:

510-7950 W. Sunset Blvd. Los Angeles, CA 90046

531-445 Artisan Wy. Somerville, MA 02145

Phone numbers (843-945-2692 and 843-650-9329)

On May 30, 2018, at 1930 hours, I received the recorded interview of ▓▓▓ ▓▓▓▓▓ from Los Angeles Police Department (LAPD) Detective E. Alvillar #35070 which I later impounded.  On June 16, 2018, I called ▓▓▓ ▓▓▓▓▓ however; I was unable to leave a voicemail because her voicemail was full.  I called Caitlin Grooms and left her a voicemail to call me back.  I called ▓▓▓▓▓▓ and left her a voicemail to call me back.  I called ▓▓▓▓▓▓▓ and left her a voicemail to call me back.  At 1645 hours, I received a phone call from ▓▓▓ ▓▓▓▓▓ and she advised she might have both of the cell phones she utilized to communicate with Mitchell Moore in 2010.  She also mentioned the cell phones would be at her mother's residence in Lutz, Florida.  She will call me back when she has spoken to her mother and located the phones.  I also explained the process of a controlled call and she agreed to conduct it on June 26, 2018, at 1300 hours.  At 1700 hours, I received a phone call from Caitlin Grooms and she agreed to meet



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (FONDLING/FORCIBLE)

with me at the Criminal Investigation Division on June 20, 2018, at 0900 hours.  I assigned myself another follow up pending further investigation.



**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
(FONDLING/FORCIBLE)

GO# HS 2018-336787
CLEARED BY
EXCEPTION

Follow Up Report # HS  2

# Follow Up Report  # 2

### ASSIGNMENT INFORMATION

| | | | |
|---|---|---|---|
| **Assigned To** | 222418- CORTES, PEDRO | **Rank** | DETECTIVE |
| **Capacity** | CONTINUE INVESTIGATION | **Org Unit** | JUVENILE SECTION |
| **Assigned On** | JUN-16-2018  1728 | **By** | 222418 -  CORTES, PEDRO |
| **Report Due On** | JUL-16-2018  (MON.) | | |

### SUBMISSION INFORMATION

| | | | |
|---|---|---|---|
| **Submitted On** | AUG-01-2018  0726 | | |
| **Checked By** | 30207 -  CAPITANO, FRANK | | |
| **Approved On** | AUG-01-2018  (WED.) | **By** | 30207 -  CAPITANO, FRANK |

### FOLLOW UP CONCLUSION

**Follow Up Concluded**  YES

**HILLSBOROUGH COUNTY SHERIFF**

GO# HS 2018-336787

**GENERAL OFFENSE HARDCOPY**

CLEARED BY
EXCEPTION

CUSTOMER SERVICE
(FONDLING/FORCIBLE)

<u>**Narrative Text**</u>

| | |
|---|---|
| Type | INTERVIEW-OTHER |
| Related Person | (Subject #1) GROOMS STEELE, CAITLIN,   (DOB: Feb-13-1992) |
| Subject | (Subject #1) GROOMS STEELE, CAITLIN   (DOB: Feb-1 |
| Author | 222418 - Cortes, Pedro |
| Related Date | Aug-01-2018  7:24 |

Caitlin Grooms Steele was interviewed and she stated the following:



   While she was at the dance studio, Mitchell Moore "Taylor" was an instructor there.  They would talk all the time, send text messages, and communicate via AIM.  Taylor dated a girl named Dusty Button but then she left to London to purse her dancing career.  Dusty Button is a renown ballet dancer.  Taylor broke up with her and started dating a girl named ███████  ████████████ who was at the dance studio.  ███████ was two years older than she was at the time.  Taylor would talk to multiple girls at the dance studio.  Some of the ones he spoke to most were ███ ██████████ █████ █████████ █████████ and Shannen Moen (813-230-4029).  She doesn't know what happened between Taylor and all the girls but there was one time she saw Taylor and ███████ holding hands.  In the summer of 2010, a group of girls from the dance studio and Taylor went to Clearwater beach.  She remembered seeing Taylor and ████ lying face down on their towels.  She saw their hands touching and their fingers were interlaced.  At the time, she didn't think much of it but now she definitely knows that was wrong.  There were different times where the group of girls would hang out with Taylor and watch movies.  She remembers ████ being there but she can't remember if ████ and Taylor were sitting together.  There was another time that Taylor had a ████████ ██████ around June or July 2010.  The group of girls went over to Taylor's apartment and brought him get well soon cards.  She can't remember if there was anything inappropriate with Taylor and ████.  She does remember there were rumors around the dance studio.  Taylor initiated a friendship with her when she was 17 years old and he was 21 years old.  Once she turned 18 years, the friendship turned into a boyfriend/girlfriend relationship however there were no allegations of any crimes occurring.  One time Taylor told her that he had a dream where he had a threesome with her and ████████  She thought that was odd but then he played it off.  In 2011, Taylor moved to London to be with Dusty Button who is now his wife.  In August 2011, Taylor would call her to see how she was doing and then he would asked if there were any rumors going around at the dance studio.  Once she replied no, he would quickly get off the phone.  She heard a rumor one time that a parent had witnessed Taylor kissing ████████  She doesn't know who the parent was or what happened after that.  Taylor eventually left the dance studio on bad terms because more rumors came up about his inappropriate behavior.  Evette Breheny is the owner of the dance studio and would be able to provide more information.  Later in August 2011, she was in LA and met with ████ for lunch.  They began talking and somehow they got on the topic of Taylor.  She told ████ that she had a secret relationship with Taylor and that is when ████ broke down crying.  ████ disclosed that Taylor had been doing things to her too.  They discussed the things Taylor would say to each of them and it was the same.  They both believed that Taylor did this to groom them into a relationship.  They last time she checked on Taylor, it looked like he and Dusty were living in Los Angeles.  She believes that he no longer teaches dance but he is a videographer and photographer.  She has noticed multiple pictures on Instagram of underage girls in ballet outfits and doesn't know if he is still doing what he did back then.

   This concludes Caitlin Grooms Steele's interview.



