# EXHIBIT KK

2018.08.23 Incident Report filed with the Sommerville Police Department



# SOMERVILLE POLICE DEPARTMENT
## SOMERVILLE, MA

| INCIDENT # / REPORT # | OFFICER | RANK | REVIEW STATUS |
|---|---|---|---|
| 18050275 / 1 | DOTTIN D | PATROLMAN | APPROVED |

**SEX CRIME - RESTRICTED ACCESS REPORT- AUTHORIZED PERSONNEL ONLY**

**NOT A PUBLIC RECORD UNLESS REDACTED. RELEASE OF THIS REPORT BY PIO ONLY.**

## INCIDENT #18050275 DATA
As Of 12/04/2024 06:53:04

### BASIC INFORMATION

| CASE TITLE | LOCATION | APT/UNIT # |
|---|---|---|
| SAGE H. | 445 ARTISAN WY | |

| DATE/TIME REPORTED | DATE/TIME OCCURRED |
|---|---|
| 08/23/2018 11:57:43 | 02/14/2017 00:00 to 08/23/2018 11:57 |

**INCIDENT TYPE(S)/OFFENSE(S)**
(265/22/A)RAPE c265 S22

### PERSONS

| ROLE | NAME | SEX | RACE |
|---|---|---|---|
| VICTIM | HUMPHRIES, SAGE | FEMALE | WHITE |
| WITNESS | RANDAZZO, ANTHONY | | |
| WITNESS | STARK, PETER | | |

### OFFENDERS

| STATUS | NAME | SEX | RACE |
|---|---|---|---|
| SUSPECT | MOORE, MITCHELL TAYLOR | MALE | WHITE |
| SUSPECT | BUTTON, DUSTY | FEMALE | WHITE |

[ NO VEHICLES ]

[ NO PROPERTY ]

### OFFICER REPORT: 18050275 - 1 / DOTTIN D (238)

| DATE/TIME OF REPORT | TYPE OF REPORT | REVIEW STATUS |
|---|---|---|

| 08/23/2018 13:33:51 | SEX CRIME | APPROVED |

**NARRATIVE**

On August 22nd, 2018, I was working as Investigator for the Somerville police department, assigned to the Family Services unit, when I received a Boston Police report (172068841) regarding several incidents that occurred in Somerville between March 2017 and August 2017.

Based on the report, the victim, known to the Commonwealth, was involved with the married couple Moore and Button. During this relationship, victim states she was constantly and aggressively forced to smoke marijuana and drink excessive amounts of alcohol. She also alleged she was coerced into taking a shower with the two and was asked if she would be their "girlfriend". She reluctantly agreed. The victim states the couple became more and more aggressive and possessive regarding their joint relationship by escorting her everywhere she had to go, taking over some of her social media accounts and isolating her from family and friends.
The victim states that she was sexually assaulted at both her home at the time (                              ) and the suspects' residence of                                  .

**OFFICER SIGNATURES**

| Reporting Officer: | DOTTIN D | 238 | Date: |
| Reviewing Officer: | PERRONE, M | 296 | Date: |
| Approving Officer: | DIPAOLO, M | 95120 | Date: |



# SOMERVILLE POLICE DEPARTMENT
## SOMERVILLE, MA

| **INCIDENT # / REPORT #** | **OFFICER** | **RANK** | **REVIEW STATUS** |
|---|---|---|---|
| 18050275 / 2 | PERRONE, M | LIEUTENANT | APPROVED |

**SEX CRIME - RESTRICTED ACCESS REPORT- AUTHORIZED PERSONNEL ONLY**

## INCIDENT #18050275 DATA
As Of 12/04/2024 06:53:04

### BASIC INFORMATION

| **CASE TITLE** | **LOCATION** | **APT/UNIT #** |
|---|---|---|
| SAGE H. | 445 ARTISAN WY | |

| **DATE/TIME REPORTED** | **DATE/TIME OCCURRED** |
|---|---|
| 08/23/2018 11:57:43 | 02/14/2017 00:00 to 08/23/2018 11:57 |

