# EXHIBIT 6

## SAGE HUMPHRIES

ORANGE COUNTY SHERRIFF'S DEPT. (WITHHELD) REPORTS

EXCERPTS OF SAGE HUMPHRIES' TESTIMONY FROM THE
2017 HEARING RE: MASSACHUSETTS ABUSE PREVENTION
ORDER

EXCERPTS OF SAGE HUMPHRIES' TESTIMONY RE: 2023
MOTION TO VACATE HEARING

TEXT MESSAGES BETWEEN MS. HUMPHRIES AND
DEFENDANTS

TEXT MESSAGES BETWEEN DEFENDANTS AND MS.
HUMPHRIES' FATHER

EXCERPTS FROM SAGE HUMPHRIES' DEPOSITION

Case 2:21-cv-01412-ART-EJY   Document 452-6   Filed 01/09/25   Page 2 of 78

9/13/2023

**Orange County Sheriff Department**

**Call Detail Information Report**

Call Number: 170528-0691

11:33:44AM

| Call Number | 170528-0691 |
| --- | --- |

## Call Detail Information

| Call Number | Class | Taker | Pos | Call Owner | | Date - Time Received | Cat |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 170528-0691 | G | ROSECL | 10 | | | 05/28/2017  18:28:29 | 0 |

| Complaint | | Ten Code | Priority | Disp Zone | IRA | How Received |
| --- | --- | --- | --- | --- | --- | --- |
| 415F DISTURBANCE-FAMILY DISPUTE | | | 2 | NO | RO01 | WIRE |

| Incident Location | | Apt/Suite | Floor/Bldg | Incident City | | Grid |
| --- | --- | --- | --- | --- | --- | --- |
| 11340 WEMBLEY RD | | | | RO | | 796H3 |

| Caller Name | | Patrol Zone | Telephone | Tower ID | Jurisdiction | | Tract |
| --- | --- | --- | --- | --- | --- | --- | --- |
| HUMPHRIES, MICHAEL | | 06 | 562-756-2693 | 949-511-0580 | OCSD | | RO |

| ☐ Images | ☐ Medical | ☐ Hazard | ☒ Previous | ☐ DR Issued in Error |
| --- | --- | --- | --- | --- |

| ALI Time | Call Rec'd | Xmit | Dispatch | Enroute | OnScene | Departed | Arrived | Comp | Unit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 18:28:18 | 18:28:29 | 18:30:36 | 18:30:50 | 18:30:50 | 18:46:04 | | | 19:20:26 | 4a08 |

### Narrative

[05/28/2017 19:20:25 : pos2 : chano]
[Cleared with unit 4A08]

[05/28/2017 19:19:37 : MOB : 4A08]
Spoke with informant who stated daughters ex boyfriend boarded a flight from boston to his home. informant believes his daughter is going to be taken from his home and taken back to boston. spoke with daughter sage who stated there is no validity to the statements made by her father. Sage feels safe and there will be no harm done to her family. sage agreed to travel to Sacramento to visit family. no crime committed. 10-98

[05/28/2017 19:13:52 : pos2 : chano]
Unit : 4A08
C4

[05/28/2017 19:05:17 : pos2 : chano]
Unit : 4A08
10-6

[05/28/2017 18:48:26 : pos2 : chano]
Unit : 4A08
HAVE CONTACT

[05/28/2017 18:30:36 : pos10 : ROSECL]
Cross streets: SHAKESPEARE DR//CHESNEY DR
NBH: 796H3   90720  33.7986273663148,-118.081774826051
INF VS 19 YO DTR IN A 415V        INF IS UPSET THAT DTRS FRIENDS FROM BOSTON ARE POSS ENRTE TO THE HOUSE
FROM BOSTON   PER INF THEY POSS BOARDED A PLANE 8 HRS AGO

### Location Comment

NBH: 796H3   90720  33.7986273663148,-118.081774826051

## Call Dispositions

| Date - Time | Disposition | Unit |
| --- | --- | --- |
| 05/28/2017  19:19:48 | Assist | 4A08 |
| 05/28/2017  19:20:25 | No Report Needed | 4A08 |

Page 1 of 3

1-31

```
1    Snapchat; but, yes, I did go to the police.
2    Q.   And you reported what?
3    A.   I reported that there was an imminent threat
4    of me potentially being kidnapped; that they were
5    coming to LA.  That this was serious.  They said
6    that they had a warehouse ready.
7    Q.   And who did you speak with?
8    A.   I spoke with the Orange County Sheriff
9    Department.
10   Q.   And anybody in particular?
11   A.   I have the information on my phone but not
12   currently with me right now.
13   Q.   Did this conversation you had -- with the
14   Orange County Sheriff's Department; is that
15   correct --
16   A.   Yes.
17   Q    -- was that reduced to writing?
18        Is there a report?
19   A.   There is a report.  There's a number.
20   Q.   That memorializes your allegations?
21   A.   Yes.
22   Q.   Do you have that with you today in court?
23   A.   I have the number, but...
24   Q.   The number of what?
25   A.   The number of the police report.
```



| 12/17/2020 | Orange County Sheriff Department | 11:21:18AM |
|---|---|---|
| | **Call Detail Information Report** | |
| | Call Number: 170722-0273 | |

**Call Number** | 170722-0273

## Call Detail Information

| Call Number | Class | Taker | Pos | Call Owner | | Date - Time Received | Cat |
|---|---|---|---|---|---|---|---|
| 170722-0273 | C | CEValdivia | 12 | | | 07/22/2017  11:21:32 | 0 |

| Complaint | | Ten Code | Priority | Disp Zone | IRA | How Received | |
|---|---|---|---|---|---|---|---|
| 422R CRIMINAL THREATS REPORT | | | 3 | NO | RO01 | | |

| Incident Location | | Apt/Suite | Floor/Bldg | Incident City | | Grid | |
|---|---|---|---|---|---|---|---|
| 11340 WEMBLEY RD | | | | RO | | 796H3 | |

| Caller Name | | Patrol Zone | Telephone | | Tower ID | Jurisdiction | Tract |
|---|---|---|---|---|---|---|---|
| HUMPHRIES, SAGE | | 06 | 714-287-2693 | | - - | OCSD | RO |

| ☐ Images | ☐ Medical | ☐ Hazard | ☒ Previous | ☐ DR Issued in Error |
|---|---|---|---|---|

| ALI Time | Call Rec'd | Xmit | Dispatch | Enroute | OnScene | Departed | Arrived | Comp | Unit |
|---|---|---|---|---|---|---|---|---|---|
| 11:21:32 | 11:22:59 | 11:23:59 | 11:23:59 | 11:23:59 | 12:27:09 | | | 14:57:52 | 1a06 |

**Narrative**

[07/22/2017 14:57:52 : pos1 : HixsonC]
[Cleared with unit 1A06]

[07/22/2017 14:57:00 : MOB : 1a06]
OTHER DEPUTIES HAVE BEEN DISPATCHED TO THE HOUSE REFERENCE SIMILAR CALLS AND THE CALLS WERE UNFOUNDED.

