EXHIBIT 8


DANIELLE GUTIERREZ'S MESSAGES TO HER

MOTHER FOLLOWING HER BREAK UP WITH

DEFENDANT MITCHELL TAYLOR BUTTON

DEPOSITION OF DANIELLE GUTIERREZ

THERAPY RECORDS OF DANIELLE

GUTIERREZ

From: lizasdominguez@live.com
To: danielledominguez@live.com
Subject: Re: RE:
Date: Wed, 27 Oct 2010 14:58:05 -0400

Danielle, I know that must tear you up inside. . I know you must be bitter because you
are starting to realize what he has done and taken from you . Like he has done to so
many others and will do to this girl Dusty. Mistakes are inevitable, what is important is
that you finally realize it and your moving forward and in the right direction. My advice
to you is to stay away from anything that involves him. Don't empower him in
anyway. He feeds off of that. Getting back at him would be to totally dismiss and ignore
him. In doing that it will kill him and help you get over him.

I love you

**From:** danielle dominguez

**To:** mom
**Sent:** Wednesday, October 27, 2010 1:03 PM
**Subject:** RE:

You took it completely wrong...i made the comment implying that he talks to himself. like hes crazy and
talks to himself.
I would never make a comment about that.
i swear.
 to say the least...i am bitter...and forever pissed...taylor is now with dusty button...a girl he knew and
was "friends" with before me met me. they spoke whille we were together...i didnt care bc i assumed it
was just friendsship..dunno if he had cheated bc she lives in london...but still not ok.
hes visiting her for thanksgiving.......

From: lizasdominguez@live.com
To: danielledominguez@live.com
Subject:
Date: Wed, 27 Oct 2010 10:13:37 -0400

Hey!!! I think there is something I need to address with you. You made a little comment last night
when I was making conversation with you about dad talking to his friends on the phone like saying
(sure he is talking to his friends) That really upsets me. I know your going thru a rough time and your
negative about a lot of things but what happened between dad and I was upsetting and its taken both
of us a long time to regain trust. We have been married for 22yrs. We were both going through a very
very hard time when dad got side tracked. It was a betrail, but not an affair. At your age I don't think
you can quite understand what we were both going thru at the time. He made a mistake. He took a
friend to happy hour. He talked to her on the phone. I know coming from me you think...Yeah she
doesnt know everything. Belive me I do. If you ever need to talk to dad about it you can. I feel the
need to say this because I know you are talking a lot with Nicole and I am sure she is still going
through a rough time with her parents. God help you if you think ANYTHING like us. Nothing
compares. I hope you are still keeping what happened to us to your self. It is an unusual situation.
Believe all the time I kept trying to read things to help me, there was nothing. It was all about healing
from an affair. Nothing about healing from a friendship that shouldnt have taken place. Anyway! I have

| | |
|---|---|
| From: | danielle dominguez |
| Sent: | Wednesday, November 17, 2010 11:30 AM EST |
| To: | mom |
| Subject: | RE: |

i was so mad.
i love ricky
and ya...supposedly taylor is moving to cali now. its a secret...but i found out. its bc im pushing him out.
HAHHA.
he will die alone.
i have to make my paddle today...wanna make mine?lol


From: lizasdominguez@live.com
To: danielledominguez@live.com
Subject: RE:
Date: Wed, 17 Nov 2010 10:23:24 -0500

Omg !! What a looser!!!
If she is saying your a rip off of Taylor then he is a rip off of that guy who looks like him??
Who knows what they are talking about?? Ricky or Giana.....She is such an idiot . She shouldn't be a
hater just cause she is jealous...and her comments on FB showed that.
Great that you stayed out of it. don't put yourself on there level.
That is awesome that Ricky said all of that. Don't worry!! Your FRIENDS will know the truth. The others
don't exist!

Thank goodness Yvette is there to tell her something. She needs to get a grip!
Thanks for letting me know....One more word of advise!!! Stay off of FB for awhile. Its not worth getting
upset over. Thats is why I don't get on it.. You are 20yrs old and don't need this shit. Especially when it
has to do with Taylor and his followers!! that sounds retarded but true!
Let me know if you want to window shop to get away alittle today. I love you!!
See you tonight at Abuela's

From: danielledominguez@live.com
To: lizasdominguez@live.com
Subject:
Date: Wed, 17 Nov 2010 08:37:10 -0600

so how about ricky posts up a link to my youtube on his facebook telling everyone to watch bc he loves
it.
ppl are posting on it...im saying thanks for watching
then gianna posts up and says  how i need to grow up and so does everyone else on there ....saying
"your choreography" in quotations like i stole it or something.
it caused a huge scene...i know a lot of ppl saw. ricky responded to her the whole time telling her off. i
stayed out of it though....
not cool.
ricky deleted it all off now.
yvette got inthe middle and txted gianna and told her to stop.
just letting you know.

 

omg...i feel like crying....

actually am. thank you so much. ive wanted to talk to you forever...lol even while we were dating.

i wont tell him...i dont really talk to hi anyways. we arent friends on fb to save us from being upset so i doubt he will notice anyways.lol

he always swore he never treated you or his other gfs like he did me.

please dont tell anyone...

but he was abusive.

verbally, emotionally, even physically.- worst i got from him was that he gave me a bloody lip from elbowing me.

we should def face chat...i dunno if i can handle it just right now..im a little upset. but def soon:)

6 PM

 



omg....he lied to me. he said the EXACT same thing...omg omg omg...i really beleived him.

you know exactly how i feel...its horrible...i feel so guilty..i wasnt raised to accept how he treated me.

problem is...i still love him alot. its sad. i wish i didnt:( i would do anything to be over him right now. he ruined my relationship with people sooo close to me. segregated me from them and made me dedicate all my time to him

CONFIDENTIAL

























Page 20





















HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

PL-0002522



HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL







1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25





