EXHIBIT 9

ROSIE DEANGELO'S THERAPY RECORDS

SHOWING SHE STATED SHE WAS NEVER

SEXUALLY ABUSED



HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

PL-0003212

