# EXHIBIT 10

# JANE DOE 2'S THERAPY RECORDS

# DEPOSITION OF JD2



**HIGHLY CONFIDENTIAL**                                                                                                                                     PL-0002201








Page 16












