UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAGE HUMPHRIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MITCHELL TAYLOR BUTTON and DUSTY BUTTON, <br><br> Defendants. | Case No. 2:21-cv-01412-ART-EJY <br><br> **ORDER** |

Pending before the Court is Plaintiffs' Motion to Seal. ECF No. 463. As the party seeking to seal judicial records Plaintiffs must meet their burden of overcoming the strong presumption in favor of access and public policies favoring disclosure. *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006) (holding that those who seek to maintain the secrecy of documents attached to dispositive motions must meet the high threshold of showing that "compelling reasons" support secrecy). Importantly, medical privacy meets the compelling reason standard. *See, e.g.*, *San Ramon Regional Med. Ctr., Inc. v. Principal Life Ins. Co.*, 2011 WL89931, at \*n. 1 (N.D. Cal. Jan. 10, 2011); *Abbey v. Hawaii Employers Mut. Ins. Co.*, 2010 WL4715793, at \*1-2 (D.HI. Nov. 15, 2010); *G. v. Hawaii*, 2010 WL 267483, at \*1-2 (D. Haw. June 25, 2010); *Wilkins v. Ahern*, 2010 WL3755654 (N.D. Cal. Sept. 24, 2010); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1136 (9th Cir. 2003). The Court further finds compliance with orders allowing parties to proceed anonymously as well as the subject matter of the information sought to be sealed meets the compelling standard required.

Accordingly, IT IS HEREBY ORDERED that the Motion to Seal (ECF No. 463) is GRANTED.

IT IS FURTHER ORDERED that the unredacted version of Plaintiffs' Response to Defendants' Motion for Summary Judgment (ECF No. 464) is and will remain sealed.

IT IS FURTHER ORDERED that the following exhibits are and shall remain sealed:

1. Exhibits A, B, C, G, H, I, and J to the Declaration of Sigrid S. McCawley (ECF Nos. 464-1, 2, 3, 4, 5, 6, 7);

2. Exhibit F to the Declaration of Sage Humphries (ECF No. 464-36);

3. Exhibits B, C, E, G, H, I, J, and N to the Declaration of Gina Menichino (ECF Nos. 464-14, 15, 16, 17, 18, 19, 20, 21);

4. Exhibits A and B to the Declaration of Rose Marie DeAngelo (ECF Nos. 464-34, 35);

5. Exhibits A through F to the Declaration of Daniell Gutierrez (ECF Nos. 464-8, 9, 10, 11, 12, 13, 14);

6. Exhibits A, B, C, E, F, H, I, and J to the Declaration of Jane Doe 1 (ECF Nos. 464-22, 23, 24, 25, 26, 27, 28, 29); and

7. Exhibits A, B, C, and D to the Declaration of Jane Doe 2 (ECF Nos. 464-30, 31, 32, 33).

Dated this 28th day of January, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE