BOIES SCHILLER FLEXNER LLP
SIGRID S. MCCAWLEY (admitted *pro hac vice*)
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: 954.356.0011
smccawley@bsfllp.com

BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: 702.382.7300
Facsimilie:702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
SABINA MARIELLA (admitted *pro hac vice*)
LINDSEY RUFF (admitted *pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: 212.446.2300
smariella@bsfllp.com
lruff@bsfllp.com

*Attorneys for Plaintiffs Sage Humphries,*
*Gina Menichino, RoseMarie DeAngelo,*
*Danielle Gutierrez, Jane Doe 1,*
*and Jane Doe 2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 1, and JANE DOE 2<br><br>Plaintiffs,<br><br>v.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON,<br><br>Defendants. | Case Number: 2:21-cv-001412-ART-EJY<br><br>**DECLARATION OF SIGRID S. MCCAWLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF APPLICATION FOR ATTORNEYS' FEES** |

I, Sigrid S. McCawley, declare as follows:

1. I am an attorney and managing partner for the law firm Boies Schiller Flexner LLP, ("Boies Schiller Flexner" or the "Firm"), counsel of record for Plaintiffs in the above-captioned action. I submit this declaration in support of Plaintiffs' Motion for Approval of Application for Attorneys' Fees, in accordance with the Court's February 14, 2025 Order, [ECF No. 479], granting Plaintiffs' request for an award of fees and costs associated with bringing the Motion for Case-Terminating Sanctions, [ECF No. 402 ("Sanctions Motion")], and the Reply in Support of the Motion for Case-Terminating Sanctions, [ECF No. 407 ("Reply")]. I have personal knowledge of the facts set forth herein, and, if called upon, could and would competently testify thereto under oath.

2. Plaintiffs seek fees for the *pro bono* work of the following individuals: attorneys Sigrid McCawley, Sabina Mariella, Lindsey Ruff, and paralegal Olivia McKenzie. Their professional qualifications follow, by way of background.

3. <u>Sigrid McCawley.</u> Ms. McCawley is a Managing Partner of Boies Schiller Flexner, where she helps oversee the work of attorneys throughout the Firm. Ms. McCawley's litigation talents have been nationally recognized. She was named Litigator of the Year by *The American Lawyer*, Lawyer of the Year Finalist by *The American Lawyer*, Top Ten Female Litigator from 2020-2023 by *Benchmark Litigation*, Finalist for Attorney of the Year in Florida by *Daily Business Review*, Most Effective Lawyer in Arbitration by *Daily Business Review*, a Leading Lawyer in America by *Lawdragon*, and a Thought Leader 2021 by *Corporate Counsel*. Ms. McCawley has made appearances on *Netflix*, *Lifetime*, *60 Minutes*, *ABC*, *NBC*, *CBS*, *CNN*, and *Fox*, and her work has been featured in *The New York Times* and *The Wall Street Journal*. She has over 20 years of experience litigating some of the most sophisticated commercial litigation disputes in the country

1
DECLARATION OF SIGRID S. MCCAWLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF APPLICATION FOR ATTORNEYS' FEES

and abroad. Ms. McCawley has particular expertise leading legal teams representing survivors of sexual violence against high profile abusers. For example, she has been a leader in the legal fight on behalf of victims of sex predator Jeffrey Epstein and his co-conspirators. Her pro bono work contributed to the arrest of Jeffrey Epstein, Ghislaine Maxwell, and Jean Luc Brunel, and resulted in a successful resolution of claims for numerous Epstein victims she represents. Recently, Ms. McCawley helped recover $365 million in a class action for Epstein victims against two major financial institutions.

4. <u>Sabina Mariella</u>. Ms. Mariella is a partner at Boies Schiller Flexner. She obtained her J.D. *summa cum laude* from Boston University School of Law. She joined Boies Schiller Flexner after clerking on the Eastern District of Pennsylvania and the U.S. Court of Appeals for the Sixth Circuit and working as an associate in the New York office of another major law firm. Ms. Mariella is an experienced trial lawyer who has successfully litigated multiple complex civil cases in federal courts. For example, Ms. Mariella represented victims of Jeffery Epstein in a class action against two major financial institutions which resulted in unprecedented settlements for the survivors.

5. <u>Lindsey Ruff.</u> Ms. Ruff is an associate at Boies Schiller Flexner. She obtained her J.D. *magna cum laude* from Cornell Law School in 2019 and her bachelor's degree from Bucknell University in 2016. She joined Boies Schiller Flexner immediately after law school. Ms. Ruff advises clients at all stages of litigation in a broad range of practice areas, including on submissions to the Supreme Court. She recently received a distinguished alumni award from Cornell Law School, and she maintains a robust *pro bono* practice, which includes significant experience representing survivors of sexual abuse. Ms. Ruff has been quoted in numerous national publications discussing legal issues affecting survivors of sexual abuse, including the Washington Post and CNN.

6. <u>Olivia McKenzie</u>. Ms. McKenzie was a paralegal at Boies Schiller Flexner. Ms. McKenzie graduated from the University of Michigan in 2022. Ms. McKenzie had more than two years of experience as a paralegal at the Firm.

7. Among other things, the professional qualifications above are provided in support of the hourly rates requested by Plaintiffs, which are as follows: Ms. McCawley's hourly rate is $1,520; Ms. Mariella's hourly rate is $950; Ms. Ruff's hourly rate is $850; and Ms. McKenzie's hourly rate is $350. These are the standard hourly rates charged by the Firm for work performed by these three attorneys, and for work performed by paralegals. These rates are on par with rates charged by peer firms.

8. In further support of the hourly rates requested by Plaintiffs, Boies Schiller Flexner has a track record of spearheading *pro bono* cases of national importance, including cases involving survivors of sexual abuse. The Firm's experience litigating high profile pro bono matters involving complex—and in some cases, novel—legal theories is well known. The Firm devotes the same resources that it does to paying clients to *pro bono* cases, so the fees incurred in this litigation are the same as they would be if the Firm were being compensated by its clients for this work.

9. Exhibit 1 is a spreadsheet enumerating the time records and fees associated with Plaintiffs' Motion for Sanctions, [ECF No. 402], and Plaintiffs' Reply in Support of the Motion for Sanctions, [ECF No. 407]. Exhibit 1 sets forth both Plaintiffs' counsel's (1) actual rates and total fees incurred; and (2) reduced rates and total fees incurred consistent with the reduced rates set by the Court in its January 6, 2023 Order. [*See* ECF No. 113]. Plaintiffs' proposed reduced rate of $450 for Ms. Mariella represents a middle ground between the rates set by the Court for Ms. McCawley and Ms. Ruff, as Ms. Mariella is a junior partner between them in seniority. Exhibit 1

details the activities, hours spent (in tenths of hours), and the rate charged by each attorney and non-attorney who worked on the Sanctions Motion and Reply.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 28, 2025

/s/ *Sigrid S. McCawley*
Sigrid S. McCawley

4
DECLARATION OF SIGRID S. MCCAWLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF APPLICATION FOR ATTORNEYS' FEES