Mitchell Taylor Button
(*Pro se*)
101 Ocean Sands Ct.
Myrtle Beach, SC 29579
(310)-499-8702
Desmodynamica@gmail.com

Dusty Button
(*Pro se*)
101 Ocean Sands Ct.
Myrtle Beach, SC 29579
(310)-499-8930
Worldofdusty@gmail.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DEANGELO, DANIELLE GUTIERREZ, JANE DOE 1 AND JANE DOE 2<br><br>PLAINTIFFS,<br><br>V.<br><br>MITCHELL TAYLOR BUTTON AND DUSTY BUTTON<br><br>DEFENDANTS | CASE: 2:21-CV-01412-ART-EJY<br><br>**DEFENDANTS' MOTION AND REQUEST FOR A ONE WEEK EXTENSION TO REPLY TO ECF NO. 487** |

Defendants submit their Motion and request for a one-week extension to file their Reply to ECF No. 487 as they have been locked out of their PACER account, unable to access Court filings due to a glitch in the PACER system, stating their account locked for "non-payment" and that it is mistakenly not exempt from PACER fees.

1
DEFENDANTS' MOTION AND REQUEST FOR A ONE WEEK EXTENSION TO REPLY TO ECF NO. 487

Defendants' Reply to ECF No. 487, is due today March 10th, 2025 however, Defendants have been unable to access their PACER account to read or obtain the response filed by the Plaintiffs, (ECF No. 487), in order to appropriately Reply. The Defendants have contacted PACER by email and by telephone and have been told that it appears there is a glitch in the system which has changed Defendants' exempt fee status in Nevada "non-exempt". It now states that the Nevada District Court is not allowing the Defendants access to their PACER account due to "non-payment" but the representatives at PACER can see that is not the case and that Defendants PACER account in Nevada has been exempt from PACER fees since 2022 but still, Defendants cannot access their account until PACER fixes the issue.

Defendants do not believe this process will take more than a day or two, as it has happened before but because they cannot access the Response filed by the Plaintiffs, (ECF No. 487), they cannot Reply accordingly and do not have a copy of the filing. Defendants emailed the Plaintiffs to confer about their request for an extension but they have not yet heard back; as this is time sensitive, Defendants respectfully request a one-week extension to Reply to Plaintiffs' Motion at ECF No. 487, making Defendants' Reply due March 17th, 2025.



**CONCLUSION**

For the foregoing reasons, Defendants respectfully ask that they be granted a one-week extension to Reply to ECF No. 487.

Respectfully dated this 10th day of March, 2025,

_____

Mitchell Taylor Button and Dusty Button *(Pro se)*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date: March 11, 2025