# EXHIBIT A

TRUE AND CORRECT COPY OF CORRESPONDENCE BETWEEN THE
BUTTONS AND BOIES SCHILLER COUNSEL

**From: Lindsey Ruff** LRuff@BSFLLP.com
**Subject:** RE: Request for continuance of the June26th hearing- 2:21-cv-01412-ART-EJY
**Date:** June 14, 2025 at 9:26 AM
**To:** DUSTY BUTTON worldofdusty@gmail.com, Sigrid McCawley smccawley@bsfllp.com, Sabina Mariella SMariella@BSFLLP.com
**Cc:** Ducati Dynamics desmodynamica@gmail.com

Mr. and Mrs. Button,

We are sorry to hear about the medical issues your family is experiencing.  Please state our position as follows:

Given Defendants' representation that Mrs. Buttons' father is scheduled to receive treatment "during the time of" the June 26 hearing, Plaintiffs consent to a brief adjournment.  Plaintiffs do not, however, consent to an indefinite delay, and respectfully request that the Court reschedule the hearing at its earliest convenience in July or August 2025.  Plaintiffs' counsel is available any day in July or August, other than July 7-11, July 14, or August 1.

This matter has been pending for over four years, and Plaintiffs are eager to bring this case to final resolution. We will note for the record that Defendants informed the clerk of court that they were available for the June 26 hearing over two months ago, on April 9, 2025, which should have allowed ample opportunity to make any transportation or child-care arrangements for their family, particularly since Defendants have already been given permission to appear at the hearing via Zoom.

Plaintiffs also note that they have already stipulated to nine of Defendants' requests for extensions in this case. [ECF Nos. 14, 33, 41, 65, 144, 280, 302, 369, 413].  Plaintiffs' counsel have also stipulated to all seven of Defendants' requests for extensions in the related cases that the Buttons filed, all based on similar representations about medical issues. [See Button et al v. McCawley, 24-cv-60911-DSL, ECF Nos. 18, 26, 31, 34, 51; Dusty Button et al v. Micah Humphries et al, 24-cv-01730-JVS-DFM, ECF Nos. 59, 77]. While Plaintiffs sympathize with Defendants' family's medical situation, given the already extensive delays in this case and others, Plaintiffs are disinclined to consent to further extension requests absent extraordinary circumstances.

Best,
Lindsey

-----Original Message-----
From: DUSTY BUTTON <worldofdusty@gmail.com>
Sent: Wednesday, June 11, 2025 7:03 PM
To: Lindsey Ruff <LRuff@BSFLLP.com>; Sigrid McCawley <smccawley@bsfllp.com>; Sabina Mariella <SMariella@BSFLLP.com>
Cc: Ducati Dynamics <desmodynamica@gmail.com>
Subject: Request for continuance of the June26th hearing- 2:21-cv-01412-ART-EJY

CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Lindsey,

We, plural, are sending this message 14 days prior to the "eve" of the Nevada hearing ( to help you with the math since you apparently struggled with that in California ) to notify you that we intend to move the Court for a continuance of the June 26th 2025 Motion for Summary Judgement hearing on the following clearly specified and irrefutable grounds :

1. William Button, father of Dusty Button is scheduled to receive his final round of Chemotherapy and blood panel during the time of this hearing.  The following day and multiple days later is scheduled to receive various other follow ups and treatments to this Chemotherapy to assess the final stages of his life and what will be required of us during this time.  As he is unfit to drive himself to any of these appointments we must do so rendering us incapacitated due to medical emergency for the days and times that this hearing is scheduled for.  Laura Button, mother of Dusty Button, is incapacitated herself due to a fractured patella and therefore she cannot fulfill her duties that we must now fulfill.
2. Laura Button, mother of Dusty Button has suffered a fractured patella ( to which we are happy to provide X-Rays to you thus violating her HIPPA protection ) and cannot drive nor walk thus requiring us to provide 24/7 care and the adoption of her responsibilities and duties of care to William Button who is in his final days of stage 4 cancer.  We must drive Laura Button to and from work as she is the only working individual in the household and her income is solely responsible for our capability to defend ourselves within this litigation.  We must transport Laura Button to work then William Button to Chemotherapy where we must attend to him for 4 hours during this transfusion, only to then drive him home and provide care for him just before we go to retrieve Laura Button from her work.
3. Because of the medical issues above, we have no care for our 10 month old child during this hearing or at any other time and considering the harassment, threads of bodily harm and stalking that we have received throughout this litigation and now others we are unwilling to allow you or your clients to ever see our child thus immediately rendering him a target to be met with the same abuse.

Considering the clearly urgent circumstances above we are requesting that the Court continue this hearing for a date that the Court deems necessary, a later date than June 26th, 2025.

This email is to ask if you consent or oppose our motion for a continuance and we are requesting this continuance long before flights and accommodations would be of concern.

Buttons.  Plural.

_____
The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]