UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SAGE HUMPHRIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MITCHELL TAYLOR BUTTON and DUSTY BUTTON, <br><br> Defendants. | Case No. 2:21-cv-01412-ART-EJY <br><br> **ORDER** |

    Pending before the Court is Defendants' Motion to Seal (ECF No. 502). The Motion seeks to seal exhibit B to Defendants' Reply in support of the Motion for Court Approval (ECF No. 497). Instead of filing only exhibit B under seal, together with the unredacted version of the Reply, Defendants filed the Reply and all exhibits under seal without filing a redacted version of the Reply and the exhibits that need not be sealed on the publicly available docket.

    Defendants **must** redact (black out) those portions of the Reply brief that refer to the contents of exhibit B and file the redacted version of the Reply, together with exhibits that need not be sealed, on the publicly available docket no later than **July 2, 2025**.

    The above said, Defendants' Motion to Seal appropriately seeks the sealing of exhibit B as consistent with prior Orders of this Court.

    Accordingly, good cause appearing, IT IS HEREBY ORDERED that Defendants' Motion to Seal (ECF No. 502) is GRANTED.

    IT IS FURTHER ORDERED that the filing at ECF No. 501 is and shall remain sealed.

    IT IS FURTHER ORDERED that no later than **July 2, 2025** Defendants must file a redacted version of the Reply (that is, blacking out any references to the contents of exhibit B) and all exhibits except exhibit B on the publicly available docket.

    Dated this 25th day of June, 2025.

ELAYNA J. YOUCHAH  
UNITED STATES MAGISTRATE JUDGE

1