UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAGE HUMPHRIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MITCHELL TAYLOR BUTTON and DUSTY BUTTON, <br><br> Defendants. | Case No. 2:21-cv-01412-ART-EJY <br><br> **ORDER** |

Pending before the Court is Defendants' Emergency Motion for Court Approval to File Certain Protected Materials Under Seal in Related Matter Pending in the Central District of California. ECF No. 497. The Court reviewed the Motion, Opposition (ECF No. 498), and Reply (ECF No. 501).

As the undersigned is permitted to do, I take judicial notice of the filings and court's orders in *Button v. Humphries*, Case No. 8:24-cv-01730-JVS-DFM (C.D. Cal.) (the "California Matter"). *U.S. ex rel Robinson Rancheria Citizens Council v. Borneo, Inc.,* 971 F.2d 244, 248 (9th Cir.1992). On June 9, 2025, the District Judge presiding over the California Matter issued an order dismissing Defendants' claims against Micah and Michael Humphries (the "Humphries"), Kathryne Meyer, and Hannah Stolrow. Case No. 8:24-cv-01730-JVS-DFM (C.D. Cal.) (ECF No. 94).

Defendants' Emergency Motion sought leave to file confidential discovery produced in this case in the California Matter for purposes of providing "clarity and completeness … and in response to" the Humphries, Meyer, and Stolrow's Motions to Dismiss. ECF No. 497 at 4-5. Given that Defendants' claims against these individuals were dismissed with prejudice, there is no reason to permit disclosure of confidential discovery materials.

1    Accordingly, IT IS HEREBY ORDERED that Defendants' Emergency Motion for Court
2    Approval to File Certain Protected Materials Under Seal in Related Matter Pending in the Central
3    District of California (ECF No. 497) is DENIED.

4    Dated this 30th day of June, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE