| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: 702.382.7300<br>Facsimile: 702.382.2755<br>rpocker@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>SIGRID S. MCCAWLEY (admitted *pro hac vice*)<br>401 E. Las Olas Blvd., Suite 1200<br>Ft. Lauderdale, FL 33301<br>Telephone: 954.356.0011<br>smccawley@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>SABINA MARIELLA (admitted *pro hac vice*)<br>LINDSEY RUFF (admitted *pro hac vice*)<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: 212.446.2300<br>smariella@bsfllp.com<br>lruff@bsfllp.com<br><br>*Attorneys for Plaintiffs Sage Humphries, Gina Menichino, RoseMarie DeAngelo, Danielle Gutierrez, Jane Doe 1, and Jane Doe 2* | DUSTY BUTTON<br>MITCHELL TAYLOR BUTTON<br>101 Ocean Sands Ct<br>Myrtle Beach, SC 29579<br>Telephone: 310-499-8930<br>worldofdusty@gmail.com<br><br>*Pro Se Defendants Mitchell Taylor Button and Dusty Button* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 1, and JANE DOE 2,<br><br>      Plaintiffs,<br><br>  vs.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON,<br><br>      Defendants. | Case No.: 2:21-cv-01412-ART-EJY<br><br>**JOINT STIPULATION TO EXTEND JOINT PRETRIAL ORDER DEADLINE AND [PROPOSED] ORDER** |

Plaintiffs Sage Humphries, Gina Menichino, RoseMarie DeAngelo, Danielle Gutierrez, Jane Doe 1, and Jane Doe 2 (together, "Plaintiffs"), and Defendants Mitchell Taylor Button and Dusty Button (together, "Defendants," and together with Plaintiffs, "the Parties"), jointly submit this Stipulation and Proposed Order in light of the Court's order at ECF No. 529. As the Court instructed, the Parties met and conferred via email for the purpose of working toward an agreed extension of the deadline to submit the Joint Pretrial Order.

Defendants proposed a six-week extension of the Joint Pretrial Order deadline and Plaintiffs agreed. Accordingly, the Parties hereby stipulate and request that the Court extend the deadline for the Joint Pretrial Order from October 20, 2025, to **December 1, 2025**.

If the deadline for the Joint Pretrial Order is extended to December 1, 2025, the Parties additionally agree to exchange proposed exhibit lists via email by 5 PM EST on November 10, 2025.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __October 1, 2025_____

Dated: September 30, 2025

Respectfully Submitted,

| BOIES SCHILLER FLEXNER LLP | PRO SE DEFENDANTS |
|---|---|
| /s/ *Sigrid S. McCawley* | /s/ *Dusty Button* |
| SIGRID S. MCCAWLEY (admitted *pro hac vice*) | DUSTY BUTTON |
| 401 E. Las Olas Blvd., Suite 1200 | MITCHELL TAYLOR BUTTON |
| Ft. Lauderdale, FL 33301 | 101 Ocean Sands Ct |
| Telephone: 954.356.0011 | Myrtle Beach, SC 29579 |
| smccawley@bsfllp.com | Telephone: 310-499-8930 |
| | worldofdusty@gmail.com |
| BOIES SCHILLER FLEXNER LLP | |
| RICHARD J. POCKER (NV Bar No. 3568) | *Pro Se Defendants Mitchell Taylor Button and Dusty Button* |
| 300 South Fourth Street, Suite 800 | |
| Las Vegas, NV 89101 | |
| Telephone: 702.382.7300 | |
| Facsimile: 702.382.2755 | |
| rpocker@bsfllp.com | |

BOIES SCHILLER FLEXNER LLP
SABINA MARIELLA (admitted *pro hac vice*)
LINDSEY RUFF (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: 212.446.2300
smariella@bsfllp.com
lruff@bsfllp.com

*Attorneys for Plaintiffs Sage Humphries, Gina Menichino, RoseMarie DeAngelo, Danielle Gutierrez, Jane Doe 1, and Jane Doe 2*