Mitchell Taylor Button
(*Pro se*)
101 Ocean Sands Ct.
Myrtle Beach, SC 29579
Desmodynamica@gmail.com

Dusty Button
(*Pro se*)
101 Ocean Sands Ct.
Myrtle Beach, SC 29579
Worldofdusty@gmail.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DEANGELO, DANIELLE GUTIERREZ, JANE DOE 1 AND JANE DOE 2

PLAINTIFFS,

V.

MITCHELL TAYLOR BUTTON AND DUSTY BUTTON

DEFENDANTS

CASE: 2:21-CV-01412-ART-MDC

DEFENDANTS' MOTION FOR LEAVE TO FILE EXCESS PAGES

Defendants respectfully move for leave to file an overlength **Motion for Limited Jane Doe 1 Evidentiary Hearing**.

Good cause exists for this request. The proposed motion concerns a narrow but unusual pretrial issue involving Jane Doe 1 after five years of litigation, multiple amended pleadings, summary-judgment proceedings, deposition testimony, expert and therapy materials, pseudonym issues, disputed date and minor-status issues, apartment/gun-room evidence, and a large Jane Doe 1-related evidence universe.

Defendants understand that overlength filings are disfavored and do not make this request lightly. Defendants attempted to shorten the motion, but doing so removed material record context necessary for the Court to understand why ordinary trial objections may be inadequate and why a pretrial Rule 16, Rule 104, and Rule 611 framework is needed before Jane Doe 1 evidence is presented to the jury.

The proposed motion does not seek reconsideration of the Court's summary-judgment order and does not ask the Court to weigh Jane Doe 1's ultimate credibility before trial. Rather, the additional pages are necessary to explain the separate trial-management problem: Plaintiffs have not identified the specific Jane Doe 1 theory, date range, location, minor-status basis, witnesses, exhibits, foundation, and admissible evidence they intend to present at trial.

Defendants respectfully request leave to file the proposed Motion for Limited Jane Doe 1 Evidentiary Hearing in excess of the ordinary page limit. If the Court prefers a shorter filing, Defendants respectfully request leave to submit a shortened version or to refile in the format directed by the Court.

Respectfully dated this 22nd day of August, 2026

Mitchell Taylor Button and Dusty Button (pro se)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed with LV_public_docketing@nvdcourts.gov on August 22nd, 2026 and served on all parties via email.

Dated this 22nd of August, 2026,

Mitchell Taylor Button and Dusty Button (*Pro se*)