Mitchell Taylor Button
(*Pro se*)
101 Ocean Sands Ct.
Myrtle Beach, SC 29579
Desmodynamica@gmail.com

Dusty Button
(*Pro se*)
101 Ocean Sands Ct.
Myrtle Beach, SC 29579
Worldofdusty@gmail.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DEANGELO, DANIELLE GUTIERREZ, JANE DOE 1 AND JANE DOE 2<br><br>PLAINTIFFS,<br><br>V.<br><br>MITCHELL TAYLOR BUTTON AND DUSTY BUTTON<br><br>DEFENDANTS | CASE: 2:21-CV-01412-ART-MDC<br><br>DEFENDANTS' NOTICE OF CORRECTION REGARDING CERTIFICATION OF ARTIFICIAL INTELLIGENCE USE |

Defendants Mitchell Taylor Button and Dusty Button respectfully file this Notice to correct an omission in Defendants' recent filings concerning their Motion for Limited Jane Doe 1 Evidentiary Hearing, Motion for Leave to File Excess Pages, and Motion to Seal.

Defendants inadvertently omitted the artificial-intelligence certification required by the Court's standing order. Defendants now provide the required certification:

We certify that Artificial Intelligence was not used to prepare the foregoing documents. This Notice is filed promptly to correct the omission and to avoid any confusion regarding compliance with the Court's requirements.

Respectfully dated this 23rd day of August, 2026

Mitchell Taylor Button and Dusty Button (pro se)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed with LV_public_docketing@nvdcourts.gov on August 23rd, 2026 and served on all parties via email.

Dated this 23rd of August, 2026,

Mitchell Taylor Button and Dusty Button (*Pro se*)