Mitchell Taylor Button
(*Pro se*)
101 Ocean Sands Ct.
Myrtle Beach, SC 29579
Desmodynamica@gmail.com

Dusty Button
(*Pro se*)
101 Ocean Sands Ct.
Myrtle Beach, SC 29579
Worldofdusty@gmail.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DEANGELO, DANIELLE GUTIERREZ, JANE DOE 1 AND JANE DOE 2<br><br>PLAINTIFFS,<br><br>V.<br><br>MITCHELL TAYLOR BUTTON AND DUSTY BUTTON<br><br>DEFENDANTS | CASE: 2:21-CV-01412-ART-MDC<br><br>MOTION TO SEAL |

Defendants respectfully move to file under seal the unredacted version of Defendants' Motion for Limited Jane Doe 1 Evidentiary Hearing, and to file a public redacted version on the docket.

Good cause exists for this request. The proposed motion discusses Jane Doe 1 deposition testimony, second deposition testimony, therapy and medical-record references, reporting chronology, expert/therapy materials, and information that has been treated as confidential or protected in this litigation. Defendants do not seek to seal the legal basis for the requested relief. Defendants seek only limited sealing or redaction of sensitive information concerning Jane Doe 1 and protected discovery materials.

The request is narrowly tailored. The public redacted version will disclose the nature of the motion, the relief requested, the governing legal standards, and the general basis for Defendants' request. The sealed unredacted version is necessary so the Court can review the specific record references supporting Defendants' position without publicly disclosing protected or sensitive information.

Defendants make this request under Local Rule IA 10-5, the Court's protective orders and prior sealing procedures in this case, and the standards set forth in Kamakana v. City & County of Honolulu, 447 F.3d 1172 (9th Cir. 2006), and related authority. Because the motion concerns pretrial case-management and evidentiary procedure, and because the sensitive material includes deposition testimony, therapy/medical information, and protected discovery materials, sealing or redaction is appropriate at least to the limited extent requested.

Defendants respectfully request that the Court permit Defendants to file:

1. a public redacted version of the Motion for Limited Jane Doe 1 Evidentiary Hearing; and
2. an unredacted version under seal for the Court's review.

Respectfully dated this 22nd day of August, 2026

______________________________

Mitchell Taylor Button and Dusty Button (pro se)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed with LV_public_docketing@nvdcourts.gov on August 22nd, 2026 and served on all parties via email.

Dated this 22nd of August, 2026,

Mitchell Taylor Button and Dusty Button (*Pro se*)