BOIES SCHILLER FLEXNER LLP
SIGRID S. MCCAWLEY (admitted *pro hac vice*)
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: 954.356.0011
smccawley@bsfllp.com

BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: 702.382.7300
Facsimile: 702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
SABINA MARIELLA (admitted *pro hac vice*)
LINDSEY RUFF (admitted *pro hac vice*)
JULIA A. BEVAN (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: 212.446.2300
smariella@bsfllp.com
lruff@bsfllp.com
jbevan@bsfllp.com

*Attorneys for Plaintiffs Sage Humphries, Gina Menichino, RoseMarie DeAngelo, Danielle Gutierrez, Jane Doe 1, and Jane Doe 2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 1, and JANE DOE 2<br><br>Plaintiffs,<br><br>v.<br><br>MITCHELL TAYLOR BUTTON and DUSTY BUTTON,<br><br>Defendants. | Case Number: 2:21-cv-01412-ART-MDC<br><br>**DECLARATION OF SIGRID S. MCCAWLEY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO CLARIFY OR MODIFY PROTECTIVE ORDERS** |

I, Sigrid S. McCawley, declare as follows:

1. I am an attorney and managing partner of the law firm Boies Schiller Flexner LLP, counsel of record for Plaintiffs in the above-captioned action. I submit this declaration in support of Plaintiffs' Opposition to Defendants' (the "Buttons") "Emergency Motion to Clarify or Modify Protective Orders to Permit Limited Restricted Use of Sage Humphries Materials in Massachusetts Boston Municipal Court 209A Termination Proceedings." I have personal knowledge of the facts set forth herein, and if called upon, could and would competently testify thereto under oath.

2. On August 15, 2017, Sage Humphries was granted temporary abuse prevention orders (the "APOs") against the Buttons in Massachusetts. On August 14, 2018, the APOs were made permanent. Nearly five years later, the Buttons moved to vacate the APOs.

3. On May 22, 2023, Associate Justice Steven M. Key denied the Buttons' motion to vacate the APOs. That order was previously filed on the docket in this action at ECF No. 462-61. The Buttons appealed.

4. On April 15, 2025, the Appeals Court for the Commonwealth of Massachusetts affirmed Justice Key's order denying the Buttons' motion to vacate. The Buttons then filed an application for further appellate review.

5. On June 6, 2025, the Supreme Judicial Court for the Commonwealth of Massachusetts denied the Buttons' application for further appellate review of Justice Key's order denying their motion to vacate.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 18, 2026

/s/ *Sigrid S. McCawley*
Sigrid S. McCawley