BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: 702.382.7300
Facsimile: 702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
SIGRID S. MCCAWLEY (admitted *pro hac vice*)
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: 954.356.0011
smccawley@bsfllp.com

BOIES SCHILLER FLEXNER LLP
SABINA MARIELLA (admitted *pro hac vice*)
LINDSEY RUFF (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: 212.446.2300
smariella@bsfllp.com
lruff@bsfllp.com

*Attorneys for Plaintiffs Sage Humphries, Gina Menichino, RoseMarie DeAngelo, Danielle Gutierrez, Jane Doe 1, and Jane Doe 2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 1, and JANE DOE 2

Plaintiffs,

vs.

MITCHELL TAYLOR BUTTON and DUSTY BUTTON,

Defendants.

**DECLARATION OF SIGRID S. MCCAWLEY IN SUPPORT OF PLAINTIFFS' MOTION TO LIMIT DEFENDANTS' TRIAL EXHIBITS AND EXTEND THE JOINT PRETRIAL ORDER DEADLINE**

I, Sigrid S. McCawley, declare as follows:

1. I am an attorney and managing partner for the law firm Boies Schiller Flexner LLP ("BSF"), counsel of record for Plaintiffs in the above-captioned action. I submit this declaration in support of Plaintiffs' Motion to Limit Defendants' Trial Exhibits and Extend the Joint Pretrial Order ("JPTO") Deadline. I have personal knowledge of the facts set forth herein, and if called upon, could and would competently testify thereto under oath.

2. On September 16, 2026, Defendants served Plaintiffs' counsel with a list designating 2,110 trial exhibits. The descriptions on that list frequently do not match the underlying documents. For example, the document Bates stamped BUTTON001 is a Facebook communication produced by Plaintiff Danielle Gutierrez, but Defendants describe it as a "Boston Magazine article/material concerning Sage Humphries allegations and Defendants."

3. Attached hereto as **Exhibit A** is a true and correct copy of email correspondence between Defendants Plaintiffs' counsel from August 27, 2026 to September 18, 2026.

Dated: September 18, 2026

*<u>/s/ Sigrid S. McCawley</u>*
Sigrid S. McCawley