BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: 702.382.7300
Facsimile: 702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
SIGRID S. MCCAWLEY (admitted *pro hac vice*)
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: 954.356.0011
smccawley@bsfllp.com

BOIES SCHILLER FLEXNER LLP
SABINA MARIELLA (admitted *pro hac vice*)
LINDSEY RUFF (admitted *pro hac vice*)
JULIA A. BEVAN (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: 212.446.2300
smariella@bsfllp.com
lruff@bsfllp.com
jbevan@bsfllp.com

*Attorneys for Plaintiffs Sage Humphries, Gina Menichino, RoseMarie DeAngelo, Danielle Gutierrez, Jane Doe 1, and Jane Doe 2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DeANGELO, DANIELLE GUTIERREZ, JANE DOE 1, and JANE DOE 2

Plaintiffs,

vs.

MITCHELL TAYLOR BUTTON and DUSTY BUTTON,

Defendants.

Case Number: 2:21-cv-01412-ART-MDC

**PLAINTIFFS' MOTION TO EXTEND TIME TO FILE THE JOINT PRETRIAL ORDER**

**NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE that Plaintiffs will move this Court for an order to extend time to file the Joint Pretrial Order from September 25, 2026 to October 9, 2026.

Dated: September 22, 2026

BOIES SCHILLER FLEXNER LLP

/s/ *Sigrid S. McCawley*

SIGRID S. MCCAWLEY (*pro hac vice*)
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: 954.356.0011
smccawley@bsfllp.com

LINDSEY RUFF (*pro hac vice*)
SABINA MARIELLA (*pro hac vice*)
JULIA A. BEVAN (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: 212.446.2300
smariella@bsfllp.com
lruff@bsfllp.com
jbevan@bsfllp.com

RICHARD J. POCKER (NV Bar No. 3568)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: 702.382.7300
Facsimile: 702.382.2755
rpocker@bsfllp.com

*Attorneys for Plaintiffs Sage Humphries, Gina Menichino, RoseMarie DeAngelo, Danielle Gutierrez, Jane Doe 1, and Jane Doe 2*

Plaintiffs Sage Humphries, Gina Menichino, RoseMarie DeAngelo, Danielle Gutierrez, Jane Doe 1, and Jane Doe 2 (together, "Plaintiffs"), submit this Motion to Extend Time to File the Joint Pretrial Order ("JPTO") pursuant to local rule IA 6-1.

**LEGAL STANDARD**

The Court has discretion under Rule 16 to modify a scheduling order for "good cause" prior to the expiration of the deadline if the deadline "cannot reasonably be met despite the diligence of the parties seeking the extension." *McPeek v. Harrah's Imperial Palace Corp.*, 2015 WL 2448748, at *4 (D. Nev. 2015); *see also Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (same).

**ARGUMENT**

Plaintiffs respectfully request that the Court grant a two-week extension of the deadline to file the Joint Pretrial Order. This is Plaintiffs' first request for an extension of the Joint Pretrial Order deadline.[1]

The Joint Pretrial Order was due on February 14, 2026. [ECF No. 544]. Plaintiffs worked diligently to meet that deadline despite Defendants' repeated refusal to cooperate. [*See* ECF No. 567 at n.1 (describing Plaintiffs' efforts)]. In an effort to comply with the Court's orders, on February 13, 2026, Plaintiffs "properly filed those parts of the JPTO that they were able to complete absent the participation of Defendants." [ECF No. 610 at 9].

On August 27, 2026, the Court issued an order denying without prejudice Plaintiffs' Proposed Pretrial Order, stating that Defendants "failed to comply with the Court's order to prepare their portions of the JPTO as required by Local Rule." [*Id.*] The Court ordered that Defendants "confer with Plaintiffs on the JPTO and add their portions" and file the Joint Pretrial Order "by September 25, 2026." [*Id.*]

---

[1] Plaintiffs note that their motion requesting that the Court order Defendants to narrow their exhibit list and extend the JPTO deadline has not yet been ruled on. [*See* ECF No. 616].

