Mitchell Taylor Button
(*Pro se*)
101 Ocean Sands Ct.
Myrtle Beach, SC 29579
Desmodynamica@gmail.com

Dusty Button
(*Pro se*)
101 Ocean Sands Ct.
Myrtle Beach, SC 29579
Worldofdusty@gmail.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAGE HUMPHRIES, GINA MENICHINO, ROSEMARIE DEANGELO, DANIELLE GUTIERREZ, JANE DOE 1 AND JANE DOE 2<br><br>PLAINTIFFS,<br><br>V.<br><br>MITCHELL TAYLOR BUTTON AND DUSTY BUTTON<br><br>DEFENDANTS | CASE: 2:21-CV-01412-ART-MDC<br><br>SUPPLEMENTAL SIGNATURE PAGE TO JOINT PRETRIAL ORDER |

The following electronic signature is supplied for Defendant Mitchell Taylor Button on the Joint Pretrial Order filed at ECF No. 623:

APPROVED AS TO FORM AND CONTENT:

/s/ Mitchell Taylor Button
Mitchell Taylor Button
Pro Se Defendant
101 Ocean Sands Ct.
Myrtle Beach, SC 29579
desmodynamica@gmail.com

Dated this 30th day of September 2026,

______________________________
Dusty Button (pro se)

______________________________
Mitchell Taylor Button (pro se)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed with LV_public_docketing@nvdcourts.gov on September 30th, 2026 and served on all parties via email.

Dated this 30th day of September, 2026,

Mitchell Taylor Button and Dusty Button (*Pro se*)