**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
**(FONDLING/FORCIBLE)**


**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
(FONDLING/FORCIBLE)

## Narrative Text

**Type** INTERVIEW-OTHER
**Related Person** (Subject #2) ███████  ██████  ████████
**Subject** (Subject #2) ██████████████████
**Author** 222418 - Cortes, Pedro
**Related Date** Aug-01-2018  7:25

████████  ████████  was interviewed and she stated the following:


   She started dating Taylor when she was ██ yoa.  His name was Taylor Moore and he changed it to Mitchell Moore.  Taylor was very abusive during their relationship.  Taylor would grab her hair, kick her in the stomach, and squeezed her until she couldn't breathe.  This happened more than 15 times at different locations.  It happened at her dorm room at the ██████████████.  She never reported the incidents because she was young and afraid of him.  Their relationship because sexual at the end of her senior year.  She felt pressured to have sex with Taylor.  She was ██ yoa at the time and Taylor was approximately 22 or 23 yoa.  Their relationship lasted for three years.  She felt pressured to have sex because he would tell her that she would lose him if she didn't have sex with him.  She lost her virginity in April 2008 to Taylor just a few months before she turned 18 yoa.  She always had a feeling Taylor had an inappropriate relationship with ███████  █████ and Caitlin Grooms.  She never saw anything happen between them but she just had that feeling that something was going on.  She doesn't have any of the texts messages that Taylor sent.  Every time Taylor leaves a city, he changes his identify.  She works at the dance studio and she knows that Taylor was fired.  The owner of the dance studio, Evette Breheny, didn't know what was going on with Taylor.  There was one time that Taylor got upset with one of the parents at the studio and blew up at them.  Evette eventually said that was enough and fired him.  Taylor eventually broke up with her and started dating Dusty Button.  She contacted Dusty through Facebook to let her know the kind of person he was.  Taylor took her last name when they got married.  Taylor blocked her and all the other girls from the studio.  She never saw anything herself but she knew Danielle Porupski saw Taylor and ██████ kissing at the loading dock while at a dance competition at the Lakeland Civic Center.  This happened sometime between 2006 to 2008.  Taylor also taught at the Applause Dance studio in Oklahoma.  The owner of the dance studio is Emily Shock.  Taylor was staying at the house of a girl at the dance studio but she doesn't know what happened.


This concludes ██████  ████████  interview.



**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
(FONDLING/FORCIBLE)

## Narrative Text

Type INTERVIEW-OTHER

Related Person (Subject #3) ████████████████████

Subject (Subject #3) ████████████████████

Author 222418 - Cortes, Pedro

Related Date Aug-01-2018  7:26

████████ was interviewed and she stated the following:


   She was not in a relationship with Taylor Moore; he was her dance teacher.  Taylor would isolate each of the girls by saying they were good dancers and give them personal stories about his mom.  She has two strong memories of Taylor Moore.  The first memory was of a dance convention and she was at a pool. The pool was at a hotel in Florida but she can't remember what city it was in.  She was ████████ years old at the time (2004 or 2005) and she was at the pool with Taylor.  Taylor began stroking her leg and slowly got closer to her vagina.  She was not okay with this touch so she got up and he didn't touch her vagina. She then saw him going around the pool to other girls at the pool.  She saw him touching █████ on her leg too.  She could be confused but she does not think so.  There were other people there at the pool but off to the side.  Taylor didn't say anything when he touched her.  Taylor was very affectionate and her friend, Erised Ortiz (813-951-2072), noticed Taylor was very close to all these little girls.  The parents at the dance studio did not really pay attention to the things that were going on.  Her mom would also be skeptical of everything and would not let her go anywhere.  When she was █████ years old, her mom let her go to ████████ birthday party.  Her mom let her spend the night at ████████ house because there was a bad storm and her mom wasn't coming to get her.  While she was there for the birthday party, Taylor was also there because he was living at ████████ house.  Everyone wanted to watch a movie and they decided to put on a scary movie however; she doesn't like them, so she went to the bedroom to go to sleep early.  Taylor started texting her and asking her if she wanted company and she said yes.  Taylor then came to the room and he started talking to her.  Taylor was the only one that came up and the rest of the girls were still watching the movie.  Taylor then laid down next to her and held her.  She didn't know what to do so she just froze.  Taylor then started kissing her and putting his tongue in her mouth.  Taylor was very forceful and she did not want it.  Taylor then put his hands down her pants and touched her vagina.  She had lost her virginity with someone else so she knew the difference between wanting to have sex or not.  She did not want him to touch her so she began to fidget so he wouldn't touch her.  Taylor then told her to relax and that he did not do this with all the girls.  At that time, another girl was walking to the room and they could hear the footsteps.  Taylor jumped off the bed at "ninja speed", laid on the floor, and pretended to be asleep.  The girl told her they had changed the movie and if she wanted to come down.  She said "yes" so she went downstairs with the rest of the girls.  Taylor never approached her again after that.  Taylor said something to the rest of the girls because there was a divide with her the girls after that incident.  As she got older, she graduated from the dance studio and she began to teach there. She then saw the inappropriate behavior with the younger girls.  The little girls thought of Taylor as a "God".  Taylor would have solo rehearsals with the girls and would have them close the blinds so no one could see.  Taylor then created a rule that the girls had to wear sports bra and booty shorts.  Taylor claimed he wanted them to wear those clothes so he could check the line but he didn't need them to wear that to check that.  Checking the line is just making sure the girls' legs are straight.  There was one time she followed Taylor and another girl, Caitlin Grooms.  Taylor and Caitlin left in different cars and they drove to another parking lot where Caitlin got into Taylor's car.  She left after that and doesn't know if anything else happened.  She soon left the dance studio because she got a job dancing on a cruise ship.