**INCIDENT TYPE(S)/OFFENSE(S)**
(265/22/A)RAPE c265 S22

### PERSONS

| ROLE | NAME | SEX | RACE |
|---|---|---|---|
| VICTIM | HUMPHRIES, SAGE | FEMALE | WHITE |
| WITNESS | RANDAZZO, ANTHONY | | |
| WITNESS | STARK, PETER | | |

### OFFENDERS

| STATUS | NAME | SEX | RACE |
|---|---|---|---|
| SUSPECT | MOORE, MITCHELL TAYLOR | MALE | WHITE |
| SUSPECT | BUTTON, DUSTY | FEMALE | WHITE |

[ NO VEHICLES ]

[ NO PROPERTY ]

## OFFICER REPORT: 18050275 - 2 / PERRONE, M (296)

| **DATE/TIME OF REPORT** | **TYPE OF REPORT** | **REVIEW STATUS** |
|---|---|---|
| 09/12/2018 15:51:39 | SUPPLEMENT | APPROVED |

**NARRATIVE**

On Thursday, August 16, 2018, I was notified by ADA Nicole Allain of an alleged sexual assault on a victim named Ms. Sage Humpheries. ADA Allain sent me a Boston Police report that documented a disclosure Ms. Humpheries had made about the assault. When I learned that the incident had been reported to the Boston Police Department, I called and spoke with Detective Brendan Kelly who works in their Sexual Assault Unit. Detective Kelly provided me with a brief synopsis of the case over the telephone which was consistent with the report that I had received from ADA Allain. A significant portion of the activity Ms. Humpheries had described occurred in Somerville. Detective Kelly subsequently delivered an audio recorded interview to me which he had conducted with Ms. Humpheries on August 14, 2017. I have submitted a disk containing that interview into evidence.

On Wednesday, August 29, 2018, I was on duty and assigned as the Family Services Unit Supervisor. At approximately 5:45PM, Assistant District Attorney Ceara Mahoney, Victim Witness Advocate Joanne Szeto, Victim Witness Advocate Maureen DiPaolo and I met with Ms. Sage Humpheries to discuss the allegation. Ms. Humpheries alleged that her former co-worker and friend Ms. Dusty Button and her husband, Mr. Mitchell Taylor Moore, had manipulated and sexually assaulted her in 2017 over an approximate three month period.

Ms. Humpheries claimed that she first began to interact with Ms. Button and Mr. Moore in February of 2017 when she was eighteen years old. She said that Ms. Button was a principal dancer at the Boston Ballet where she also works. According to Ms. Humpheries, Ms. Button is a well known and famous figure in Ballet who she knew of before gaining employment with the Boston Ballet company. She recalled when she was a new dancer that Ms. Button would not even acknowledge her existence until she received a promotion. She also recalled that the entire Ballet

CONFIDENTIAL                                                    PL-0003279

company was afraid of Ms. Button because of her fame. Ms. Humpheries said that she and Ms. Button began dancing together after she had received her contract from the Boston Ballet. Ms. Button apparently befriended Ms. Humpheries at that time and they exchanged telephone numbers.

Ms. Humpheries recalled that her first social experience outside of work with Ms. Button and Mr. Moore occurred around February 14, 2017. She recalled this particular time frame because it was Valentine's day and she had recently broken up with a boyfriend. Ms. Humpheries said that she had told Ms. Button about her recent break up and Ms. Button was sympathetic toward her. This apparently prompted Ms. Button to invite Ms. Humpheries to her home at                                         where she met Mr. Moore. Ms. Humpheries said that her social experience with Ms. Button and Mr. Moore initially seemed normal. The three of them would typically drink and smoke marijuana at the couple's home. Ms. Humpheries did say that it was always just her, Ms. Button and Mr. Moore when they would socialize. She also said that she would stay overnight at the couple's home when she would visit them. Initially, she would stay in the guest room.

According to Ms. Humpheries, Ms. Button and Mr. Moore wanted to "hang out" with her everyday shortly after their first social experience. She recalled that Mr. Moore started to come to the ballet frequently which was not typical for a spouse. He would allegedly threaten the Boston Ballet's management with Ms. Button's resignation if he did not get what he wanted. Ms. Humpheries said that Mr. Moore would pressure her to "hang out" all of the time while he was at the ballet. She mentioned that Mr. Moore would also tell her to cut off all communication with her former boyfriend while he was around her place of work. Ms. Humpheries also claimed that Ms. Button and Mr. Moore would ridicule her for interacting with anyone else at the ballet and had convinced her that they were the only people who cared about her.