[07/22/2017 14:54:54 : MOB : 1a06]
INF STATES HER DAD ALLOWS HER TO USE THE PHONE BY PERMISSION ONLY, AND HAS SAVED ALL COMMUNICATIONS ON THE PHONE. INF IS WILLINGLY COMMUNICATING WITH THEM ON HER BROTHERS PHONE WHEN SHE DOES NOT HAVE HER DADS PHONE.

[07/22/2017 14:52:19 : MOB : 1a06]
WHEN SHE RETURNS TO BOSTON. SHE HAS BEEN IN CONSTANT COMMUNICATION WITH THE COUPLE WHILE HERE IN ROSSMOOR. SHE ALLOWED ME TO VIEW HER TEXT MESSAGES WITH THEM AND THE MESSAGES WERE INCONSISTANT WITH THE STATEMENTS SHE MADE IN THE INTERVIEW. THE INF IS 19, IMPRESSIONABLE, AND WAS ABLE TO WALK AWAY OR LEAVE THE RELATIONSHIP AT ANY TIME AND CHOSE TO STAY IN IT. TE CRIMES WERE UNFOUNDED AND THE FATHER STATED THEY ARE IN THE PROCESS OF ATTEMPTING TO OBTAIN RESTRAINING ORDERS IN BOSTON.

[07/22/2017 14:48:22 : MOB : 1a06]
FATHER STATED HE CONTACTED BOSTON PD A COUPLE OF MONTHS AGO TO RELAY THE INFORMATION AND THEY ADVISED HIM WHEN THEIR DAUGHTER IS READY TO SPEAK WITH THEM, THEY WILL LOOK INTO  IT. INF IS RETURNING TO BOSTON IN A COUPLE OF WEEKS FOR WORK AND WAS PLANNING ON TELLING BOSTON PD ABOUT THE RELATIONSHIP.

[07/22/2017 14:47:11 : MOB : 1a06]
THE 422 WAS UNFOUNDED BASED ON THE INTERVIEW. THE STATEMENTS MADE ON SNAPCHAT WERE INTERPRETED AS SEXUAL IN NATURE AND NOT IMPLIED TO MEAN GREAT BODILY INJURY OR DEATH. THE SEXUAL RELATIONS INCLUDED 'BONDAGE' TYPE ROLE PLAYING AND SHE BELIEVED THE STATEMENT WAS REFERENCE TO 'BONDAGE'

[07/22/2017 14:45:38 : MOB : 1a06]
CONTACTED INF WHO STATED SHE IS A BALLET DANCER IN BOSTON WHO BEFRIENDED A COUPLE ( MITCHELL TAYLOR MOORE AND DUSTY RACHEL BUTTON) ASSOCIATED WITH THE DANCE COMPANY SHE WORKED FOR. SHE WILLINGLY STAYED AT THERE APPARTMENT MOST OF THE TIME, CONSENTED TO ENGAGING IN AN OPEN ROMANTIC RELATIONSHIP WITH THEM, HAD CONSENSUAL INTIMATE RELATIONS WITH THEM FOR A FEW MONTHS. 261 WAS UNFOUNDED BASED ON  THE INTERVIEW.

Page 1 of 4

4

















[redacted]

HS [redacted]

[redacted]

+1 (562) 756-1603 5/25/17
You need to see that flight, proof of it – And when it was b...

[redacted]

[redacted]
Attachment: 1 image

2 Accounts
Offline

To: +1 [redacted]

Details

I have been since the beginning too Tay.. I'm sorry I haven't given you what you deserve. I'm so far in love with you I could never go back

This is exactly what I need

This that you are doing

Im yours

I know what you need

I am capable of giving you everything you need

And want to be that person forever

I love you

I'm yours baby

All yours

Thats why I am so in love with you, thank you for this

I am so in love with you Taylor

Thank you for showing me grace and mercy and what love really means

I will do this for you

You have all of me still I promise

Always will

I know and I believe you

Everything is feeling super equal now.. so it makes me ask... do you feel weird touching or kissing me when she's not there?

?

Not at all I need that, I need that privacy – I am just not down with you having it with anyone else

I understand that clearly now and don't want it with anyone but you. I need it too and am running on empty

Coming right up then

5/18/17, 4:37 PM

iMessage

[redacted]

[redacted]

[redacted]

[redacted]

HS [redacted]

[redacted]

+1 (562) 756-1603 6/25/17
You need to see that flight, proof of it – And when it was b...