Accordingly, Plaintiffs attempted to coordinate with Defendants to compile the Joint Pretrial Order in a timely fashion. Defendants met those efforts with a bad-faith document dump followed by last-minute revisions that leave Plaintiffs unable to meet the September 25 deadline.

On September 16, Defendants sent their initial exhibits to Plaintiffs' counsel, including a chart with 2,110 entries listing those exhibits and folders containing over 25,000 files that Defendants purportedly intend to introduce at trial. [*See* ECF No. 616-2 at 7].

On September 18, Plaintiffs filed a motion requesting that the Court order Defendants to narrow their exhibit list, revise their chart, and extend the JPTO deadline. [*See* ECF No. 616].

On September 22, just three days before the JPTO is due, Defendants sent Plaintiffs a new set of exhibits, along with a revised exhibit chart of 2,017 entries listing those exhibits. [*See* Declaration of Sigrid S. McCawley ("McCawley Decl."), Ex. A at 4].

Because of how Defendants compiled their exhibit list and exhibits, Plaintiffs cannot efficiently determine what changes have been made which necessitates re-reviewing all 2,017 entries from the start. Defendants represented to Plaintiffs that their new exhibit list contains "764 grouped exhibits," but Plaintiffs do not believe that Defendants' exhibit list has been materially narrowed because the set of exhibits Defendants provided Plaintiffs still contains more than 2,000 files. Further, because of the size of the files Defendants transmitted, Plaintiffs have not yet been able to download the complete set, delaying review even further. Defendants also continue to reference additional exhibits that need to be uploaded, so Plaintiffs are unable to accurately determine the universe of documents for review. [*Id.* at 5].

Accordingly, for the reasons stated in their motion, Plaintiffs continue to request that the Court order Defendants to narrow their exhibit list further. [*See* ECF No. 616].

Because Plaintiffs' motion is not yet resolved, Plaintiffs will endeavor to prepare objections to Defendants' new exhibit list. But Plaintiffs are unable to do so within three days.

Good cause for modification of a scheduling order exists where, as here, the deadline "cannot reasonably be met" despite diligence of the moving party. *See McPeek*, 2015 WL 2448748 at *4. Plaintiffs continue to put forth every effort to review Defendants' revised materials, but in light of Defendants' eleventh-hour revisions it is not feasible for Plaintiffs to complete a thorough review in advance of the September 25 deadline.

Accordingly, Plaintiffs initially proposed to Defendants a two-week extension of the JPTO deadline. [*See* McCawley Decl., Ex. A at 3]. Plaintiffs spent the majority of September 22nd trying to negotiate a reasonable stipulation, to which Defendants initially agreed. However, when Plaintiffs declined to add Defendants' extraneous arguments, Defendants revoked their consent. [*See id.* at 1].

Plaintiffs therefore move the Court for a reasonable two-week extension for the JPTO to provide counsel adequate time to review and prepare objections to Defendants' exhibit list.

**CONCLUSION**

For the reasons set forth above, Plaintiffs request that the Court grant Plaintiffs' motion to extend the deadline for the JPTO from September 25, 2026 to **October 9, 2026**.

Dated: September 23, 2026

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

/s/ *Sigrid S. McCawley*

SIGRID S. MCCAWLEY (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: 954.356.0011
smccawley@bsfllp.com

SABINA MARIELLA (*pro hac vice*)
LINDSEY RUFF (*pro hac vice*)
JULIA A. BEVAN (*pro hac vice*)

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: 212.446.2300
smariella@bsfllp.com
lruff@bsfllp.com
jbevan@bsfllp.com

RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: 702.382.7300
Facsimile: 702.382.2755
rpocker@bsfllp.com

*Attorneys for Plaintiffs Sage Humphries, Gina Menichino, RoseMarie DeAngelo, Danielle Gutierrez, Jane Doe 1, and Jane Doe 2*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Motion to Extend was served on September 23, 2026 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ *Sigrid S. McCawley*
Sigrid S. McCawley