GO# HS 2018-336787

CLEARED BY
EXCEPTION

**GENERAL OFFENSE HARDCOPY**

CUSTOMER SERVICE

(FONDLING/FORCIBLE)

She lost contact with them after that. She did lose her best friend, ████████ ████████████ when Taylor and ████████ started dating. When they broke up, she spoke to ████████ and learned of the way Taylor was treating her. In 2010 or 2011, Taylor left the country and blocked everyone. Taylor eventually married Dusty Button and he changed his name to Mitchell Button. They lived in Boston because Dusty was working at the Boston Ballet or the Boston Conservatory. She had no contact with Dusty, Taylor, and they blocked her on Instagram. She's looked through Facebook and she has not been able to find Taylor. She didn't report the incidents with Taylor because she did not want to report it and let her mother know. She was unsure if she was willing to do a controlled call.

This concludes ████████████ interview.


Case 2:21-cv-01412-ART-EJY    Document 497-48    Filed 01/06/25    Page 23 of 41

GO# HS 2018-336787

**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
(FONDLING/FORCIBLE)

CLEARED BY
EXCEPTION

## Narrative Text

**Type** DETECTIVE FOLLOW UP
**Author** 222418 - Cortes, Pedro
**Related Date** Aug-01-2018  7:11

On June 20, 2018, at 0900 hours, Caitlin Grooms Steele arrived at the Criminal Investigation Division located at 2224 N. Falkenburg Rd. Tampa, FL 33619.  I met with Caitlin Grooms Steele, escorted her to the interview room, and completed a video-recorded interview.  During the interview, I learned Mitchell Moore had initiated a friendship with Caitlin Grooms Steele when she was 17 years old and he was 21 years old.  Once she turned 18 years, the friendship turned into a boyfriend/girlfriend relationship and there were no allegations of any crime occurring (see interview).

On June 27, 2018, at 1400 hours, I called ███████████ and explained the process of a controlled call. She agreed to complete the controlled call from her phone number of ██████████ to Mitchell Moore at phone number 917-545-7316 however; he did not answer.  We attempted numerous controlled calls to Mitchell Moore to the following phone numbers however; he did not answer:

917-454-7316

843-945-2692

843-650-9329

On June 29, 2018, I received a call from ████████████ and conducted a phone interview (see interview).  I learned ████████ and Mitchell Moore started dating when she was ██ yoa and Mitchell was approximately 22 or 23 yoa.  Mitchell Moore was abusive towards ████████ by grabbing her hair, kicking her in the stomach, and squeezing her until she could not breathe.  This happened in between 2008 - 2011.  The statute of limitations has passed on all the domestic violence allegations.  The relationship eventually became sexual when she stated she felt pressured to lose her virginity to Mitchell Moore.  They had sexual intercourse in April 2008 and then their relationship lasted for three years (see interview).

I contacted Crime Analyst Susan Roscoe who was able to locate two more phone numbers for Mitchell Moore.  I called ███████████ and she advised she would be coming to Florida soon and could do the controlled call then.  On July 31, 2018, at 0840 hours, ███████████ met with me at the Criminal Investigation Division in order to conduct another controlled call.  ███████████ conducted the controlled call from her phone number of ██████████ to Mitchell Button at phone number 857-498-0407 however, there was no answer.  We tried another call and a female voice answered stated there was no one by the name of Mitchell Button at that phone number.  ███████████ then completed another controlled call to phone number 617-501-6228, at which time a younger female voice answered.  When ███████████ asked for Mitchell or Taylor Button, the phone hung up.  She tried another call to the same phone number at which time it went straight to voicemail.


Case 2:21-cv-01412-ART-EJY    Document 497-48    Filed 01/06/25    Page 24 of 41

**GO# HS 2018-336787**

**HILLSBOROUGH COUNTY SHERIFF**

**GENERAL OFFENSE HARDCOPY**

**CUSTOMER SERVICE**

**(FONDLING/FORCIBLE)**

**CLEARED BY**
**EXCEPTION**

On July 31, 2018, I called the phone number 617-501-6228 and left a voicemail to call me back.  I also located an email address for Dusty Button so I sent her an email requesting that Mitchell Moore call me back regarding the investigation.  I assigned myself another follow up pending further investigation.



**HILLSBOROUGH COUNTY SHERIFF**
### GENERAL OFFENSE HARDCOPY
**CUSTOMER SERVICE**
**(FONDLING/FORCIBLE)**

## Follow Up Report  # 3

### ASSIGNMENT INFORMATION

| | | | |
|---|---|---|---|
| **Assigned To** | 222418- CORTES, PEDRO | **Rank** | DETECTIVE |
| **Capacity** | CONTINUE INVESTIGATION | **Org Unit** | JUVENILE SECTION |
| **Assigned On** | AUG-01-2018  0726 | **By** | 222418 -  CORTES, PEDRO |
| **Report Due On** | AUG-31-2018  (FRI.) | | |

### SUBMISSION INFORMATION

| | | | |
|---|---|---|---|
| **Submitted On** | OCT-16-2018  0731 | | |
| **Checked By** | 136776 -  COLE, PATRICK | | |
| **Approved On** | OCT-16-2018  (TUE.) | **By** | 136776 -  COLE, PATRICK |

### FOLLOW UP CONCLUSION

**Follow Up Concluded**   YES


GO# HS 2018-336787

**HILLSBOROUGH COUNTY SHERIFF**

Case 2:21-cv-01412-ART-EJY    Document 497-43    Filed 01/06/25    Page 26 of 41

CLEARED BY

**GENERAL OFFENSE HARDCOPY**

**CUSTOMER SERVICE**

**(FONDLING/FORCIBLE)**

EXCEPTION

## Narrative Text

**Type** DETECTIVE FOLLOW UP

**Author** 222418 - Cortes, Pedro

**Related Date** Oct-12-2018 14:34

This is my third supplement on this case.

On August 08, 2018, I called the Los Angeles Police Department, obtained a phone number for Detective T. Noggle (310-726-7757), and left her a voicemail to call me back. I received a voicemail from Detective T. Noggle and then I called her back and left her another voicemail. I also called and left voicemails on August 15 - August 17, 2018 and on August 20, 2018. On August 20, 2018, I called the Los Angeles Police Department, obtained another phone number for Detective E. Alvillar (310-726-7757), and left a voicemail to call me back.