Ms. Humpheries described the first incident of sexual abuse as having occurred at Ms. Button and Mr. Moore's residence. She said that they spent the evening drinking and smoking marijuana in the apartment. At the end of the evening, Mr. Moore suggested that they have a "camp night". He brought a mattress into the living room and suggested that they all sleep together on the floor. Ms. Humpheries said that she initially told Ms. Button and Mr. Moore that she was going sleep in the guest bedroom. She claimed that Mr. Moore protested and shamed her by saying that she was "killing the vibe." According to Ms. Humpheries, Mr. Moore touched her under the covers after Ms. Button fell asleep. She claimed that she tried to push Mr. Moore's hand away but he began to use more force. She said that she was frozen with fear at that point.

Ms. Humpheries, said that Mr. Moore eventually put his hand inside of her pants and digitally penetrated her. She claimed that she stopped resisting and allowed Mr. Moore to engage in this behavior for approximately 5-10 minutes. Ms. Humpheries said that Mr. Moore eventually thought she had an orgasm and stopped touching her. She said that she closed her eyes afterward and tried to forget what had happened. Ms. Humpheries stated that she eventually fell asleep and woke up to what she felt had been "the worst nightmare of her life."

Ms. Humpheries claimed the trio would always sleep together after the first incident that involved sexual touching. She claimed that she began to notice that Ms. Button would often leave she and Mr. Moore alone on purpose. Ms. Humpheries said that Mr. Moore would advise her of certain dates when Ms. Button would be out of town. She realized that he wanted to engage in a sexual relationship but resisted his advances because he was married to her friend.

Ms. Humpheries stated that around "spring break" she wanted to go visit her parents in California. Ms. Button and Mr. Moore

CONFIDENTIAL                                                                                     PL-0003281

wanted to go with her so she invited them. She remembered calling in sick the night before the trip at the request of Ms. Button and Mr. Moore which caused her to get in trouble at work. She recalled receiving a phone call from ballet Director Peter Stark about not showing up.

Ms. Humpheries recalled sitting in between Ms. Button and Mr. Moore on the plane to          . She said that she fell asleep briefly and woke up to Ms. Button and Mr. Moore each holding one of her hands. Ms. Humpheries said that she pretended to fall asleep again and overheard a conversation between Ms. Button and Mr. Moore. She said she heard Mr. Moore say, "We're really close, I think the next couple of days." She also heard Ms. Button respond by saying, "As long as you don't love her more than me."

When they arrived in          , the group stayed with Ms. Humpheries parents at their home. Ms. Humpheries's said nothing happened on the first night but remembered that Ms. Button and Mr. Moore wanted all three of them to sleep in the same bed. She said that she refused at first and stayed in a separate room but eventually gave in and slept with her acquaintances because they were sending her harassing text messages. Ms. Humpheries remembered that they had called her "weak" in these text messages and insulted her.

I asked Ms. Humpheries if anyone else knew that they had slept in the same room at her parents house. She said that her mother knew and had asked her if she was having a threesome. Ms. Humpheries said that she denied having a threesome to her mother. She also recalled that Ms. Button and Ms. Moore formed a relationship with her mother while they were there to curb her suspicion. Ms. Humpheries said that Mr. Moore and Ms. Button even obtained her mother's telephone number. They would apparently text Ms. Humpheries's mother to let her know that her daughter was doing well.

CONFIDENTIAL                                                                                      PL-0003282

While they were in ⬚⬚⬚⬚⬚⬚, the trio celebrated Easter with Ms. Humpheries family.  Ms. Humpheries recalled that Ms. Button and Mr. Moore "wanted to do drugs in church."  She said that Ms. Button and Mr. Moore got drunk at Easter dinner and kept feeding her drinks in an effort to get her drunk. After dinner, the trio decided to go to a beach house/office which Ms. Humpheries said that her father used as an office.  Ms. Humpheries said that her mother encouraged the group to take Ms. Humpheries brother to the beach house with them.  She said that Ms. Button and Mr. Moore vehemently opposed bringing Ms. Humpheries brother and ultimately he was left behind.  Ms. Humpheries said that her mother questioned why the group did not want to take her son with them but ultimately lost the argument.