+1 (714) 287-2693,... 5/16/17
[redacted]

[redacted]

[redacted] 5/5/17
Attachment: 1 image

2 Accounts
Offline

To: +1 [redacted]

Details

I'm okay I love you

I won't... but I can't be ok because I want your heart to be ok

I love you more than anything/ anyone

I want you to remember the girl who ran down to the basement to be with you

I will never forget her

I know she is you and you are her

Be mine

I love you

I will be yours

That is who I am

You are who I love

Every time I touch you under the table

Ever glance

*every

Don't forget last night

And don't forget sitting with me at my house

And all the times we have been together

You have made me fall deeper in love with you than anyone ever can do in my life

This is all I think about and am consumed with

Love me

I will love you forever

Please touch me again

Look me in the eyes

Because I need your soul

I want us to be more in love

And grow through this together

I will be all of that and give you all of that

Will never forget either

iMessage

[redacted]
HS
+1 [redacted] 5/25/17
You [redacted] ight,
proof of it - And when it was b...
[redacted] 5/5/17
Attachment: 1 Image
2 Accounts
Offline
To: +1 [redacted]
Details
This is it.. like really... for me I know in my heart
You are mine
I can't lose the other half of me
You never will
You literally complete my heart
Im yours
YOURS ALONE
I want that
Thank you
I need you like that
I can't go backwards
I'm so sorry for the pain I've caused you
Dont then
Its okay I love you
I won't... but I can't be ok because I want your heart to be ok
I love you more than anything/ anyone
I want you to remember the girl who ran down to the basement to be with you
I will never forget her
I know she is you and you are her
Be mine
I love you
I will be yours
That is who I am
You are who I love
Every time I touch you under the table
Ever glance
*every
iMessage

[redacted]
7/13/17
7/2/17
6/5/17
5/29/17
is one
want t...
HS
5/27/17
e if it
grief
5/25/17
e every
you a...
5/25/17
ht,
was b...
5/16/17
should
racki...
5/6/17
5/5/17
2 Accounts
Offline
To: Dussy Burr, +1 [redacted]
Details
Walking away from you was so hard
We love you so much and in the morning will have a long message of feelings for you to read at work
Dussy Burr
We are so in love with you
+1 [redacted]
I'm so in love with you both
Sitting across from you staring at you both
Ugh
We will put everything into one to send you in the morning but before you cant message we want to make sure that you know Sunday, we want to hold you all day and night
Always our girl?
+1 [redacted]
Always your girl
I'm yours
Forever
We are yours, I am and Dusty is, forever
+1 [redacted]
I can't picture a life without you both
We want to take care of you Sunday
+1 [redacted]
I want us to have kids
Like I'm not joking
I can see it's
Dussy Burr
Those eyes though - we were both saying.. you are so beautiful
+1 [redacted]
*it
Seeing you exit the building tonight without being able to be open was so hard, and we want the same -
Kids, would be lucky to have the love that the 3 of us could offer them
iMessage

[redacted]
2 Accounts
Offline
To: Dussy Burr, +1[redacted]
Details
doing this for Sage
Dussy Burr
Oh boy that's fun lol
She loves you
actually upsetting to feel like I have to convince someone – and do so on a weekend where I felt shut out
Dussy Burr
I'm sorry baby
Sorry one sec I'm taking dogs
[redacted]
Sorry didn't mean to call I know you're working
Okay
I didnt get a call?
[redacted]
I started and then hung up
I don't know why this gives me anxiety
But it's the one trigger that stresses me out more than anything
But you're the best boyfriend
I don't know how to thank you and dusty for being so good to me and caring
Because I hate throwing this on you
Knowing it makes you upset
Me going to your house gives you anxiety?
[redacted]
I hate it and I'm sorry... but at the same time makes me love you so much
No not you actually going to my house; but my family
Okay well it's my job to make you guys happy, so whatever it takes
[redacted]
You lift stresses off of my shoulders, care more than anyone else, and make me feel so loved and happy
iMessage

HS

[redacted]

To: Dussy Burr, +1 [redacted]

Details

5/6/17, 5:51 AM

+1 [redacted]

To the loves of my life,
I'm finally in bed. I cleaned up all of everything and am ready for her to come in now.
I just want you both to know, that leaving this morning felt like torture.
I know with all of my heart where I'm supposed to be, and it's with you. I want to show you how dedicated I am, and I want to show you that I can be trusted. You have given me so much, and have selflessly poured your hearts into me. I am forever grateful for that love, for the time, and for your two amazing people. I am lucky, and I want you both to feel how much I value this relationship. I won't leave you, I won't compromise. I am yours.

For you two ***

Thank you for everything. Your patience, graciousness, and sacrifice is not unnoticed. I won't let you down anymore

I love you taylor, and I love you Dusty

iMessage

2 Accounts
Offline

HS
[redacted]
2 Accounts
Offline
To: Dussy Burr, +1[redacted]3
Details
+1 [redacted]
Hold on I'm reading all of these right now
Dussy Burr
I'm starting reh now I love you both
[redacted]
I love you too dusty
I love you burr I am off the phone now
+1[redacted]
I just want you both to know that you have me 100%... I would do anything for either one of you. There's so much I want to put into this, and I get so much out of making you both happy. I guess I just never wanted to feel like I took away anything from your individual relationship. Which is why I initially didn't want to say anything last night because I don't want you to think twice about doing anything that would be normal around me.
I guess because everything leading up to that moment last night was so exciting, that I just felt let down..
I guess I wanted that normal "relationship" feeling of sex, just because it felt like the next natural step.
I don't feel like I have held anything back at all during this relationship with either one of you.. if I want to do something I feel comfortable enough now to just do it.. all I want is to be a positive addition to your team. I think because you both have built such a solid life together sometimes I feel like I might disrupt the balance.
It is the next natural step, just as natural as your feelings last night - We made a mistake and I feel that it is verbally corrected and will be physically corrected as well but that doesn't change what happened and we both are extremely sorry to have let you down because all we want to do is impress you and be the best at everything you experience above anyone else in your past. You are nothing but a positive addition to this relationship and have never once taken away from it. You have disrupted the balance, but in a good way - You picked us up and because of that balance needs to be disrupted sometimes. We love you, and you have 100% of us...always will, there aren't two teams here - It's one love
[redacted]
I know you both love me...
But I am completely falling in love with both of you.
So It's hard to feel like I can truly let go and fall... especially when those two people are already in love
Why do you feel you can't let go? Do you not think we will catch you? We all have the same intentions and I know that we all share the same feelings
I also feel impressed, and respect that you just typed that out
iMessage

```
 1    BY MR. MAHONEY:
 2    Q.   When you wrote the next line, They want to
 3    take everything away from me, what were you
 4    referring to?
 5    A.   I was referring to my, you know, supposed
 6    relationship with them, but that was it.
 7    Q.   And you wrote, I am distraught.
 8              What did you mean by that?
 9    A.   I'm -- I was distraught because I was kind of
10    in a rock and a hard place.
11              I didn't know how to get out of the
12    relationship.
13              I also didn't know how to, you know,
14    handle everybody talking to me about the
15    relationship, not approving of the relationship.
16              It was -- I was in a distraught scenario
17    where a lot of pressure was put on me to make a
18    decision.
19    Q.   Make a decision to do what, Ms. Humphries?
20    A.   To either end the relationship or, you know,
21    continue with it and risk my job, family,
22    friends, everything that I ever knew.
23    Q.   So on July 7th, would it be fair to say
24    that you had not made a decision yet as to
25    whether or not you were going to end the
```

LMP Court Reporting  -  (508) 641-5801

PL-0001181

1-42

1  come to Boston and were taking you back to

2  California, did you tell them that your parents

3  were taking you back to California to have an

4  exorcism?