On August 21, 2018, I made contact with Detective T. Noggle who advised Mitchell Moore's residence fell within the Hollywood Division and to speak with Detective Bill Rich at phone number (213-473-0447) and Cell phone (310-994-5520). I called Detective Bill Rich and he was able to provide me with a phone number of (857-523-5434) for Mitchell Moore. I called ███ █████████ and she agreed to complete another controlled call however she was back in California. I called Detective Bill Rich and he advised he could complete a controlled call with ███ █████████ Detective Bill Rich advised he would schedule the controlled call later this week.

On August 31, 2018, I called Bill Rich and left him a voicemail. On September 07, 2018, I called Detective Bill Rich and left another voicemail. On September 14, 2018, I called the Los Angeles Police Department and requested the assistance of another detective. I made contact with Detective Kendra Browne who advised she could assist in completing a controlled call. I received a phone call back from Detective Kendra Browne advising ███ █████████ was going to be in Tampa, Florida next week. I advised Detective Kendra Browne I would complete the controlled call when ███ █████████ arrived in Florida. On September 21, 2018, at 1530 hours, ███ █████████ responded to the Criminal Investigation Division and we completed a controlled call from her phone number of ███████████ to Mitchell Moore's phone number of 857-523-5434 however, he did not answer. I then had ███ █████████ complete numerous controlled calls with the phone numbers that were previously documented in this report and still did not receive an answer from Mitchell Moore.

On September 25, 2018, I contacted Detective Kendra Browne, requested that she respond to Mitchell Moore's residence, and conduct an interview. On September 26, 2018, I received an email from Detective Kendra Browne advising she went to the address however, no one answered the door. I also learned she left a business card with her contact information.

On October 02, 2018, at 1522 hours, I received an email from Attorney Ken Swartz advising he was representing Mitchell Moore. I called Ken Swartz, advised him about the case, and he stated he had to


**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
(FONDLING/FORCIBLE)

speak with Mitchell Moore.  On October 08, 2018, I called Ken Swartz and he advised Mitchell Moore would not be available for an interview.

On October 09, 2018, at 1400 hours, I met with Assistant State Attorney (ASA) Linda Shiflet and presented the case to her.  After reviewing the facts of the case, ASA Shiflet advised the State Attorney's Office would not be filing criminal charges since they would not be able to satisfy the burden of proof beyond a reasonable doubt.  She signed a case clearance form and I attached it to the report (see attached).  I request this case be exceptionally cleared via SAO LOR.



**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
(FONDLING/FORCIBLE)

GO# HS 2018-336787
CLEARED BY
EXCEPTION

## Narrative Text

**Type** CLEARANCE SUMMARY
**Author** 222418 - Cortes, Pedro
**Related Date** Oct-12-2018 14:34

This report was appropriately titled and has no IBR errors.  I request this case be cleared exceptionally via SAO LOR.

**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
(FONDLING/FORCIBLE)

## Clearance Information

|  |  |
|---|---|
| **Agency** | HILLSBOROUGH COUNTY |
| **Cleared Status** | CLEARED EXCEPTIONALLY-ADULT  - PROSECUTION DECLINED (BY SAO OTHER THAN LACK OF EV |
| **Cleared On** | OCT-16-2018  (TUE.) |
| **Complainant/Victim Notified** | NO |

GO# HS 2018-336787
CLEARED BY
EXCEPTION

HILLSBOROUGH COUNTY SHERIFF
GENERAL OFFENSE HARDCOPY
CUSTOMER SERVICE
(FONDLING/FORCIBLE)

Case 2:21-cv-01412-ART-ESP   Document 497-43   Filed 01/06/25   Page 30 of 41

# Related Property Report(s)

## REPORT INFORMATION

**Property Report #** 709677
**Case Status** EVIDENCE
**Submitted On** OCT-12-2018                                  **By** CORTES, PEDRO
**Disposal Authority** CORTES, PEDRO                    **Org Unit** JUVENILE SECTION

### *RELATED EVENTS*

**Offense** GO  HS  2018 - 336787

**Related Items** 2

## ARTICLES

**Status** EVIDENCE
**Tag #** HS709677 - 1
**Article** YOFFICI- OTHER ITEMS (MISCELLANEOUS)
**Make** VERBAT
**Color** GRY/
**# Of Pieces** 1
**Serial # 1** UNKNOWN
**Description** DVD WITH INTERVIEWS
**Current Location** W1 GEN/05/D/08/G

## ARTICLES

**Status** EVIDENCE
**Tag #** HS709677 - 2
**Article** YOFFICI- OTHER ITEMS (MISCELLANEOUS)
**Make** NO BRA
**Color** RED/
**# Of Pieces** 1
**Serial # 1** UNKNOWN
**Description** DVD WITH VICTIM INTERVIEW
**Current Location** W1 GEN/05/D/08/G

GO# HS 2018-336787

**HILLSBOROUGH COUNTY SHERIFF**

CLEARED BY
EXCEPTION

**GENERAL OFFENSE HARDCOPY**

CUSTOMER SERVICE

(FONDLING/FORCIBLE)

## Related Attachment - Other Agency Reports

**Description**  LAPD REPORT

**Reference Number**

### Request for Confidentiality of Information
*CONTROLLED DOCUMENT*

| DATE | TYPE OF CRIME | INC. NO. | DR NO. |
|------|---------------|----------|--------|
| 5/4/18 | Penetration with a Foreign Object | OAC 18050900R26 | 189917774 |

Law enforcement authorities are required by law to release certain information on crime reports upon request, as a matter of public record. If someone asks for information on this crime report, your name will be released with the information unless you request that your name be kept confidential pursuant to Section 6254 of the Government Code. Offenses defined in Section 6254 of the Government Code include Penal Code Sections 220, 236.1, 261, 261.5, 262, 264, 264.1, 265, 266a-j, 267, 269, 273a, 273d, 273.5, 285, 286, 288, 288a, 288.2, 288.3, 288.5, 288.7, 289, 422.6, 422.7, 422.75, 647.6 and 646.9.

By initialing the appropriate statement below and signing this form, you are informing law enforcement agencies and the courts of your choice for confidentiality.