Ms. Humpheries said that as soon as they walked inside of the beach house/office, Ms. Button turned around and began to kiss her passionately.  She said that Ms. Button made comments to her at that point like, "I have been wanting to do that for so long" and "You have such a great body".  Ms. Humpheries recalled that Mr. Moore asked her if what was happening was acceptable.  She recalled thinking that the couple must have just been swingers and justified the interaction in that manner.  Ms. Humpheries was clear that there was no sexual intercourse between anyone at the beach house but did say that they all took their clothes off and the three of them kissed a lot.  They all apparently stayed on a pullout couch at the beach house and her father walked in an found them all in bed together the next morning.  Ms. Humpheries said that she was embarrassed by what her father had seen and they all flew back to Boston that night.

Ms. Humpheries said that after the evening in the beach house, Ms. Button and Mr. Moore became extremely touchy with her.  They wanted her to skip work again when the arrived home from ⬚⬚⬚⬚⬚⬚ which she did initially.  Ms. Humpheries said that she eventually received a call from the ballet mistress about not attending work.  She decided that it was in her best interest to attend work despite Ms. Button and Mr. Moore's protests.

Ms. Humpheries said that while she was at work, she received text messages from Ms. Button and Mr. Moore. She said that they asked her if they could stay at her home in the          on that particular evening. Ms. Humpheries ultimately invited Ms. Button and Mr. Moore to her home where they consumed alcohol. Ms. Humpheries said that she was sweaty from work and went to take a shower. She claimed that Ms. Button and Mr. Moore followed her into the bathroom and opened the curtain. Ms. Humpheries stated that Ms. Button said, "So we've been thinking that we want you to be our girlfriend." She said that she was caught off guard by this and didn't fully understand what they were asking. She said that she did agree to their request because she didn't know what else to do. According to Ms. Humpheries, she kissed Ms. Button and Mr. Moore in the shower and there may have been some "touching" but there was no sexual intercourse on that occasion.

On the night following the incident in the shower, Ms. Humpheries allegedly went back to Ms. Button and Mr. Moore's apartment. She had been invited there for what they called "Sage Night". This had been presented to her as a celebratory occasion for having agreed to be the couple's girlfriend. Ms. Humpheries stated that she went to Ms. Button and Mr. Moore's apartment that evening after work and found candles lit. Ms. Button told her to take a shower which she said that she did. Ms. Humpheries claimed that Ms. Button was waiting outside of the shower with a black latex body suit of some kind and ordered her to put it on. She said that she put on the suit and it covered her mouth. She also claimed that she was blindfolded once she was wearing the latex suit.

At some point, Mr. Moore emerged and she told him that she was scared. Ms. Humpheries said that she was eventually led to the guest room which the couple had deemed "the gun room" (this was because there were several seemingly real firearms attached to the walls). She said that once they were

CONFIDENTIAL                                        PL-0003284

inside of the room that she was told to lay on a table. Her arms and legs were allegedly bound to the table and someone moved the crotch of the body suit to the side and penetrated her digitally. She believed that she had been penetrated for approximately thirty seconds and then recalled that the touching stopped. Ms. Humpheries said that she suddenly recalled hearing Ms. Button and Ms. Moore having sex next to her. She said that when she heard this she started to cry hysterically.

Ms. Humpheries said that she was eventually released and told Ms. Button and Mr. Moore that what happened was not what she had "signed up for." She said that neither Ms. Button or Mr. Moore apologized to her. She said that she remained upset for quite a while and that the couple eventually got annoyed with her and told her to get over it.

Ms. Humpheries said that on the day following the incident with the body suit she returned to Ms. Button and Mr. Moore's apartment. She said that Ms. Button told her that she wanted her to have sex with Mr. Moore. Ms. Humpheries said that they sat on the couch and watched a movie when Mr. Moore suddenly started kissing her. Ms. Humpheries recalled that Ms. Button was touching her husband sexually and stated, "This is the moment". Ms. Button then apparently told Ms. Humpheries to get on top of Mr. Moore. Ms. Humpheries said that she got on top of Mr. Moore and engaged in sex with him but began to cry. She said she was crying because she was afraid and sad but told Ms. Button and Mr. Moore it was because she loved them so much. Ms. Humpheries said this was a way of justifying what was happening to her in her mind.