5  A.   I did not tell them that I was having an

6  exorcism.

7       I told them that in the airport my mom had

8  placed hands-on me and was praying for me; and I

9  was exaggerating, you know, what had happened.

10      But I certainly never said that I was

11 going to get an exorcism.

12      But I may have just exaggerated that, you

13 know, it was somewhat like an exorcism.

14      She just was praying for me.  There's

15 nothing wrong with that.

16 Q.   So you're capable of exaggeration?

17 A.   I would say that I am -- you know, the things

18 that I would say in messages to them were for the

19 purpose of appeasing them.  No other purpose.

20      It was -- it was fear.  I said things out

21 of, you know, wanting to just make everything

22 okay.

23      I don't like confrontation.  They know I

24 don't like confrontation.

25      But I certainly will stand up for myself


LMP Court Reporting  -  (508) 641-5801

PL-0001203

17·01· RU ·182          17 RO 182

## AFFIDAVIT OF SAGE HUMPHRIES

On or about August 16, 2016, at age 18, I moved away from my family from Southern California to dance under contract with the Ballet. I moved into an apartment in the city with another dancer who eventually moved out in December 2016.

In January of 2017, I became friends with Dusty Button, who was at the time, a veteran principal dancer with the Ballet; 27 years old and married to Mitchell Taylor Moore, aka Taylor Button, 32 years old.

After ending a year-long relationship I had been in with another man from California, I began spending all of my free time with Dusty and/or Taylor. After only a couple weeks of friendship, I was convinced to spend more nights at Dusty and Taylor's apartment (45 minutes away in Somerville), than at my own apartment that was within walking distance of the Ballet.

In the months to follow, Dusty and Taylor would constantly supply me with a bounty of alcohol and Marijuana. Taylor claimed he wanted to, "help," me with my career, like he did his wife's, and soon took ownership of my Instagram, while simultaneously downloading all of my email, phone, and Icloud information.

Taylor soon began to dictate what I could and could not post. Dusty and Taylor began to seriously influence my opinions of those around me, my values, and my beliefs. I was soon discouraged from having any personal relationship with my family members, close friends and even colleagues at the ballet.

In the beginning of March 2017, Taylor began to come on to me very strongly. He told me that he wanted to be closer to me on a physical level although he was married to Dusty. He craved touch, and platonic friendship was not enough for him. I told him that Dusty was my best friend and that I felt uncomfortable with any romantic involvement. After I had made my position clear, he told me he would, "honor my request," because he wanted to be in my life. However, it became apparent to me that he would not honor my request.

Taylor began to touch me underneath the covers when the three of us would go to bed. I felt completely frozen because his wife was laying on the other side of him and I couldn't make a sound. This became a nightly ritual; Dusty would, "fall asleep," and he would begin to touch me.

He soon took it further, seizing an opportunity while Dusty was on a business trip, to begin having sexual relations with me. He told me to, "trust him," because he knew what he was doing. I felt extraordinarily guilty because Dusty was not aware of what was happening. However, Taylor would assure me that Dusty was, "OK," with the situation and would actually welcome it.

At the end of April 2017, Dusty and Taylor said I was their "girlfriend" and started to push odd sexual acts on me. Dusty and Taylor would constantly supply me with a bounty of alcohol and Marijuana. If I didn't want to drink, Taylor would say he would "funnel" drinks down my throat. I was officially their property, and they could order me around as they pleased.

If there was an argument; Dusty and Taylor manipulated me into believing that their marriage depended upon me and without me they would get a divorce. I soon found myself in a situation that I could no longer control and I was under the influence of their mind control, drugs and alcohol constantly.

There was one instance at the end of April 2017 where Dusty and Taylor blindfolded me with a latex mask, tied me to their living room table, and had sex right next to me. I felt used and helpless as I was unable to move, speak or see.

Shortly after there was another instance when Dusty and Taylor had gotten in a fight about me. I tried to take a shower by myself in an attempt to unwind from the verbal abuse and chaos I had just witnessed. Taylor came into the shower, bent me over and forced himself on me. I went limp, started crying and felt used and abused in that moment.

On or about May 22, 2017, Dusty Button was terminated from the Ballet company. My parents had become very concerned about me as they recognized my attitude had changed and I was no longer making decisions for myself. On May 24, 2017, my parents arrived in Boston to see me but Taylor and Dusty did not tolerate me spending any time with my parents.

On May 25, my parents showed up at the Ballet to help me get away from Dusty and Taylor because they were no longer allowed at the ballet and I would be alone. I remember going to the airport and Dusty yelling at me on the phone and ordering me not to get on any plane with my parents. Taylor was also yelling for me to read the plane tickets to see when they were purchased and to verify a return flight or else I couldn't get on a plane with my parents.

On May 25, 2017, I flew home to Southern California with my parents and I have not returned to Boston.

Taylor has verbally threatened many times to hurt anyone that got in the way of anything he loved. He threatened to slash my ex-boyfriend's throat. He threatened to beat up my father. I believe Taylor deleted messages from my phone by remote access from May 25 to around May 27, 2017.

On May 27, 2017, Taylor and Dusty began to search for friends that I may have in Southern California and even asked one friend to drive many miles to my parent's home to stalk me because I had been, "Kidnaped." My friend watched my home for Taylor and Dusty, but soon saw the deception and shared the information with me and my parents.

I know Taylor and Dusty traveled from Boston to Los Angeles after my last day in Boston, May 25, 2017, to stalk me.