(vict. initials)  I hereby exercise my right to confidentiality and request that my name not become a matter of public record pursuant to Section 6254 of the Government Code.

(vict. initials)  I hereby decline to keep my name confidential.

(ofcr. initials)  The victim is a minor without a parent or guardian present. The below signed authorized agent hereby exercises the right of privacy for the minor and requests that the victim's name not become a matter of public record pursuant to Section 6254 of the Government Code. *(This authorization should be obtained through the Area Major Assault Crimes coordinator)*

I, _____, advised victim
(officer advising)
(named below), that his/her name will become a matter of public record unless he/she requests that it be kept confidential.

(vict. or ofcr. initials)  By delaying an interview and not engaging with law enforcement at this time, the following may occur:
* An Abbreviated Sexual Assault Forensic Medical Exam collecting only perishable evidence will be performed.
* Evidence that would normally be collected by law enforcement will be permanently lost.
* Suspects and witnesses will not be interviewed, they may not be identifiable or located, or willing to cooperate at a later time.
* It may be more difficult, if at all possible, for a prosecutor to file charges against a suspect.
* I may or may not be eligible for California Victim Compensation Funds to pay for out-of-pocket expenses relating to this crime, including counseling, out-of-pocket medical expenses for medical evaluation and treatment, moving expenses and lost wages by not cooperating with law enforcement per State law.

(vict. or ofcr. initials)  After a Sexual Assault Forensic Medical Exam is performed, law enforcement generally will transport the evidence collected to storage, and law enforcement will store this evidence for 2 years. All evidence collected may be destroyed by law enforcement agencies after 2 years and a 60 day notice will be given to me pursuant to the Sexual Assault Victim Bill of Rights. Law enforcement will need, however, a current address on file. If requested in writing, I will be notified before the evidence kit is destroyed.

| VICTIM | |
|--------|--|

LOCATION OF OCCURRENCE  Tampa, Florida    SAME AS VICT'S  ☐ RES.  ☐ BUS.    R.D.

SIGNATURE OF VICTIM:  OFCR

| REPORTING EMPLOYEE(S) | INITIALS, LAST NAME E. Alvillar | SERIAL NO. 35070 | DIV/DETAIL Harbor SW42 | SUPERVISOR [signature] 35030 |
|---|---|---|---|---|

☒ "Taking Action" booklet provided.    ☐ Hate Crime Resource Pamphlet provided.    ☐ Other: _____
☐ Rape Victim Counseling Center notified (264.2 PC) with consent of victim.    therapist
☒ Victim informed of right to have a victim's advocate and/or support person of his/her choosing.  Lisa Lenora w/ victim
   Victim's Response:
☐ Victim informed of right to be interviewed by an officer of the same gender.
   Victim's Response:

**RECEIVED MAY 0 9 2019**

☐ Domestic Violence/Victim Information and Notification Everyday (DVV) Pamphlet, Form 15.42.01, provided.

Date/Time victim advised: _____    Officer making notifications: _____    Serial No.: _____

03.02.00 (05/13)    ☐ Continuation Sheet Attached

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (FONDLING/FORCIBLE)

Los Angeles Police Department
INVESTIGATIVE REPORT

Page 1 of 8    03.01.00 (03/18)

UCR CODE CC: 815/812

**CASE SCREENING FACTOR(S)**
- SUSPECT/VEHICLE NOT SEEN
- PRINTS OR OTHER EVIDENCE NOT PRESENT
- MO NOT DISTINCT
- PROPERTY LOSS LESS THAN $5,000
- NO SERIOUS INJURY TO VICTIM
- ONLY ONE VICTIM INVOLVED

REPORT OF: Penetration w/Foreign Object + CAC

INVEST DIV INC# 1180610911826 189917777Y

PREMISES (SPECIFIC TYPE)   ATM

ENTRY 459/BFV POINT OF ENTRY   POINT OF EXIT   LOCATION OF OCCURRENCE: Tampa, Florida   SAME AS    RES.   BUS.   R.O.
- FRONT
- REAR
- SIDE    METHOD
- ROOF
- FLOOR    INSTRUMENT
- OTHER

RECEIVED MAY 09 2018

DATE & TIME OCCURRED: 1-1-2010 TO 12-31-2010

DATE & TIME REPORTED TO PD: 5-4-18 1115 hrs

TYPE PROPERTY STOLEN/LOST/DAMAGED .03.04.00 GIVEN   STOLEN/LOST   RECOVERED   EST. DAMAGED ARSON / VAND.

VICT'S VEH. (IF INVOLVED YEAR, MAKE, TYPE, COLOR, LIC. NO.)    NOTIFICATION(S) (PERSON & DIVISION)    CONNECTED REPORT(S) (TYPE & DR #)

MO (☑ LONG FORM - LIST UNIQUE ACTIONS. IF SHORT FORM, DESCRIBE SUSPECT'S ACTIONS IN BRIEF PHRASES, INCLUDING WEAPON USED. DO NOT REPEAT ABOVE INFO BUT CLARIFY REPORT AS NECESSARY. IF ANY OF THE MISSING ITEMS ARE POTENTIALLY IDENTIFIABLE, ITEMIZE AND DESCRIBE ALL ITEMS MISSING IN THE INCIDENT IN THE NARRATIVE.)

THE SUSPECT INSERTED HIS FINGER INSIDE THE VICTIM'S VAGINA WHEN SHE WAS ____ YEARS OLD.

REPORTING EMPLOYEE(S): INITIALS, LAST NAME   E. Alvillar   SERIAL NO. 35070   DIV./DETAIL Harbor SVU-2   PERSON REPORTING OFCR

**SUSP'S VEHICLE**

S-1   SEX M   DESC W   HAIR BRO   EYES GRN   HEIGHT   WEIGHT   AGE 32   CLOTHING   NAME: Moore, Mitchell Taylor   DOB 4/16/85
WEAPON: Bodily force

INVOLVED PERSON(S)

COMBINED EVID. RPT.    Harbor

NARRATIVE

VICTIM INDEMNIFICATION (IF APPLICABLE)

APPROVAL AND REVIEW   SERIAL NO. 35030   DIVISION HARB   CLERK DIVISION 05

For 251242    Printed On Aug-31-2021 (Tue.)