Ms. Humpheries stated that after the evening in the shower, she felt like she became Ms. Button and Mr. Moore's property. She felt as if they were in charge of her life based on how they spoke to her. Ms. Humpheries informed me that there were established rules about being the girlfriend of Ms. Button and Mr. Moore. She was not allowed to talk to any males whatsoever

including people such as Uber drivers. Her cellular telephone was allegedly monitored by Mr. Moore. She was not allowed to text or call anyone that he did not know. Mr. Moore took over Ms. Humpheries social media claiming he would be her manager. Ms. Humpheries said that she had to have sex with Mr. Moore whenever he wanted even if she did not feel like it. She also said that Ms. Button would be there a lot when she would have sex with Mr. Moore. Mr. Moore apparently would not allow her to interact with Ms. Button during sex. Ms. Humpheries recalled a time where Mr. Moore threatened to divorce Ms. Button for engaging with Ms. Humpheries sexually. She was also forced to wear certain clothing which belonged to Ms. Button which was generally baggy because Mr. Moore did not want Ms. Humpheries to wear anything that was too revealing. Ms. Humpheries made it clear that she learned the rules after breaking one and was punished.

After the first time that Ms. Humpheries had sex with Mr. Moore, she witnessed numerous fights between Ms. Button and Mr. Moore. Ms. Humpheries said that they would get mad at each other over who was getting more of her attention. She recalled seeing domestic abuse between the couple which included "clawing" and throwing things at each other. Ms. Humpheries said that she always feared Mr. Moore would hit her or Ms. Button. It became expected that Ms. Humpheries and Mr. Moore would have sex regularly and she remembered that he had a "choking fetish" which had caused bruising on her neck. Ms. Humpheries said that there was a pattern during sex with Mr. Moore. She said that he would generally start with Ms. Button and finish with her.

Ms. Humpheries told me about a weekend where Ms. Button went away by herself. She said that during this weekend, she (Ms. Humpheries) made plans with a friend. Ms. Humpheries said that Mr. Moore became extremely upset about her rendezvous with her acquaintance and made her feel extremely bad about it. She said that she felt so bad that she eventually

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　PL-0003286

went back to the Assembly Row apartment where Mr. Moore scolded her for an extended period of time. Ms. Humpheries said that Mr. Moore asked her to sleep there with him to make up for her previous engagement with a friend. She recalled giving Mr. Moore oral sex on that occasion to make up for what had happened and also remembered that he was still mad at her afterward.

On one evening, Ms. Humpheries recalled that Mr. Moore and Ms. Button got into an extremely heated altercation. She said that she became uncomfortable with the argument as she witnessed it from the couch in the couple's apartment. Ms. Humpheries said that she went to take a shower while they argued and Mr. Moore eventually interrupted. Ms. Humpheries said that Mr. Moore forced his way into the shower, bent her over and raped her. She recalled that he never said a word while the rape was occurring and walked out of the shower when he finished.

Ms. Humpheries said that at some point her parents realized something was wrong. She said that she and her mother are very close and she began to communicate with her less and less. Her great grandmother died and Ms. Button and Mr. Moore would not allow her to go to _____ for the services. Ms. Humpheries said that when the ballet ended for summer break that Ms. Button and Mr. Moore pressured her into going to Australia. They did not want her to go home to _____ for the summer and told her to stop communicating with her mother because she did not understand or support their relationship.

A week or two prior to Ms. Humpheries 2017 summer break from the ballet, her parents unexpectedly showed up to her show. During this time frame, Ms. Button had apparently been fired from the ballet. Ms. Humpheries said that her parents wanted to spend time with her but Ms. Button and Mr. Moore forbid her to do so. On that same night she stayed with Ms. Button and Mr. Moore who she said provided a "security briefing". They

allegedly asked Ms. Humpheries if she knew what to do if she was separated from them. Ms. Humpheries said that they made her memorize their phone numbers and had her say the number out loud until she could remember it. Ms. Button and Mr. Moore allegedly told Ms. Humpheries to find a phone and call them if anyone tried to take her away. Ms. Humpheries felt that Ms. Button and Mr. Moore somehow sensed that her parents had come to Massachusetts to save their daughter.