I now know that Taylor had downloaded all of my private electronic information on my cell phone and that he could actually remotely search my cell phone and my accounts.

I believe that Taylor deleted information from my phone the day my parents took me home from Boston. I believe that Taylor and Dusty then flew to Southern California themselves in an attempt to get me. My parents called 911 in Southern California and officers responded.

I know that Taylor and Dusty wanted to take me out of the country this summer and had every detail planned for my life. They told me that a life with them would be full of freedom, but I now realize that it was just the opposite.

I know Taylor and Dusty have a violent side to them and that their apartment in Boston has multiple semi automatic weapons and hand guns hanging in their gun room. Taylor has bragged often to me that he can interchange the parts of these guns. Taylor also has many knives.

In the beginning of July, 2017, Taylor has threatened to kidnap me, throw me in the back of his car, take me to a rented warehouse that he got in advance, suspend me from the ceiling, fuck me until I was uncomfortable, and put a cloth over my mouth to make me pass out.

On or about July 18 or 19th, Dusty appeared in an interview that was previously recorded of her in Australia a few weeks prior where she said the "warehouse" is in place. Dusty communicated to me before I viewed the video that she wore a special shirt for me and I think she wanted me to be intimidated by the subliminal message. Dusty and Taylor enjoy using social media to harass and intimidate whenever possible.

From July 25 thru July 27, 2017, Dusty and Taylor have been in Los Angeles stalking me.

I believe Dusty and Taylor would lash out and try to harm me or my family, if any of us were to be in contact with them.

I plan to return to Boston Ballet to dance, but I do not want to put my safety at risk, as well as those around me.

I also since learned, that I am not the only young dancer who has been victimized by Taylor and Dusty; and that the methods in which they lured me in seems to be a pattern.

I declare under penalty of perjury that all statements of fact made above are true to the best of my knowledge.


Dated: 8-1-17          Plaintiff's Signature: _____

Witnessed by: _____    Print name of witness: _____















Optus AU
7:32 AM
Sage Nicole Humphries
SAGE
Tay, my parents are freaking out. They heard my song and immediately jumped to the conclusion we have been communicating. They want to take away everything from me again. I am distraught. They cannot take away my feelings for you and dusty, so just always know that. They don't know I have been using Snapchat, so at least I still have a slight edge. This is the worst day, after the best day of my life. Somehow my parents know exactly how to crush anything I build up. I am not a child, and ultimately I will do what I want. I just need to know that it might be a while, and that I
Send a chat
You
Hey
Q W E R T Y U I O P
A S D F G H J K L

IMG_5238.MOV Info
IMG_5238.MOV
2.6 MB
Modified: Friday, July 7, 2017 at 7:32 AM
Add Tags...
General:
Kind: QuickTime movie
Size: 2,641,117 bytes (2.7 MB on disk)
Where: NO NAME ▸ PROOF ▸ PRIORITY VIDEOS
Created: Friday, July 7, 2017 at 7:32 AM
Modified: Friday, July 7, 2017 at 7:32 AM
Stationery pad
Locked
More Info:
Name & Extension:
Comments:
Open with:
Preview:
Optus AU
7:32 AM
Sage Nicole Humphries
SAGE
Tay, my parents are freaking out. They heard my song and immediately jumped to the conclusion we have been communicating. They want to take away everything from me again. I am distraught. They cannot take away my feelings for you and dusty, so just always know that. They don't know I have been using Snapchat, so at least I still have a slight edge. This is the worst day, after the best day of my life. Somehow my parents know exactly how to crush anything I build up. I am not a child, and ultimately I will do what I want. I just need to know that it might be a while, and that I

**Sage Nicole Humphries**

dusty, so just always know that. They don't know I have been using Snapchat, so at least I still have a slight edge. This is the worst day, after the best day of my life. Somehow my parents know exactly how to crush anything I build up. I am not a child, and ultimately I will do what I want. I just need to know that it might be a while, and that I need you right now. Please call when you can, I love you and dusty forever.

I will have this phone at least for the hour

So try to respond

Please

I know it's so early



+1 ███████ Mom ☐                          May 17, 2017 08:07:08

They are not your masters

+1 ███████ Mom ☐                          May 17, 2017 08:08:16

I don't know what control

+1 ███████ Mom ☐                          May 17, 2017 08:08:32

I'm pretty sure this is a threesome

+1 ███████ Mom ☐                          May 17, 2017 08:08:41

And I'm completely weirded out by all of it

+1 ███████ Mom ☐                          May 17, 2017 08:10:48

You've known them 3 months

+1 ███████ Mom ☐                          May 17, 2017 08:14:02

I love you sage but this situation is destructive to you

+1 ███████ Mom ☐                          May 17, 2017 08:14:12

And not healthy

+1 ███████ Sage Nicole Humphries          May 17, 2017 08:15:18

1) dusty is texting you regarding what you said about her to dr k



**□3 Sage Nicole Humphries** — May 17, 2017 08:15:37
2) you are paranoid and sound crazy regarding this relationship

**+1 □3 Mom □** — May 17, 2017 08:15:44
It is weird sage

**□3 Sage Nicole Humphries** — May 17, 2017 08:15:47
3) this is my choice

**+1 □3 Mom □** — May 17, 2017 08:15:55
Sage

**□3 Nicole Humphries** — May 17, 2017 08:15:58
4) my life my summer

**+1 □3 Mom □** — May 17, 2017 08:16:02
I love you with all my heart

**□3 Sage Nicole Humphries** — May 17, 2017 08:16:28
Nobody is controlling my life, you are the only person trying to do so



1 (5█████████3

Mon, May 29, 4:54 AM

Dusty and Taylor

I have asked you to leave Sage and our family alone, Yet you contact her friends and stalk our home. Restraining orders are being filed.

If you continue to pursue my daughter we will go public to the media to expose your predatory behavior to ensure there are no other victims, and we will prosecute you to the full extent of the law
We also have evidence of the hacking of her phone
She knows about ALL of your previous relationships,  as well as dusty's firing from the Birmingham ballet
She no longer wishes to associate with either of you .
We will notify you when I will come to retrieve my personal belongings from your house that were in Sages use (computer, piano,clothes  ) and I will be escorted by the Boston police.