Page 27 of 36

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (FONDLING/FORCIBLE)

---

**CONTINUATION SHEET**

Los Angeles Police Department

| PAGE NO. 2/8 | TYPE OF REPORT Penetration w/ a Foreign Object/Crime Against Child | | | BOOKING NO. - 189917774 | | | DR NO. |
|---|---|---|---|---|---|---|---|
| ITEM NO. | QU AN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |

**Source of Activity:**
On 5/4/18, I was assigned to Harbor Sexual Assault Detective Unit, 5W42.  The victim came to Harbor Police Station to make a report.  Inc # 1605090018⟨26⟩

**Investigation:**
I interviewed the victim.  The interview was audio and video recorded.  The victim gave me a typed statement.  I had the victim initial each page at the bottom right and sign and date the last page.  The victim's therapist, Lisa Lenora (DOB: 5/27/57), was present for the interview.  The following is a paraphrased account of the victim's statement:

The victim was a dancer at ███████████ in Carrollwood, Tampa, Florida.  The suspect, Mitchell Taylor Moore, was her dance teacher.  All incidents that occurred between the suspect and victim was in the year 2010.

The first time the suspect touched her, they were at his apartment (located in Carrollwood) with other kids from the dance studio.  They all watched a movie.  She sat on the couch next to the suspect with a blanket covering them.  The suspect touched her on her leg and inner thigh.  He then began rubbing her vagina making skin to skin contact.

The second time the suspect touched her, they were at another dancer's house (Alex Foley in Clearwater, Fl) with other kids from the dance studio having a bonding day.  After spending the day on the boat, they all went inside the house to watch a movie.  She laid on the floor next to the suspect with a blanket covering them.  The suspect touched the victim's vagina and made skin to skin contact.  The suspect then put one finger inside of her vagina.  The suspect grabbed the victim's hand and made her touch his penis.  She stated the suspect's penis was hard.

The third incident occurred at the dance studio in Carrollwood.  They were at the studio alone and the suspect kissed her.  She does not remember if the kiss occurred before or after the touching or after.

The victim stated these were the only three incidents that occurred between her and the suspect.  She stated they texted each other multiple times about things sexual in nature.  The suspect sent her multiple videos of him masturbating and she sent him multiple videos of her fingering herself.

---



**HILLSBOROUGH COUNTY SHERIFF**

GO# HS 2018-336787

CLEARED BY
EXCEPTION

**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
(FONDLING/FORCIBLE)

CONTINUATION SHEET

Los Angeles Police Department

| PAGE NO 3/8 | TYPE OF REPORT Penetration w/ a Foreign Object/Crime Against Child | | | BOOKING/DR # 189917774 | |
|---|---|---|---|---|---|
| ITEM NO. | QU AN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |

The suspect moved out of the country in December 2010. There was no more contact between the suspect and victim.

The victim stated the first person she told about the incidents with the suspect was Caitlin Grooms. She told Caitlin in 2011, approximately 6 months after the suspect left the country. Caitlin told her that she had sex with the suspect. She told her mother and people at the dance studio in 2011. No one reported the incidents to the police.

MT/Injury:
None

Photos:
None

Evidence:
NONE

Additional:
None

Court Info:
I can testify to the contents of this report.



**GO# HS 2018-336787**
**CLEARED BY**
**EXCEPTION**

**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
(FONDLING/FORCIBLE)

4/8

189917774

Report: ███████████   *Mitchelle Taylor Moore*

-when I noticed he was giving me/**"special attention"**, I remember sitting in ████ lap on the floor at the dance studio, ██████████████ in Carrollwood, Tampa FL. It was the time of year when we started our competition pieces, probably nearly done with the pieces (end of summer). I wasn't in any of taylors pieces at this point because i wasn't old enough, he didnt work with my age group which at the time i was ██ *(2008)* I was advanced for my age and was moving up next year, so id be able to work with him and train with him. So, as me and ████ were sitting on the floor together during the companies lunch break where everyone was sitting in the lobby to eat, taylor was sitting in a chair right in front of us. Then ████ gets a text on her sidekick phone that says, "next year i want to do a solo for ██, and ████ showed me the text and we all smiled. He was living with ████ her sister ███ and her parents at the time. I don't know why, ████ and Taylor were already close and had a good bond, and I looked up to ████ very much. She was like my older sister. And I wanted to be close with Taylor like she was. And I did, I felt so special, I felt something different, a different kind of energy coming from this man. Very loving and open, I thought. Kind of flirty. He was an attractive 26 year old man. New to the studio that year, so it felt good being one of the first younger kids that he wanted to work with.

-how I took his class extra instead of hip hop because I was **"assisting"** him. I remember when I first started taking Taylor's class at CDA *(2009, ████████████*. I had waited a year because I was too young. But I advanced quickly, I was one of the best dancers at the studio. I worked really hard and I paid off. So taking Taylors class the next season I remember it being really challenging, but I remembered how he said to ████ that he wanted to work with me and do my solo this year, so I worked extra hard in his classes so I could do great. The first time I took his class I remember being in the back studio, it was our last class of the night so it was really dark outside. And it was a really hard class for me. I was smoked, meaning I had no idea what I was doing, his movement was really foreign to me. But I was determined to make his proud. So training with him more and more throughout the year, I got a lot better and he gave me notes and a lot of attention so I really excelled. I remember also being really involved in hip hop at the time training with Desere, and on Wednesdays, I believe, was the best dance day for me because I had hip hop, and taylors class. In that order. There was time for me to take an extra class with the lower level, in my schedule it worked out, so I use to take 2 hip hop classes. And once I started dancing with Taylor more as he started my solo, and we got closer through texting and the special looks at the studio, I stopped taking extra hip hop class and started "assisting" Taylor in his lower level class.