On the following day, Ms. Humpheries had breakfast with her parents. She said that her parents then met with the Director of the ballet (Mr. Tony Randazzo) privately. The Director apparently informed Ms. Humpheries parents about what was happening with Ms. Button and Mr. Moore. Ms. Humpheries said that she reported to the ballet that evening for a show and found her parents were waiting with Mr. Randazzo. Mr. Randazzo apparently told Ms. Humpheries that she was being dismissed from the ballet for the last week and a half of performances so that she could return home to _____ with her parents to seek counseling and to visit her grandfather who was ill.

Ms. Humpheries said that she immediately called Ms. Button upon learning of her early dismissal from the ballet. She told Ms. Button what had happened at said that she was returning to _____. Ms. Humpheries said that Ms. Button and Mr. Moore were screaming into the phone and telling her not to get on the plane. She said that she eventually hung up and received numerous text messages from Ms. Button and Mr. Moore. Ms. Humpheries said that someone eventually took her phone away and she did not see it again.

Ms. Humpheries described a somewhat dramatic exit from the _____ area after she was dismissed from the ballet. She said that her parents had a car waiting for her at the ballet which took her to the airport. Ms. Humpheries said that she protested leaving and didn't want to go to _____. Her parents

eventually reasoned with her and she agreed to fly home with them. Ms. Humpheries said that she felt ill, as if she was withdrawing, on the trip to            .

When Ms. Humpheries got to            , she obtained counseling and started to realize that she had been brainwashed by Ms. Button and Mr. Moore. She said that she told both her therapist and her mother about the time that Mr. Moore had raped her in the shower at one of these sessions.

Ms. Humpheries admitted that she had limited communication with the couple by using her brother's cellular telephone and the Snapchat application while in            . Ms. Humpheries said that she asked Mr. Moore through the application about what he would do to her if they were together again. She claimed that Mr. Moore replied to her question by saying, "I would kidnap you and you would not know that time and place. I would throw you in the back of my car with a blindfold, tie you up and take you to a rented warehouse where I would suspend you from the ceiling, fuck you until you were uncomfortable and choke you with a rag until you pass out." Ms. Humpheries said it was especially chilling when she saw Ms. Button refer to a warehouse during an interview she saw on Youtube. She felt like this comment was meant to scare her.

Ms. Humpheries said she was extremely fearful of Mr. Moore after receiving the message. She claimed that she attempted to cut off communication with both Ms. Button and Mr. Moore. Ms. Humpheries said that her fear increased when she realized that Ms. Button and Mr. Moore had come to            . Ms. Humpheries said she noticed that after she had been in a recognizable area in            and posted the location on her social media that Ms. Button and Mr. Moore would post from the same location within minutes. She felt as if they were following her.

Ms. Humpheries eventually returned to the            area and

obtained restraining orders against Ms. Button and Mr. Moore. She claimed that the harassment ceased shortly after they had been served with the orders. Ms. Humpheries told me that the order was extended at a subsequent hearing which Ms. Button and Mr. Moore attended. She said that the couple eventually moved to _____ and she has not seen them.

During our interview, Ms. Humpheries said that she believed there were more people who Ms. Button and Mr. Moore harmed in the same manner as her and provided us with the names of a few. One person lives in _____ and the rest live in other states. The Family Services Unit will be following up with several witnesses from a list that Ms. Humpheries provided.

Ms. Humpheries said that she will be providing me with an electronic device containing text messages and other evidence in the near future. This evidence is in _____ and Ms. Humpheries is attempting to have it shipped to Massachusetts. I will examine the evidence upon receipt.

Respectfully submitted,

Sergeant Michael Perrone #296

**OFFICER SIGNATURES**

Reporting Officer: _____    Date: _____
                    PERRONE, M            296

Reviewing Officer: _____    Date: _____
                    RYMILL G              206

Approving Officer: _____    Date: _____
                    DIPAOLO, M            95120