Mike Humphries

4:54 AM

      Text Message    





Optus AU
11:34 PM
35%
Sage Nicole Humphries
SAGE
Thank you baby, I like talking to you first thing.. all is fine. I'm sorry I couldn't talk sooner yesterday
I had to go to therapy
They had me talk to this lawyer
And I got really upset and left
Also; it's 6:30 so I don't know when anyone will wake up
ME
About what and why?
Send a chat
IMG_5408.MOV Info
IMG_5408.MOV
2.9 MB
Modified: Friday, July 14, 2017 at 11:34 PM
Add Tags...
General:
Kind: QuickTime movie
Size: 2,945,667 bytes (2.9 MB on disk)
Where: NO NAME ▸ PROOF ▸ DUSTY & TAYLOR ▸ VIDEO ▸ SNAPCHAT VIDEO
Created: Friday, July 14, 2017 at 11:34 PM
Modified: Friday, July 14, 2017 at 11:34 PM
Stationery pad
Locked
More Info:
Name & Extension:
Comments:
Open with:
Preview:

Optus AU
9:49 AM
94%
Sage Nicole Humphries
Don't worry - If you don't get to talk for any time - no matter how long love, we understand and will pick up where we left off
Will the chill for you again?
It's a song, songs use metaphors - it doesn't have to mean anything literal
SAGE
I know they pressured me though
Wouldn't let me leave to work
Give me the keys
Or my phone for music
I was so upset
IMG_0570.MOV Info
IMG_0570.MOV
151.1 MB
Modified: Friday, July 7, 2017 at 9:49 AM
Add Tags...
General:
Kind: QuickTime movie
Size: 151,113,702 bytes (151.1 MB on disk)
Where: NO NAME ▸ PROOF ▸ DUSTY & TAYLOR ▸ VIDEO ▸ SNAPCHAT VIDEO
Created: Friday, July 7, 2017 at 9:49 AM
Modified: Friday, July 7, 2017 at 9:49 AM
Stationery pad
Locked
More Info:
Name & Extension:
Comments:
Open with:
Preview:

1-25

1    10th?

2    A.   Yes, I was.

3         They had sent messages in the previous

4    days that were quite terrifying.

5         And when all of that was going through my

6    mind when I had the decision whether or not to

7    leave the voicemail, I ultimately decided that I

8    wanted to take the first step in regaining my

9    freedom back.

10        And that was the first step.

11   Q.   Isn't it true that you had sent them a

12   message through Snapchat informing them that on

13   July 10th you would leave them a fake voicemail

14   breaking up with them in order to satisfy your

15   parents?

16   A.   I said it would be fake.

17   Q    So you said -- you indicated to the Buttons

18   that this message that you would be sending or

19   leaving on -- on July 10th would, in fact, be a

20   fake message?

21   A.   Even if it was to be a fake message, they

22   didn't want me to send it, regardless.

23   Q.   Okay.  But you warned them ahead of time

24   you'd be leaving a fake message; is that correct?

25   A.   I did.































IMG_5265.MOV Info

**IMG_5265.MOV** 309.7 MB
Modified: Saturday, July 8, 2017 at 4:23 PM

Add Tags...

▼ General:

Kind: QuickTime movie
Size: 309,677,916 bytes (309.7 MB on disk)
Where: NO NAME ▸ PROOF ▸ PRIORITY VIDEOS
Created: Saturday, July 8, 2017 at 4:23 PM
Modified: Saturday, July 8, 2017 at 4:23 PM
☐ Stationery pad
☐ Locked

▶ More Info:
▶ Name & Extension:
▶ Comments:
▶ Open with:
▼ Preview:

Sage Nicole Humphries

I want to kiss you everywhere
Come onnnn
I love you

▢ Press and hold to replay

**SAGE**

Taylor, good morning darling. There is nothing in this world I want more than to wake up in your arms. Turn over and kiss your face...
You are such an honest love, and have such a beautiful heart. I value it more than gold
I hope you wake up in good spirits and feel me with you today



































Search
●○○○○ Optus AU
12:58 PM
83%
Sage Nicole Humphries
TODAY
SAGE
It's Michael's bday
He's having a party at the house and I'm the supervisor lol
So I have the phone
I need you both
Have been thinking about you all day
I want you to know I am serious about leaving my house ... also serious about you coming to get me
Send a chat
I
You
Hey
Q W E R T Y U I O P
A S D F G H J K L
Z X C V B N M
123
space
Send
IMG_0699.PNG
Modified: Sunday, July 9, 2017 at 12:58 PM
Add Tags...
General:
Kind: Portable Network Graphics image
Size: 320,770 bytes (328 KB on disk)
Where: NO NAME ▸ PROOF ▸ DUSTY & TAYLOR ▸ IMAGES ▸ SNAPCHAT SCREENSHOTS
Created: Sunday, July 9, 2017 at 12:58 PM
Modified: Sunday, July 9, 2017 at 12:58 PM
Stationery pad
Locked
More Info:
Name & Extension:
Comments:
Open with:
Preview:
Sage Nicole Humphries
SAGE
It's Michael's bday
He's having a party at the house and I'm the supervisor lol
So I have the phone
I need you both
Have been thinking about you all day
I want you to know I am serious about leaving my house ... also serious about you coming to get me
You
Hey
Q W E R T Y U I O P
A S D F G H J K L

●●●●○ Optus AU
2:16 PM
69%
Sage Nicole Humphries
Ok say that again
God
That made me so happy
Baby
Baby
Fucking claim me
Because I'm yours
Come get me
And take me away in your arms
Kiss me hard
Tap to view
I will baby
"baby"
babysit
space
Send
IMG_0732.PNG
Modified: Sunday, July 9, 2017 at 2:16 PM
300 KB
Add Tags...
General:
Kind: Portable Network Graphics image
Size: 300,069 bytes (328 KB on disk)
Where: NO NAME ▸ PROOF ▸ DUSTY & TAYLOR ▸ IMAGES ▸ SNAPCHAT SCREENSHOTS
Created: Sunday, July 9, 2017 at 2:16 PM
Modified: Sunday, July 9, 2017 at 2:16 PM
Stationery pad
Locked
More Info:
Name & Extension:
Comments:
Open with:
Preview:

180A0736.JPG
Sage Nicole Humphries
Baby
I want you to know I love you
And hold you in my heart wherever I go
Taylor you have been like a best friend to me
But my love for you has always been right there
in your eyes
I love your mind, and your sensitive spirit
You are a partner to me like none other
And I miss your touch every day
Hey
Okay
Q W E R T Y U I O P
Optus AU
10:16 PM
65%
Sage Nicole Humphries
SAGE
Hello my love
SAGE
I don't know if you will get these messages
before morning when I can't respond anymore
I want you to think of me, and know how much I
love you
Dusty you are beautiful to me
My best friend, and such a light to my world
Thank you for being such a joy and inspiration to
me
You are so so special
180A0736.JPG Info
180A0736.JPG
3.6 MB
Modified: Sunday, July 2, 2017 at 8:18 AM
Add Tags...
General:
Kind: JPEG image
Size: 3,592,903 bytes (3.6 MB on disk)
Where: NO NAME ▸ PROOF ▸ DUSTY & TAYLOR ▸ IMAGES ▸ SNAPCHAT SCREENSHOTS
Created: Sunday, July 2, 2017 at 8:18 AM
Modified: Sunday, July 2, 2017 at 8:18 AM
Stationery pad
Locked
More Info:
Name & Extension:
Comments:
Open with:
Preview:
Sharing & Permissions:
You can read and write

Optus AU
9:19 PM
89%
Sage Nicole Humphries
SAGE
TODAY
Hi
I don't know if you will be able to respond before
I can't talk anymore
But know I love you so much Taylor
I hope you got my song today
I wrote it because you called me angel
And it's stayed in my mind
Stay beautiful darling, miss your voice, face, everything
You constantly inspire my every day life
And missing you is torture
Send a chat

IMG_5155.MOV Info
IMG_5155.MOV
3.7 MB
Modified: Monday, July 3, 2017 at 9:19 PM
Add Tags...
General:
Kind: QuickTime movie
Size: 3,697,949 bytes (3.7 MB on disk)
Where: NO NAME ▸ PROOF ▸ DUSTY & TAYLOR ▸ VIDEO ▸ SNAPCHAT VIDEO
Created: Monday, July 3, 2017 at 9:19 PM
Modified: Monday, July 3, 2017 at 9:19 PM
Stationery pad
Locked
More Info:
Name & Extension:
Comments:
Open with:
Preview:
Optus AU
9:19 PM
Sage Nicole Humphries
SAGE
Hi
I don't know if you will be able to respond before
I can't talk anymore
But know I love you so much Taylor
I hope you got my song today
I wrote it because you called me angel
And it's stayed in my mind
Stay beautiful darling, miss your voice, face, everything
You constantly inspire my every day life
And missing you is torture

IMG_0461.MOV Info

**IMG_0461.MOV** 58.9 MB
Modified: Tuesday, July 4, 2017 at 10:34 PM

Add Tags...

▼ General:

Kind: QuickTime movie
Size: 58,882,781 bytes (58.9 MB on disk)
Where: NO NAME ▸ PROOF ▸ DUSTY & TAYLOR ▸ VIDEO ▸ SNAPCHAT VIDEO
Created: Tuesday, July 4, 2017 at 10:34 PM
Modified: Tuesday, July 4, 2017 at 10:34 PM
☐ Stationery pad
☐ Locked

▸ More Info:
▸ Name & Extension:
▸ Comments:
▸ Open with:
▼ Preview:

IMG_0572.MOV Info

**IMG_0572.MOV** 96.6 MB
Modified: Friday, July 7, 2017 at 9:53 AM

Add Tags...

▼ General:

Kind: QuickTime movie
Size: 96,599,734 bytes (96.6 MB on disk)
Where: NO NAME ▸ PROOF ▸ DUSTY & TAYLOR ▸ VIDEO ▸ SNAPCHAT VIDEO
Created: Friday, July 7, 2017 at 9:53 AM
Modified: Friday, July 7, 2017 at 9:53 AM
☐ Stationery pad
☐ Locked

▶ More Info:
▶ Name & Extension:
▶ Comments:
▶ Open with:
▼ Preview:

Optus AU
8:51 PM
24%
Sage Nicole Humphries
Okay, we will do that for you. But know that we miss you and love you
SAGE
I know that
I know that ...
ME
And no it's not the same
SAGE
Nothing will ever be the same baby
But we are handling this the best we can right?
I touch myself and remember your touch
I won't ever forget
ME
That's right.. and as long as you know that we are
still yours and
autiful..
I hope that
we are always what you
want
yours, it's important to us
always will be our baby
I am yours too
dusty and Taylor
will work through all of this!
IMG_9812.MOV Info
IMG_9812.MOV
479.9 MB
Modified: Friday, June 23, 2017 at 8:51 PM
Add Tags...
General:
Kind: QuickTime movie
Size: 479,938,948 bytes (480 MB on disk)
Where: NO NAME ▸ PROOF ▸ DUSTY & TAYLOR ▸ VIDEO ▸ SNAPCHAT VIDEO
Created: Friday, June 23, 2017 at 8:51 PM
Modified: Friday, June 23, 2017 at 8:51 PM
Stationery pad
Locked
More Info:
Name & Extension:
Comments:
Open with:
Preview:
Sage Nicole Humphries
Just know that
SAGE
Goodnight now
I love you both
ME
You always have us
SAGE
ME
Goodnight baby

Optus AU
8:51 PM
23%
Sage Nicole Humphries
We would never have changed our life course for anyone or anything else
Because there is no one like you
SAGE
I believe that's how god made you and Taylor as well
I see the most beautiful souls
In those private moments with you both
I am so lucky to have seen something like that
An openness
A venerability
A willingness to let me in
I know how few people see that
So I'm one of the few who understand
ME
In every relationship it's a must, to ask someone's permission if they will be that for you, not just assume or expect it. And that's true..
id above
anything I have ever
d I love your perspective on it
ne saw, it wouldn't be special
e would be a lot of triangles all over the
IMG_9812.MOV Info
IMG_9812.MOV
479.9 MB
Modified: Friday, June 23, 2017 at 8:51 PM
Add Tags...
General:
Kind: QuickTime movie
Size: 479,938,948 bytes (480 MB on disk)
Where: NO NAME ▸ PROOF ▸ DUSTY & TAYLOR ▸ VIDEO ▸ SNAPCHAT VIDEO
Created: Friday, June 23, 2017 at 8:51 PM
Modified: Friday, June 23, 2017 at 8:51 PM
Stationery pad
Locked
More Info:
Name & Extension:
Comments:
Open with:
Preview:
Sage Nicole Humphries
Just know that
SAGE
Goodnight now
I love you both
ME
You always have us
SAGE
ME
Goodnight baby