-I remember the **first time Taylor sent me a photo** of himself through texting *(2010, ████████████* I remember I was home on a weekend night hanging out with my girlfriend Gabby Morey. I had an envy 3 red flip phone with the keyboard. And Taylor sent me a picture of him and his basketball shorts without a shirt on and he was flexing his muscles and he was in his bathroom and the perspective of the mirror says like a mirror picture of him with his shirt off and I remember being so surprised and freaked out a little bit like in a happy way because I had



# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (FONDLING/FORCIBLE)

18991 7774

a crush on him and I showed my friend was like oh my god look what my teacher just sent me but to not tell anybody and she was an interesting girl, she had a rough family life and she didn't see anything wrong with this. We were kids like I must've been ██ ██e was 27 by then and I was like ██ I don't remember but oh yeah she swore not to tell anyone and I don't think she ever did.

-I remember when we **first started Sexting** (*2010*). I remember sending him a photo of from my belly button down, of me laying on my bed in my underwear. There would be a space in between my skin and my underwear line and he said he likes that and he likes how when I stretch in the dance studio that the same thing happened with my booty shorts (small skin tight elastic shorts dancers wear) and he said he liked to look and imagine doing things to me. Then I remember going into the studio And it was one of his late night classes the lights were dimmed we were all stretching on our own I was in the big kids class and I was stretching my center straddle (when legs are open in 2nd position and leaning over to lay on my stomach) so I put all my weight in my stomach and my hands and the back of my booty shorts lift up a little bit from the arch in my back. I remember looking up at him and seeing him staring at my butt and smiling and looking back at me with these eyes like he wanted to fuck me. Then I remember feeling special in that moment. I didn't think he was looking at anyone else but me in the room. He made me smile my heart would race a little bit and I would get butterflies like excitement but kind of nervous but ultimately if I had any uneasy feelings about it I wouldn't of been able to tell because I was so high on feeling so special and loved of what I thought was love. I remembered this memory as I was sitting in the studio watching a Saturday rehearsal at the kids were in their dances and I was watching them dance and this triggered this memory for me.

-I remember when taylor started **picking me up for Saturday morning rehearsals,** and he would take me home after. He was living on his own in a one bedroom apartment at this time. Once I started working with him more and telling my mom how he really pushes me and I enjoy working with him, and that he promised me traveling jobs and one day to assist him on Showstoppers Convention (the dance convention he taught for), I think my mom developed a trust to him and respected how he treated me good and excelled me as a dancer. So he offered to pick me up one Saturday morning, and I live very close to the studio, apparently I was on his way. And I asked my mom and she agreed to let him, these were like 9am rehearsals we had. So I'm sure my mom didn't mind. He picked me up and it was very exciting to me, and it looked like it was for him too. We still kept it pretty low key from anyone at the studio thought. This was my special relationship with Taylor, and if anyone saw the special attention I got with him I was afraid someone would take it away or be jealous and try to steal this attention I was getting. Like how I saw what ██████ had with him and I wanted it too, so I was never too open with him at the studio. Very secretive. When he would pick me up he would always grab my left leg or we would hold hands. He had a stick shift so I would have to hold his hand as he was shifting gears. I was shaving my legs by this time, and he would tell me that there was a really soft spot on my leg right under my kneecap near my calf, and he liked to rub it and hold my leg there. I thought it was really cute and it made me feel very special. When we got to the studio relatively early before anyone really showed up, he would park in the corner near the bushes behind a few rows



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (FONDLING/FORCIBLE)

6/8

189917774

of cars so we could be more discreet about getting in and out of the car. Of course people may see, but the less the better.

- for my ▮▮ birthday ▮▮▮▮▮ me and the studio teachers and kids went out to dinner for my birthday at bahama breeze. Taylor and ▮▮▮ were dating publically. He sat next to me and we would subtly touch each others hands and play footie. He gave me a build a bear for my present and he would spray his cologne all over the bear so it was like I was "sleeping with Taylor". BamBam, the bear, became the studios mascot.

-I remember the **first time he touched** me (2010). We were at his apartment with a few of the other older studio kids, ▮▮▮ Malika (she drove me), ▮▮▮▮▮ christina. Taylor had just gotten surgery and he was on bed rest and couldn't come teach at the studio so we all went over and brought him a get well soon balloon. We decided at one point to watch a movie, this is when I learned movies older than 5 years old aren't cool anymore because this is what Taylor believed. So we picked a movie to watch and he grabbed a big blanket for us sitting on the couch, I was sitting next to taylor as we had out legs touching and the occasional hand holding. I was wearing my favorite white Hollister shorts and my Navy blue v-neck Hollister cap sleeve shirt. I was sitting criss cross so my legs were open and at one point his hand made his way to my leg, my inner thigh, and he slowly made his way to the outside of my shorts, rudding my vagina, then to my underwear. That's as far as he went. I have never been touched like that, and it did make me wet and he felt that I was. Later that night when we were texting he told me he wanted to go inside of my underwear and he loved that he could feel how I was wet.

-Then he went to **the next level of touching me**, we went to this girl Alex Foley's house, she lived right on the water so we went on her boat for a studio bonding day. Again, most of the studio girls went, mostly level 4 and 5 dancers. When we were all beat from the sun and decided to hang out inside and watch a movie. I was laying on the floor next to Taylor and we had a blanket over us. We were holding hands and touching each others legs, he slowly made his way to the outside of my bath suit bottoms and eventually went to touching my vagina skin, and then he put his fingers inside of my vagina. It didn't feel good or anything because I didn't know what it was supposed to feel like or stimulate. He grabbed my hand and had me touch his hard penis. This all happen very quick. We didn't do this for long because we were surrounded by the other studio kids. So we left it at that.

-I remember the **first time we kissed**. (2010, ▮▮▮ He had started my solo "Prague", we had a lot of alone time together. He would always close all the blinds in the room and make sure no one was around before we would hug each other for a really long time, I would listen to his heart beat. He would just hold me for a long long time. We would always text after reh and he would say how he wanted to do sexual things to me while no one was there, I was always too scared to. One night, we were in the back studio, it was very dark outside, no one was dancing at the studio anymore. And after he closed all the blinds he went into the hallway next to the bathroom and I followed him and we hugged each other for a long time again, and this time I

**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
(FONDLING/FORCIBLE)

7/8

189917774

looked up at him and he pulled me in close, slowly, and we kissed. For awhile. My heart was racing, my breathing was shallow, I never really kissed anyone before.