Optus AU
6:34 PM
53%
Sage Nicole Humphries
I find solace in you both
In my memories and in these conversations
It's just an interesting phenomenon when the people around you try to convince you to not be in love
Imagine
ME
For once maybe I don't understand
because I have spent my life makin
tried to convince me to do anything o
what I felt I was meant to do - So that mus
hard
SAGE
I hope my face is still as vivid in your thoughts as
Send a chat
We
You
Q W E R T Y U I O P
A S D F G H J K L
Z X C V B N M
123
space
Send
IMG_0331.MOV Info
IMG_0331.MOV
322.9 MB
Modified: Friday, June 30, 2017 at 6:34 PM
Add Tags...
General:
Kind: QuickTime movie
Size: 322,919,500 bytes (322.9 MB on disk)
Where: NO NAME ▸ PROOF ▸ DUSTY & TAYLOR ▸ VIDEO ▸ SNAPCHAT VIDEO
Created: Friday, June 30, 2017 at 6:34 PM
Modified: Friday, June 30, 2017 at 6:34 PM
Stationery pad
Locked
More Info:
Name & Extension:
Comments:
Open with:
Preview:
Sage Nicole Humphries

| COMPLAINT FOR PROTECTION FROM ABUSE (G.L. c. 209A) Page 1 of 2 | COURT USE ONLY – DOCKET NO. 1701 R0182 | TRIAL COURT OF MASSACHUSETTS |
|---|---|---|

A | ☒ BOSTON MUNICIPAL COURT ☐ DISTRICT COURT ☐ PROBATE & FAMILY COURT ☐ SUPERIOR COURT | DIVISION

**B**

Name of Plaintiff *(person seeking protection)*

Sage Humphries

Name of Defendant *(person accused of abuse)*  Defendant's Alias, if any

Dusty Button
445 Artisan Way #531
Somerville MA

Sex: ☐ M ☒ F

**C**

☒ I am 18 or older.
☐ I am under the age of 18, and

_____
my_____ *(relationship to Plaintiff)*
has filed this complaint for me.
☒ The Defendant is 18 or older.

**G**

The Defendant and Plaintiff:
☐ are currently married to each other
☐ were formerly married to each other
☐ are not married but we are related to each other by blood or marriage; specifically, the Defendant is my

_____
☐ are the parents of one or more children
☐ are not related but live in the same household
☒ were formerly members of the same household
☒ are or were in a dating or engagement relationship.

**D**

To my knowledge, the Defendant possesses the following guns, ammunition, firearms identification card, and/or license to carry: has over fifty guns at home

**E**

Are there any prior or pending court actions in any state or country involving the Plaintiff and the Defendant for divorce, annulment, separate support, legal separation or abuse prevention? ☒ No ☐ Yes  If Yes, give Court, type of case, date, and (if available) docket no.

**H**

Does the Plaintiff have any children under the age of 18?
☒ No ☐ Yes
If Yes, the Plaintiff shall complete the appropriate parts of Page 2.

**I**

On or about (dates) March 2017 onward thru July 2017 I suffered abuse when the Defendant:
☒ attempted to cause me physical harm  ☒ placed me in fear of imminent serious physical harm
☒ caused me physical harm  ☐ caused me to engage in sexual relations by force, threat or duress

**J**

THEREFORE, I ASK THE COURT:

☒ 1. to order the Defendant to stop abusing me by harming, threatening or attempting to harm me physically, or placing me in fear of imminent serious physical harm, or by using force, threat or duress to make me engage in sexual relations.
☒ 2. to order the Defendant not to contact me, unless authorized to do so by the Court.
☒ 3a. to order the Defendant to leave and remain away from my residence: *See Plaintiff Confidential Information Form.*
    If this is an apartment building or other multiple family dwelling, check here ☒
☒ 3b. to order the Defendant to leave and remain away from my workplace: *See Plaintiff Confidential Information Form.*
☐ 3c. to order the Defendant to leave and remain away from my school: *See Plaintiff Confidential Information Form.*
☒ 4a. to order that my residential address not appear on the order.
☐ 4b. to order that my workplace address not appear on the order.
☐ 4c. to order that my school address not appear on the order.
☐ 5. to order the Defendant to pay me $_____ in compensation for the following losses suffered as a direct result of the abuse: _____

_____

☐ 6. to order the Defendant, who has a legal obligation to do so, to pay temporary support to me.
☐ 7. to order the relief requested on Page 2 of this Complaint pertaining to my minor child or children.
☐ 8. to order the following: _____
☒ 9. to order the relief I have requested, except for temporary support for me and/or my child(ren) and for compensation for losses suffered, without advance notice to the Defendant because there is a substantial likelihood of immediate danger of abuse. I understand that if the Court issues such a temporary Order, the Court will schedule a hearing within 10 court business days to determine whether a temporary Order should be continued, and I must appear in Court on that day if I wish the Order to be continued.

DATE 8/11/17   PLAINTIFF'S SIGNATURE X _Sage Humphries_   Please complete affidavit on reverse of this page

This is a request for a civil order to protect the plaintiff from future abuse. The actions of the Defendant may also constitute a crime subject to criminal penalties. For information about filing a criminal complaint, you can talk with the District Attorney's Office for the location where the alleged abuse occurred.

FA-1 (05/15)    **COURT COPY**

Page 148











1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24









Page 196

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24







Page 300



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24



Page 301



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24



1-31



LMP Court Reporting   -   (508) 641-5801











1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24







1-31



LMP Court Reporting  -  (508) 641-5801