-Taylor played a big role in **"grooming"** me through the years (*2009*). Grooming is how taylor trained my mind to keep this sexual relationship a secret. Grooming comes from the offender making the child feel special to them and gives the relationship a sense of security. My mom was never a "dance mom" - meaning a dancers parents who is constantly at the studio, in the dressing room, on the side of the stage, around all the dancers choices and friends. Taylor noticed me as a good target, and once he saw this and started talking to me more and showing me a lot of attention, he started giving me gifts. He gave me a bear for my ▮▮▮ birthday, a pair of socks from Hall of Fame Nationals (a competition he use to work for), he would also spray his cologne on all of these things. Then we started to be alone together, we had private coaching for my solo practice, and he would pick me up from my house for dance class. Once I had enough emotional dependence and trust, Taylor began to touch me in more sexual ways and sending pictures and videos to me. After this he really got strikt about me keeping everything a secret and to not talk about it, and if I did he threatened I would lose him and he wouldn't be able to talk to me anymore. He's the reason I started shaving my arms and ▮▮▮ and cut my hair to my shoulders and straighten it everyday. He told me he liked me this way. He had me delete out texting conversations every night. I changed his name in my phone to a fake name.

-We did send **sexting videos** too. He would send me videos of him masturbating in his bathroom or on his bed, and he would cum in the videos every time. He asked me how I liked it and what I would do sexually to him. He asked me to send him videos too, and I send videos fingering myself in my shower, on my bed, or on my floor.

-We would **talk on the phone a lot**, especially at night. I can't even count the times I fell asleep with him on the phone. I usually went to bed around 1am-3am talk to him. I remember a time we were chatting and he was breathing funny on the phone and I texted him to ask what he was doing after we hung up and he told me he was masturbting to the sound of my voice. I believe this was the gateway into sending naked photos and videos.

-I remember **when taylor left**. It was very sudden (before Dec, *2010*, ▮. I was in ▮ grade, I had a phone and I would text him during class and during breaks. He told me he needed to call me so I went to the bathroom and called him and he told me that he was moving to London to be with Dusty Button (his current fiance), and that she had been waiting for him for 4 years and never dated anyone else but was just waiting for him there. So he wanted to go be with her again. They use to date and then he moved away. I don't know of their dating history much. But he told me this and my heart sank and I was very sad. I was hurt but I was also in school so I didn't let me emotions get the best of me. I was very understanding. There was drama with him and ▮▮▮▮▮ at the studio and I knew he wasn't happy. This was a moment I began to feel unimportant, for some reason I was able to brush it off and not be so affected by it. I got detention because someone walked in the bathroom while I was on the phone and told on me.

Case 2:21-cv-01412-ART-EJY Document 497-48 Filed 01/06/25 Page 39 of 41

HILLSBOROUGH COUNTY SHERIFF
GENERAL OFFENSE HARDCOPY
CUSTOMER SERVICE
(FONDLING/FORCIBLE)

GO# HS 2018-336787
CLEARED BY
EXCEPTION

8/8

189917774

We weren't allowed to use our phones in school. But I didn't even care or fight it. I was so sad. This is also when I stopped believing in God. I said "if God were real he wouldn't do this to me".

Resources: Contact during period of coming out (2011, ▮ yrs old, ████████)

Caitlin Grooms: victim (727) 424-2541
████████████████████
██████████████ victim/taylor's ex girlfriend █████████
████████████████████

Yvette Breheney: Studio Owner CDA ████████
████████████████████

Gabby Morey: the one friend I mentioned anything to at the time. I told her the first time Taylor sent me a shirtless photo. She was hanging out with me in Carrollwood at my parents house in my room. I had a big reaction when he sent the photo to me, so she asked what happen and I showed her the photo. Taylors face wasn't in the picture. He was wearing blue basketball shorts and the shirtless photo was taken in his bathroom mirror. One hand was holding the phone the other was pulling his shorts down a little.



Mitchelle Taylor Moore

Mitch Button

████████████████████

5/4/18



**HILLSBOROUGH COUNTY SHERIFF**

Case 2:21-cv-01412-ART-EJY    Document 497-48    Filed 01/08/25    Page 40 of 41

GO# HS 2018-336787
CLEARED BY
EXCEPTION

**GENERAL OFFENSE HARDCOPY**
CUSTOMER SERVICE
(FONDLING/FORCIBLE)

## Related Attachment - SAO Letters

**Description**  CASE CLEARANCE FORM
**Reference Number**

### CASE CLEARANCE FORM

Case # _18 - 336787_

On _9_ , _201_ _8_ , ASA ___*Sh. Act*___ met with Det. _Pedro Cortes_ #_202418_ of
the _HCSO_ , and was briefed on the facts of the case. In addition
to the summary of the facts, ASA ___*S. Act*___ reviewed the following: _____

After review of the aforementioned information provided by law enforcement, the State
Attorney's Office will not be pursuing further criminal charges at this time for the following
reason(s):

___✓_ 1. Law enforcement has determined there is probable cause to go forward. However, in
order to file criminal charges, the State must meet a much higher standard of proof of
beyond a reasonable doubt. In this case, the State has determined it is unable to satisfy
this burden.

_____ 2. The statute of limitations (when criminal charged must be filed after the occurrence of the
crime) has expired for the charge.

_____ 3. It has determined that the details of this incident do not conform to the elements of
Florida Statutes § _____ .

_____ 4. The victim has:

_____changed his or her account of the incident

_____become uncooperative with the investigation

_____waived the prosecution of the investigation

_____ 5. Other: _✓ It is now 2d occurred whe_ ████
_No witnesses no physical evidence. There other_
_reports but those V/s not cooperative._
_Suspect lawyered up_

Signed: ___*[signature]*___
Assistant State Attorney
Fla. Bar No. _203258_



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (FONDLING/FORCIBLE)

**\*\*\* END OF HARDCOPY \*\*\***